UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v.-

MICHAEL AVENATTI,

                    Defendant.

-------------------------------------------------------------------X

Notice of Appearance and Request for Electronic Notification

19 Cr. 373 (PGG)

TO:   Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned cases and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in these cases.

                                           Respectfully submitted,

                                           GEOFFREY S. BERMAN
                                           United States Attorney for the
                                           Southern District of New York

                                           by:    /s/ Matthew Podolsky
                                                   Matthew Podolsky
                                                   Assistant United States Attorney
                                                 (212) 637-1947