UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19 Cr. 373 (PGG) |
| v. | **NOTICE OF APPEARANCE** |
| MICHAEL AVENATTI, | |
| *Defendant.* | |

_____

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Scott A. Srebnick of Scott A. Srebnick, P.A., with offices located at 201 South Biscayne Boulevard, Suite 1210, Miami, Florida, 33131, hereby appears as co-counsel on behalf of defendant Michael Avenatti.

I certify that I am admitted to practice in the Southern District of New York.

Dated:   May 24, 2019
         Miami, Florida

                            Respectfully Submitted,

              By:   S/ Scott A. Srebnick
                    Scott A. Srebnick, P.A.
                    201 South Biscayne Boulevard
                    Suite 1210
                    Miami, FL 33131
                    Telephone: (305) 285-9019
                    Facsimile: (305) 377-9937
                    E-mail: Scott@srebnicklaw.com