UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

MICHAEL AVENATTI,

                Defendant.

cr
19 ~~CV~~ 373   (GARDEPHE)

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of __JOSE M. QUINON__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __FLORIDA__; and that his/her contact information is as follows (please print):

Applicant's Name:  Jose M. Quinon

Firm Name:  Jose M. Quinon, P.A.

Address:  2333 Brickell Avenue, Suite A-1

City / State / Zip:  Miami, Florida 33129

Telephone / Fax:  (305) 858-5700 and Fax (305) 358-7848

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Michael Avenatti__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: May 28, 2019

                                                                            _____
                                                                   United States District / ~~Magistrate~~ Judge