AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   19 Cr. 373 (PGG) |
| Michael Avenatti | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date:   05/30/2019

s/ Daniel C. Richenthal
*Attorney's signature*

Daniel C. Richenthal
*Printed name and bar number*

U.S. Attorney's Office, Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

*Address*

daniel.richenthal@usdoj.gov
*E-mail address*

(212) 637-2109
*Telephone number*

(212) 637-2615
*FAX number*