UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                       *Plaintiff,*

                                                     19-cr-373 (PGG)

- vs. –

MICHAEL AVENATTI,

                       *Defendant.*
_____

## NOTICE OF FILING AFFIDAVIT AND CERTIFICATE OF GOOD STANDING FOR PRO HAC VICE ADMISSION

Jose M. Quinon hereby submits the attached Affidavit and Certificate of Good Standing in furtherance of his admission Pro Hac Vice in this case.

The Court previously entered an order allowing admission Pro Hac Vice, *see* ECF # 12, and now the Affidavit and Certificate of Good Standing are being submitted as required by the Clerk of the Court.

                                          Respectfully Submitted,

                                          /s Jose M. Quiñon
                                          JOSE M. QUIÑON, ESQ.
                                          Florida Bar No. 201944

                                          JOSE M. QUIÑON, P.A.
                                          2333 Brickell Avenue, Suite A-1
                                          Miami, Florida 33129
                                          Telephone (305) 858-5700
                                          Facsimile (305) 358-7848
                                          Email jquinon@quinonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2019, I electronically filed the foregoing with the Clerk of the Court via CM/ECF, which will distribute a copy to all counsel of record.

/s Jose M. Quiñon
Jose M. Quiñon, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    *Plaintiff,*

- vs. –

MICHAEL AVENATTI,

                    *Defendant.*

19-cr-373 (PGG)

**AFFIDAVIT**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jose M. Quinon submits this affidavit in furtherance of his application for admission Pro Hac Vice to appear on behalf of Michael Avenatti in this cause.

I have never been arrested or convicted of a felony, nor have I ever been suspended, disbarred or denied admission or readmission by any court. In 2002, I was reprimanded for a potential conflict of interest, because I entered into a romantic relationship with my wife, while she was still married to an individual I was representing. That is the only censure in more than forty years of practicing law, and no disciplinary proceedings are pending against this applicant.

I declare under penalty of perjury that the foregoing is true and correct.

_____        05/31/2019
Jose M. Quinon                      Date Executed

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### JOSE MANUEL QUINON

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 23, 1975,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 29, 2019.*

_____
*Clerk of the Supreme Court of Florida.*