LAW OFFICES

# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
www.srebnicklaw.com

June 14, 2019

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.
SO ORDERED: /s/ Paul G. Gardephe

Paul G. Gardephe, U.S.D.J.

Dated: 6/14/19

Re: *United States v. Michael Avenatti*
Case No. 19-cr-373-PGG

Dear Judge Gardephe:

A status conference in this matter is scheduled for Tuesday, June 18, 2019, at 12:00pm. I write to request permission for Mr. Avenatti, the defendant, and my co-counsel Jose Quinon, to appear and participate at the conference by telephone.

Mr. Avenatti is charged in three separate federal cases, including one in the Central District of California and two in this district (the other being the case before Judge Batts, Case No. 19-cr-374-DAB). The time commitment and resources required to litigate three cases on two different coasts are substantial. A status conference before Judge Batts, previously scheduled for June 18, 2019, has been adjourned until July 23, 2019, to allow for new counsel in that case to enter his appearance and begin reviewing the discovery. Thus, Mr. Avenatti will have to travel to New York, for the first time with new counsel in that case, next month.

While Mr. Avenatti is certainly available to appear in person on June 18 and calendared that date with the intention of being present, we ask the Court to exercise its discretion and allow him to appear by telephone under these circumstances. Given that undersigned counsel (Scott A. Srebnick) intends to appear in person, we also request that Mr. Quinon be permitted to participate by telephone. AUSA Podolsky has advised that the government takes no position on this request.

Thank you for your consideration.

Respectfully,

Scott A. Srebnick

cc: AUSAs Podolsky/Sobelman/Richenthal