UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                         Plaintiff,

        -against-

MICHAEL AVENATTI,

_____Defendant.

19   cr   373        ( PGG )

CORRECTED **MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, Jose M. Quinon _____hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

Michael Avenatti _____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Florida _____and

there are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   June 17, 2019            Respectfully Submitted,

                                 Applicant Signature:_____

                                 Applicant's Name: Jose M. Quinon

                                 Firm Name: Jose M. Quinon, P.A.

                                 Address: 2333 Brickell Avenue, Suite A-1

                                 City/State/Zip: Miami, Florida 33129

                                 Telephone/Fax: (305) 858-5700 and Fax (305) 358-7848

                                 Email: jquinon@quinonlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

**Plaintiff,**

19-cr-373 (PGG)

**- vs. –**

**AFFIDAVIT**

**MICHAEL AVENATTI,**

**Defendant.**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jose M. Quinon submits this affidavit in furtherance of his application for admission Pro Hac Vice to appear on behalf of Michael Avenatti in this cause.

I have never been arrested or convicted of a felony, nor have I ever been suspended, disbarred or denied admission or readmission by any court. In 2002, I was reprimanded for a potential conflict of interest, because I entered into a romantic relationship with my wife, while she was still married to an individual I was representing. That is the only censure in more than forty years of practicing law, and no disciplinary proceedings are pending against this applicant.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jose M. Quinon

_05/31/2019_
Date Executed

2333 BRICKELL AVENUE, SUITE A-1 • MIAMI, FLORIDA 33129 • WWW.QUINONLAW.COM | T: 305.858.5700 • F: 305.358.7848

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

### JOSE MANUEL QUINON

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* **October 23, 1975,** *is presently in good*

*standing, and that the private and professional character of the attorney*

*appear to be good.*

*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this May 29, 2019.*

_____

**Clerk of the Supreme Court of Florida.**