UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL AVENATTI,

Defendant.

**ORDER**

19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's pretrial motions:

1. Any pretrial motions are due by **August 19, 2019**;

2. The Government's opposition papers are due by **September 19, 2019**;

3. Defendant's reply papers, if any, are due by **October 3, 2019**.

It is further ORDERED that trial in this action will commence on **Tuesday, November 12, 2019** at 9:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Pretrial submissions – motions in limine, proposed voir dire, and requests to charge – are due on **Friday, October 11, 2019**.

The next conference in this action will be held on **Friday, August 23, 2019 at 12:30 p.m.**; this conference will also take place in Courtroom 705.

Dated: New York, New York
June 18, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge