UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                    Plaintiff,

-against-

MICHAEL AVENATTI,
                 Defendant.

19 cr 373 (PGG)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Jose M. Quinon__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Florida__; and that his/her contact information is as follows (please print):

    Applicant's Name: __Jose M. Quinon__

    Firm Name: __Jose M. Quinon, P.A.__

    Address: __2333 Brickell Avenue, Suite A-1__

    City / State / Zip: __Miami, Florida 33129__

    Telephone / Fax: __(305) 858-5700 and Fax (305) 358-7848__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Michael Avenatti__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 21, 2019

_____
United States District / ~~Magistrate~~ Judge