UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL AVENATTI,

Defendant.

**ORDER**

19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the next conference in this action, previously scheduled to take place on August 23, 2019, will now take place on **Thursday, August 22, 2019 at 3:15 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 9, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge