# Exhibit D

# MEMORANDUM

PRIVILEGED & CONFIDENTIAL

TO:       Michael Avenatti
FROM:     Jeffrey Auerbach
SUBJECT:  Memorandum of Actions RE Nike EYB-California Supreme w/Exhibits
DATE:     March 18, 2019

Michael attached is a copy of Memorandum of Actions document Regarding Nike Elite Youth Basketball-California Supreme Youth Basketball in Connection with Nike Elite Players Deandre Ayton, Bol Bol and Brandon McCoy in 2016 and 2017 with exhibits.

This is one we shared with you at our initial meeting with bank statements, texts, invoices, phone records, etc.



BEDFORD CONSULTING

USAO373_00024796
FRANKLIN0006

Memorandum of Actions Regarding Nike Elite Youth Basketball-California Supreme
Youth Basketball in Connection with Nike Elite Players Deandre Ayton, Bol Bol and
Brandon McCoy in 2016 and 2017

The actions listed below were initiated, authorized and directed by Nike Elite Youth Basketball
(Nike EYB) executives Carlton DeBose in 2016, and Carlton DeBose and Jamal James in 2017,
and carried-out on Nike's behalf by Gary Franklin/California Supreme Youth Basketball (CA
Supreme):

2016 Actions

The following Nike EYB actions and payments in 2016 were in connection with Nike EYB players,
DeAndre Ayton, who went on to play at the University of Arizona and was the 1st overall pick in
the 2018 NBA Draft by the Phoenix Suns; and Brandon McCoy, a five-star recruit, ranked #15
nationally in the Class of 2017 by ESPN, and went on to play at UNLV:

1. $28,000 bank-wire payment on 4/4/2016 to Melvin McDonald, Nike EYB player DeAndre
   Ayton's "handler," via McDonald's non-profit 501c3, American All-Star Basketball (See
   Exhibit 2016-1A).

2. A falsified invoice for $60,000 submitted to Nike EYB on 6/20/2016 to cover the
   following payments (a-d) totaling $60,000 (See Exhibits 2016-2A-D):

   a. $30,000 to Melvin McDonald, Nike EYB player DeAndre Ayton's "handler".
   b. $15,000 to AAU basketball coach Shaun Manning, Nike EYB player Bandon
      McCoy's "handler".
   c. $10,000 to Andre Ayton, mother of DeAndre Ayton
   d. $5,000 for travel expenses related to DeAndre Ayton's family

3. $10,000 cash paid to Andrea Ayton, DeAndre Ayton's Mother, in Phoenix, AZ on
   6/29/2016 (See Exhibits 2016-3A-D).

4. $10,000 check (of $15,000 total) paid to AAU basketball coach, Shaun Manning, Nike
   EYB player Brandon McCoy's "handler," on 7/1/2016 (See Exhibits 2016-4A-B).

5. $2,500 cash paid to AAU basketball coach, Shaun Manning, Nike elite player Brandon
   McCoy's "handler," on 7/18/2016 (See Exhibits 2016-5A-C).

6. $5,000 paid (approximately) with California Supreme credit cards for travel expense
   charges between 7/5/2016 – 7/11/2016 in connection with DeAndre Ayton's family
   members travel.

Memorandum of Actions by Nike EYB/CA Supreme
Page Two

(2016 continued)

7. $2,500 cash paid to AAU basketball coach, Shaun Manning, Nike elite player Brandon
McCoy's "handler," on 8/10/2016 (See Exhibits 2016-7A-C).

2017 Actions

The following Nike EYB actions and payments in 2017 were in connection with Nike EYB player,
Bol Bol, ranked #4 nationally in the Class of 2018, and who now plays at the University of
Oregon, with the intention of entering the 2019 NBA Draft:

1. $29,528.43 bank-wire on 4/11/2017 to Melvin McDonald, Nike EYB player Bol Bol's
"handler," via McDonald's non-profit 501c3, American All-Star Basketball (See
Exhibits 2017-1A-B).

2. A falsified invoice for $15,000 submitted to Nike EYB on 6/12/17 to cover an
additional $15,000 in payments to Melvin McDonald, Nike EYB player Bol Bol's
"handler" (See Exhibits 2017-2A-D).

3. $12,500 bank-wire payment on 6/28/2017 to Melvin McDonald, Nike EYB player Bol
Bol's "handler," via McDonald's non-profit 501c3, American All-Star Basketball (See
Exhibits 2017-3A-B).

Memorandum of Actions
Nike Elite Youth Basketball-California Supreme Youth Basketball

## EXHIBITS:

**2016 1-7**
**2017 1-3**

USAO373_00024799
FRANKLIN0009

### 2016-1 Action

1. $28,000 bank-wire payment on 4/4/2016 to Melvin McDonald, Nike EYB player DeAndre Ayton's "handler," via his non-profit 501c3, American All-Star Basketball.

### Exhibits

Exhibit 2016-1A:  California Supreme Bank of America statement confirms ATM Deposit of Nike check for $30,000 on 4/4/2016 (to cover same-day $28,000 bank wire payment to Melvin McDonald, Nike EYB player DeAndre Ayton's "handler," via McDonald's non-profit 501c3, American All-Star Basketball) (See Exhibit 2016-1B).

Exhibit 2016-1B:  California Supreme Bank of America statement confirms $28,000 bank-wire payment on 4/4/2016 to Melvin McDonald's non-profit 501c3, American All-Star Basketball at Wells Fargo Bank.

(Nike Elite Youth Basketball, California Supreme Youth Basketball, DeAndre Ayton, Melvin McDonald)

USAO373_00024800
FRANKLIN0010

(Exhibit 2016-1A)

**Bank of America** 

**Your checking account**

CALIFORNIA SUPREME BASKETBALL | ███████████████ | | April 1, 2016 to April 30, 2016

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 04/04/16 | BKOFAMERICA ATM 04/02 ████████ DEPOSIT EL SEGUNDO | EL SEGUNDO   CA | | 30,000.00 |

**Total deposits and other credits**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*



**Small Business Online Banking**

**TIP OF THE MONTH**

# Stay informed around the clock

**Online Alerts¹** help keep you informed.

- Monitor your account balances and receive alerts when payments are due
- Be notified when transactions have cleared

To activate Alerts, go to **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.



Activity Center

Alerts

¹Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply. | AR5XKMCP | SSM-01-16-8548.B

(Exhibit 2016-1B)

**Bank of America** 🇺🇸

## Your checking account

CALIFORNIA SUPREME BASKETBALL   |   ▬▬▬▬▬   |   April 1, 2016 to April 30, 2016

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



**Total deposits and other credits**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/04/16 | WIRE TYPE:WIRE OUT DATE:160404 TIME:1600 ET TRN:2016040400347638 SERVICE REF:012366 BNF:AMERICAN ALLSTAR BASKETBAL ID:5231701649 BNF BK:WELLS FARGO BANK, N.A. ID:121000248 PMT DET:2RJB79XKV DONATION | -28,000.00 |

continued on the next page



# Stay informed around the clock

**Online Alerts**[1] help keep you informed.

- Monitor your account balances and receive alerts when payments are due
- Be notified when transactions have cleared

To activate Alerts, go to **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

**Small Business Online Banking**

**TIP OF THE MONTH**

**Activity Center** ❷ Alerts

[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.   |   ARSXKMCP   |   SSM-01-16-8548 B

## 2016-2 Action

1. A falsified invoice for $60,000 submitted to Carlton DeBose/Nike EYB on 6/20/2016 to cover the following payments totaling $60,000:

    a. $30,000 to Melvin McDonald, Nike EYB player DeAndre Ayton's "handler".
    b. $15,000 to AAU basketball coach Shaun Manning, Nike EYB player Bandon McCoy's "handler".
    c. $10,000 to Andre Ayton, DeAndre Ayton's mother
    d. $5,000 for travel expenses related to DeAndre Ayton's family

### Exhibits

Exhibit 2016-2A:  Falsified invoice for $60,000 submitted to Carlton DeBose/Nike EYB on 6/20/2016 by California Supreme, requesting a) $30,000 for 16U & 15U Travel Expenses and b) $30,000 for CA Supreme Back to School Event.

Exhibit 2016-2B:  California Supreme Bank of America statement confirms $60,000 credit received by California Supreme (Nike direct-deposit) in connection with falsified invoice (See Exhibit 2016-2A). Funds were used to cover above-referenced payments.

Exhibit 2016-2C:  Text message on 6/20/2016 between Carlton DeBose (Nike EYB) and Gary Franklin (CA Supreme), in which DeBose directed Franklin to send Debose/Nike EYB an invoice for $60,000 and include line items for 16U, 15U expenses, $30,000 for CA Supreme Back to School Event Sponsorship.

Exhibit 2016-2D:  Text message 6/2016 between Carlton DeBose (Nike EYB) and Gary Franklin (CA Supreme) in which DeBose confirmed Nike invoicing and paying AAU basketball coach Shaun Manning, Nike EYB player Bandon McCoy's "handler".

(Nike Elite Youth Basketball, California Supreme Youth Basketball, DeAndre Ayton, Andrea Ayton, Shaun Manning, Brandon McCoy, Melvin McDonald)

7

(Exhibit 2016-2A)

Invoice

# California Supreme Basketball

| Bill To: | NIKE Inc | | Invoice No: | 2 |
| | One Bowerman Drive  Beaverton,  OR 97005 | | Date: | June 20, 2016 |
| | NIKE Inc   Attn:  Carlton DeBose | | Terms: | NET 0 |
| | | | Due Date: | June 20, 2016 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **16U & 15U Travel Expenses  $30,000<br>**Cal Supreme Back To School Event $30,000 | 1 | $60,000.00 | $60,000.00 |

* Indicates non-taxable item

Attn: Carlton DeBose Nike Inc

| | |
|---|---|
| Subtotal | $60,000.00 |
| Includes TAX (0.00%) | $0.00 |
| Total | $60,000.00 |
| Paid | $0.00 |
| **Balance Due** | **$60,000.00** |

USAO373_00024804
FRANKLIN0014

(Exhibit 2016-2B)

**Bank of America** | **Your checking account**

CALIFORNIA SUPREME BASKETBALL  |  ███████████  |  June 1, 2016 to June 30, 2016

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 06/27/16 | Counter Credit | 60,000.00 |

Total deposits and other credits

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

continued on the next page

# Markets go up. Markets come down.

Learn five steps to help you manage your investments
in volatile markets at merrilledge.com/5steps



**MERRILL EDGE**
Bank of America
Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value | ARLN38SQ SSM-02-16-0222.B |

(Exhibit 2016-2C)

Carlton DeBose (grey)
Gary Franklin (yellow)

.ıll Sprint 📶　　　11:04 PM　　　↙ ◢ ⏲ 22% 🔋

**Done**　　　**12 of 16**

**Carlton DeBose - Nike Grossroot...**
708▮▮▮▮

Product will be there next week. Sit tight.

12:27 PM

12:36 PM  Ok

Sunday, June 19, 2016

HAPPY FATHER'S DAY 😎

8:05 AM  😎

Monday, June 20, 2016

C

Send me an invoice for 60K. 30K line item for 16U, 15U travel expenses, 30K for CA Supreme Back to School Event Sponsorship

12:44 PM

12:46 PM  Ok got it

USAO373_00024806
FRANKLIN0016

(Exhibit 2016-2D)                                    Carlton DeBose (grey)
                                                     Gary Franklin (yellow)

 Enter message                   

                                 ⚹ ❄ ▰ ▮ 1:03

&lt;   **Carlton DeBose - Nike Grossroot...**         📞   ☰
    708▮▮▮▮

                    Left u a message on yesterday
                    about a few things. Any word on
                    a date I can expect to receive
        7:38 AM     payment?

  C   I'm not listening to a 2min 30 sec
      message, you already know that.
      Have you sent me an invoice?
      Your normal next check will be
      there every June around th

      e 15th.   7:42 AM

                    Lol.. Also payment for Shaun date
        7:43 AM     and do I send a separate invoice?

  C   It can be sent in all one invoice. I
      can hit you today to discuss the
      amounts and then you can submit
      the invoice            7:44 AM

                    Ok cool the sooner the better
                    bcuz Manning is on me as to
                    when and I have a deadline with
        7:46 AM     my cc

                    The last I spoke to Coleen she
                    said that she was waiting on u or
                    Jamal to authorize the product
                    order that I spoke guys all on?

USAO373_00024807
FRANKLIN0017

## 2016-3 Action

1. $10,000 cash paid to Andrea Ayton, Nike EYB player DeAndre Ayton's Mother, in Phoenix, AZ on 6/29/2016.

### Exhibits

Exhibit 2016-3A:  California Supreme Bank of America statement confirms two (2) cash withdrawals in the amount of $5,000 each in connection with the $10,000 total cash paid to Andrea Ayton by Gary Franklin in Phoenix, AZ on 6/29/2016.

Exhibit 2016-3B:  Text message on 6/27/2016 between Carlton DeBose (Nike EYB) and Gary Franklin (CA Supreme) in which DeBose directs Franklin fly to Phoenix on 6/29/2016 (to make Andre Ayton payment).

Exhibit 2016-3C:  Email correspondence on 6/27/2016 from Carlton DeBose (Nike EYB) to Gabriela Olivares (Nike Sports Marketing) requesting travel arrangements for Gary Franklin to travel to Phoenix, AZ on 6/29/2016.

Exhibit 2016-3D:  Text message on 6/29/2016 between Carlton DeBose (Nike EYB) and Gary Franklin (CA Supreme) on the morning Franklin arrived in Phoenix, wherein DeBose asks Franklin if he's made contact with Andrea Ayton yet?

Exhibit 2016-3E:  Text message on 6/29/2016 between Andrea Ayton, mother of Nike EYB player DeAndre Ayton, and Gary Franklin (CA Supreme) at 9:41am, once Franklin arrived in Phoenix, confirming Andrea's address; and another text on the 6/30/2016, the next day, once Franklin returned to Los Angeles, discussing the trip.

(Nike Elite Youth Basketball, California Supreme Youth Basketball, DeAndre Ayton, Andrea Ayton)

USAO373_00024808
FRANKLIN0018

(Exhibit 2016-3A)

**Bank of America**

CALIFORNIA SUPREME BASKETBALL  |  ▇▇▇▇▇▇▇▇  |  June 1, 2016 to June 30, 2016

**Your checking account**

## Deposits and other credits



| Date | Description | Amount |
|------|-------------|--------|

**Total deposits and other credits**

## Withdrawals and other debits



| Date | Description | Amount |
|------|-------------|--------|
| 06/28/16 | CA TLR cash withdrawal from CHK 8037 | -5,000.00 |
| 06/30/16 | CA TLR cash withdrawal from CHK 8037 | -5,000.00 |

*continued on the next page*

# Markets go up. Markets come down.

Learn five steps to help you manage your investments
in volatile markets at merrilledge.com/5steps



Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** | ARLN38SQ  SSM-02-16-0222.B |

USAO373_00024809
FRANKLIN0019

(Exhibit 2016-3B)

Carlton DeBose (grey)
Gary Franklin (yellow)

☊ ✉ ⌂                    ✳ ✎ ◪ 🔋 10:51 PM

‹   **Carlton DeBose - Nike Grossroot…**      📞  ⚏
    708▮▮▮▮

Monday, June 27, 2016

Ⓒ   Did you get the money from the
    invoice?
                                10:02 AM

           Not yet but I just return back late
    10:55 AM   yesterday so will check

                        4:06 PM   Received

Ⓒ   Who can get on a flight to PHX for
    Wed from your program that you
    trust?
                                4:07 PM

           It depends but for how long I
    4:10 PM   maybe free?

Ⓒ   In and out same day   4:18 PM

                    Im open and free to go?
           4:25 PM

Ⓒ   Ok I'm going to have Gabby make
    you a flight for Wed.
                                4:26 PM

           Ok let me and I'm assuming u will
    4:34 PM   fill me in on my mission 😎😎

Ⓒ   Laughing yes sir.   4:34 PM

14

USAO373_00024810
FRANKLIN0020

(Exhibit 2016-3C)

----- Forwarded Message -----
**From:** "Olivares, Gabriela" <███████████>
**To:** "Carlton.DeBose@nike.com" <█████████████>
**Cc:** "calsupremebball█████████████████>
**Sent:** Mon, Jun 27, 2016 at 4:40 PM
**Subject:** Re:
Sure thing.

Gary – What are the travel dates (this Wednesday AM – 6/29)?

Can you please complete the info below as well?

Full Legal Name:
DOB:
Phone #:
Email Address:

Date of travel: Wednesday 6/29
Arrival Time PHX:
Depart Time PHX:
Airport Code: LAX?
Airline Preference:
Frequent Flyer #:
Seat Preference:

Thanks,

Gabby Olivares ⏐ Basketball Sports Marketing ⏐ ████████
NIKE, Inc. ⏐ www.nikeeyb.com

**From:** "DeBose, Carlton" <████████████████>
**Date:** Monday, June 27, 2016 at 4:36 PM
**To:** Olivares Gabriela <████████████████>
**Cc:** Gary Franklin <████████████████>
**Subject:** <no subject>

Gabby,
I need for Gary to fly into PHX on Wed am and then fly back to LA a couple of hours later. Can you please make the travel arrangements for him? Thank you Gab

Carlton

15

USAO373_00024811
FRANKLIN0021

(Exhibit 2016-3D)

Carlton DeBose (grey)
Gary Franklin (yellow)

**Carlton DeBose - Nike Grossroot...**
708

Cool r u guys still coming down to LA b4 peach?
4:36 PM

C  I will be there Wed am and leave Thurs. So let's meet when you get back in town on Wed.
4:37 PM

Ok cool
4:40 PM

Tuesday, June 28, 2016

If im there 2hrs to 3 hrs im good I can go by my cousin store and bounce if he's in town?
12:06 PM

C  Ok perfect. Will hit Gabby to get a tighter window
12.19 PM

12:23 PM

Wednesday, June 29, 2016

Just landed
10:15 AM

C  Ok cool. Have you talked to Andrea?
10:17 AM

Yes she gave me her address just now
10:17 AM

C  Ok cool sir

Enter message

16

USAO373_00024812
FRANKLIN0022

(Exhibit 2016-3E)

Andrea Ayton (grey)
Gary Franklin (yellow)



♪ ✉ ☑ 🔲                                    ✕ ⊿ ▮ 3:57 PM

**Andrea Ayton - DA Mom**          DELETE
*82 602 ███████

Wednesday, June 29, 2016

Morning This is the address 5320
Carson rd laveen phoenix
9:41 AM

Hey good morning I just landed

Whats ur zip code?
10:16 AM

Thursday, June 30, 2016

GM I hope all is well with u & jackie
it was nice seeing u I wish that I had
some more time to visit especially
getting some good cooking!!😄 😄
9:08 AM talk soon Coach Gary

We too I will call later   9:15 AM

9:18 AM   Ok great

Have u check Deandre in yet for his
flight tomorrow? If not yet let me
know so I can upgrade his seat for
leg room bcuz I forgot to check him
4:51 PM   in earlier..

Ⓐ   Ok you can check him in   4:59 PM

5:25 PM   Ok got it

Holiday Inn Express
EAST
Augusta Downtown

17

USAO373_00024813
FRANKLIN0023

## 2016-4 Action

1.  $10,000 check (of $15,000 total) paid to AAU basketball coach, Shaun Manning, Nike EYB player Brandon McCoy's "handler," by California Supreme on 6/28/2016.

## Exhibits

Exhibit 2016-4A:  California Supreme Bank of America statement confirms check #1095 for $10,000 cleared on 7/1/2016. This was the above-referenced check to Shaun Manning, Nike EYB player Brandon McCoy's "handler.

Exhibit 2016-4B:  Text message on 6/2016 between Carlton DeBose (Nike EYB) and Gary Franklin (CA Supreme) in which DeBose confirms and directs Franklin to submit an invoice to Nike for payment AAU basketball coach, Shaun Manning, Nike EYB player Brandon McCoy's "handler".

(Nike Elite Youth Basketball, California Supreme Youth Basketball, Shaun Manning, Brandon McCoy)

USAO373_00024814
FRANKLIN0024

(Exhibit 2016-4A)

**Bank of America** 

**Your checking account**

CALIFORNIA SUPREME BASKETBALL  |  ████████████████  |  July 1, 2016 to July 31, 2016

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 07/01/16 | 1095 | -10,000.00 |
| **Total checks** | | **-$10,000.00** |
| **Total # of checks** | | **1** |

## Service fees



A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

*continued on the next page*

USAO373_00024815
FRANKLIN0025

(Exhibit 2016-4B)

Carlton DeBose (grey)
Gary Franklin (yellow)

 Enter message   

< **Carlton DeBose - Nike Grossroot...** 
708▮▮▮▮▮

> Left u a message on yesterday
> about a few things. Any word on
> a date I can expect to receive
> 7:38 AM  payment?

(C) I'm not listening to a 2min 30 sec
message, you already know that.
Have you sent me an invoice?
Your normal next check will be
there every June around th

e 15th.  7:42 AM

> Lol.. Also payment for Shaun date
> 7:43 AM  and do I send a separate invoice?

(C) It can be sent in all one invoice. I
can hit you today to discuss the
amounts and then you can submit
the invoice                  7:44 AM

> Ok cool the sooner the better
> bcuz Manning is on me as to
> when and I have a deadline with
> 7:46 AM  my cc

> The last I spoke to Coleen she
> said that she was waiting on u or
> Jamal to authorize the product
> order that I on u guyo all on?

USAO373_00024816
FRANKLIN0026

## 2016-5 Action

1. $2,500 cash paid on 7/18/2016 to AAU basketball coach, Shaun Manning, Nike EYB player Brandon McCoy's "handler".

### Exhibits

**Exhibit 2016-5A:**  California Supreme Bank of America statement confirms $5,000 cash withdrawal on 6/30/2016 to make two (2) separate $2,500 cash payments to AAU basketball coach, Shaun Manning, Nike EYB player Brandon McCoy's "handler," on 7/8/2016 and 8/10/2017.

**Exhibit 2016-5B:**  Text message (6/2016) between Carlton DeBose (Nike EYB) and Gary Franklin (CA Supreme) in which DeBose confirms and directs Franklin to submit an invoice to Nike for payment to AAU basketball coach, Shaun Manning, Nike EYB player Brandon McCoy's "handler".

**Exhibit 2016-5C:**  Text message on 6/30/2016 between AAU basketball coach Shaun Manning, Nike EYB Player Brandon McCoy's "handler," and Gary Franklin (CA Supreme) discussing Manning's remaining $5,000 payment (of $15,000 total).

(Nike Elite Youth Basketball, California Supreme Youth Basketball, Shaun Manning, Brandon McCoy)

USAO373_00024817
FRANKLIN0027

(Exhibit 2016-5A)



**Bank of America**

**Your checking account**

CALIFORNIA SUPREME BASKETBALL | ▮▮▮▮▮▮ | June 1, 2016 to June 30, 2016

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|

Total deposits and other credits

## Withdrawals and other debits



| Date | Description | Amount |
|------|-------------|--------|
| 06/30/16 | CA TLR cash withdrawal from CHK 8037 | -5,000.00 |

*continued on the next page*

# Markets go up. Markets come down.

Learn five steps to help you manage your investments
in volatile markets at merrilledge.com/5steps



MERRILL EDGE

Bank of America
Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value | ARLN3BSQ  SSM-02-16-0222 B |

(Exhibit 2016-5B)

Carlton DeBose (grey)
Gary Franklin (yellow)

 Enter message



  *1:03 /

**Carlton DeBose - Nike Grossroot...**
708▮▮▮▮

Left u a message on yesterday
about a few things. Any word on
a date I can expect to receive
payment?
7:38 AM

C   I'm not listening to a 2min 30 sec
message, you already know that.
Have you sent me an invoice?
Your normal next check will be
there every June around th

e 15th.   7:42 AM

Lol.. Also payment for Shaun date
and do I send a separate invoice?
7:43 AM

C   It can be sent in all one invoice. I
can hit you today to discuss the
amounts and then you can submit
the invoice
7:44 AM

Ok cool the sooner the better
bcuz Manning is on me as to
when and I have a deadline with
my cc
7:46 AM

The last I spoke to Coleen she
said that she was waiting on u or
Jamal to authorize the product
order that I ee u guys all on?

23

USAO373_00024819
FRANKLIN0029

(Exhibit 2016-5C)

Shaun Manning (grey)
Gary Franklin (yellow)



◦ıll Sprint 📶                    3:16 PM                    ✈ ☼ 62% 🔋

**Done**                    **24 of 24**

Thursday, June 30, 2016

im talking to mike we r going call
u now
11:46 AM

S   **Bet** 11:46 AM

Hey do u want me to get a money
order or cashier check and if so
who name do I put on it groundup
or urs ? They will only allow me to
get $5k cash today
12:16 PM

At the bank now so need to know
or just do the rest later?
12:17 PM

12:19 PM   Decision ??

S   I thought he said cash but u can
put it in my name
12:19 PM

S   LINCOLN PREP BOYS
BASKETBALL FOUNDATION
All caps

If u need to do it by check 12:20 PM

12:21 PM   Cashier's check or program ?

USAO373_00024820
FRANKLIN0030

(Exhibit 2016-5C)

Shaun Manning (grey)
Gary Franklin (yellow)

**·ıll Sprint 🛜**          **3:21 PM**          ✈ ⚥ **62%** 🔋·

**Done**          **23 of 25**

1:42 PM

1:53 PM   I can meet up right quick

1:54 PM   And drop B bag to u?

**S**   Ok I can pull up   1:54 PM

**S**   On u

U home   1:55 PM

No omw but I have to roll
1:56 PM   somewhere else

Come to Marcs alley

Then   1:57 PM

**S**   What we doin wit the balance   1:58 PM

We r waiting to see if Carlton is
2:03 PM   going to take care of it bro

2:14 PM   How close r u to Marc house?

Here   2:16 PM

Ok on my way

USAO373_00024821
FRANKLIN0031

**2016-6 Action**

1. $5,000 (approximately) paid with CA Supreme credit cards for travel expenses in connection with DeAndre Ayton's family members, between 7/5/2016 – 7/11/2016.

**Exhibits**

Exhibits:  CA Supreme credit card statements and travel agent invoices are forthcoming.

(Nike Elite Youth Basketball, California Supreme, DeAndre Ayton, Andrea Ayton, Ayton Family Members)

USAO373_00024822
FRANKLIN0032

**2016-7 Action**

1.  $2,500 cash paid on 8/10/16 to AAU basketball coach, Shaun Manning, Nike elite player Brandon McCoy's "handler".

**Exhibits**

Exhibit 2016-7A:  California Supreme Bank of America statement confirms $5,000 cash withdrawal on 6/30/2016 to make two (2) separate $2,500 cash payments to AAU basketball coach, Shaun Manning, Nike EYB player Brandon McCoy's "handler," on 7/8/2016 and 8/10/2017.

Exhibit 2016-7B:  Text message (6/2018) between Carlton DeBose (Nike EYB) and Gary Franklin (CA Supreme) in which DeBose confirms and directs Franklin to submit an invoice to Nike for payment AAU basketball coach, Shaun Manning, Nike EYB player Brandon McCoy's "handler".

Exhibit 2016-7C:  Text message on 6/30/2016 between AAU basketball coach Shaun Manning, Nike EYB Player Brandon McCoy's "handler," and Gary Franklin (CA Supreme) discussing Manning's remaining $5,000 payment (of $15,000 total).

(Nike Elite Youth Basketball, California Supreme Youth Basketball, Shaun Manning, Brandon McCoy)

USAO373_00024823
FRANKLIN0033

(Exhibit 2016-7A)

**Bank of America**

**Your checking account**

CALIFORNIA SUPREME BASKETBALL   |   ▮▮▮▮▮▮   |   June 1, 2016 to June 30, 2016

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|

Total deposits and other credits

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/30/16 | CA TLR cash withdrawal from CHK 8037 | -5,000.00 |



continued on the next page

# Markets go up. Markets come down.

Learn five steps to help you manage your investments
in volatile markets at merrilledge.com/5steps



MERRILL EDGE

Bank of America Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value | ARLN38SQ  SSM-02-16-0222 B |
|---|---|---|---|---|

28

USAO373_00024824

FRANKLIN0034

(Exhibit 2016-7B)                                    Carlton DeBose (grey)
                                                    Gary Franklin (yellow)

 Enter message                              

✉ ✉ ⌒ 🔳 ✉ 🗔                              ✳ ✕ 📶 🔋 1:03 /

‹    **Carlton DeBose - Nike Grossroot...**        
     708▮▮▮▮▮

                              Left u a message on yesterday
                              about a few things. Any word on
                              a date I can expect to receive
                  7:38 AM     payment?

  Ⓒ    I'm not listening to a 2min 30 sec
        message, you already know that.
        Have you sent me an invoice?
        Your normal next check will be
        there every June around th

        e 15th.    7:42 AM

                              Lol.. Also payment for Shaun date
                  7:43 AM     and do I send a separate invoice?

  Ⓒ    It can be sent in all one invoice. I
        can hit you today to discuss the
        amounts and then you can submit
        the invoice
                                          7:44 AM

                              Ok cool the sooner the better
                              bcuz Manning is on me as to
                              when and I have a deadline with
                  7:46 AM     my cc

                              The last I spoke to Coleen she
                              said that she was waiting on u or
                              Jamal to authorize the product
                              order that I as u guys all on?

USAO373_00024825
FRANKLIN0035

(Exhibit 2016-7C)

Shaun Manning (grey)
Gary Franklin (yellow)



Thursday, June 30, 2016

I'm talking to mike we I going call u now   11:46 AM

S   Bet   11:46 AM

Hey do u want me to get a money order or cashier check and if so who name do I put on it groundup or urs ? They will only allow me to get $5k cash today   12:16 PM

At the bank now so need to know or just do the rest later?   12:17 PM

Decision ??   12:19 PM

S   I thought he said cash but u can put it in my name   12:19 PM

S   LINCOLN PREP BOYS BASKETBALL FOUNDATION
All caps

If u need to do it by check   12:20 PM

Cashier's check or program ?   12:21 PM

30

USAO373_00024826
FRANKLIN0036

(Exhibit 2016-7C)

Shaun Manning (grey)
Gary Franklin (yellow)

.ull Sprint 🤶                3:21 PM                🡵 ⏱ 62% ▭

**Done**                      **23 of 25**

1:53 PM   I can meet up right quick

1:54 PM   And drop B bag to u?

S   Ok I can pull up   1:54 PM

S   On u

U home   1:55 PM

No omw but I have to roll
1:56 PM   somewhere else

Come to Marcs alley

Then   1:57 PM

S   What we doin wit the balance   1:58 PM

We r waiting to see if Carlton is
2:03 PM   going to take care of it bro

2:14 PM   How close r u to Marc house?

Here   2:16 PM

Ok on my way

USAO373_00024827
FRANKLIN0037

**2017-1 Action**

1. $29,528.43 bank-wire (of $30,000 total payment) on 4/11/2017 to Melvin McDonald, Nike EYB player Bol Bol's "handler," via McDonald's non-profit 501c3, American All-Star Basketball.

**Exhibits**

Exhibit 2017-1A: California Supreme Bank of America statement confirms $36,000 Nike direct-deposit on 4/10/2016 (to cover the $29,528.34 bank wire payment to Melvin McDonald, Nike EYB player Bol Bol's "handler," via McDonald's non-profit 501c3, American All-Star Basketball).

Exhibit 2017-1B: California Supreme Bank of America statement confirms bank-wire payment in the amount of $29,528.34 made to American All-Star Basketball (Melvin McDonald's non-profit, 501c3) at Wells Fargo Bank on 4/11/2017, in connection with Nike EYB player Bol Bol.

(Nike Elite Youth Basketball, California Supreme Youth Basketball, Bol Bol, Melvin McDonald)

USAO373_00024828
FRANKLIN0038

(Exhibit 2017-1A)

**Bank of America** 🇺🇸

**Your checking account**

CALIFORNIA SUPREME BASKETBALL  |  ▮▮▮▮▮▮  |  April 1, 2017 to April 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 04/10/17 | NIKE USA, INC.  DES:6328833172 ID:1500798002  INDN:GARY L FRANKLIN     CO ID:8931243023 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 36,000.00 |

Total deposits and other credits

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|

*continued on the next page*



## Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**.

©2017 Bank of America Corporation.  |  AR86PR99  |  SSM-11-16-0507.B

TIP OF THE MONTH

Small Business
Online Banking

(Exhibit 2017-1B)



**Bank of America**   **Your checking account**

CALIFORNIA SUPREME BASKETBALL  |  ⬛⬛⬛⬛  |  April 1, 2017 to April 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|

**Total deposits and other credits**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/11/17 | WIRE TYPE:WIRE OUT DATE:170411 TIME:1601 ET TRN:2017041100337969 SERVICE REF:010216 BNF:AMERICAN ALLSTAR BASKETBAL ID:5231701649 BNF BK:WELLS FARGO BANK, N.A. ID:121000248 PMT DET:3NW7TLNZZ DONATION | -29,528.34 |



*continued on the next page*



# Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at bankofamerica.com/smallbusiness.



©2017 Bank of America Corporation.  |  ARBGPR99  |  SSM-11-16-0507.B

## 2017-2 Action

1. A falsified invoice for $15,000 submitted to Nike EYB on 6/12/2017 to cover an additional $15,000 in payments to Melvin McDonald, Nike EYB player Bol Bol's "handler".

## Exhibits

Exhibit 2017-1A:  Falsified invoice for $15,000 submitted to Nike EYB on 6/12/2017 by California Supreme, requesting $15,000 for a 2017 Middle School Challenge, which was used to cover an additional $15,000 in payments to Melvin McDonald, Nike EYB player Bol Bol's "handler" (See Exhibit 2017-2C).

Exhibit 2017-2B:  California Supreme Bank of America statement confirms $36,000 Nike direct-deposit to CA Supreme on 6/15/2017.

Exhibit 2017-2C:  Caplifornia Supreme Bank of America statement confirms bank-wire payment in the amount of $12,500 made to American All-Star Basketball (Melvin McDonald's non-profit, 501c3) at Wells Fargo Bank on 6/28/2017, in connection with Nike EYB Player Bol Bol.

Exhibit 2017-2D:  Text message on 6/27/2017 between Jamal James (Nike EYB) and Gary Franklin (CA Supreme) in which James directs Franklin to pay Melvin McDonald $12,500.

(Nike Elite Youth Basketball, California Supreme Youth Basketball, Bol Bol, Melvin McDonald)

USAO373_00024831
FRANKLIN0041

(Exhibit 2017-2A)

Invoice

# California Supreme Basketball

| Bill To: | NIKE Inc | Invoice No: | 1 |
| | One Bowerman Drive Beaverton, OR 97005 | Date: | June 12, 2017 |
| | NIKE Inc Attn: Jamal James (EYBL Manager) | Terms: | NET 0 |
| | California Supreme Summer Middle School CI | Due Date: | June 12, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| California Supreme Summer 2017 Middle School Challenge Expense $15,000 | 1 | $15,000.00 | $15,000.00* |

*Inccaria nct reast a :cr
Attn: Jamal James Nike Inc

| | |
|---|---|
| Subtotal | $15,000.00 |
| Includes TAX (0.00%) | $0.00 |
| Total | $15,000.00 |
| Paid | $0.00 |
| **Balance Due** | **$15,000.00** |

USAO373_00024832
FRANKLIN0042

(Exhibit 2017-2B)



**Bank of America**

CALIFORNIA SUPREME BASKETBALL  |  ▮▮▮▮▮  |  June 1, 2017 to June 30, 2017

**Your checking account**

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| | | |
| 06/15/17 | NIKE USA, INC.  DES:6473106172 ID:1500021027  INDN:GARY L FRANKLIN      CO  ID:8931243023 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A  TREASURY SALES OFFICER FOR ASSISTANCE. | 15,000.00 |

Total deposits and other credits

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|





Bank of America **Business Advantage**

## Thank you for your business.
## Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V | SSM 02-17-0642.B

**2017-3 Action**

1. $12,500 bank-wire payment on 6/28/2017 to Melvin McDonald, Nike EYB player Bol Bol's "handler," via McDonald's non-profit 501c3, American All-Star Basketball.

**Exhibits**

Exhibit 2017-1A:  California Supreme Bank of America statement confirms $15,000 Nike direct-deposit on 6/15/2017 per invoice (See Exhibit 2017-2A) to cover $12,500 bank wire payment (of $15,000 additional payment) to Melvin McDonald, Nike EYB player Bol Bol's "handler".

Exhibit 2017-3B:  California Supreme Bank of America statement confirms bank-wire payment in the amount of $12,500 (of $15,00 payment) made to American All-Star Basketball (Melvin McDonald's non-profit, 501c3) at Wells Fargo Bank on 6/28/2017, in connection with Nike EYB Player Bol Bol.

Exhibit 2017-3C:  Text message on 6/27/2017 between Jamal James (Nike EYB) and Gary Franklin (CA Supreme) in which James directs Franklin to pay Melvin McDonald $12,500.

(Nike Elite Youth Basketball, California Supreme Youth Basketball, Bol Bol, Melvin McDonald)

USAO373_00024834
FRANKLIN0044

(Exhibit 2017-3A)

## Bank of America

**Your checking account**

CALIFORNIA SUPREME BASKETBALL  |  ███████████  |  June 1, 2017 to June 30, 2017

---

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| 06/15/17 | NIKE USA, INC.   DES:6473106172 ID:1500021027  INDN:GARY L FRANKLIN       CO ID:8931243023 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 15,000.00 |

Total deposits and other credits ████████

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |

Total withdrawals and other debits ████████



Bank of America **Business Advantage**

# Thank you for your business.
# Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V  |  SSM-02-17-0642.B

USAO373_00024835
FRANKLIN0045

(Exhibit 2017-3B)

**Bank of America** 🇺🇸

Your checking account

CALIFORNIA SUPREME BASKETBALL | ▬▬▬▬▬▬ | June 1, 2017 to June 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| | | |

Total deposits and other credits

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/28/17 | WIRE TYPE:WIRE OUT DATE:170628 TIME:1346 ET TRN:2017062800309353 SERVICE REF:009692 BNF:AMERICAN ALLSTAR BASKETBAL ID:5231701649 BNF BK:WELLS FARGO BANK, N.A. ID:121000248 PMT DET:8TLVBSB9G DONATION | -12,500.00 |

Total withdrawals and other debits

---

Bank of America Business Advantage

## Thank you for your business.
## Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLO94V | SSM-02-17-0642.B

USAO373_00024836
FRANKLIN0046

(Exhibit 2017-3C)

Jamal James (grey)
Gary Franklin (Blue/Green)



USAO373_00024837
FRANKLIN0047