# Exhibit G

**+[redacted] Jeffrey Auerbach - Hudson 2020**

DeAndre was getting $$ from Nike and Adidas and ends up with Puma...

**Status:** Read
**Read:** 10/10/2018 2:38:40 PM(UTC-7)

10/10/2018 2:08:19 PM(UTC-7)

Source Extraction:
Logical (1)

**+[redacted] Jeffrey Auerbach - Hudson 2020**

It's getting hot!

**Status:** Read
**Read:** 10/10/2018 2:38:40 PM(UTC-7)

10/10/2018 2:08:36 PM(UTC-7)

Source Extraction:
Logical (1)

**+[redacted] Gary Franklin**

**Status:** Sent
**Delivered:** 10/10/2018 2:39:00 PM(UTC-7)

10/10/2018 2:39:00 PM(UTC-7)

Source Extraction:
Logical (1)

**+[redacted] Jeffrey Auerbach - Hudson 2020**

Gary, this is a draft of the justice. Let me know what you think.

**Status:** Read
**Read:** 10/10/2018 7:50:03 PM(UTC-7)

10/10/2018 7:02:14 PM(UTC-7)

Source Extraction:
Logical (1)

**+[redacted] Jeffrey Auerbach - Hudson 2020**

1. Nike guarantees to take the necessary steps to prevent any future illegal acts of corruption in connection with its elite youth basketball program, beginning with the immediate termination of Carlton DeBose and Jamal James.
2. Nike makes fair and reasonable reparations to the California Supreme Youth Basketball program. (thinking $150,000)
3. Nike and California Supreme execute a 5 year EYBL agreement with the proviso: California Supreme can not be removed from Elite EYBL 17 or 16 regular season, tournament or Peach Jam participation during the term of the agreement, unless California Supreme is in material breach, and fails to remedy its breach within the specified cure period after being notified of the breach by Nike.

**Status:** Read
**Read:** 10/10/2018 7:50:03 PM(UTC-7)

10/10/2018 7:02:56 PM(UTC-7)

Source Extraction:
Logical (1)

**+[redacted] Jeffrey Auerbach - Hudson 2020**

Also sent you a confidential email for your review and input.

**Status:** Read
**Read:** 10/10/2018 7:50:03 PM(UTC-7)

10/10/2018 7:35:10 PM(UTC-7)

Source Extraction:
Logical (1)