# Exhibit H

**From:** **Jeffrey Auerbach** ▮
**Subject:** Fwd: Nike EYB Business
**Date:** January 9, 2019 at 11:49 AM
**To:** Gary Frankin ▮

Begin forwarded message:

**From:** Gary Frankin <▮>
**Subject: Nike EYB Business**
**Date:** January 8, 2019 at 6:31:32 PM PST
**To:** Trent Cope and ▮
**Cc:** Jeffrey Auerbach <▮

Hi Trent,

In response to your question about Nike, what I'm looking for is justice and restitution.

With Jeff's help, I want to inform Nike senior management of the excessive corporate corruption, abuse and crimes perpetrated by Nike EYB executives in 2016 and 2017 —and demand Nike immediately terminate the executives involved, and (in coordination with me) report THESE wrongdoings and remedies to the FBI and other federal authorities.

Further, I want Nike to commit to the following:

1. Clean up and reorganize Nike EYB and grassroots basketball by installing new management and procedures to best prevent this type of abuse and criminal activity from happening in the future.

2. Full financial and other restitution to me and California Supreme.

3. Nike to fully indemnify me and California Supreme from any and all wrongdoing and pay for all my legal and other related expenses in this matter.

I will make it clear to Nike, that if they don't promptly agree and/or we can't come to terms re the above, I will seek justice by immediately going to the FBI to report the following federal crimes (with evidence) committed by Nike EYB and its executives, including, but not limited to:

- Racketeering
- Conspiracy to commit bribery
- Bribery
- Money-laundering
- Fraud
- Extortion
- Conspiracy to commit wire fraud
- Conspiracy to commit mail fraud
- Wire fraud
- Mail fraud
- Coercion

Trent, Jeff's ready to call his friend/associate, the number #2 guy at Nike, but first we would really appreciate your meeting with us once more for some clarity on the crimes involved and the legal process moving forward. We'll make it work to accommodate your schedule day or night, and promise to keep it short.

Thanks

G

PS Also Jeff office is in the building next door to yours if you prefer?

USAO373_00025720