# Exhibit I

+███████ Jeffrey Auerbach - Hudson 2020

Good morning. I have to tell you, when I realized yesterday Carlton had no intention of speaking with me (probably from the start), and we weren't going to meet these crooks & liars to get you a new deal, I felt very down… In just 4-5 days of emails (not a conversation or meeting), I was amazed how dirty I felt dealing with them. Not sure how you survived their constant juvenile behavior, lies and emotional abuse and abuse of power for so damn long?

Today, I feel re-energized, repurposed and extremely fortunate the man/woman upstairs was watching out for us, and steered us away from a deal with the devil—and put us on a more righteous path.

I see a great opportunity, it's name is Truth and Justice.

It's time to go to John Slusher and Nike to report these criminals, liars and the widespread, ongoing, corruption and abuse taking place at Nike EYB.

We will tell John your whole story, show him proof, relay your demand for justice and willingness to fall on the sword to get it, and ask for his/Nike's help-in return for your cooperation and their ability to control the process.

Non-negotiable: Carlton DeBose & Jamal James terminated immediately

Monday or Tuesday, we proceed and I make the call.

In the off chance that belief in Slusher being a standup guy who can and will help us is wrong, or John has some valid legal or corporate reason he can't help us, then we will take your story to the highest U.S. authority on Justice and Truth, the FBI and DOJ…

**Status:** Read
**Read:** 2/1/2019 11:01:08 AM(UTC-8)

2/1/2019 10:56:38 AM(UTC-8)

Source Extraction:
Logical (1)

+███████ Jeffrey Auerbach - Hudson 2020

BTW, forgot to mention, I needed a shower to wash away the Carlton and Jamal filth, like a bad movie scene… LOL.

**Status:** Read
**Read:** 2/1/2019 11:01:08 AM(UTC-8)

2/1/2019 11:00:36 AM(UTC-8)

Source Extraction:
Logical (1)

+███████ Jeffrey Auerbach - Hudson 2020

Also, just we're clear, in the unlikely event Carlton does call me, I don't want to deal with him any more. Not sure if I don't take his call, or I do and just tell him there's no need for us to talk anymore, just like i stated in my emails.

**Status:** Read
**Read:** 2/1/2019 11:04:16 AM(UTC-8)

2/1/2019 11:03:57 AM(UTC-8)

Source Extraction:
Logical (1)

+███████ Jeffrey Auerbach - Hudson 2020

FYI Read what Phil said re workplace bullying in this 2018 article.

**Status:** Read
**Read:** 2/1/2019 11:53:48 AM(UTC-8)

2/1/2019 11:16:18 AM(UTC-8)

Source Extraction:
Logical (1)