# Exhibit K

**+█████   Jeffrey Auerbach - Hudson 2020**

Que passa?

Status: Read
Read: 2/14/2019 1:22:22 PM(UTC-8)

2/14/2019 1:21:57 PM(UTC-8)

Source Extraction:
Logical (1)

**+█████   Gary  Franklin**

Yep just finished very impressive this guy may not take it bcuz I can't afford him at all ♂

Status: Sent
Delivered: 2/14/2019 2:05:04 PM(UTC-8)

2/14/2019 2:05:04 PM(UTC-8)

Source Extraction:
Logical (1)

**+█████   Jeffrey Auerbach - Hudson 2020**

Will all do respect, we're taking the approach, you can't afford ANY of these attorneys…  This is a pro-bono case, or percentage of settlement (which won't move any of them). Pierre, Avenetti, and even a sole practitioner like Trent, it costs too much money to hire them… (to do it right) my gut is that the injustice to you and to the high school players, their families, schools, by Nike is the part that will attract an Avenatti  (and several other factors I'll discuss with you later). It's worth reaching our and trying to meet with him… Can't hurt. (Please dear God, have him dislike Freedman! If so, that alone, will get him onboard…)

Status: Read
Read: 2/14/2019 2:30:26 PM(UTC-8)

2/14/2019 2:19:48 PM(UTC-8)

Source Extraction:
Logical (1)

**+█████   Jeffrey Auerbach - Hudson 2020**

With all do,,,

Status: Read
Read: 2/14/2019 2:30:26 PM(UTC-8)

2/14/2019 2:19:59 PM(UTC-8)

Source Extraction:
Logical (1)

**+█████   Jeffrey Auerbach - Hudson 2020**

We will appeal to their sense of justice and duty. Also the opportunity to really light the next fuse (Racketeering) in the Sneaker Company Scandal, and answer a BIG question which NIKE will not want asked, WHY HASN'T THE DOJ INDICT EXECS AT NIKE WHO COMMITTED THE SAME  CRIMES?!! WHY JUST ADIDAS?! THere's a lot at play here for a guy like Avenatti. I feel very bad John and Nike wasn't proactive and reached out to you. It forces me to devise a strategy that goes after Nike, which I NEVER intended or wanted to do. But now they are forcing the issue and acting very badly. I can only hoe once we contact their Lawyer they pony up and do the right thing, get rid of the crooks, etc. If not, they need to be exposed. And if for some strange reason the FBI and DOJ aren't pursing them like Adidas—then the question needs to be asked in a big way—WHY?

Status: Read
Read: 2/14/2019 2:30:26 PM(UTC-8)

2/14/2019 2:27:32 PM(UTC-8)

Source Extraction:
Logical (1)

USAO373_00024493
FRANKLIN0921