# Exhibit L

From: Jeffrey Auerbach
Subject: FYI, Thanks!
Date: March 1, 2019 at 5:53 PM
To: Michael Avenatti



Hi Michael,

Great speaking with you today! Thanks for the prompt response, greatly appreciated. As I mentioned, you've been a source of much hope for me—in a time of much despair...

I look forward to further discussing Gary Franklin, Founder/Program Director of California Supreme Youth Basketball v. Nike Elite Youth Basketball & Nike, Inc., on Monday.

In the meantime, I thought I'd send you both a copy of my bio (see attached), as well as the links below to California Supreme's website.

https://californiasupremebasketball.com/about-us/
https://californiasupremebasketball.com
https://californiasupremebasketball.com/alumni/

Have a great weekend!

Best

Jeff


**Jeffrey Auerbach**
**Managing Director**
**Bedford Consulting**
**310-499-4949 Off**



BEDFORD CONSULTING



Jeffrey
Auerba...19.pdf

USAO373_00024895