# Exhibit N



# Gary Franklin, California Supreme Elite Youth Basketball

## v.

# Nike USA, Inc., Nike, Inc., Nike EYB



**For Review By**

**Michael Avenatti, Esq.**

**March 2019**

USAO373_0002 4867
FRANKLIN0077

**"The corruption we observed in college basketball has its roots in youth basketball,"** said former U.S. Secretary of State Condoleezza Rice, who chaired the NCAA's Commission on College Basketball\*



USA0373 00024868
FRANKLIN0078

https://www.nytimes.com/2018/04/25/sports/ncaa-condoleezza-rice.html

\*New York Times April 25, 2018

# SNEAKER WARS
## Big 3 Elite Youth Basketball Leagues
### Owned & Operated by the Shoe Companies



**Nike Elite Youth
Basketball League**

**Adidas Gauntlet
Basketball League**

**Under Armour
Association**

https://www.d1circuit.com
https://twitter.com/D1Circuit

https://adidasgauntlet.com
https://twitter.com/GauntletSeries

http://uaa.io
https://twitter.com/uaassociation

USAO373 00024869
FRANKLIN0079

# Nike / Nike EYB / CA Supreme
# Reporting Hierarchy



**Nike Inc.** → Lynn Merritt, SVP, Nike. Inc.
Nico Harrison, VP Nike, Inc.

**Nike EYB** → **Carlton DeBose, Director, EYB***
**Jamal James, Manager, EYB****

**CA Supreme** → Gary Franklin, Founder/Program Director

\* Major Offender-2016, 2017
\*\* Major Offender-2017

USAO373 00024870
FRANKLIN00080

### Question 1:

Is this a case of rogue executives Carlton DeBose & James James committing egregious criminal acts on their own, or was Nike, a fortune 100 company, complicit in the corruption?

### Question 2:

Is Nike a company which tolerates workplace bullying and abuse by its senior executives?

### Question 3:

Is Nike's enterprise, Nike EYB ("the Racket") guilty of racketeering, having committing acts of fraud, bribery, coercion, conspiracy, illegal cash payments, wire fraud, mail fraud, bank fraud, money laundering, etc.?





USAO373_00024871
FRANKLIN00081

**5**

Gary Franklin, California Supreme Elite Youth
Basketball
v.
Nike USA, Inc., Nike, Inc., Nike EYB



---

## CAST OF CHARACTERS

USAO373 00024872
FRANKLIN00082

# California Supreme Elite Youth Basketball (CA Supreme)

**Gary Franklin**
Founder & Program Director



USAO373 00024873
FRANKLIN0083

## Gary Franklin
Founder & Program Director, California Supreme
Elite Youth Basketball Program

## To Be Completed



**CA Supreme Elite Youth Basketball Founder & Program Director
Gary Franklin and Nike Co-Founder Phil Knight**

USAO373_00024874
FRANKLIN0084

 # CALIFORNIA SUPREME YOUTH BASKETBALL
# OVER 100 COLLEGE SCHOLARSHIPS IN 10 YEARS



**Former NBA superstar Shaquille O'Neal, CA Supreme Alumni Shareef O'Neal (UCLA), CA Supreme Founder & Program Director, Gary Franklin and Coach Deon Coleman**



USAO373 0002875
FRANKLIN00085

# Nike Elite Youth Basketball (EYB) Executives

**Carlton DeBose\***
Director of Nike's Elite Youth Basketball

**Jamal James\*\***
Manager of Nike's Elite Youth Basketball



USAO373_00024876
FRANKLIN00086

\* Major Offender-2016, 2017
\*\* Major Offender-2017

## Carlton DeBose*
Director of Nike's Elite Youth Basketball

## To Be Completed



Carlton DeBose, Director of Nike's Elite Youth Basketball



*Major Offender-2016, 2017

USAO373 00024877
FRANKLIN0087

## Jamal James*
Manager of Nike's Elite Youth Basketball

## To Be Completed



Jamal James, Manager of Nike's Elite Youth Basketball



*main offender

USAO373_00024878
FRANKLIN0088

# Nike, Inc.
# Executives
(oversight of Nike EYB)

## Lynn Merritt
Senior Vice President of Global Basketball
Sports Marketing

## Nico Harrison
Vice President of North America
Basketball Operations



USAO373_00024879
FRANKLIN00089

## Lynn Merritt
Senior Vice President of Global Basketball
Sports Marketing

**To Be Completed**



Nike Co-founder and Chairman Emeritus Phil Knight and Nike Senior
Vice President Global Basketball Sports Marketing Lynn Merritt



USAO373_00024880
FRANKLIN00090

## Nico Harrison
Vice President of North America Basketball
Operations

**To Be Completed**



Nico Harrison, Vice President of North America Basketball Operations



USAO373 00024881
FRANKLIN0091

# Nike / Nike EYB / CA Supreme Reporting Hierarchy



**Nike Inc.** → Lynn Merritt, SVP, Nike. Inc.
Nico Harrison, VP Nike, Inc.

**Nike EYB** → **Carlton DeBose, Director, EYB\***
**Jamal James, Manager, EYB\*\***

**CA Supreme** → Gary Franklin, Founder/Program Director

\* Major Offender-2016, 2017
\*\* Major Offender-2017

USAO373 00024882
FRANKLIN00092

# Nike EYB & CA Supreme
# 2016/2017 Elite 17U Players Involved

### DeAndre Ayton (2016)
#1 Overall Pick 2018 NBA Draft by Phoenix Suns,
University of Arizona (1 yr.)

### Bol Bol (2017)
Projected Top 10 Pick 2019 NBA Draft,
University of Oregon (1 yr.)

### Brandon McCoy (2016)
Ranked #15 nationally Class of 2017 ESPN,
UNLV (4 yrs.)

USAO373_00024883
FRANKLIN00093





# Nike EYB-CA Supreme
## 2016/2017 Elite 17U Players Involved



**DeAndre Ayton**
(2016)



**Bol Bol**
(2017)



**Brandon McCoy**
(2016)




USAO373_00024884
FRANKLIN00094

**DeAndre Ayton**
1st Overall Pick 2018 NBA Draft by the
Phoenix Suns. California Supreme Alumni.

**To Be Completed**





USAO373 00024885
FRANKLIN00095

## Bol Bol

Projected Top 15 Pick 2019 NBA Draft,
Former CA Supreme Elite Player (2017),
University of Oregon (1 yr.)

## To Be Completed





USAO373_00024886
FRANKLIN00096

**Brandon McCoy**
Projected Top 10 Pick 2019 NBA Draft,
University of Oregon (1 yr.)

**To Be Completed**





USAO373_00024887
FRANKLIN00097

# Handler, Trainer and Overzealous Father

## Melvin "Mel" McDonald
DeAndre Ayton's Handler (2016)
Bol Bol's Handler (2017)

## Shaun Manning
Elite Youth Basketball Trainer
Introduced Elite Player Brandon McCoy (2016) to Nike.

## Bryan Freedman
Los Angeles Attorney, Father of Former CA
Supreme Elite Player Spencer Freedman,
Bol Bol's Attorney

USAO373_00024888
FRANKLIN0098

**Melvin "Mel" McDonald**
Handler to DeAndre Ayton (2016) and Bol Bol (2017)

**To Be Completed**



Melvin "Mel" McDonald, DeAndre Ayton and Bol Bol's Handler

USAO373_00024889
FRANKLIN0099

## Shaun Manning
Elite Youth Basketball Trainer for former CA Supreme
Elite 17U Player Brandon McCoy (2016)

## To Be Completed



Elite Trainer, Shaun Manning with

USAO373_00024890
FRANKLIN0100

## Bryan J. Freedman

Los Angeles Attorney, father of former CA Supreme player,
Spencer Freedman (2017).

Bryan Freedman is a pit-bull litigator and self-confessed bully, who'll do
whatever it takes—to get what he wants, regardless of who gets hurt in
the process. He'll make payoffs, threats, and abuse the legal system to
intimidate, apply pressure or retaliate. Freedman has represented many
high-profile entertainment clients such as Judge Judy and Megan Kelly.

Ever since Freedman's son, Spencer, was in middle school, Freedman
was obsessed with his son playing for California Supreme's Elite Youth
Basketball program (CA Supreme), a longstanding, top Nike Elite Youth
Basketball program (Nike EYB).

In 2014, when Spencer Freedman was in 8th grade, Bryan Freedman
approached Gary Franklin, CA Supreme's Founder & Program Director,
and offered him $30,000 for Spencer, an overachieving point guard, to
start on Supreme's 16U Elite team, which featured a young, DeAndre
Ayton, the future 1st overall NBA Draft pick in 2018. One of Freedman's
conditions was that he (Freedman) had control of the 16U Elite team.
Gary Franklin said no immediately, and rejected Freedman's offer. In
20+ years running Elite Youth Basketball programs, Gary Franklin never
accepted (or considered accepting) money for any kid to play in his
program. Also, Franklin had heard all about the utter chaos and
destruction, Bryan Freedman usually left behind wherever Spencer
played, and he wanted no part of Freedman. Freedman was not happy
Franklin had rejected him and his (pay-to-play) offer.



Bryan Freedman, Los Angeles Attorney, Father of
Spencer Freedman, CA Supreme 17U player (2017)

USAO373 00024891
FRANKLIN0101

In 2015, the next year, Freedman approached Franklin again. He offered Franklin $40,000 for Spencer, now a 9th grader, to start on CA Supreme's 16U elite team, with the condition Spencer's rec team coach would run the team. Franklin immediately rejected Freedman's offer again and Freedman was clearly not happy.

In 2016, the following year, with Spencer now a 10th grader, Freedman approached Franklin yet again, offering him $50,000 for Spencer to start on Supreme's 17U elite team, which featured Nike elite players DeAndre Ayton and Brandon McCoy. For the 3rd time—in 3 years, Franklin rejected Freedman's offer. Freedman was frustrated and outraged by Franklin's refusal yet again.

Spencer Freedman attended Mater Dei High School, a Catholic high school in Orange County, known for excellent academics and athletics. In 2016, Bryan Freedman determined Mater Dei's Varsity basketball team (and Spencer) was in need of a "big man" to seriously compete, so Freedman retained the services of Melvin "Mel" McDonald, former Supreme player, DeAndre Ayton's "Handler" to help find and recruit a dominating "big man" to play alongside Spencer at Matre Dei during the upcoming 2017 season.

Mel McDonald found Bol Bol, son of former NBA star Manute Bol, a 7-foot H.S. sophomore in Kansas. Using DeAndre Ayton as a calling card, McDonald convinced Bol Bol's mother to transfer guardianship to McDonald (with Bryan Freedman's financial backing), so Bol Bol could move to Southern California, live with McDonald, and play at Mater Dei. McDonald, a successful recruiter of elite youth basketball players, also had serious question marks in his own past. In 2013, McDonald was arrested and charged with felony extortion and grand theft in Riverside County, CA.

USAO373_0002489 2
FRANKLIN0102

In 2017, Bryan Freedman and Mel McDonald approached Nike Elite Youth Basketball execs Carlton DeBose (director) and Jamal James (manager), and leveraged their (supposed) interest from Adidas in Bol Bol playing on the elite Adidas Gauntlet circuit. Freedman told Nike, Adidas offered him and McDonald their own Gauntlet team for Bol Bol. Soon after, Nike's DeBose and James informed Franklin they wanted him to turn-over control of his highly-regarded 17U elite team to Freedman-McDonald for 2107 in order to keep Bol Bol away from Adidas. The plan included bringing Spencer Freedman's entire coaching staff from Mater Dei, which Bryan Freedman pa for. Freedman also agreed to pay at least $75,000 to cover additional team expenses. This figure doesn't include any monies Freedman might've paid to McDonald, Bol Bol, Bol's family, or others who helped advance Freedman's cause.

In addition to leveraging Bol Bol with Nike to ensure his son, Spencer, a starting spot on a top 17U Elite Nike EYB team (alongside Bol Bol), Freedman used the Nike-Bol Bol situation to retaliate against Franklin for repeatedly rejecting Freedman's (pay-to-play) offers. Freedman personally waged revenge on Franklin, leveraging Nike EYB to take-away CA Supreme's elite 17U team from Franklin and turn it over to Freedman-McDonald for 2017. After gaining control of Franklin's his 17U elite team for the season, Freedman took every opportunity to further humiliate and abuse Franklin.

Bol Bol will enter the upcoming 2019 NBA Draft, and Bryan Freedman is now Bol's attorney.

USAO373 00024893
FRANKLIN0103

**Links to Some Related Articles:**

**Defendants Receive Lenient Sentences in College Basketball Corruption Case (3/5/2019)**
https://www.nytimes.com/2019/03/05/sports/college-basketball-scandal.html

**Three Found Guilty in N.C.A.A. Basketball Recruiting Scheme (10/24/2018)**
https://www.nytimes.com/2018/10/24/sports/ncaa-basketball-adidas-guilty.html

**N.C.A.A. Alters Rules for Agents and Draft in Wake of Basketball Corruption Scandal (8/8/2018)**
https://www.nytimes.com/2018/08/08/sports/ncaa-basketball-agents.html

**Investigation? N.C.A.A. Scrutiny? Business as Usual in Grassroots Hoops (5/21/2018)**
https://www.nytimes.com/2018/05/21/sports/investigation-ncaa-scrutiny-business-as-usual-in-grassroots-hoops.html

**N.C.A.A. Panel Proposes Reforms, Including End to 'One and Done' (4/25/2018)**
https://www.nytimes.com/2018/04/25/sports/ncaa-condoleezza-rice.html

**Report Ties Players at Top College Basketball Programs to Illicit Payments (2/23/2018)**
https://www.nytimes.com/2018/02/23/sports/ncaabasketball/ncaa-college-basketball.html

**Amid Scandal, N.C.A.A. Forms Commission to Reform Men's Basketball (10/11/2017)**
https://www.nytimes.com/2017/10/11/sports/ncaa-college-basketball-reform.html

USAO373_00024894
FRANKLIN0104