UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 19 Cr. 373 (PGG) |
| MICHAEL AVENATTI | : | |
| Defendant. | : | |

_____

### DEFENDANT MICHAEL AVENATTI'S NOTICE
### OF MOTION FOR BILL OF PARTICULARS

PLEASE TAKE NOTICE, that upon the Declaration of Scott A. Srebnick, Esq., and the accompanying Memorandum of Law, defendant Michael Avenatti, pursuant to Fed.R.Crim.P. 7(f), will move this Court, before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order granting a bill of particulars as to a single request: the identity of all "others known and unknown" who are allegedly part of the conspiracies charged in this case.

PLEASE TAKE FURTHER NOTICE, that upon prior order of the Court (Doc. #20), the Government's opposition papers are due by September 19, 2019, and Defendant's reply papers, if any, are due by October 3, 2019.

Dated: August 16, 2019

                Respectfully submitted,

By:  /s/Scott A. Srebnick
      Scott A. Srebnick, P.A.
      201 South Biscayne Boulevard, #1210
      Miami, FL 33131
      Telephone: (305) 285-9019
      Facsimile:  (305) 377-9937
      E-Mail:  Scott@srebnicklaw.com

> By: /s/Jose M. Quinon
> Jose M. Quinon, P.A.
> 2333 Brickell Avenue, Suite A-1
> Miami, FL 33129
> Telephone:  (305) 858-5700
> Facsimile:  (305) 358-7848
> E-Mail:  jquinon@quinonlaw.com
>
> *Attorneys for Defendant Michael Avenatti*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

> /s/Scott A. Srebnick
> Scott A. Srebnick