LAW OFFICES
# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
www.srebnicklaw.com

August 20, 2019

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Michael Avenatti*
Case No. 19-cr-373-PGG

Dear Judge Gardephe:

A conference in this matter is scheduled for Thursday, August 22, 2019, at 3:15pm. Mr. Avenatti and I will appear in person as directed. My co-counsel, Jose Quinon, must attend to a medical appointment in Miami on the morning of August 22, 2019, so he will be unable to appear in person at the conference. I am writing to inquire whether the Court would allow Mr. Quinon to dial in to the conference by telephone so that he may also participate.

Thank you for your consideration of this request.

Respectfully,

Scott A. Srebnick

cc: AUSAs Podolsky/Sobelman/Richenthal

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Aug 21, 2019