LAW OFFICES
# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
www.srebnicklaw.com

August 21, 2019

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:   *United States v. Michael Avenatti*
              Case No. 19-cr-373-PGG

Dear Judge Gardephe:

     A conference in this matter is scheduled for tomorrow, August 22, 2019, at 3:15pm. Pursuant to Standing Order M10-468, I respectfully request permission to bring my I-Phone and I-Pad into the Courthouse tomorrow. Attached is a Proposed Order.

     Thank you for your consideration of this request.

                           Respectfully,

                           Scott A. Srebnick

cc: AUSAs Podolsky/Sobelman/Richenthal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

------------------------------------------------------------ x

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __United States v. Avenatti__, No. __19-Cr-373 (PGG)__

The date(s) for which such authorization is provided is (are) __8/22/19__.

| Attorney | Device(s) |
|---|---|
| 1. Scott Srebnick | Apple I-Phone + I-Pad |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:

Dated: _____

                                                                     United States Judge

Revised: February 26, 2014