UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :   19 Cr. 373 (PGG) |
| MICHAEL AVENATTI | : |
| Defendant. | : |

_____

### DEFENDANT AVENATTI'S NOTICE OF MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM, PURSUANT TO RULE 17(C), TO CUSTODIAN OF RECORDS OF NIKE, INC.

PLEASE TAKE NOTICE, that upon the Declaration of Scott A. Srebnick, Esq., the exhibits thereto, and the accompanying Memorandum of Law, and pursuant to Fed.R.Crim.P. 17(c), defendant Michael Avenatti will move this Court before the Honorable Paul G. Gardephe at the United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, for an Order authorizing the service of a subpoenas duces tecum, returnable on or before October 15, 2019, on the Custodian of Records of Nike, Inc.

Dated: September 6, 2019

                                            Respectfully submitted,

                                  By:   /s/Scott A. Srebnick
                                                Scott A. Srebnick, P.A.
                                                201 South Biscayne Boulevard
                                                Suite 1210
                                                Miami, FL 33131
                                                Telephone: (305) 285-9019
                                                Facsimile:  (305) 377-9937
                                                E-Mail:  Scott@srebnicklaw.com

By: /s/Jose M. Quinon
Jose M. Quinon, P.A.
2333 Brickell Avenue, Suite A-1
Miami, FL 33129
Telephone: (305) 858-5700
Facsimile: (305) 358-7848
E-Mail: jquinon@quinonlaw.com

*Attorneys for Defendant Michael Avenatti*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/Scott A. Srebnick
Scott A. Srebnick