LAW OFFICES

# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
*www.srebnicklaw.com*

September 6, 2019

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Michael Avenatti*, No. 19-cr-373 (PGG)
       **Notice of Intent to File Reply to the Govt's Response (Dkt. #49)**

Dear Judge Gardephe:

We represent defendant Michael Avenatti. We write to notify the Court that it is our intent to file a reply to the government's response (Dkt. #49) to Mr. Avenatti's request for a two-month adjournment of the trial date (Dkt. #42), no later than Tuesday, September 10, 2019.

Thank you for your consideration.

Respectfully,

Scott A. Srebnick
Jose M. Quinon

cc:    AUSAs Podolsky, Richenthal,
       and Sobelman