UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL AVENATTI,

Defendant.

**ORDER**

19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that any response from the Government to Defendant's motions for the issuance of subpoenas pursuant to Fed. R. Crim. P. 17(c) is due by September 23, 2019.

Dated: New York, New York
       September 12, 2019

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge