| | |
|---|---|
| **From:** | Podolsky, Matthew (USANYS) |
| **To:** | Scott Srebnick; Richenthal, Daniel (USANYS); Sobelman, Robert (USANYS) |
| **Cc:** | Jose M. Quiñon |
| **Subject:** | RE: Current draft of Memo of Law re Nike Rule 17c |
| **Date:** | Friday, September 06, 2019 2:51:44 PM |

We do not have an objection to the filing of this motion on the public docket.

Many thanks,
Matt

**From:** Scott Srebnick <​███​>
**Sent:** Friday, September 6, 2019 10:39 AM
**To:** Richenthal, Daniel (USANYS) <​███​>; Podolsky, Matthew (USANYS) <​███​>; Sobelman, Robert (USANYS) <​███​>
**Cc:** Jose M. Quiñon <​███​>
**Subject:** Current draft of Memo of Law re Nike Rule 17c

Gentlemen:

Attached is the current draft of the memo of law re Nike. I don't think there is any basis for filing this under seal inasmuch as the matters are in the public record.

Thanks,
Scott

Scott A. Srebnick, P.A.
201 South Biscayne Boulevard
Suite #1210
Miami, FL 33131
Tel: 305-285-9019
Cell: ███
Fax: 305-377-9937
www.srebnicklaw.com