LAW OFFICES
# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
www.srebnicklaw.com

October 3, 2019

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Michael Avenatti</u>, No. 19-cr-373 (PGG)
            **Agreement to Exclusion of Time under Speedy Trial Act**

Dear Judge Gardephe:

    We represent defendant Michael Avenatti in the above-referenced case. Pending before the Court is Mr. Avenatti's request for a two-month adjournment of the November 12, 2019, trial date. (Dkt. #42).

    We write to notify the Court that Mr. Avenatti agrees that the ends of justice served by an adjournment of the trial date until January 21, 2020, would outweigh the best interest of the public and Mr. Avenatti in a speedy trial. *See* 18 U.S.C. §3161(h)(7). Mr. Avenatti further agrees that the entire period of additional delay through January 21, 2020, should be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

    Government counsel have advised that the government consents to this exclusion of time.

                                Respectfully,

                                Scott A. Srebnick
                                Jose M. Quinon

cc:    Counsel of Record
        (Via ECF)