UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL AVENATTI,
                     Defendant.

**ORDER**

19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that trial in this action, previously scheduled to begin on November 12, 2019, is adjourned to **January 21, 2020** at 9:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Pretrial submissions – motions in limine, proposed voir dire, and requests to charge – are now due on **December 6, 2019.** Any responsive papers are due on **December 20, 2019**.

        It is further ORDERED that, upon application of the defendant, by and through his counsel, and with the consent of the Government, the time between November 12, 2019 and January 21, 2020 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will allow the defendant time to prepare and file additional motions, and will afford both parties additional time to prepare for trial.

Dated: New York, New York
       October 9, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge