


*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 13, 2019

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Michael Avenatti*,
             19 Cr. 373 (PGG)

Dear Judge Gardephe:

    The Government respectfully writes to advise the Court that the grand jury returned a superseding indictment earlier today in the above-referenced case, and to request that time be excluded under the Speedy Trial Act until the trial date of January 21, 2020.

    The revisions reflected in the S1 Indictment are, in sum:

- Counts One and Two of the original indictment, which contained conspiracy charges, have been omitted, and the remaining counts have been renumbered accordingly.

- A count charging honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, has been added (Count Three). The proof underlying this charge is substantially the same as that underlying the counts in the original indictment (and the other counts in the S1 Indictment), and the Government does not have additional discovery to produce specific to this charge.

- Certain language has been added or modified in the speaking portion of the indictment, including regarding the new wire fraud charge.

    Enclosed please find a courtesy copy of the S1 Indictment.

Honorable Paul G. Gardephe
United States District Judge
November 13, 2019
Page 2

      The Government, with the consent of the defendant, respectfully requests that time be excluded from today until January 21, 2020 under the Speedy Trial Act, for the same reasons set forth by the Court in its Order dated October 10, 2019 (Dkt. No. 67). The parties also consent to defer arraignment on the S1 Indictment until the next pretrial conference.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

                By:    /s Matthew D. Podolsky
                       Matthew D. Podolsky
                       Daniel C. Richenthal
                       Robert B. Sobelman
                       Assistant United States Attorneys
                       (212) 637-1947/2109/2616

Enclosure

cc:    (by ECF)

       Counsel of Record