UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

MICHAEL AVENATTI,

           Defendant.

**ORDER**

19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       Upon the application of the United States of America, by and through Assistant United States Attorney Matthew Podolsky, and with the consent of Michael Avenatti, by and through his counsel, it is hereby ORDERED that the time between November 14, 2019 and January 21, 2020 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will allow the defendant time to prepare and file additional motions, and will afford the Defendant additional time to prepare for trial.

Dated:  New York, New York
         November 14, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge