LAW OFFICES

# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
www.srebnicklaw.com

December 4, 2019

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 5, 2019

Re:   *United States v. Avenatti*, No. S1 19 Cr. 373 (PGG)
      **Consent Request for Two (2) Business Days
      Adjournment for filing Pretrial Submissions**

Dear Judge Gardephe:

We represent Mr. Avenatti. Trial is scheduled to commence on January 21, 2020. The deadline for Pretrial Submissions (motions *in limine*, proposed voir dire, and requests to charge) is Friday, December 6, 2019. (Dkt. No. 67). We write to request an adjournment of two (2) business days, until Tuesday, December 10, 2019, for such submissions, and until December 24, 2019, for responsive papers. The government advises that it does **not** object to this request.

As the Court is aware, the government filed a Superseding Indictment on Wednesday, November 13, 2019, adding a new count (Count Three) charging "honest services" wire fraud. (Dkt. No. 72). By November 15, 2019 (within two days), we had filed a motion to dismiss that charge with an accompanying memorandum of law. (Dkt. Nos. 74-75). The government filed a memorandum in opposition on Friday, November 22, 2019 (Dkt. No. 79), and we filed a reply (Dkt. No. 80) less than one business day later.

We have been diligent in preparing our Pretrial Submissions to provide the government with ample time to respond. On November 15, 2019 – three weeks before the deadline for Pretrial Submissions – we filed a motion for a written juror questionnaire with an accompanying memorandum of law. (Dkt. Nos. 76-78). On November 27, 2019 – five days after receiving the government's expert witness disclosure and nine days before the deadline for Pretrial Submissions – we filed a motion *in limine* and a memorandum of law. (Dkt. No. 81-82).

We hope to file the remainder of our Pretrial Submissions by Friday, December 6, 2019. However, in an abundance of caution, we request two (2) additional business days, until Tuesday, December 10, 2019, with responsive papers due by December 24, 2019.

Thank you for your consideration.

Respectfully,

/s/ Scott A. Srebnick

Scott A. Srebnick
Jose M. Quinon