UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | **ORDER** |
| MICHAEL AVENATTI, | (S1) 19 Cr. 373 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The Government is directed to file its response to Defendant's November 27, 2019 motion in limine (Dkt. No. 81) by **December 13, 2019**.

It is further ORDERED that a conference will take place on **December 17, 2019 at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York to discuss Defendant's motion in limine concerning expert testimony. The Defendant will be arraigned on the (S1) Indictment (Dkt. No. 72) at that time.

Dated: New York, New York
       December 9, 2019

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge