UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | S1 19 Cr. 373 (PGG) |
| MICHAEL AVENATTI | : | |
| Defendant. | : | |

_____

### DEFENDANT AVENATTI'S NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF HIS FINANCIAL CONDITION

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, defendant Michael Avenatti, pursuant to Rules 401-403 of the Federal Rules of Evidence, will move the Court, before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order excluding at trial evidence of Mr. Avenatti's financial condition and spending.

Dated: December 9, 2019

Respectfully submitted,

By:     /s/Scott A. Srebnick
        Scott A. Srebnick, P.A.
        201 South Biscayne Boulevard, #1210
        Miami, FL 33131
        Telephone: (305) 285-9019
        Facsimile:  (305) 377-9937
        E-Mail:  Scott@srebnicklaw.com

By:    <u>/s/Jose M. Quinon</u>
Jose M. Quinon, P.A.
2333 Brickell Avenue, Suite A-1
Miami, FL 33129
Telephone:  (305) 858-5700
Facsimile:  (305) 358-7848
E-Mail:  jquinon@quinonlaw.com

*Attorneys for Defendant Michael Avenatti*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

<u>/s/Scott A. Srebnick</u>
Scott A. Srebnick