LAW OFFICES
# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
www.srebnicklaw.com

December 18, 2019

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Avenatti*, No. S1 19 Cr. 373 (PGG)
**Estimated Length of Trial**

Dear Judge Gardephe:

At the arraignment on the Superseding Indictment held yesterday, the Court inquired as to the estimated length of trial. The government estimated that its case-in-chief would take five (5) days. When the Court inquired of me, I responded that I thought the trial would be completed by the end of the second week. However, upon further reflection, given that *voir dire* will not begin until Wednesday, January 22, I believe it is far more likely that the trial will extend into the week of February 3rd.

Respectfully,

Scott A. Srebnick

cc: Counsel of Record (via ECF)