UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

MICHAEL AVENATTI,

               Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The parties are hereby ORDERED to file the submissions discussed at the December 17, 2019 conference by the following dates:

1. the parties will confer as to the contents of a juror questionnaire and will submit a suggested questionnaire by **December 23, 2019**;

2. the Government will file a summary of the expert opinions it expects to offer at trial by **December 27, 2019**; defense counsel will make its submission concerning expert testimony by **January 3, 2020**;

3. the Government's response to the Defendant's motions in limine is due on **December 24, 2019**;

4. Defendant's submission concerning the relevance of evidence concerning the motivations of Nike's attorneys is due by **December 24, 2019**; and

5. any additional defense submission concerning the Government's motions in limine is due by **December 24, 2019**.

A final pre-trial conference will take place on **January 17, 2020 at 2:00 p.m.**

Dated: New York, New York
       December 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge