UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL AVENATTI,

Defendant.

**ORDER**

19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Defendant is hereby ORDERED to respond to Nike's December 31, 2019 motion to quash the Defendant's subpoenas for five Nike employees to testify at his upcoming trial by **January 6, 2020.**

Dated: New York, New York
December 31, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge