UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            v.<br><br>MICHAEL AVENATTI,<br><br>                        Defendant. | No. 19 Cr. 373 (PGG) |

## NOTICE OF MOTION TO QUASH SUBPOENAS TO TESTIFY

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, non-party NIKE, Inc. ("Nike") will move this Court before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order quashing Rule 17(c) subpoenas served by Defendant Michael Avenatti on Nike employees John Slusher, Lynn Merritt, Nico Harrison, Carlton DeBose, and Jamal James.

Dated: December 31, 2019                     Respectfully submitted,

                                             S/ Peter M. Skinner
                                             Peter M. Skinner
                                             Andrew Z. Michaelson
                                             David L. Simons
                                             BOIES SCHILLER FLEXNER LLP
                                             55 Hudson Yards
                                             New York, NY 10001
                                             (t) +1 212 446 2300
                                             (f) +1 212 446 2380

                                             *Attorneys for NIKE, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, I caused a true and correct copy of the foregoing Notice of Motion to Quash to be served by electronic means on all counsel of record in the above-captioned action.

S/ Peter M. Skinner
Peter M. Skinner
