UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,
                Plaintiff,

-against-                                  Cr
                                            19 ~~Civ~~ 373 _____ ( PGG)

MICHAEL AVENATTI,                   **MOTION FOR ADMISSION**

                                              **PRO HAC VICE**

                      Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __HOWARD M. SREBNICK__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __MICHAEL AVENATTI__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __FLORIDA and CALIFORNIA__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 7, 2020           Respectfully Submitted,

                                              Applicant Signature: _/s/ Howard Srebnick_
                                              Applicant's Name: __HOWARD M. SREBNICK__
                                              Firm Name: <u>Black Srebnick Kornspan & Stumpf, P.A.</u>
                                              Address: <u>201 S. Biscayne Boulevard, Suite 1300</u>
                                              City/State/Zip: <u>Miami, Florida 33131</u>
                                              Telephone/Fax: <u>(305) 371-6421 and Fax (305) 358-2006</u>
                                              Email: <u>HSrebnick@RoyBlack.com</u>

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

———————————————————

UNITED STATES OF AMERICA,

        *Plaintiff*,                          CASE NO. 19-Cr-373 (PGG)

       v.

MICHAEL AVENATTI,

        *Defendant.*

............................../

## AFFIDAVIT OF HOWARD M. SREBNICK

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Howard M. Srebnick submits this affidavit in furtherance of his application for admission Pro Hac Vice to appear on behalf of Michael Avenatti in this cause.

    I have never been arrested or convicted of a felony, nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. There are no disciplinary proceedings presently pending against me.

    I declare under penalty of perjury that the foregoing is true and correct.

_____             JAN. 7 / 20
HOWARD M. SREBNICK               _____
                                                                             Date Executed

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**HOWARD MILTON SREBNICK**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **January 3, 1992**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this December 16, 2019.



_____
Clerk of the Supreme Court of Florida.



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *HOWARD MILTON SREBNICK*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that HOWARD MILTON SREBNICK, #143226, was on the 11th day of December 1989, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 16th day of December 2019.*

JORGE E. NAVARRETE
*Clerk/Executive of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

MICHAEL AVENATTI,

                Defendant.

19 cr 373 ( PGG )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __HOWARD M. SREBNICK__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __FLORIDA and CALIFORNIA__; and that his/her contact information is as follows (please print):

Applicant's Name: __HOWARD M. SREBNICK__

Firm Name: __Black Srebnick Kornspan & Stumpf, P.A.__

Address: __201 S. Biscayne Boulevard, Suite 1300__

City / State / Zip: __Miami, Florida 33131__

Telephone / Fax: __(305) 371-6421 and FAX (305) 358-2006__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __MICHAEL AVENATTI__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge