**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                              Plaintiff,

        -against-

MICHAEL AVENATTI,

                           Defendant.

cr
19 ᴄᴠ 373   ( PGG )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of ___HOWARD M. SREBNICK___, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of ___FLORIDA and CALIFORNIA___; and that his/her contact information is as follows (please print):

Applicant's Name: ___HOWARD M. SREBNICK___

Firm Name: ___Black Srebnick Kornspan & Stumpf, P.A.___

Address: ___201 S. Biscayne Boulevard, Suite 1300___

City / State / Zip: ___Miami, Florida 33131___

Telephone / Fax: ___(305)371-6421 and FAX (305) 358-2006___

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for ___MICHAEL AVENATTI___ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___Jan 7, 2020___

___Paul's Sandy___

United States District / ~~Magistrate~~ Judge