UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MICHAEL AVENATTI,<br><br>Defendant. | **ORDER**<br><br>(S1) 19 Cr. 373 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The parties are hereby ORDERED to provide a copy of the video recording of U.S. Attorney Geoffrey Berman's press conference, referenced in Defendant's Brief (Dkt. No. 29) at page 8, **by 12:00 p.m. on January 10, 2020.**

Dated: New York, New York
       January 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge