**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   *United States v. Michael Avenatti*,
>         19 Cr. 373 (PGG)

Dear Judge Gardephe:

The Government respectfully writes in response to the Court's order of earlier today (Dkt. No. 132) directing the parties to provide a copy of a video of a press conference referenced in a brief filed by the defendant (Dkt. No. 29).  This letter confirms that, following a conversation between the parties and Your Honor's law clerk yesterday evening, the Government provided a public link to access the video, https://www.youtube.com/watch?v=uuJM1FerHq8.

                         Respectfully submitted,

                         GEOFFREY S. BERMAN
                         United States Attorney

By:   s/ Matthew D. Podolsky
      Matthew D. Podolsky
      Daniel C. Richenthal
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-1947/2109/2616

cc:   (by ECF)

      Counsel of Record