UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL AVENATTI,<br><br>                    Defendant. | No. 19 Cr. 373 |

**NOTICE OF NON-PARTY NIKE, INC.'S MOTION TO QUASH SUBPOENAS**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, non-party NIKE, Inc. ("Nike") will move this Court before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order quashing Rule 17(c) subpoenas *duces tecum* served by Defendant Michael Avenatti on Nike and its counsel, Boies Schiller Flexner LLP.

Dated: January 13, 2020

Respectfully submitted,

/s/ Peter M. Skinner
Peter M. Skinner
Andrew Z. Michaelson
David L. Simons
Victor Zapana
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380

*Attorneys for NIKE, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 13, 2020, I caused a true and correct copy of the foregoing Notice of Non-Party NIKE, Inc.'s Motion to Quash Subpoenas to be served by electronic means on all counsel of record in the above-captioned action.

                /s/ Peter M. Skinner
                Peter M. Skinner