UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL AVENATTI,

Defendant.

**ORDER**

(S1) 19 Civ. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a telephone conference will take place on **January 14, 2020 at 5:00 p.m.**, to discuss Defendant's request to adjourn the trial and complaints regarding the production of discovery. Once both sides are on the line, counsel should contact Chambers at 212-805-0224.

Dated: New York, New York
January 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge