UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MICHAEL AVENATTI,<br><br>Defendant. | **ORDER**<br><br>(S1) 19 Civ. 373 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

With respect to the telephone conference scheduled for **January 14, 2020 at 5:00 p.m.**, the parties will dial (888) 363-4749 and use access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated: New York, New York
       January 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge