

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *United States v. Michael Avenatti*,
        19 Cr. 373 (PGG)

Dear Judge Gardephe:

    The Government respectfully writes to inform the Court that, late this afternoon, the Government was informed by the United States Attorney's Office for the Central District of California ("USAO-CDCA") that it had requested, on an *ex parte* basis, for the United States District Court for the Central District of California to issue an arrest warrant or an order to show cause with respect to potential violations of the conditions of pretrial release by defendant Michael Avenatti in connection with his case pending in that district.  A few minutes ago, the Government was advised by the USAO-CDCA that an arrest warrant had been issued, and that it expected the defendant to be arrested soon.  We understand that that has now occurred.  We are still gathering information and will provide an update to the Court as soon as we can.

                  Respectfully submitted,

                  GEOFFREY S. BERMAN
                  United States Attorney

        By:  s/ Daniel C. Richenthal
               Matthew D. Podolsky
               Daniel C. Richenthal
               Robert B. Sobelman
               Assistant United States Attorneys
               (212) 637-1947/2109/2616

cc:  (by ECF)

     Counsel of Record