UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL AVENATTI,

Defendant.

**ORDER**

(S1) 19 Civ. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government is directed to submit a letter forthwith explaining why it was necessary to arrest Michael Avenatti on a bail violation a week before his trial is scheduled to begin. The Government will likewise set forth, from its perspective, what effect the arrest and proceedings in California will have on the trial date.

Dated: New York, New York
       January 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge