UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MICHAEL AVENATTI,<br><br>                    Defendant. | **ORDER**<br><br>(S1) 19 Civ. 373 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that a telephone conference will take place on **January 15, 2020 at 11:00 a.m.**  The parties will dial (888) 363-4749 and use access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated: New York, New York
        January 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge