*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    ***United States v. Michael Avenatti*,**
               **S1 19 Cr. 373 (PGG)**

Dear Judge Gardephe:

      The Government respectfully submits this letter pursuant to the Court's order dated today, January 15, 2020, regarding the defendant's recent arrest in another district.

      Late yesterday afternoon, the United States Attorney's Office for the Southern District of New York (the "USAO-SDNY") was informed by the United States Attorney's Office for the Central District of California (the "USAO-CDCA") that the USAO-CDCA had submitted, on an *ex parte* basis, a sealed request for the United States District Court for the Central District of California to issue an arrest warrant or an order to show cause with respect to potential violations of the conditions of pretrial release by the defendant in connection with his case pending in that district. The USAO-CDCA motion papers, which the Government received after they had been filed, are attached. According to these papers, which the Government is still reviewing, the violations appear to stem from a series of alleged financial transactions and related conduct that occurred principally after the defendant's arrest in this case.

      The Government had no knowledge, prior to late yesterday afternoon, that the USAO-CDCA believed the defendant to be in substantive violation of the conditions of his pretrial release in that district or was considering seeking a revocation of his release. The Government understands that a bail proceeding has been scheduled for 11:00 a.m. PST / 2:00 p.m. EST today in the Central District of California. The USAO-SDNY has not been asked to and does not anticipate having any role whatsoever in that bail proceeding. The Government understands from the motion filed yesterday by the USAO-CDCA that it intends to seek the defendant's remand and detention pending trial in the Central District of California.

      In the event such a request is granted, the USAO-SDNY is taking steps to ensure that the defendant would be present in this district as soon as possible in order to minimize disruption to pretrial and trial schedule in this case. We have also been in discussions, beginning yesterday evening, with defense counsel in this case about the potential implications that the defendant's arrest may have on that schedule. If the defendant is detained, the USAO-SDNY will likely ask

Honorable Paul G. Gardephe
United States District Judge
January 15, 2020
Page 2

this Court to issue an order either directing the United States Marshals Service to transport the defendant to this district on an expedited basis, or for an order directing the USMS to release the defendant to the custody of the Special Agents of the United States Attorney's Office for the Southern District of New York and/or the Federal Bureau of Investigation so that they can transport the defendant to the Southern District of New York so that he can be housed in this district and available for trial.

                                                Respectfully submitted,

                                                GEOFFREY S. BERMAN
                                                United States Attorney

By:    */s/ Robert B. Sobelman*
                                                Matthew D. Podolsky
                                                Daniel C. Richenthal
                                                Robert B. Sobelman
                                                Assistant United States Attorneys
                                                (212) 637-1947/2109/2616

Attachments

cc:     (by ECF)

       Counsel of Record