UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL AVENATTI,

                Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that a telephone conference will take place on **January 15, 2020 at 4:00 p.m.**  The parties will dial (888) 363-4749 and use access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated:  New York, New York
         January 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge