



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Michael Avenatti*,
           S1 19 Cr. 373 (PGG)

Dear Judge Gardephe:

    The Government respectfully submits this letter to inform the Court that the United States District Court for the Central District of California has ordered the defendant be detained pending trial in his California case. That Court directed the United States Marshals Service ("USMS") to transport the defendant to this district forthwith. The Government's understanding is that the USMS in this district is working to effect the defendant's transfer as soon as is practicable.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

          By:   */s/ Robert B. Sobelman*
                    Matthew D. Podolsky
                    Daniel C. Richenthal
                    Robert B. Sobelman
                    Assistant United States Attorneys
                    (212) 637-1947/2109/2616

cc:    (by ECF)

       Counsel of Record