



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Avenatti*,
           S1 19 Cr. 373 (PGG)

Dear Judge Gardephe:

    The Government respectfully submits this supplemental letter pursuant to the Court's order dated today, January 15, 2020, regarding the defendant's recent arrest in another district, and the telephonic conference concerning the same.

    Enclosed is a copy of the declaration submitted in support of the motion for an arrest warrant or order to show cause of the United States Attorney's Office for the Central District of California. The Government earlier today provided to the Court a copy of the motion (Dkt. No. 152-1).

                                                        Respectfully submitted,

                                                        GEOFFREY S. BERMAN
                                                       United States Attorney

                           By:    s/ Daniel C. Richenthal
                                  Matthew D. Podolsky
                                  Daniel C. Richenthal
                                  Robert B. Sobelman
                                  Assistant United States Attorneys
                                  (212) 637-1947/2109/2616

Enclosure

cc:    (by ECF)

       Counsel of Record