EXHIBIT 35

## AFFIDAVIT
## Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 12-20-19

By: _Suzanne L Story_
Suzanne L Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 20 day of December , 20 19.

_Denise M Clemons_
Notary Public

3/13/2027
Commission Expires

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

Subp91

SD_SwornDocumentExecution_000208730012
SB1083103-F3

**Table Of Contents :**
**SB1083103-F3**

**Account Number : 00000000000398880911**
Checking - Other Records      **1**

| SL | Data Field | Parsed Value |
|---|---|---|
| 1 | Record Type | W |
| 2 | Withold Request Id | 000049134 |
| 3 | Tra Number | 604337851 |
| 4 | Invoice Number | 000 |
| 5 | Invoice Doc Source Number | 19-2-00386-34 |
| 6 | Warrant ID | 000056620 |
| 7 | Account ID | 000000000 |
| 8 | Inquiry Social Security Number1 | 493902479 |
| 9 | Inquiry Social Security Number2 | |
| 10 | Inquiry Social Security Number3 | |
| 11 | Inquiry Social Security Number4 | |
| 12 | Inquiry Le-Fein | |
| 13 | Inquiry Business Name 1 | AVENATTI, MICHAEL J |
| 14 | Inquiry Business Name 2 | AVENATTI, MICHAEL J |
| 15 | Inquiry Business Name 3 | |
| 16 | Inquiry Business Name 4 | |
| 17 | Amount Owed | 0153585545 |
| 18 | Account Type | 04 |
| 19 | Payees Reference Number | 0000000000398880911 |
| 20 | Name 1 Listed On Account Located By FI | MICHAEL J AVENATTI |
| 21 | Name 2 Listed On Account Located By FI | |

**SB1083103-F3** 1

EXHIBIT 36

 NY



STATE OF WASHINGTON
DEPARTMENT OF REVENUE

U.S. Bank

AUG 26 2019

Levy Department

U.S. BANK NATIONAL ASSOCIATION
C/O LEVY DEPARTMENT
PO BOX 5220 CN-OH-L2GT
CINCINNATI OH 45201-5220

August 16, 2019
Letter ID: L0010331239

# Notice and Order to Withhold And Deliver
# (Continuing Lien)

The Department of Revenue hereby notifies you that **MICHAEL AVENATTI** has a tax debt of **$1,521,034.33** owed to the State of Washington. A lien exists on all property or rights to property.

**See addendum for detailed warrant information**          **Total Due: $1,521,034.33**

This Order requires that you **immediately** withhold all wages, funds, payables, credit, property or effects of the taxpayer in your possession. It is a continuing levy and shall remain in effect until the Department issues an official release. Additional interest may accrue on the total amount due.

You are required to respond in writing and under oath, within **Twenty (20)** days of receipt of this Order. A response form is enclosed for your use.

Payment(s) must be made payable to the Washington State Department of Revenue and mailed **to the address listed on the response form**. Include **Taxpayer's Registration Number (604-337-851) and Garnish ID 76205** on all payments.

Failure to comply with the requirements of this Order is unlawful and you may be held liable for the full amount due, with costs, if judgment by default is rendered against you by the court. (RCW 82.32.235)

| | |
|---|---|
| **Registration Number: 604-337-851**<br>**Garnish ID: 76205**<br>**Taxpayer:**<br>MICHAEL AVENATTI<br>10000 SANTA MONICA BLVD UNIT 2107<br>LOS ANGELES CA 90067-7021<br><br><br>SSN: 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 | **Department of Revenue**<br><br>JASON CIUMMO, Revenue Agent<br>Phone: (425) 656-5153   Fax: (425) 656-5157<br><br>Date of Personal Service:<br><br><br>Date of Certified Mailing:   August 16, 2019<br><br><br>Date of Electronic Service: |

**SEE ADDITIONAL INSTRUCTIONS ON THE REVERSE**

**EXHIBIT 37**

# AVENATTI & ASSOCIATES, APC

1910 Sunset Boulevard, Suite 450
Los Angels, CA 90026
949.706.7000

March 14, 2019

**Via E-Mail**

David M. Samuels, Esq.
Lewis Brisbois Bisgaard & Smith LLP
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071
David.Samuels@lewisbrisbois.com

      Re:    Representation of ▮

Dear Mr. Samuels:

      This letter is to confirm that this office represents ▮ in connection with the ▮ that occurred earlier this month at the ▮ hotel. Accordingly all future communications and correspondence should be directed to the undersigned counsel. If you have any questions or concerns, please do not hesitate to contact me.

      Very truly yours,

Michael J. Avenatti
AVENATTI & ASSOCIATES, APC

MJA:jkr

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (hereinafter "Agreement") is made and entered into and made effective by and between ▮▮▮▮▮ (hereinafter "RELEASOR") and ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ their/its affiliates, subs, executors, administrators, successors, agents, servants, insurers, third party administrators, employees (including ▮▮▮▮▮▮▮▮▮▮) and assigns, and all other persons, firms or corporations liable or who might be claimed to be liable  (hereinafter collectively referred to as "RELEASEES"). RELEASOR and RELEASEES may also hereinafter be referred to as a "Party" or "Parties."

### 1.0   INTRODUCTION

There is now pending between the RELEASOR and the RELEASEES a Claim related to an alleged incident that occurred on March 3, 2019 at ▮▮▮▮▮▮▮▮ involving RELEASOR and ▮▮▮ (the "Claim") .  By this Agreement, RELEASOR and RELEASEES seek to settle and resolve all claims between them in relation to the Claim.

### 2.0   NO ADMISSION

By entering into this Agreement, no party to the Agreement is admitting the sufficiency of any claims, allegations, assertions, contentions or positions of any other party, or the sufficiency of any defense to any such claims, allegations, assertions, contentions or positions.  The Parties have voluntarily, and with the advice of counsel, entered into this Agreement in good faith and with a desire to forever settle the Dispute between them, and to effectuate a release of any and all claims and obligations related to the Action as between RELEASOR and RELEASEES.

### 3.0   TERMS

    **3.1    Settlement Terms.**    RELEASOR, agrees to resolve and settle all claims against all

▮▮002

RELEASEES related to the Claim in exchange for RELEASEES payment, through its insurer, to RELEASOR and her counsel the sum of: three million dollars and no cents ($3,000,000.00) (the "Settlement Funds"), with each party to bear its/their own attorneys fees and costs in relation to the Claim. On or before May 8, 2019 RELEASEES insurer shall deliver the Settlement Funds via overnight carrier as follows:

    (a) Two-thirds of the Settlement Funds ($2,000,000.00) made payable to ▮▮▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; and

    (b) One-third of the Settlement Funds ($1,000,000.00) made payable to Michael Avenatti at 10000 Santa Monica Blvd., Los Angeles, CA 90067; and

    (c) If there is choice to structure any portion of the Settlement funds, such structure must be placed through Chubb's approved structure broker – Tom P. Stevenson 24235 Juanita Drive Laguna Niguel, CA 92677. TStevenson@AtlasSettlements.com

**3.2**    **Confidentiality and Non-Disparagement.** RELEASEES (in this paragraph RELEASEES MEANS Directors, Officers, or Person officially designated to speak on behalf of RELEASEES), RELEASEES COUNSEL, RELEASOR, RELEASOR's parents and step parents and RELEASOR's counsel, shall keep the terms of this Agreement strictly confidential. Confidentiality is deemed waived only for purposes of enforcing this Agreement. Otherwise, the terms of the Agreement shall remain strictly confidential. The Parties agree that from and after the execution of this Agreement, the Parties, their counsel, and RELEASOR's parents and step parents, shall not speak disparagingly of the other Parties (or their counsel or their respective businesses) to third parties with respect to the Claim. RELEASEES (in this paragraph RELEASEES MEANS Directors, Officers, or Person officially designated to speak on behalf of RELEASEES), RELEASEES COUNSEL,

▮▮003

RELEASOR, RELEASOR's parents and step parents and RELEASOR'S counsel are expressly prohibited from posting (via any electronic format), publishing, issuing or disseminating any information related to the Claim or its resolution, PROVIDED, HOWEVER, THAT RELEASOR shall be permitted to speak freely about ███ and his conduct without any mention whatsoever of ████████████████████████ If there is an inquiry concerning the Claim and/or the settlement of the Claim, RELEASEES (in this paragraph RELEASEES MEANS Directors, Officers, or Person officially designated to speak on behalf of RELEASEES), RELEASEES COUNSEL, RELEASOR, RELEASOR's parents and step parents, and REALEASOR's counsel shall respond that the Claim has been satisfactorily resolved. In response to any additional follow-up inquiries, RELEASEES (in this paragraph RELEASEES MEANS Directors, Officers, or Person officially designated to speak on behalf of RELEASEES), RELEASEE COUNSEL, RELEASOR, RELEASOR's parents and step parents, and REALEASOR's counsel shall state that a strict confidentiality agreement between the Parties limits their ability to disclose any further information. Nothing in this paragraph 3.2 is intended to limit a Party's ability to enforce its/their rights or remedies under this Agreement or the Parties' obligations to participate and respond truthfully to discovery or other legal process, including but not limited to any criminal proceedings, provided, however that prior to responding to any inquiry by any non-governmental individual or entity, the responding party shall provide at least thirty (30) days prior written notice to all other Parties and their counsel.

**3.3    Liquidated Damages.** RELEASOR, RELEASOR's parents and step parents, and RELEASOR'S counsel expressly acknowledge and agree that these confidentiality provisions are material provisions of this Agreement, and that any breach of them shall be a material breach of this Agreement, which would cause irreparable harm and damages that would be

████004

inherently uncertain or difficult to calculate, and thus necessitate the award of liquidated damages in the amount of three hundred thousand dollars and no cents ($300,000.00) for each and every breach of these confidentiality provisions. The parties stipulate that the agreed upon sum is not a penalty, but rather a reasonable measure of damages, based on RELEASEES' experience and given the nature of the losses that may result from a breach of confidentiality. RELEASEES shall also have the right to pursue litigation and enforcement of this provision, including immediate injunctive relief against the breaching party and recovery of all associated attorneys' fees and costs, while also mandating compliance with the rest of the terms of this Agreement at its discretion.

3.4    **Binding Arbitration.** All disagreements over the form or content of the formal settlement agreement, releases, breaches of the confidentiality or non-disparagement provisions, or substantive issues of the settlement shall be decided in a binding arbitration before Judge Stone, the mediator, and his ruling shall be final and binding and not subject to any appeal. The parties waive whatever disclosure needs to be made by Judge Stone to enable him to act as the arbitrator on an expedited basis, and the parties will not object to Judge Stone acting as the arbitrator simply because he acted as the mediator in the case. The Arbitration will be done on an expedited basis with minimal exchanges of witnesses and exhibits in the discretion of Judge Stone. The parties should expect the exchanges of witnesses and exhibits to take place no more than 2 or 3 days before the hearing. Any witness or exhibit not exchanged before the hearing will not be permitted. The parties should expect no additional discovery to be permitted. Fees and costs may be awarded to the prevailing party at the discretion of Judge Stone.

3.5    **Attorney's Fees and Costs.** Each Party shall bear its/their own costs and attorney's fees associated with the preparation of this Agreement and/or the prosecution/defense of the

005

Claim. Should it become necessary to employ legal services to enforce any provision of this Agreement, the prevailing party shall be entitled to recover all attorney's fees and costs incurred in relation thereto.

**3.6  Responsibility for Liens and Tax Consequences.** RELEASOR expressly acknowledges and agrees that she shall be legally responsible for any and all payments owing on any and all liens (medical or otherwise) that may attach to the Claim and/or medical care and treatment provided as a result of the matters placed at issue in the Claim. RELEASOR hereby agrees to hold RELEASEES harmless, and to indemnify RELEASEES, for any and all lien claims made with respect to the Claim, including legal fees and/or costs RELEASEES may incur in relation thereto subsequent to the execution of this Agreement. RELEASOR also expressly acknowledges and agrees that she shall be legally responsible for any and all tax consequences related to settlement of the Action. The Parties to this Agreement agree that RELEASOR shall be permitted to classify, for State and Federal tax purposes, the payments provided under this agreement in her sole and absolute discretion.

**3.7  Warranty of RELEASOR Re: MMSEA Section 111 Reporting Obligation.** The Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) Section 111 requires that any settlement with a Medicare beneficiary for bodily and personal injury be reported to the Secretary of the Department of Health and Human Services. Failure to report any such settlement will result in substantial fines. Therefore, RELEASOR warrants, declares and represents that she has not received benefits from Medicare for any claims made in connection with the Claim and that, if RELEASOR has received any Medicare benefits, RELEASOR shall satisfy all Medicare lien claims and conditional payment claims. RELEASOR agrees to indemnify and hold RELEASEES harmless for any fines imposed as a result of any breach of

006

these warranties, declarations and representations by RELEASOR. RELEASOR acknowledges the obligation of RELEASOR described above and warrants that the Social Security Number and Date of Birth shown below the RELEASOR's signature are true and accurate. RELEASOR acknowledges that providing her Social Security Number and Date of Birth are necessary for the reporting obligation.

## 4.0 RELEASE

**4.1 RELEASOR'S Release of RELEASEES.** Effective as of the receipt by RELEASOR and her counsel of the Settlement funds as set forth above, and except as provided by this Agreement, RELEASOR on her own behalf, and for any and all of her family members, children, partners, officers, agents, employees (including ███), representatives, administrators, assigns, attorneys, executors, heirs, predecessors-in-interest, successors-in-interest, insurers, all those acting on behalf of their behalf, and their respective successors, assigns, heirs, executors, administrators, and any legal or personal representatives, and each of them, hereby irrevocably, finally and fully release, forgive and discharge RELEASEES and any and all of RELEASEES present and former partners, officers, agents, employees, representatives, administrators, directors, trustees, parent companies, affiliate companies, subsidiaries, divisions, shareholders, assigns, attorneys, executors, heirs, predecessors-in-interest, successors-in-interest, insurers, all those acting on behalf of its behalf, and their respective successors, assigns, heirs, executors, administrators, and any legal or personal representatives, and each of them, from any and all past, present or future claims, demands, causes of action for compensatory or punitive damages, obligations, set-offs, liabilities, losses, injuries and damages of any kind whatsoever, whether known or unknown, suspected or unsuspected, foreseen or unforeseen, liquidated or unliquidated that, as of the date of this Agreement, RELEASOR has, or had, or that may later

Page 6 of 11

accrue or be acquired by RELEASOR against RELEASEES in relation to the subject matter of the Action.

## 5.0    WAIVER OF CALIFORNIA CIVIL CODE § 1542

The Parties acknowledge that, with respect to the matters released as described in Paragraph 4.0 above entitled Release, there is a risk that subsequent to the execution of this Agreement, the Parties may incur, discover, suffer, sustain injury, loss, damages, costs, attorney's fees, or expenses that are in some way caused by or connected with the matters released in Paragraph 4.0, or that may have not been or are not presently capable of being ascertained; and further, that there is a risk that such damages as are now known may become more serious than the Parties now expect or anticipate. Nevertheless, the Parties acknowledge that this Agreement has been negotiated and agreed upon in light of that realization and hereby expressly waive all rights they may have in such unknown claims as they relate to the Action and the circumstances that gave rise to the Action. In doing so, the Parties, having the benefit of legal counsel, and having been advised thereof, and on behalf of themselves and for no other party to this Dispute, understand and knowingly waive their rights under Civil Code, Section 1542, which states:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

## 6.0    ADVICE OF COUNSEL

By execution of this Agreement, RELEASOR represents that each term of this Agreement has been reviewed with her legal counsel and that, hereafter, she shall not deny the validity of this

008

Agreement on the grounds that she did not have advice of counsel. The Parties are hereby entering into this Agreement with the express intention of effectuating the legal consequences provided by Section 1541 of the California Civil Code, i.e., the extinguishment of all claims and obligations other than those contained in this Agreement.

## 7.0 COMPROMISE

This Agreement is the result of a compromise and shall never at any time for any purpose be considered as an admission of liability or responsibility on the part of any party herein released, nor shall the release of any claims or waiver of costs in consideration of the execution of this Agreement constitute or be construed as an admission of any liability whatsoever by any party herein released, who denies such liability and disclaims such responsibility.

## 8.0 CONSTRUCTION OF AGREEMENT

This Agreement is the product of negotiation and preparation between and among all Parties and their respective attorneys and does not invalidate, excuse, release or encompass any Court Orders pertaining to the Claim. The Parties acknowledge and agree that this Agreement shall not be deemed prepared or drafted by one party or another and should be construed accordingly.

## 9.0 BINDING EFFECT

This Agreement shall be binding upon, and inure to the benefit of, the Parties hereto and their respective past and present family members, spouses, heirs, executors, administrators, trustors, trustees, beneficiaries, predecessors, successors, members, assigns, partners, partnerships, parents, subsidiaries, affiliated and related entities, officers, directors, principals, agents, servants, employees, representatives, insurance carriers, and all persons, firms, associations and/or corporations connected with them.

## 10.0 EFFECTIVE DATE

The Parties deem this Agreement to be effective as of April 17, 2019.

009

**11.0  ORIGINALS AND/OR FACSIMILE AND/OR ELECTRONIC SIGNATURE(S)**

This Settlement Agreement may be executed and transmitted by electronic mail and/or facsimile followed by mailing the original. The electronic and/or facsimile signature shall be valid and acceptable for all purposes as if it were an original.

**12.0  ENTIRE AGREEMENT**

This Agreement contains the entire understanding between the Parties. There are no representations, warranties, agreements, arrangements, oral or written, between or among the Parties hereto related to the subject matter of this Agreement that are not fully expressed herein.

**13.0  SEVERABILITY**

In the event that any provision or portion of this Agreement is determined to be invalid or unenforceable for any reason, in whole or in part, the remaining provisions of this Agreement shall be unaffected thereby and shall remain in full force and effect to the extent permitted by law.

**14.0  CONTROLLING LAW**

This Agreement shall be interpreted in accordance with, and governed in all respects by, the laws of the State of California.

**15.0  CAPTIONS AND INTERPRETATIONS**

Paragraph titles or captions contained herein are inserted as a matter of convenience and for reference, and in no way define, limit, extend or describe the scope of this Agreement or any provision hereof. No provision of this Agreement is to be interpreted for or against any party because that party or its legal representative drafted such provision.

**16.0  VOLUNTARY AGREEMENT**

The Parties further represent and declare that they have carefully read this Agreement and know the contents thereof, and that they sign the same freely and voluntarily. The Parties hereto also

KH&RG010

represent, warrant and agree that, upon executing and entering into this Agreement, they are not relying upon and have not relied upon any representations, promises or statements made by anyone, which are not recited, contained or embodied in this Agreement.

## 17.0 WARRANTY OF AUTHORIZED SIGNATURES

The undersigned hereto warrant and represent that they are competent and authorized to enter into this Agreement.

DATED: April 17, 2019     By: _____

Plaintiff, █████

Date of Birth: █████

Social Security No.: █████

Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019

_____
MICHAEL AVENATTI

Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019

Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019

011

Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019



Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019



Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019

012

FILE IDENTIFICATION: 7B64495926232X
PROCESSING AIM: 495
CLAIM OFFICE: 495

EA 5/3/19

5/2/19

FROM:                                         EM502142828
SS# / IRS#:            TO:                     QUAL DATE: 05/02/2019

| SUFFIX LETTER | CLAIM CODE | AMOUNT | PAYMENT CODE | PARTIAL CLOSED | WEEKS | DAYS | WEEK/LENGTH |
|---|---|---|---|---|---|---|---|
| A | PMBI | 486035.00 | 1 | P | | | |
| | TOTAL | *****$486,035.00 | | | | | |



ESIS, Inc

Bank of America        EM50214282
                          51-44
                          119

| DATE | AMOUNT |
|---|---|
| 05/02/2019 | *****$486,035.00 |

FILE IDENTIFICATION:
7B64495926232X
CLIENT                    ACCIDENT DATE
                          03/03/2019
          HOTELS INC      CLAIMANT
REASON FOR PAYMENT
SETTLEMENT

Void Over 486,035.00
Please deposit or cash within 90 days

PAY
ONLY

FOUR HUNDRED EIGHTY-SIX THOUSAND THIRTY-FIVE DOLLARS AND ZERO CENTS **********

$250,000.01 and over will require a 2nd signature

TO
THE
ORDER
OF

C7150214282C  B011900445B 0000070049C

013

B414303 DS

**CHUBB** ACE American Insurance Company
ACE Property and Casualty Insurance Company
Westchester Fire Insurance Company

**Bank of America**

DN50174770
51-44
119

| | PLS IDENTIFICATION: KY19X2173875 | | DATE | AMOUNT |
|---|---|---|---|---|
| POLICY SYMBOL NO. HDOG71095678 | CLM GRP E | CLAIMNT | 04/30/2019 | *****$1,513,965.00 |
| DATE OF EVENT 03/03/2019 | | HOTELS, INC. | | |
| REASON FOR PAYMENT Full and final setlement of all claims as per release/settl | | | | |

PAY ***1513965 00
ONLY

ONE MILLION FIVE HUNDRED THIRTEEN THOUSAND NINE HUNDRED SIXTY-FIVE DOLLARS AND ZERO CENTS *******

Void Over 1,513,965.00
Please deposit or cash within 90 days

$250,000.01 and over will require a 2nd signature

TO
THE
ORDER
OF

**CHUBB**

⑈345017477011 ⑆011900445⑈ 00004775811⑈

58/6 44:17 88/98/6182

8/4 44:17 88/98/6102

For Dep Only-Bank of America Acct# 1233065637
UBS Financial Services Inc-Agency Account
Deposit To The Credit Of Within Named Payee's
Acct With Us-Above Endorsement Guaranteed

| Tag | | Note | Item Date | Account Number | | Amount |
|---|---|---|---|---|---|---|
| | Serial Number | Payee Name | Volume ID | ImgVolNo | Issue Date | |
| No | | No | 05/10/2019 | 47758 | | 1513965.00 |
| | 3450174770 | | 19051450003701 | 1 | | |

014

EXHIBIT 38

FILE IDENTIFICATION: KY19K2173875

PROCESSING AIM: 638

CLAIM OFFICE: Prim Casualty Comple

Avenatti;Michael
10000 Santa Monica Boulevard

Los Angeles, CA 90067

# CHUBB

FROM:                           **DN50174772X**

TO:             QUAL DATE: 04/30/2019

| SUFFIX LETTER | CLAIM CODE | AMOUNT | PAYMENT CODE | PAYMENT TYPE | WEEKS | DAYS | WEEK/LENGTH |
|---|---|---|---|---|---|---|---|
| A | PMBI | 1000000.00 | AV | P | 00 | 0 | 0 |
| | TOTAL | *****$1,000,000.00 | | | | | |

---

# CHUBB

ACE American Insurance Company
ACE Property and Casualty Insurance Company
Westchester Fire Insurance Company

Bank of America

**DN50174772**

51-44
119

| | | FILE IDENTIFICATION | | |
|---|---|---|---|---|
| POLICY SYMBOL NO. | | KY19K2173875 | | |
| HDOG71095678 | CLM GRP K | CLAIMANT | | |
| DATE OF EVENT | | POLICY HOLDER | | |
| 03/03/2019 | | HOTELS, INC. | | |

REASON FOR PAYMENT
1/3 of settlement funds of full and final settlement of

| DATE | AMOUNT |
|---|---|
| 04/30/2019 | *****$1,000,000.00 |

PAY ONLY **1000000 00** CTSCTS

☑ ONE MILLION DOLLARS AND ZERO CENTS **********

Void Over 1,000,000.00
Please deposit or cash within 90 days

TO THE ORDER OF    Michael Avenatti, Esq.

$250,000.01 and over will require a 2nd signature

# CHUBB®

⑊ 3450174772⑊ ⑊011900445⑊ 000047758⑊

EXHIBIT 39

# AFFIDAVIT
## Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for Paymentech LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 12-2-19

By: _Suzanne L Story_
Suzanne L. Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 2 day of December , 20 19 .

_Denise M Clemons_
Notary Public

3/13/2037

Commission Expires
Subp91

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

SD_SwornDocumentExecution_000206600065
SB1083103-F1

## AFFIDAVIT
### Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 12-2-19

By: _Suzanne L Story_
Suzanne L. Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 2 day of November , 20 19.

_Denise M Clemons_
Notary Public

3/13/2027
Commission Expires
Subp91

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

SD_SwornDocumentExecution_000206680094
SB1083103-F1

## AFFIDAVIT
### Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for J.P. Morgan Securities LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: _12·2·19_

By: _Suzanne L Story_
Suzanne L Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 2 day of _December_ , 20 19

_Denise M Clemons_
Notary Public

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

3/13/2027
Commission Expires
Subp91

SD_SwornDocumentExecution_000206660076
SB1083103-F1

**Table Of Contents :**
**SB1083103-F1**

**Account Number :** ████0911
   **Checking -Signature Card**    **1**

**Account Number :** ████████0911
   **Statement and/or items**    **4**
   **Checking - Offsets AND Withdrawals - 05/09/2019 - $717723.00**    **45**
   **Checking - Paperless Transactions**    **54**

**Account Number :** ████████6875
   **Credit Card - Application**    **55**

 **CHASE** ⬡

## Personal Electronic Signature Card

**TAX RESPONSIBLE ID #** ▮▮▮▮479*

**PERSONAL ADDRESS**
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES, CA 90067-7021
United States/US Territories

**DATE OPENED**    05/07/2019

**ISSUED BY**    New Account
JPMorgan Chase Bank, N.A

Newport Center and Fashion Island

**BRANCH CITY/STATE**   Newport Beach ( CA )

**BANK # BRANCH**   740917

GARRETT M SCHAEFFER

**PHONE #**    (949) 759-0657

**TYPE OF OWNERSHIP**   Individual - POD

| ACCOUNT TITLE | ACCOUNT NUMBER / ACCOUNT TYPE | |
|---|---|---|
| MICHAEL J AVENATTI | 398880911 | Chase Private Client Checking |
| POD CHRISTINE CARLIN-AVENATTI | | |
| | | |

**CUSTOMER(S) TO BE ADDED LATER:**

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account and/or Chase Liquid® indicated above. I certify that the information provided herein is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement or the Chase Liquid Agreement, which includes all provisions that apply to this deposit account and/or Chase Liquid Card and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.
Exemption from FATCA reporting code (if any)    [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

M10618_C2S_CS (12/18)     Page 1 of 3     © 2017 JPMorgan Chase Bank, N.A. Member FDIC

Has the IRS notified you that you are subject to backup withholding?

[X] No. I am not subject to backup withholding.

[ ] Yes. The IRS has informed me that I am subject to backup withholding. As a result, I am not making a certification with respect to item 2, above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | **TELEPHONE NUMBER | ELECTRONIC SIGNATURE |
|------|--------------------|----------------------|
| 1*) MICHAEL J AVENATTI | ▮▮▮▮▮ | MICHAEL AVENATTI on 2019-05-07 14:54:32 EDT |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |

*Tax Responsibility Indicator

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**CHASE** ⬤

| TAXPAYER ID# | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | ▓▓▓2479 | | | |
| **DATE OF BIRTH** | ▓971 | | | |
| **PRIMARY ID TYPE** | Driver's License | | | |
| **PRIMARY ID NUMBER** | ▓▓202 | | | |
| **ISSUER** | AZ | | | |
| **ISSUANCE DATE** | 04/30/2019 | | | |
| **EXPIRATION DATE** | 02/16/2036 | | | |
| **SECONDARY ID TYPE** | Chase or Bank Issued Credit/Debit Card | | | |
| **SECONDARY IDNUMBER** | XXXXXXXXXXX1970 | | | |
| **ISSUER** | CHASE | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | 12/31/2023 | | | |

| TAXPAYER ID# | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| **DATE OF BIRTH** | | | | |
| **PRIMARY ID TYPE** | | | | |
| **PRIMARY ID NUMBER** | | | | |
| **ISSUER** | | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | | | | |
| **SECONDARY ID TYPE** | | | | |
| **SECONDARY IDNUMBER** | | | | |
| **ISSUER** | | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | | | | |

**C H A S E  P R I V A T E  C L I E N T**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 07, 2019 through May 31, 2019
Account Number: ▬▬▬▬80911



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00447266 DRE 703 210 15219 NNNNNNNNNNN 1 000000000 61 0000
MICHAEL J AVENATTI
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES CA 90067-7021

## CHECKING SUMMARY  Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 1,000,183.52 |
| Checks Paid | -2,000.00 |
| ATM & Debit Card Withdrawals | -23,336.93 |
| Electronic Withdrawals | -13,250.00 |
| Other Withdrawals | -957,446.03 |
| **Ending Balance** | **$4,150.56** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.36 |
| Interest Paid Year-to-Date | $0.36 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1003  ^ | 05/13 | $2,000.00 |
| **Total Checks Paid** | | **$2,000.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 05/07 | Deposit     1843251790 | **1,000,000.00** | 1,000,000.00 |
| 05/08 | 05/08 Withdrawal | -871,821.03 | 128,178.97 |
| 05/09 | 05/09 Withdrawal | -3,500.00 | 124,678.97 |
| 05/10 | Card Purchase With Pin  05/10 Verizon Wireleess 1427 Irvine CA Card 6008 | -3,460.57 | 121,218.40 |
| 05/10 | Card Purchase With Pin  05/10 Target T- 3030 Harbor Costa Mesa CA Card 6008 | -209.10 | 121,009.30 |
| 05/10 | 05/10 Withdrawal | -2,000.00 | 119,009.30 |
| 05/13 | Purchase Return     05/13 Target T- 10861 Weybur Los Angeles CA Card 6008 | **183.16** | 119,192.46 |

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 05/13 | Card Purchase | 05/11 Uber *Trip 800-592-8996 CA Card 6008 | -21.64 | 119,170.82 |
| 05/13 | Card Purchase 6008 | 05/11 Dierbergs Florist & G 314-432-7344 MO Card | -240.77 | 118,930.05 |
| 05/13 | Card Purchase 6008 | 05/11 Bloomingdales Century Los Angeles CA Card | -301.13 | 118,628.92 |
| 05/13 | Card Purchase | 05/11 Adidas 6580 Los Angeles CA Card 6008 | -1,047.32 | 117,581.60 |
| 05/13 | Card Purchase 6008 | 05/11 Www.Parking-Receipts. 866-366-8391 TX Card | -35.00 | 117,546.60 |
| 05/13 | Card Purchase | 05/11 Craig's. West Hollywoo CA Card 6008 | -344.91 | 117,201.69 |
| 05/13 | Card Purchase | 05/12 Uber *Trip 800-592-8996 CA Card 6008 | -16.00 | 117,185.69 |
| 05/13 | Card Purchase | 05/12 Uber *Trip 800-592-8996 CA Card 6008 | -20.67 | 117,165.02 |
| 05/13 | Card Purchase 6008 | 05/12 Dick's Clothing&Spor Newport Beach CA Card | -308.17 | 116,856.85 |
| 05/13 | Card Purchase 6008 | 05/12 Las Brisas Las Brisas Laguna Beach CA Card | -260.03 | 116,596.82 |
| 05/13 | 05/13 Withdrawal | | -23,200.00 | 93,396.82 |
| 05/13 | Check | # 1003 | -2,000.00 | 91,396.82 |
| 05/13 | Recurring Card Purchase 05/11 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 6008 | | -145.53 | 91,251.29 |
| 05/14 | Card Purchase 6008 | 05/11 Abm Onsite Westfield M Los Angeles CA Card | -3.00 | 91,248.29 |
| 05/14 | Card Purchase 6008 | 05/13 Margaret's Cleaners (L Los Angeles CA Card | -31.77 | 91,216.52 |
| 05/14 | 05/14 Withdrawal | | -4,300.00 | 86,916.52 |
| 05/15 | Card Purchase 6008 | 05/13 DR. Sean Breen, PC 760-5007615 CA Card | -2,854.00 | 84,062.52 |
| 05/15 | Card Purchase | 05/14 Sofitel LA-F&B Los Angeles CA Card 6008 | -347.59 | 83,714.93 |
| 05/15 | Card Purchase 6008 | 05/14 Apl* Itunes.Com/Bill 866-712-7753 CA Card | -9.99 | 83,704.94 |
| 05/15 | ATM Withdrawal | 05/15 17395 17th St Ste G Tustin CA Card 6008 | -1,500.00 | 82,204.94 |
| 05/15 | Recurring Card Purchase 05/15 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | -9.99 | 82,194.95 |
| 05/16 | Card Purchase 6008 | 05/14 Tlf*Trias Flowers Anti 305-6655300 FL Card | -217.16 | 81,977.79 |
| 05/16 | Card Purchase 6008 | 05/15 Jetblue 27921261 Salt Lake Cty UT Card | -436.29 | 81,541.50 |
| 05/16 | Card Purchase 6008 | 05/15 Jetblue 27906170 Salt Lake Cty UT Card | -85.00 | 81,456.50 |
| 05/17 | Card Purchase | 05/16 Ajmadison 718-532-1800 NY Card 6008 | -2,114.09 | 79,342.41 |
| 05/17 | Card Purchase 6008 | 05/16 Fort Lauderdale Airp Fort Lauderda FL Card | -13.46 | 79,328.95 |
| 05/17 | Card Purchase 6008 | 05/16 Cvs/Pharmacy #03818 Boca Raton FL Card | -37.75 | 79,291.20 |
| 05/17 | Card Purchase | 05/17 Uber *Trip 800-592-8996 CA Card 6008 | -21.78 | 79,269.42 |
| 05/17 | Transfer To Chk Xxxxxx7890 | | -12,000.00 | 67,269.42 |
| 05/17 | 05/17 Withdrawal | | -3,825.00 | 63,444.42 |
| 05/20 | Card Purchase | 05/16 Grove Isle Hotel Coconut Grove FL Card 6008 | -1,203.75 | 62,240.67 |
| 05/20 | Card Purchase | 05/16 Komodo - Miami Miami FL Card 6008 | -295.07 | 61,945.60 |
| 05/20 | Card Purchase | 05/17 Komodo - Miami Miami FL Card 6008 | -251.97 | 61,693.63 |
| 05/20 | Card Purchase | 05/19 Uber *Trip 800-592-8996 CA Card 6008 | -20.01 | 61,673.62 |
| 05/20 | Card Purchase With Pin 6008 | 05/18 Cvs/Pharmacy #10 10132 Miami FL Card | -2,080.31 | 59,593.31 |
| 05/20 | Card Purchase | 05/19 Uber *Trip 800-592-8996 CA Card 6008 | -11.40 | 59,581.91 |
| 05/20 | Card Purchase | 05/19 Uber *Trip 800-592-8996 CA Card 6008 | -11.40 | 59,570.51 |
| 05/20 | Card Purchase | 05/18 Mr C Bellini Restrant Miami FL Card 6008 | -472.59 | 59,097.92 |

Page 2 of 4



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 05/20 | Card Purchase | 05/20 Uber *Trip 800-592-8996 CA Card 6008 | -19.57 | 59,078.35 |
| 05/20 | Card Purchase | 05/20 Uber *Trip 800-592-8996 CA Card 6008 | -13.43 | 59,064.92 |
| 05/20 | Card Purchase | 05/20 Uber *Trip 800-592-8996 CA Card 6008 | -11.40 | 59,053.52 |
| 05/21 | Card Purchase | 05/20 Avis Rent-A-Car 1 Fort Lauderda FL Card 6008 | -208.14 | 58,845.38 |
| 05/21 | Card Purchase 6008 | 05/19 The Ritz Carlton Keyb Key Biscayne FL Card | -244.38 | 58,601.00 |
| 05/21 | Card Purchase 6008 | 05/20 Alaska Wifi By Gogo 877-350-0037 IL Card | -29.95 | 58,571.05 |
| 05/21 | Card Purchase | 05/20 Uber *Eats 800-592-8996 CA Card 6008 | -37.04 | 58,534.01 |
| 05/21 | 05/21 Withdrawal | | -40,000.00 | 18,534.01 |
| 05/21 | 05/21 Withdrawal | | -4,000.00 | 14,534.01 |
| 05/22 | Card Purchase 6008 | 05/19 Alaska Air  02721287702 Seattle WA Card | -408.30 | 14,125.71 |
| 05/22 | Card Purchase | 05/19 Alaska Air Seattle WA Card 6008 | -99.00 | 14,026.71 |
| 05/23 | Card Purchase 6008 | 05/22 Margaret's Cleaners (L 310-4709200 CA Card | -218.72 | 13,807.99 |
| 05/23 | Recurring Card Purchase 05/22 Msft * E050088Rw4 800-642-7676 WA Card 6008 | | -12.50 | 13,795.49 |
| 05/24 | Card Purchase | 05/23 Craig's. West Hollywoo CA Card 6008 | -421.57 | 13,373.92 |
| 05/24 | Card Purchase | 05/24 Delilah West Hollywoo CA Card 6008 | -609.70 | 12,764.22 |
| 05/24 | Card Purchase With Pin  05/24 Apple Store  #R015 3 Newport Beach CA Card 6008 | | -86.10 | 12,678.12 |
| 05/28 | Card Purchase | 05/24 Subway      03271319 Cerritos CA Card 6008 | -8.68 | 12,669.44 |
| 05/28 | Card Purchase 6008 | 05/25 Hotels.Com159151728454 Hotels.Com WA | -330.55 | 12,338.89 |
| 05/28 | Card Purchase 6008 | 05/25 Hotels.Com159151728454 Hotels.Com WA | -22.95 | 12,315.94 |
| 05/28 | Card Purchase | 05/24 Craig's. West Hollywoo CA Card 6008 | -312.94 | 12,003.00 |
| 05/28 | Card Purchase With Pin  05/25 Apple Store  #R108 102 Los Angeles CA Card 6008 | | -42.71 | 11,960.29 |
| 05/28 | Card Purchase | 05/26 Uber *Trip 800-592-8996 CA Card 6008 | -22.20 | 11,938.09 |
| 05/28 | Card Purchase | 05/26 Uber *Trip 800-592-8996 CA Card 6008 | -16.82 | 11,921.27 |
| 05/28 | Card Purchase | 05/26 Uber *Trip 800-592-8996 CA Card 6008 | -36.30 | 11,884.97 |
| 05/28 | Card Purchase 6008 | 05/26 American Air00123566972 Fort Worth TX Card | -438.30 | 11,446.67 |
| 05/28 | Card Purchase | 05/27 Border Grill  T4 Lax Los Angeles CA Card 6008 | -16.18 | 11,430.49 |
| 05/28 | Card Purchase 6008 | 05/27 Viasat IN-Flight WI-Fi 888-6496711 CA Card | -16.00 | 11,414.49 |
| 05/28 | Card Purchase | 05/28 Uber *Trip 800-592-8996 CA Card 6008 | -119.43 | 11,295.06 |
| 05/29 | Card Purchase 6008 | 05/26 Gulfstream (949) 718 Newport Beach CA Card | -135.14 | 11,159.92 |
| 05/29 | Card Purchase 6008 | 05/28 Avis Rent A Car Tolls 866-6422000 NY Card | -28.60 | 11,131.32 |
| 05/29 | Card Purchase | 05/29 Uber *Trip 800-592-8996 CA Card 6008 | -101.55 | 11,029.77 |
| 05/29 | Card Purchase | 05/28 Five Guys--Lagurad Flushing NY Card 6008 | -14.01 | 11,015.76 |
| 05/29 | Card Purchase 6008 | 05/29 Viasat IN-Flight WI-Fi 888-6496711 CA Card | -12.00 | 11,003.76 |
| 05/29 | 05/29 Withdrawal | | -3,500.00 | 7,503.76 |
| 05/29 | 05/29 Withdrawal | | -1,300.00 | 6,203.76 |
| 05/30 | Card Purchase 6008 | 05/28 American Air00123570015 Fort Worth TX Card | -238.30 | 5,965.46 |
| 05/30 | Card Purchase | 05/29 Jimmy Johns - 719 Miami FL Card 6008 | -12.91 | 5,952.55 |
| 05/30 | Card Purchase | 05/30 Uber *Trip 800-592-8996 CA Card 6008 | -23.72 | 5,928.83 |
| 05/30 | Card Purchase | 05/30 Uber *Trip 800-592-8996 CA Card 6008 | -18.06 | 5,910.77 |

*Page 3 of 4*



## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 05/30 | Quickpay With Zelle Payment To Charles Freeman 8280207222 | | -1,250.00 | 4,660.77 |
| 05/31 | Card Purchase 6008 | 05/29 American Air00106492568 Fort Worth TX Card | -227.90 | 4,432.87 |
| 05/31 | Card Purchase 6008 | 05/29 American Air00123573294 Fort Worth TX Card | -5.60 | 4,427.27 |
| 05/31 | Card Purchase 6008 | 05/29 American Air00106492646 Fort Worth TX Card | -30.00 | 4,397.27 |
| 05/31 | Card Purchase | 05/29 Komodo - Miami Miami FL Card 6008 | -184.90 | 4,212.37 |
| 05/31 | Card Purchase | 05/31 Tst* Jfc Ebb - Miami IN Miami FL Card 6008 | -10.46 | 4,201.91 |
| 05/31 | Card Purchase | 05/30 Starbucks C-17 Stl St. Louis MO Card 6008 | -6.63 | 4,195.28 |
| 05/31 | Card Purchase | 05/30 Cityofstlouis-Lambert St Louis MO Card 6008 | -5.00 | 4,190.28 |
| 05/31 | Card Purchase | 05/31 Uber   *Trip 800-592-8996 CA Card 6008 | -40.08 | 4,150.20 |
| 05/31 | Interest Payment | | 0.36 | 4,150.56 |
| | **Ending Balance** | | | **$4,150.56** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE** ⬤

**DEPOSIT**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date
5/7/19

Customer Name *(Please Print)*
Michael Avenatti

Sign Here *(If cash is received from this deposit)* - - - - - - - - - - - -
X

N13060-CH (Rev. 07/12)   80350137   11/18

▼ **Start your account number here**

0911

CASH ▶

CHECK ▶ 1 000 000 . 00

TOTAL FROM
OTHER SIDE ▶

SUBTOTAL ▶

CASH BACK ▶

TOTAL **$** 1 000 000 . 00

⑈ 1843251790⑈ ⑆500001020⑆

**CHUBB**

ACE American Insurance Company
ACE Property and Casualty Insurance Company
Westchester Fire Insurance Company

Bank of America

**DN50174772**

51-44
119

FILE IDENTIFICATION:
XY19K2173875

| POLICY SYMBOL NO. | CLM GRP | CLAIMANT | | DATE | AMOUNT |
|---|---|---|---|---|---|
| HDOG71095678 | K | | | 04/30/2019 | *****$1,000,000.00 |

DATE OF EVENT
03/03/2019                                                    INC.

REASON FOR PAYMENT
1/3 of settlement funds of full and final settlement of

PAY
ONLY **1,000,000.00**

■ONE MILLION DOLLARS AND ZERO CENTS **********

Void Over 1,000,000.00
Please deposit or cash within 90 days

*Maryellen King*

$250,000.01 and over will require a 2nd signature

**CHUBB**

|   TO   |
|  THE   | Michael Avenatti, Esq.
| ORDER  |
|   OF   |

⑈3450174772⑈ ⑆011900445⑆ 000047758⑈

**CHASE O**     **WITHDRAWAL**

WITHDRAWAL

Today's Date  5/8/19   Customer Name *(Please Print)*  MICHAEL AVENATTI

If Purchasing a Cashier's Check Provide Payee Name

N13081-CH (Rev. 10/15)   80081119   03/18

Customer Signature
X

► Start your account number here   0911

TOTAL **$**   871821.03   AMOUNT

⑈0740290021⑈ ⑆500001017⑆

**CHASE** ◯      **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

**WITHDRAWAL**

Today's Date 5/9/19

Customer Name (Please Print) *Michael Avenatti*

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)  80061119  03/18

Customer Signature
X

▼ Start your account number here

0911

TOTAL **$**

**AMOUNT**

3500.00

⑈0740290025⑈ ⑆500001017⑈

# CHASE ⬤     **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

**WITHDRAWAL**

Today's Date   5.10.19   Customer Name *(Please Print)*   M. Avena Mr

If Purchasing a Cashier's Check Provide Payee Name

N15061-CH (Rev. 10/15)  90072585  03/19

Customer Signature

X

▼ Start your account number here    0911

TOTAL **$**

AMOUNT   2000.00

⑈0788909586⑈ ⑉500001017⑉

JPMorganChaseBank 051015 741457 947870056593

# CHASE ◉    **WITHDRAWAL**

Today's Date  5/13/09    Customer Name (Please Print)  MICHAEL AVENATTI

If Purchasing a Cashier's Check Provide Payee Name
Stegmeier Gelbart Schwartz Benavente

N13061-CH (Rev. 10/15)    80081119   03/18

Customer Signature
X

▼ Start your account number here    0911

TOTAL $    AMOUNT   23200.00

⑆0740290044⑆ ⑈500001017⑈

**MICHAEL J AVENATTI**
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES, CA 90067-7021

**1003**

90/7162

DATE 5/9/19

PAY TO THE
ORDER OF CH Services $ 2000.00

Two thousand and 00/100 DOLLARS

**CHASE ⬡**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Amenity - 207

⑆322271627⑆ 398880911 1003

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

913504784

**CHASE ⬡**       **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Todays Date    Customer Name (Please Print)

8/14/18   MICHAEL AVIV ATTI

If Purchasing a Cashier's Check Provide Payee Name

N13081-CH (Rev. 10/18)  80061119  03/18

Customer Signature
X

▼ Start your account number here

0911

TOTAL **$**

AMOUNT

4300.00

⑆074029041 5⑆ ⑈500001017⑈

**06-Nov-19**

**Reference Case Number: G06Nov19-539**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 17-May-19**
**Sequence Number 091916502514**
**Amount 12000.00**
**Account Number: 0911**
**Date Request Received 06-Nov-19**

# CHASE ⬡

# WITHDRAWAL

WITHDRAWAL

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date **5/17/19**   Customer Name *(Please Print)*  Michael Avenatti

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)  90C31917  01/19

Customer Signature
X

▼ Start your account number here

0911

TOTAL **$**   3825.00

AMOUNT

⑈0786132684⑈ ⑆500001017⑆

**CHASE ⬣**　　　　**WITHDRAWAL**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

WITHDRAWAL

Today's Date　　　Customer Name *(Please Print)*

5-21-19

M. Avenatti

If Purchasing a Cashier's Check Provide Payee Name

Michael J. Avenatti

N13061-CH (Rev. 10/15)　90072585　03/19

R/T 500001017

*Customer Signature*

X

▼ Start your account number here

0911

TOTAL **$**

**AMOUNT**

40,000.00

⑈0788309540⑈ ⑆500001017⑆

SB1083103-F1　　　　　　　18

**CHASE** ⬡　　　**WITHDRAWAL**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

WITHDRAWAL

Today's Date　　　Customer Name *(Please Print)*

5-21-19　　　M Avenatti

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)　90072585　03/19

X　*Customer Signature*

▼ Start your account number here

0911　　TOTAL **$**　　4000.00

⑈0788309539⑈ ⑉50000 10 1 7⑉

AMOUNT

SB1083103-F1　　　　19

# CHASE ◯

## WITHDRAWAL/RETIRO

CHECKING/CHEQUES ☑
SAVINGS/AHORROS ☐
R/T 500001017

Today's Date/Fecha   Customer Name (Please Print)/Nombre del cliente (en letra de molde)

*5/24/19*   *Michael Avenatti*

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aquí

N13063-CH (Rev. 07/12)  50124854  03/15

Customer Signature/Firma del cliente

X

Start your account number here /
Empiece su número de cuenta aquí

*0941*   TOTAL $   AMOUNT/CANTIDAD   *3500.00*

⑆034760088⑈ ⑆500001017⑆

JPMorganChaseBank 052907 120337 953950019000

**CHASE** ⬭

# WITHDRAWAL/RETIRO

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
R/T 500001017

**WITHDRAWAL/RETIRO**

Today's Date/Fecha    Customer Name (Please Print)/Nombre del cliente *(en letra de molde)*

5/29/17    michael averautti

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aquí

N13063-OH (Rev. 07/12)   50124054   03/15

Customer Signature/Firma del cliente

X

Start your account number here/
▼ Empiece su número de cuenta aquí

0911

TOTAL **$**

AMOUNT/CANTIDAD

1300.00

⑆034760088⑆ ⑈500001017⑈

JPMorganChaseBank 052907 120337 953950019002

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00453907 DRE 703 210 18019 NNNNNNNNNNN  1 000000000 61 0000
MICHAEL J AVENATTI
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES CA 90067-7021

**We're eliminating our Chase Private Client Savings$^{SM}$ Monthly Service Fee**

Great news! Starting June 9, we are eliminating the Monthly Service Fee on Chase Private Client Savings accounts.

Please call us at the number at the top of this statement if you have any questions.

### CHECKING SUMMARY  Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,150.56** |
| Deposits and Additions | 44,503.19 |
| ATM & Debit Card Withdrawals | -6,774.70 |
| Other Withdrawals | -40,171.90 |
| Fees | -75.00 |
| **Ending Balance** | **$1,632.15** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.19 |
| Interest Paid Year-to-Date | $0.55 |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$4,150.56** |
| 06/03 | Card Purchase | 05/30 Southwes    526248136 800-435-9792 TX Card 6008 | -580.98 | 3,569.58 |
| 06/03 | Card Purchase | 05/31 Starbucks E-18 Stl St. Louis MO Card 6008 | -6.19 | 3,563.39 |
| 06/03 | Card Purchase | 05/31 Palmeiras Beach Club Coconut Grove FL Card 6008 | -35.02 | 3,528.37 |
| 06/03 | Card Purchase | 06/01 Uber   *Trip 800-592-8996 CA Card 6008 | -10.91 | 3,517.46 |
| 06/03 | Card Purchase | 06/01 Uber   *Trip 800-592-8996 CA Card 6008 | -18.89 | 3,498.57 |
| 06/03 | Card Purchase | 06/01 Benihana Miami Beach Miami FL Card 6008 | -369.77 | 3,128.80 |
| 06/03 | Card Purchase | 06/01 Uber   *Trip 800-592-8996 CA Card 6008 | -42.59 | 3,086.21 |
| 06/03 | Card Purchase | 06/01 Uber   *Trip 800-592-8996 CA Card 6008 | -10.89 | 3,075.32 |
| 06/03 | Card Purchase | 06/02 Uber   *Trip 800-592-8996 CA Card 6008 | -15.94 | 3,059.38 |
| 06/03 | Card Purchase | 06/02 Uber   *Trip 800-592-8996 CA Card 6008 | -21.27 | 3,038.11 |
| 06/03 | Card Purchase | 06/02 Uber   *Trip 800-592-8996 CA Card 6008 | -17.37 | 3,020.74 |

Page 1 of 4

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 06/03 | Card Purchase | 06/02 Uber *Trip 800-592-8996 CA Card 6008 | -21.29 | 2,999.45 |
| 06/03 | Card Purchase | 06/03 Uber *Trip 800-592-8996 CA Card 6008 | -12.29 | 2,987.16 |
| 06/04 | Card Purchase | 06/03 Lyft *Scooter Ride Lyft.Com CA Card 6008 | -10.70 | 2,976.46 |
| 06/04 | Card Purchase | 06/04 Uber *Trip 800-592-8996 CA Card 6008 | -10.70 | 2,965.76 |
| 06/04 | Card Purchase | 06/03 Zuma Miami Miami FL Card 6008 | -321.15 | 2,644.61 |
| 06/05 | Card Purchase 6008 | 06/03 American Air00123581420 Fort Worth TX Card | -499.30 | 2,145.31 |
| 06/05 | Card Purchase 6008 | 06/04 Viasat IN-Flight WI-Fi 888-6496711 CA Card | -12.00 | 2,133.31 |
| 06/05 | Card Purchase | 06/04 Starbucks T3 Bag Ord Chicago IL Card 6008 | -3.29 | 2,130.02 |
| 06/05 | Card Purchase | 06/05 Uber *Trip 800-592-8996 CA Card 6008 | -17.75 | 2,112.27 |
| 06/05 | Card Purchase 6008 | 06/04 Gibson S Bar & Steakhou Chicago IL Card | -143.31 | 1,968.96 |
| 06/05 | Card Purchase | 06/05 Uber *Trip 800-592-8996 CA Card 6008 | -18.93 | 1,950.03 |
| 06/05 | Recurring Card Purchase 06/05 Msft * E05008Gnar 800-6427676 WA Card 6008 | | -12.50 | 1,937.53 |
| 06/06 | Card Purchase | 06/04 Taxi Svc Chicago Long Is City NY Card 6008 | -63.90 | 1,873.63 |
| 06/06 | Card Purchase | 06/05 Uber *Trip 800-592-8996 CA Card 6008 | -17.74 | 1,855.89 |
| 06/06 | Card Purchase | 06/05 Hyatt Regency Chicago Chicago IL Card 6008 | -327.32 | 1,528.57 |
| 06/06 | Card Purchase | 06/06 Uber *Trip 800-592-8996 CA Card 6008 | -89.04 | 1,439.53 |
| 06/06 | Card Purchase | 06/05 Craig's. West Hollywoo CA Card 6008 | -198.55 | 1,240.98 |
| 06/07 | Deposit    1832080983 | | **40,000.00** | 41,240.98 |
| 06/07 | Card Purchase | 06/05 Taxi Svc Chicago Chicago IL Card 6008 | -9.25 | 41,231.73 |
| 06/07 | Card Purchase 6008 | 06/05 United    016245672 800-932-2732 TX Card | -389.30 | 40,842.43 |
| 06/07 | Card Purchase | 06/05 Ua Inflt    01615122180 Houston TX Card 6008 | -16.99 | 40,825.44 |
| 06/07 | Card Purchase | 06/07 Uber *Trip 800-592-8996 CA Card 6008 | -28.57 | 40,796.87 |
| 06/07 | Card Purchase | 06/06 Simmzy's Manhattan Bea CA Card 6008 | -29.00 | 40,767.87 |
| 06/07 | Card Purchase | 06/07 Javiers Century City Los Angeles CA Card 6008 | -200.00 | 40,567.87 |
| 06/07 | Card Purchase With Pin 06/07 Charles Khalil Los Angeles CA Card 6008 | | -75.62 | 40,492.25 |
| 06/10 | Card Purchase 6008 | 06/06 Starbucks Store 0054 Manhattan Bea CA Card | -6.90 | 40,485.35 |
| 06/10 | Card Purchase | 06/07 Uber *Trip 800-592-8996 CA Card 6008 | -7.46 | 40,477.89 |
| 06/10 | Card Purchase | 06/08 Uber *Trip 800-592-8996 CA Card 6008 | -22.35 | 40,455.54 |
| 06/10 | Card Purchase | 06/08 Uber *Trip 800-592-8996 CA Card 6008 | -22.91 | 40,432.63 |
| 06/10 | Card Purchase 6008 | 06/08 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -14.99 | 40,417.64 |
| 06/10 | Card Purchase With Pin 06/09 Best Buy #119 Costa Mesa CA Card 6008 | | -235.96 | 40,181.68 |
| 06/10 | Card Purchase 6008 | 06/09 Las Brisas Las Brisas Laguna Beach CA Card | -231.73 | 39,949.95 |
| 06/10 | Recurring Card Purchase 06/08 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | -0.99 | 39,948.96 |
| 06/11 | Offer: Starbucks | | **0.66** | 39,949.62 |
| 06/11 | Offer: Starbucks | | **0.62** | 39,950.24 |
| 06/11 | Card Purchase 6008 | 06/10 Cafe Gratitude - Bev Beverly Hills CA Card | -57.00 | 39,893.24 |
| 06/11 | Card Purchase 6008 | 06/09 IN N Out Burger 251 Costa Mesa CA Card | -36.10 | 39,857.14 |
| 06/11 | Card Purchase 6008 | 06/10 Calbar Co Web-Sf Bill 888-800-3400 CA Card | -75.00 | 39,782.14 |
| 06/11 | Card Purchase 6008 | 06/10 Wf4Statebrca*Srvce Fe 888-800-3400 CA Card | -1.88 | 39,780.26 |
| 06/11 | 06/11 Withdrawal | | -4,600.00 | 35,180.26 |
| 06/12 | Offer: Starbucks | | **0.33** | 35,180.59 |

Page 2 of 4

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 06/12 | Card Purchase | 06/10 Tower Bar Los Angeles CA Card 6008 | -122.94 | 35,057.65 |
| 06/12 | Card Purchase | 06/11 Craig's. West Hollywoo CA Card 6008 | -289.00 | 34,768.65 |
| 06/12 | 06/12 Withdrawal | | -2,000.00 | 32,768.65 |
| 06/13 | Card Purchase 6008 | 06/10 Alaska Air  02721308688 Seattle WA Card | -308.30 | 32,460.35 |
| 06/13 | Card Purchase | 06/10 Alaska Air Seattle WA Card 6008 | -89.00 | 32,371.35 |
| 06/13 | Card Purchase | 06/13 Uber  *Trip 800-592-8996 CA Card 6008 | -22.36 | 32,348.99 |
| 06/13 | Card Purchase 6008 | 06/12 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -4.99 | 32,344.00 |
| 06/13 | Card Purchase Fee | 06/13 Alaska Wifi By Viasat 888-6496711 CA Card | -19.99 | 32,324.01 |
| 06/14 | Legal Processing Fee | | -75.00 | 32,249.01 |
| 06/14 | Card Purchase | 06/13 Starbucks T1C Fll Fort Lauderda FL Card 6008 | -8.08 | 32,240.93 |
| 06/14 | Card Purchase | 06/13 Uber  *Trip 800-592-8996 CA Card 6008 | -42.53 | 32,198.40 |
| 06/14 | Card Purchase 6008 | 06/13 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -9.99 | 32,188.41 |
| 06/14 | Card Purchase | 06/14 Uber  *Trip 800-592-8996 CA Card 6008 | -36.01 | 32,152.40 |
| 06/14 | Card Purchase | 06/14 Uber  *Trip 800-592-8996 CA Card 6008 | -14.75 | 32,137.65 |
| 06/14 | Card Purchase | 06/14 Uber  *Trip 800-592-8996 CA Card 6008 | -36.61 | 32,101.04 |
| 06/14 | Recurring Card Purchase 06/13 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | -9.99 | 32,091.05 |
| 06/17 | Offer: Starbucks | | 0.69 | 32,091.74 |
| 06/17 | Card Purchase 6008 | 06/13 Palmeiras Beach Club Coconut Grove FL Card | -30.21 | 32,061.53 |
| 06/17 | Card Purchase | 06/15 Uber  *Trip 800-592-8996 CA Card 6008 | -18.62 | 32,042.91 |
| 06/17 | Card Purchase | 06/15 Uber  *Trip 800-592-8996 CA Card 6008 | -46.28 | 31,996.63 |
| 06/17 | Card Purchase | 06/16 Uber  *Trip 800-592-8996 CA Card 6008 | -42.60 | 31,954.03 |
| 06/17 | Card Purchase | 06/16 Uber  *Trip 800-592-8996 CA Card 6008 | -19.75 | 31,934.28 |
| 06/18 | Deposit    1881636748 | | 2,500.00 | 34,434.28 |
| 06/18 | Offer: Starbucks | | 0.70 | 34,434.98 |
| 06/18 | Card Purchase | 06/17 Uber  *Trip 800-592-8996 CA Card 6008 | -34.47 | 34,400.51 |
| 06/18 | Card Purchase | 06/18 Uber  *Trip 800-592-8996 CA Card 6008 | -171.73 | 34,228.78 |
| 06/18 | 06/18 Withdrawal | | -1,500.00 | 32,728.78 |
| 06/19 | Card Purchase | 06/19 Uber  *Trip 800-592-8996 CA Card 6008 | -7.95 | 32,720.83 |
| 06/20 | Card Purchase | 06/19 Uber  *Trip 800-592-8996 CA Card 6008 | -9.07 | 32,711.76 |
| 06/20 | Card Purchase 6008 | 06/19 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -79.99 | 32,631.77 |
| 06/24 | Deposit    1882362345 | | 2,000.00 | 34,631.77 |
| 06/24 | Card Purchase | 06/22 Uber  *Trip 800-592-8996 CA Card 6008 | -7.79 | 34,623.98 |
| 06/24 | Card Purchase | 06/23 Uber  *Trip 800-592-8996 CA Card 6008 | -16.00 | 34,607.98 |
| 06/24 | Card Purchase | 06/23 Uber  *Trip 800-592-8996 CA Card 6008 | -24.86 | 34,583.12 |
| 06/24 | Card Purchase | 06/23 Uber  *Trip 800-592-8996 CA Card 6008 | -5.95 | 34,577.17 |
| 06/24 | Card Purchase | 06/24 Uber  *Trip 800-592-8996 CA Card 6008 | -8.91 | 34,568.26 |
| 06/26 | Card Purchase 6008 | 06/24 Southwes    526249112 800-435-9792 TX Card | -279.98 | 34,288.28 |
| 06/27 | Coal-14Jun19-2527 | | -32,071.90 | 2,216.38 |
| 06/27 | Card Purchase 6008 | 06/25 American Air00123625106 Fort Worth TX Card | -438.30 | 1,778.08 |
| 06/27 | Card Purchase 6008 | 06/25 American Air00106510738 Fort Worth TX Card | -59.54 | 1,718.54 |



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 06/27 | Card Purchase | 06/26 Chevron 0209206 Primm NV Card 6008 | -67.60 | 1,650.94 |
| 06/28 | Card Purchase | 06/28 Uber *Trip 800-592-8996 CA Card 6008 | -18.98 | 1,631.96 |
| 06/28 | Interest Payment | | 0.19 | 1,632.15 |
| | **Ending Balance** | | | **$1,632.15** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 4 of 4

**CHASE** ⬤

**DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date
06/07/19
Customer Name *(Please Print)*

Michael J Avenatti

**DEPOSIT**

Sign Here *(If cash is received from this deposit)* - - - - - - - - - - - -
X

N13060-CH (Rev. 07/12)   80007672   10/18

▼ **Start your account number here**

▮▮▮ 0911

| | | |
|---|---|---|
| CASH | ▶ | |
| CHECK | ▶ | 40000.00 |
| TOTAL FROM OTHER SIDE | ▶ | |
| SUBTOTAL | ▶ | |
| CASH BACK | ▶ | |
| TOTAL **$** | | 40000.00 |

⑈183208098 3⑈ ⑆50000 10 20⑉



1389284510

**CHASE** ⬡          **WITHDRAWAL**

WITHDRAWAL

Today's Date  06/11/19    Customer Name *(Please Print)*    Michael    Avenatti

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)   90085758   03/19

Customer Signature

X

▼ Start your account number here      0911          **TOTAL $**          **AMOUNT**   4600.⁰⁰

⑆0 7 9 1 2 8 4 9 2 4⑈ ⑆5 0 0 0 0 1 0 1 7⑈

CHASE ⬤  **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date
6/12/19

Customer Name *(Please Print)*
MICHAEL AVENATTI

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)   00253369   07/16

Customer Signature
X

▼ Start your account number here

0911

TOTAL **$**

AMOUNT
2000.00

⑈076263629⑈ ⑆500001017⑆

**CHASE** ◆

**DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

Today's Date

R/T 5C0001020

Customer Name *(Please Print)*
MICHAEL AVERITT

| CASH | ▶ | 2500.00 |
| CHECK | ▶ | . |
| TOTAL FROM OTHER SIDE | ▶ | . |
| SUBTOTAL | ▶ | . |
| CASH BACK | ▶ | . |
| TOTAL $ | | 2500.00 |

Sign Here *(If cash is received from this deposit)* - - - - - - -
X

N13080-CH (Rev. 07/12)   90121699   04/19

▼ Start your account number here

0911

⑆188163674⑈⑆500001020⑆

**06-Nov-19**

**06Nov19-539**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 18-Jun-19**

**Sequence number 009290027747**

**Amount 2500.00**

**Account Number 0911**

**Date Request Received 06-Nov-19**

**CHASE ◯**       **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

WITHDRAWAL

Today's Date: 6/18/09    Customer Name (Please Print) Michael Augnant

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)   80233369   07/18

Customer Signature
X

▼ Start your account number here

0911

TOTAL **$**

AMOUNT

1500.00

⑈076263643⑈ ⑆500001017⑆

**CHASE ⬤**  **DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

Today's Date

R/T 500001020

Customer Name *(Please Print)*

*Michael Avenatti*

CASH ▶ 2000.00

CHECK ▶

Sign Here *(If cash is received from this deposit)* - - - - - - - - - -

X

TOTAL FROM
OTHER SIDE ▶

SUBTOTAL ▶

N13060-CH (Rev. 07/12)  90125699  04/19

▼ Start your account number here

09/1

CASH BACK ▶

TOTAL **$** 2000.00

⑆188 236 2345⑆ ⑈50000 10 20⑈

SB1083103-F1                    33

**06-Nov-19**

**06Nov19-539**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 24-Jun-19**

**Sequence number 001080468706**

**Amount 2000.00**

**Account Number 0911**

**Date Request Received 06-Nov-19**

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2019 through July 31, 2019

Account Number: ████0911



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00444024 DRE 703 210 21319 NNNNNNNNNNN  1 000000000 61 0000
MICHAEL J AVENATTI
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES CA 90067-7021

## CHECKING SUMMARY | Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,632.15** |
| Deposits and Additions | 7,300.01 |
| ATM & Debit Card Withdrawals | -2,523.68 |
| Electronic Withdrawals | -5,800.00 |
| Other Withdrawals | -955.94 |
| Fees | -75.00 |
| **Ending Balance** | **-$422.46** |
| | |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.56 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$1,632.15** |
| 07/01 | Card Purchase | 06/27 Taxi Svc Miami Miami FL Card 6008 | -44.62 | 1,587.53 |
| 07/01 | Card Purchase | 06/27 Komodo - Miami Miami FL Card 6008 | -220.00 | 1,367.53 |
| 07/01 | Card Purchase | 06/29 Uber   *Trip 800-592-8996 CA Card 6008 | -11.58 | 1,355.95 |
| 07/01 | Card Purchase | 06/29 Uber   *Trip 800-592-8996 CA Card 6008 | -11.10 | 1,344.85 |
| 07/01 | Card Purchase | 06/29 Uber   *Trip 800-592-8996 CA Card 6008 | -19.62 | 1,325.23 |
| 07/01 | Card Purchase | 06/29 Elcarajo_1 Miami FL Card 6008 | -40.00 | 1,285.23 |
| 07/01 | Card Purchase | 07/01 Tst* Tigertail + Mary Miami FL Card 6008 | -223.76 | 1,061.47 |
| 07/01 | ATM Withdrawal | 06/30 3015 Grand Ave Miami FL Card 6008 | -600.00 | 461.47 |
| 07/01 | Card Purchase With Pin | 06/30 The Fresh Marke Miami FL Card 6008 | -26.96 | 434.51 |
| 07/02 | Card Purchase | 07/01 Zuma Miami Miami FL Card 6008 | -105.33 | 329.18 |
| 07/02 | Card Purchase | 07/02 Uber   *Trip 800-592-8996 CA Card 6008 | -21.16 | 308.02 |
| 07/02 | Card Purchase | 07/02 Uber   *Trip 800-592-8996 CA Card 6008 | -10.71 | 297.31 |
| 07/02 | Card Purchase 6008 | 07/02 Viasat IN-Flight WI-Fi 888-6496711 CA Card | -14.00 | 283.31 |
| 07/03 | Deposit    994465712 | | **6,000.00** | 6,283.31 |
| 07/03 | Card Purchase | 07/02 Uber   *Trip 800-592-8996 CA Card 6008 | -37.21 | 6,246.10 |
| 07/03 | Card Purchase | 07/02 Great Amer Bag K Ord Chicago IL Card 6008 | -6.57 | 6,239.53 |
| 07/03 | Card Purchase | 07/03 Uber   *Trip 800-592-8996 CA Card 6008 | -31.86 | 6,207.67 |

Page 1 of 4

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 07/03 | Card Purchase | 07/02 Mdw Nuts On Clark B Chicago IL Card 6008 | -5.00 | 6,202.67 |
| 07/03 | Card Purchase | 07/03 Swa Inflight Wifi 800-435-9792 CA Card 6008 | -8.00 | 6,194.67 |
| 07/03 | Quickpay With Zelle Payment To James Cameron 8397210985 | | -2,800.00 | 3,394.67 |
| 07/03 | Quickpay With Zelle Payment To Suzy 8397216497 | | -2,200.00 | 1,194.67 |
| 07/05 | Legal Processing Fee | | -75.00 | 1,119.67 |
| 07/05 | Card Purchase 6008 | 07/03 Www.Parking-Receipts.CO Frisco TX Card | -10.00 | 1,109.67 |
| 07/05 | Card Purchase 6008 | 07/03 Cvs/Pharmacy #10969 Miami Beach FL Card | -9.89 | 1,099.78 |
| 07/05 | Card Purchase 6008 | 07/03 Sq *Joe & The Juice MI Miami Beach FL Card | -25.89 | 1,073.89 |
| 07/05 | Card Purchase | 07/04 Uber   *Trip 800-592-8996 CA Card 6008 | -13.56 | 1,060.33 |
| 07/05 | Card Purchase | 07/05 Uber   *Trip 800-592-8996 CA Card 6008 | -11.92 | 1,048.41 |
| 07/05 | Card Purchase | 07/05 Uber   *Trip 800-592-8996 CA Card 6008 | -13.43 | 1,034.98 |
| 07/05 | Recurring Card Purchase 07/04 Msft * E05008Oi40 800-642-7676 WA Card 6008 | | -12.50 | 1,022.48 |
| 07/08 | Card Purchase | 07/06 Uber   *Trip 800-592-8996 CA Card 6008 | -26.54 | 995.94 |
| 07/08 | Card Purchase | 07/06 Avant Garde Salon Coral Gables FL Card 6008 | -40.00 | 955.94 |
| 07/08 | Card Purchase | 07/08 Uber   *Trip 800-592-8996 CA Card 6008 | -28.16 | 927.78 |
| 07/09 | Card Purchase Card 6008 | 07/08 Dropbox*N4H4R1D7Wrnn Dropbox.Com CA | -45.00 | 882.78 |
| 07/09 | Card Purchase | 07/09 Uber   *Trip 800-592-8996 CA Card 6008 | -89.98 | 792.80 |
| 07/09 | Recurring Card Purchase 07/08 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | -0.99 | 791.81 |
| 07/15 | Card Purchase 6008 | 07/12 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -4.99 | 786.82 |
| 07/15 | Card Purchase 6008 | 07/13 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -9.99 | 776.83 |
| 07/15 | Card Purchase | 07/13 Uber   *Trip 800-592-8996 CA Card 6008 | -14.66 | 762.17 |
| 07/15 | Card Purchase | 07/14 Uber   *Trip 800-592-8996 CA Card 6008 | -16.13 | 746.04 |
| 07/15 | Card Purchase | 07/14 Uber   *Trip 800-592-8996 CA Card 6008 | -37.25 | 708.79 |
| 07/15 | Card Purchase | 07/14 Uber   *Trip 800-592-8996 CA Card 6008 | -21.60 | 687.19 |
| 07/15 | Card Purchase | 07/14 Sq *Joe & The Juice Miami FL Card 6008 | -28.68 | 658.51 |
| 07/15 | Card Purchase | 07/15 Uber   *Trip 800-592-8996 CA Card 6008 | -18.29 | 640.22 |
| 07/15 | Recurring Card Purchase 07/13 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | -9.99 | 630.23 |
| 07/16 | Deposit      1882362490 | | **1,300.00** | 1,930.23 |
| 07/16 | Card Purchase | 07/16 Uber   *Trip 800-592-8996 CA Card 6008 | -37.52 | 1,892.71 |
| 07/16 | Card Purchase | 07/15 Uber   *Trip 800-592-8996 CA Card 6008 | -39.07 | 1,853.64 |
| 07/16 | Quickpay With Zelle Payment To Charles Freeman Jpm250609119 | | -800.00 | 1,053.64 |
| 07/19 | Card Purchase | 07/18 Uber   *Trip 800-592-8996 CA Card 6008 | -20.74 | 1,032.90 |
| 07/19 | Card Purchase | 07/18 Uber   *Trip 800-592-8996 CA Card 6008 | -6.18 | 1,026.72 |
| 07/22 | Card Purchase | 07/21 Uber   *Trip 800-592-8996 CA Card 6008 | -35.44 | 991.28 |
| 07/22 | Card Purchase | 07/21 Uber   *Trip 800-592-8996 CA Card 6008 | -15.00 | 976.28 |
| 07/22 | Card Purchase | 07/21 Uber   *Trip 800-592-8996 CA Card 6008 | -26.28 | 950.00 |
| 07/22 | Card Purchase | 07/21 Uber   *Trip 800-592-8996 CA Card 6008 | -30.90 | 919.10 |
| 07/22 | Card Purchase 6008 | 07/21 Floyds 99 Barbershop Costa Mesa CA Card | -24.50 | 894.60 |
| 07/24 | Coal-01Jul19-1331 | | -955.94 | -61.34 |
| 07/24 | Card Purchase | 07/23 Uber   *Trip 800-592-8996 CA Card 6008 | -116.41 | -177.75 |
| 07/24 | Card Purchase | 07/24 Uber   *Trip 800-592-8996 CA Card 6008 | -18.75 | -196.50 |
| 07/24 | Card Purchase | 07/24 Uber   *Trip 800-592-8996 CA Card 6008 | -26.43 | -222.93 |
| 07/25 | Card Purchase | 07/25 Uber   *Trip 800-592-8996 CA Card 6008 | -102.97 | -325.90 |

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 07/25 | Card Purchase | 07/24 Ua Inflt 01615230450 Houston TX Card 6008 | -23.99 | -349.89 |
| 07/29 | Card Purchase | 07/25 Swa*Upgboard526984526 800-435-9792 TX | -30.00 | -379.89 |
| | Card 6008 | | | |
| 07/29 | Card Purchase | 07/27 Uber *Trip 800-592-8996 CA Card 6008 | -22.43 | -402.32 |
| 07/29 | Card Purchase | 07/27 Uber *Trip 800-592-8996 CA Card 6008 | -20.15 | -422.47 |
| 07/31 | Interest Payment | | 0.01 | -422.46 |
| | **Ending Balance** | | | **-$422.46** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



CHASE PRIVATE CLIENT

This Page Intentionally Left Blank

# CHASE ⬤

## DEPOSIT/DEPÓSITO

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

Today's Date/Fecha

R/T 500001020

Customer Name *(Please Print)*/Nombre del cliente *(en letra de molde)*

Michael Avenatti

**Sign Here** *(If cash is received from this deposit)/*
**Firme aquí** *(si recibe efectivo de este depósito)*

X

N13062-CH (Rev. 07/12)   80196751   06/18

**Start your account number here/**
▼ Empiece su número de cuenta aquí

09 11

| | |
|---|---|
| CASH/<br>EFECTIVO ► | 6000.00 |
| CHECK/<br>CHEQUE ► | • |
| TOTAL FROM<br>OTHER SIDE/<br>TOTAL DEL REVERSO ► | • |
| SUBTOTAL ► | • |
| LESS CASH/<br>MENOS EFECTIVO<br>RECIBIDO ► | • |
| TOTAL $ | 6000.00 |

⑊"099446571 2⑊" ⑊:500001020⑊:

**06-Nov-19**

**06Nov19-539**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 03-Jul-19**

**Sequence number 009270066396**

**Amount 6000.00**

**Account Number 0911**

**Date Request Received 06-Nov-19**

# CHASE ◆  DEPOSIT

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐
R/T 500001020

Today's Date

Customer Name *(Please Print)*

MiChaEL AvErATTI

Sign Here *(If cash is received from this deposit)* - - - - - - -

X

N13060-CH (Rev. 07/12)   90125696   04/19

▼ Start your account number here

ʃ9 1 1

| | | |
|---|---|---|
| CASH ▶ | | 1300.00 |
| CHECK ▶ | | . |
| TOTAL FROM OTHER SIDE ▶ | | . |
| SUBTOTAL ▶ | | . |
| CASH BACK ▶ | | . |
| TOTAL $ | | 1300.00 |

⑈188 236 2490⑈ ⑊500001020⑊

**06-Nov-19**

**06Nov19-539**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 16-Jul-19**

**Sequence number 002290478959**

**Amount 1300.00**

**Account Number 0911**

**Date Request Received 06-Nov-19**



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00022295 DRE 703 142 22219 NNNNNNNNNN T  3 000000000 61 0000
MICHAEL J AVENATTI
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES CA 90067-7021

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |



---

## CHECKING SUMMARY    Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | -$422.46 |
| Deposits and Additions | 493.24 |
| Other Withdrawals | -70.78 |
| **Ending Balance** | **$0.00** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.56 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | -$422.46 |
| 08/02 | Coal-29Jul19-3217 | -70.78 | -493.24 |
| 08/09 | Credit DDA - Charge Off | 493.24 | 0.00 |
| | **Ending Balance** | | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

**SB1083103-F1**                                                   43

This Page Intentionally Left Blank

| | | | |
|---|---|---|---|
| Posting Date: | 2019-05-09 | Account Number: | 234 |
| Amount: | $717,723.00 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 009601703088 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 3290402269 | Trancode: | 000000 |
| UDK: | 601190509003290402269 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | 0 | PE Indicator: | P |
| Entry Number: | 0000001996 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2019-05-09 |

SB1083103-F1



CHASE 🅢

CASHIER'S CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

Remitter: MICHAEL J AVENATTI

Date 05/08/2019    Void after 7 years

9601703088
1221

Pay To The
Order Of:    CHRISTINE A. CARLIN

$** 717,723.00 **

Pay:    SEVEN HUNDRED SEVENTEEN THOUSAND SEVEN HUNDRED
TWENTY THREE DOLLARS AND 00 CENTS

Drawer:    JPMORGAN CHASE BANK, N.A.

Sol Gindi

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Memo:    PER JUDGMENT

Do not write outside this box

Note: For information only. Comment has no effect on bank's payment.

⑆9601703088⑆ ⑈122100024⑈ 806002234⑈

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK

Christ A Carlin

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

M9100004224 05/08/2019
E:431 ID £58 PKT 01
75/89/17/09

FOR INFORMATION CONCERNING THIS INSTRUMENT

CONTACT:

JPMORGAN CHASE BANK, N.A.

1-866-593-0358

Security features on this document include a
Micro-Print Endorsement Line, Watermark and Visible Fibers.
Absence of these features may indicate alteration
®Padlock's design is a certificamon mark of Check Payment Systems Association

1386971595

| | | | |
|---|---|---|---|
| Posting Date: | 2019-05-13 | Account Number: | ▪▪2234 |
| Amount: | $29,264.00 | Bank Number: | 601 |
| Capture Source: | IV | Check/Serial #: | 009601703089 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 102880836872 | Trancode: | 000000 |
| UDK: | 601190513102880836872 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | 0 | PE Indicator: | P |
| Entry Number: | 0000018450 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2019-05-14 |

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK | **CASHIER'S CHECK** | HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE** ⬡

9601703089

Date 05/08/2019 Void after 7 years 1221

Remitter: MICHAEL J AVENATTI

Pay To The Order Of: SMART TUITION

**Express Mail**

Pay: TWENTY NINE THOUSAND TWO HUNDRED SIXTY FOUR DOLLARS AND 00 CENTS

$** 29,264.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Do not write outside this box

Memo: AVENATTI-

Note: For information only. Comment has no effect on bank's payment.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈9601703089⑈ ⑆122100024⑆ 806002234⑈

1113919008887 002 Check21-DEP MB FINANCIAL
TRANSCENTRA-LA ST029 1830032670 05/13/19
9883829 001 123456 04 01 001

Smart Tuition

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK HOLD TO LIGHT TO VERIFY WATERMARK

1386971594

| | | | |
|---|---|---|---|
| **Posting Date:** | 2019-05-13 | **Account Number:** | ▮▮▮2234 |
| **Amount:** | $9,720.00 | **Bank Number:** | 601 |
| **Capture Source:** | PV | **Check/Serial #:** | 009601703090 |
| **DB/CR:** | Debit | **Routing Transit Number:** | 12210002 |
| **Sequence Number:** | 8780269118 | **Trancode:** | 000000 |
| **UDK:** | 601190513008780269118 | **Missing Image:** | 5 |
| **Application Code:** | 1 | **Item Type:** | Paper Item |
| **IRD:** | 0 | **PE Indicator:** | P |
| **Entry Number:** | 0000019167 | **BOFD:** | 000000000 |
| **Cost Center:** | | **Teller Number:** | |
| **Teller Sequence Number:** | | **Processing Date:** | 2019-05-14 |



282111107 NEW 01/08 5810004306

**CASHIER'S CHECK**

9601703090

1221

CHASE

**Remitter:** MICHAEL J AVENATTI

Date 05/08/2019   Void after 7 years

**Pay To The Order Of:** CH SERVICES

**Pay:** NINE THOUSAND SEVEN HUNDRED TWENTY DOLLARS AND 00 CENTS   $** 9,720.00 **

Do not write outside this box

Memo: 2107

Note: For information only. Comment has no affect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.

Sol Gindi

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈9601703090⑈ ⑆122100024⑆ 806002234⑈

1386971593

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK.

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

| Posting Date: | 2019-05-08 | Account Number: | 2234 |
| Amount: | $26,218.67 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 009601703091 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 9990131333 | Trancode: | 000000 |
| UDK: | 601190508009990131333 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | 0 | PE Indicator: | P |
| Entry Number: | 0000009334 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2019-05-08 |

262111107 REW 01/06 8610004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

9601703091

**CHASE**

Date 05/08/2019   Void after 7 years   1221

Remitter: MICHAEL J AVENATTI

Pay To The Order Of: STEGMEIER GELBART, SCHWARTZ, BENQUENTE

Pay: TWENTY SIX THOUSAND TWO HUNDRED
EIGHTEEN DOLLARS AND 67 CENTS

$** 26,218.67 **

Do not write outside this box

Drawn on **JPMORGAN CHASE BANK, N.A.**

Sol Gindi

Memo:
Note: For information only. Comment has no affect on bank's payment.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈9601703091⑈ ⑆122100024⑆ 806002234⑈

827870078 85082815 CA466 7765798 RIC

1386971592

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK.

PAY TO THE ORDER OF CITIBANK, N.A. FOR DEPOSIT ONLY STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP

| | | | |
|---|---|---|---|
| **Posting Date:** | 2019-05-09 | **Account Number:** | ▮2234 |
| **Amount:** | $50,000.00 | **Bank Number:** | 601 |
| **Capture Source:** | PV | **Check/Serial #:** | 009601703092 |
| **DB/CR:** | Debit | **Routing Transit Number:** | 12210002 |
| **Sequence Number:** | 3290785250 | **Trancode:** | 000000 |
| **UDK:** | 601190509003290785250 | **Missing Image:** | 5 |
| **Application Code:** | 1 | **Item Type:** | Paper Item |
| **IRD:** | 0 | **PE Indicator:** | P |
| **Entry Number:** | 0000002345 | **BOFD:** | 000000000 |
| **Cost Center:** | | **Teller Number:** | |
| **Teller Sequence Number:** | | **Processing Date:** | 2019-05-09 |

282111107 NEW 01/06 8810004306

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

## CHASE ○

9601703092

Date 05/08/2019 Void after 7 years 1221

Remitter: MICHAEL J AVENATTI

Pay To The Order Of: SHULMAN HODGES & BASTIAN LLP

Pay: FIFTY THOUSAND DOLLARS AND 00 CENTS

$** 50,000.00 **

Do not write outside this box.

Drawer JPMORGAN CHASE BANK, N.A.

Sol Gindi

Memo:
Note: For information only. Comment has no effect on bank's payment.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑆960⑆703092⑆ ⑆122100024⑈ 806002234⑈

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK
HOLD TO LIGHT TO VERIFY WATERMARK
PAY TO THE ORDER OF
PACIFIC MERCANTILE BANK

FOR DEPOSIT ONLY
SHULMAN HODGES & BASTIAN LLP

FOR INFORMATION CONCERNING THIS INSTRUMENT
CONTACT:
JPMORGAN CHASE BANK,
1-866-952-4333

1386971591

| Posting Date: | 2019-05-13 | Account Number: | ▮2234 |
| Amount: | $34,425.36 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 009601703093 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 8780269116 | Trancode: | 000000 |
| UDK: | 60119051300878026911 6 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | 0 | PE Indicator: | P |
| Entry Number: | 0000019167 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2019-05-14 |

282111107 NEW 01/06 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK  **CASHIER'S CHECK**  HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**  9601703093  1221

Date 05/08/2019  Void after 7 years

**Remitter:** MICHAEL J AVENATTI

**Pay To The Order Of:** SM 10000 PROPERTY LLC

**Pay:** THIRTY FOUR THOUSAND FOUR HUNDRED TWENTY FIVE DOLLARS AND 36 CENTS

$** 34,425.36 **

Drawer: **JPMORGAN CHASE BANK, N.A.**

Do not write outside this box

Memo: 2107

Note: For information only. Comment has no effect on bank's payment.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈9601703093⑈ ⑆122100024⑆ 806002234⑈

1386971590

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK HOLD TO LIGHT TO VERIFY WATERMARK

| | | | |
|---|---|---|---|
| Posting Date: | **2019-06-07** | Account Number: | ▓▓▓▓**2234** |
| Amount: | **$19,200.00** | Bank Number: | **601** |
| Capture Source: | **PV** | Check/Serial #: | **009601703110** |
| DB/CR: | **Debit** | Routing Transit Number: | **12210002** |
| Sequence Number: | **2790431420** | Trancode: | **000000** |
| UDK: | **601190607002790431420** | Missing Image: | **5** |
| Application Code: | **1** | Item Type: | **Paper Item** |
| IRD: | **0** | PE Indicator: | **P** |
| Entry Number: | **0000009561** | BOFD: | **000000000** |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | **2019-06-08** |



| | | | |
|---|---|---|---|
| Posting Date: | **2019-06-07** | Account Number: | ▊ **234** |
| Amount: | **$40,000.00** | Bank Number: | **601** |
| Capture Source: | **BY** | Check/Serial #: | **001145739437** |
| DB/CR: | **Debit** | Routing Transit Number: | **12210002** |
| Sequence Number: | **2290727699** | Trancode: | **000000** |
| UDK: | **601190607002290727699** | Missing Image: | **5** |
| Application Code: | **1** | Item Type: | **Paper Item** |
| IRD: | **0** | PE Indicator: | **P** |
| Entry Number: | **0000008966** | BOFD: | **111900057** |
| Cost Center: | **113812** | Teller Number: | **1** |
| Teller Sequence Number: | **124** | Processing Date: | **2019-06-07** |



CASHIER'S CHECK

**CHASE**

Remitter: MICHAEL J AVENATTI

Date 05/21/2019    Void after 7 years    1145739437    91-2 / 1221

Pay To The Order Of: MICHAEL J AVENATTI

Pay: FORTY THOUSAND DOLLARS AND 00 CENTS

$** 40,000.00 **

Do not write outside this box

Memo:
Note: For information only. Comment has no effect on bank's payment.

Drawn: JPMORGAN CHASE BANK, N.A.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1145739437⑈ ⑆122100024⑆ 80600 2234⑈

1389284510

```
*********************************************** Top of Data ***************************************************
SARPAGE 1
  BANK: 0703                                   JPMC-CA NV                                      DATE 05/17/2019
  RPT : DAR041A                              RIM TRANSACTIONS                                  PAGE    1
***************************************************************************************************************

                                                        RIM ORIG EXT        BLK/SEQ
ACCOUNT NUMBER    AMOUNT    RIM SOURCE DESCRIPTION       CODE CODE TC        TRAN-ID        TRANSACTION DESCRIPTION
--------------  ---------  -------------------------    ------------------  -----------   -------------------------
0911            12000.00 PAYMENT PROCESSING CONTROL     740  BTL 130  9191650251A TRANSFER TO CHK XXXXXX7890
47890           12000.00 PAYMENT PROCESSING CONTROL     740  BTL 194  9191650251J TRANSFER FROM CHK XXXXXX0911
```

FIRST USA INTERNET APPLICATION

05/08/30

PRIMARY APPLICANT INFO

APPID                              20050830816755
REFERENCE NUMBER                   050831513290
TELEMARKETING NUMBER               050830816755
PRODUCT TYPE                       VP
DIVISION                           004
SOURCE CODE                        3SX4
MERCHANT NUMBER

ADDITIONAL ADDRESS
CITY/STATE/ZIPCODE                 MANHATTAN BEACH     CA 90266 4812
LENGTH OF RESIDENCE
PREVIOUS ADDRESS
PREVIOUS CITY/STATE/ZIPCODE
PREVIOUS LENGTH OF RESIDENCE

NUMBER OF DEPENDENTS               0
EMPLOYER
POSITION
CUSTOMER AGREES

EMPLOYER CITY/STATE
MONTHLY INCOME                     396000
OTHER INCOME
SOURCE OF OTHER INCOME
HOUSING TYPE                       O
HOUSING AMOUNT
CHECKING ACCOUNT                   Y
SAVINGS ACCOUNT                    Y

AUTHORIZED USER

SECONDARY APPLICANT INFO

JOINT NAME
LOAN TERMS
LOAN XFER FLAG
LOAN XFER AMOUNT                   15000
LOAN CHECK AMOUNT
JOINT LENGTH OF RESIDENCE
JOINT PREVIOUS LENGTH OF RESIDENCE
JOINT DATE OF BIRTH

JOINT EMPLOYER
JOINT OCCUPATION CODE
JOINT POSITION
JOINT LENGTH OF EMPLOYMENT
JOINT EMPLOYER CITY/STATE
JOINT INCOME
JOINT OTHER INCOME

BALANCE XFER ACCT # 2
BALANCE XFER AMT 2
BALANCE XFER ACCT # 3
BALANCE XFER AMT 3

FIRST USA INTERNET APPLICATION

05/08/30

PRIMARY APPLICANT INFO

APPID                          20050830816755
REFERENCE NUMBER               050831513290
TELEMARKETING NUMBER           050830816755
PRODUCT TYPE                   VP
DIVISION                       004
SOURCE CODE                    3SX4
MERCHANT NUMBER

ADDITIONAL ADDRESS
CITY/STATE/ZIPCODE             MANHATTAN BEACH      CA 90266 4812
LENGTH OF RESIDENCE
PREVIOUS ADDRESS
PREVIOUS CITY/STATE/ZIPCODE
PREVIOUS LENGTH OF RESIDENCE

NUMBER OF DEPENDENTS           0
EMPLOYER
POSITION
CUSTOMER AGREES

MONTHLY INCOME                 396000
OTHER INCOME
SOURCE OF OTHER INCOME
HOUSING TYPE                   O
HOUSING AMOUNT
CHECKING ACCOUNT               Y

AUTHORIZED USER

SECONDARY APPLICANT INFO

JOINT NAME
LOAN TERMS
LOAN XFER FLAG
LOAN XFER AMOUNT               15000
LOAN CHECK AMOUNT
JOINT LENGTH OF RESIDENCE
JOINT PREVIOUS LENGTH OF RESIDENCE
JOINT DATE OF BIRTH

JOINT EMPLOYER
JOINT OCCUPATION CODE
JOINT POSITION
JOINT LENGTH OF EMPLOYMENT
JOINT EMPLOYER CITY/STATE
JOINT INCOME
JOINT OTHER INCOME

BALANCE XFER ACCT # 2
BALANCE XFER AMT 2
BALANCE XFER ACCT # 3
BALANCE XFER AMT 3

### FIRST USA INTERNET APPLICATION

05/08/30

### PRIMARY APPLICANT INFO

```
APPID                              20050830816755
REFERENCE NUMBER                   050831513290
TELEMARKETING NUMBER               050830816755
PRODUCT TYPE                       VP
DIVISION                           004
SOURCE CODE                        3SX4
MERCHANT NUMBER
```

ADDITIONAL ADDRESS
CITY/STATE/ZIPCODE                 MANHATTAN BEACH    CA 90266 4812
LENGTH OF RESIDENCE
PREVIOUS ADDRESS
PREVIOUS CITY/STATE/ZIPCODE
PREVIOUS LENGTH OF RESIDENCE



```
NUMBER OF DEPENDENTS               0
EMPLOYER
POSITION
CUSTOMER AGREES
```

```
MONTHLY INCOME                     396000
OTHER INCOME
SOURCE OF OTHER INCOME
HOUSING TYPE                       O
HOUSING AMOUNT
CHECKING ACCOUNT                   Y
SAVINGS ACCOUNT                    Y

AUTHORIZED USER
```

### SECONDARY APPLICANT INFO

```
JOINT NAME
LOAN TERMS
LOAN XFER FLAG
LOAN XFER AMOUNT                   15000
LOAN CHECK AMOUNT
JOINT LENGTH OF RESIDENCE
JOINT PREVIOUS LENGTH OF RESIDENCE
JOINT DATE OF BIRTH

JOINT EMPLOYER
JOINT OCCUPATION CODE
JOINT POSITION
JOINT LENGTH OF EMPLOYMENT
JOINT EMPLOYER CITY/STATE
JOINT INCOME
JOINT OTHER INCOME
```

```
BALANCE XFER ACCT # 2
BALANCE XFER AMT 2
BALANCE XFER ACCT # 3
BALANCE XFER AMT 3
```

```
0033628MAVEN4939024790000050831513290050830816755  4266841060876875J10022005_2
QQDE    FC29642         QUICK DATA ENTRY              FILENET  10/02/05 11:46
J050831513290    Nfn ARC      Dsp QDE  Next J050831513290         Loc CCPREA
Loc CC PR EA SELEC Fusa ID 050830816755___ Type _      Sp _ Sol 899934557484
Dt Recd 08 30 05       Src 3SX4 Mk 1D2D22____Pro VPLAT Merc 0000000000000000
Telemkt ID 050830816755 Tracking ID _____          OprID ___
NAME:      First     MI    Last        Jr/Sr  Soc#         DOB   Sig DP
P ____ MICHAEL_____ _ AVENATTI_____ __ __ ____        1971 _ _0
S _____ _ _____ __ __ __ __ __ 00 00 0000 N
MMN WILSON_____ Auth User _____ PSO/Cat Code _____
Emb1 _____    Emb2 _____   # Cards _
CBR Parsed Address:
# 1118__  Str ARDMORE_____ Type AV_ Dir N_ Apt _____ RR _____ PO _____ Ind _
Current Address:
       Str Adr                      Addl Adr _____
       City MANHATTAN BEACH_____ State CA Zip 902664812    H Phone
LOR _0 _0 O/R O HSG Pmt _____0  Misc Data 0000000000000000
EMP UNKNOWN_____ Occ 00  Position _____
LOE _0 _0 B Ph 949 887 4118 Email CRAVENATTI@HOTMAIL.COM_____
Pri Inc   Sec Inc    Other Inc      Total Ast Net Worth Chk Sav Cap Ins
__33000.00 M _____0.00 M _____0.00 M _____0 _____0  Y  Y  __ __
CL _____0 Card Type VP            S/O N N/C _ Name/Addr Change _ BT Ind Y
09/15 03:45    DS     I01
09/14 10:50 BATUSER  AT    D20 4266841060876875 0908 1408858526
```

```
0011456MAVEN493902479000007103156283607103161544  4266841060876875F12092007
QQDE    FC29642        QUICK DATA ENTRY        FILENET  12/09/07 13:37
F071031562836   Nfn ARC      Dsp QDE  Next F071031562836      Loc CCPORT
Loc CC PO RT 00000 Fusa ID 071031161544___ Type _    Sp _ Sol 000000000000
Dt Recd 10 31 07       Src 1500 Mk_____Pro CLINE Merc 4266841060876875
Telemkt ID 71031161544) Tracking ID _____      OprID 1IA_____
NAME:     First    MI    Last       Jr/Sr  Soc#       DOB   Sig DP
P ____ MICHAEL_____ _ AVENATTI_____ ___ __ __ 00 00 0000 _ _0
S ___ _____ _ _____ ___ __ __ 00 00 0000 N
MMN _____ Auth User _____ PSO/Cat Code _____
Emb1 _____ Emb2 _____ # Cards _
CBR Parsed Address:
# 1118__  Str ARDMORE_____ Type AV_ Dir N_ Apt _____ RR _____ PO _____ Ind _
Current Address:
       Str Adr                        Addl Adr _____
       City MANHATTAN BEACH_____ State CA Zip 90266____     H Phone
LOR _0 _0 O/R _ HSG Pmt _____0  Misc Data 4266841060876875
EMP _____ Occ __ Position _____
LOE _0 _0 B Ph ___ ___ ____ Email _____
Pri Inc     Sec Inc     Other Inc    Total Ast Net Worth Chk Sav Cap Ins
__83333.00 M _____0.00 M _____0.00 M _____0 _____0 _ _ _ _
CL __25200 Card Type VP          S/O _ N/C _ Name/Addr Change _ BT Ind N
12/04 03:32      DS      I01
10/31 23:55      TD A153 D10 ACTION BASED ON: 2ND PASS FINAL DECISION
```

**EXHIBIT 40**

# DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _Kristina Anderson_, hereby declare as follows:
(name)

1.  I am a duly authorized custodian of records for

_U.S. Bank_ (the "Business Entity"). In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

      a.  My job title/position is: _Paralegal_

      b.  I have been employed in this capacity for

_+ 7 years_ and by the Business Entity for _+ 6 years_.
(duration)                                  (duration)

      c.  My job duties are:

_Paralegal / Legal Records Coordinator_

      d.  I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[X] Training.

[X] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2.  Attached hereto or enclosed herewith are ~~originals~~ (true and

correct duplicates) of a record or records of a regularly conducted

activity of the Business Entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.    I certify that the attached record(s):

        a.    was/were made at or near the time of the occurrence of the matters set forth therein,

        b.    was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.    was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.    was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.    if not original records, are exact duplicates of original records.

    I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed at _Minneapolis, MN_,
(place document was signed)

on _12/13 2019_ .
(date document was signed)

_Kristina Anderson_
(signature)

_Kristina Anderson_
(typed or printed name)

2

 **SIGNATURE CARD - CONSUMER**

| Account Holder Name(s) | Account Number |
|---|---|
| MICHAEL J AVENATTI, IND | ▓▓8595 |

**CUSTOMER NAME: MICHAEL J AVENATTI**

TIN: 493▓▓▓▓▓    DOB: ▓▓▓1972    MOTHER'S MAIDEN NAME: ▓▓▓

ADDRESS: UNIT 2107
     10000 SANTA MONICA BLVD    PRIMARY PHONE: ▓▓▓
     LOS ANGELES, CA 90067-7021    EMPLOYED BY: MICHAEL AVENATTI

---

TYPE OF ACCOUNT: Platinum Select Money Market Savings

OWNERSHIP: Individual

DATE OPENED: 05/22/2019   TIME OPENED: 01:14 PM   OPENED BY: Natalya S Chizhov   OFFICE: CENTURY CITY

---

**Certification:** Under penalties of perjury, I certify that:
(1)   **(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)** is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)   I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
(3)   I am a U.S. Citizen or other U.S. person, and
(4)   The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 05/22/2019 by   MICHAEL J AVENATTI

MICHAEL J AVENATTI          Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 05/22/2019 by   MICHAEL J AVENATTI

MICHAEL J AVENATTI          Date:

COPY of CONFIDENTIAL Version

253493338595 276 Form CSIGCD 05/2019

U.S. Bank
Customer Confidential

**Ex. 40 - Page 3 of 92**

 **bank.**　　　　**SIGNATURE CARD - CONSUMER**

| Account Holder Name(s) | Account Number |
|---|---|
| CHRISTINE A CARLIN, IND | ████████7252 |

**CUSTOMER NAME: CHRISTINE A CARLIN**

TIN: ████████　　　DOB: ████ 1968　　　MOTHER'S MAIDEN NAME: ████

ADDRESS: ████　　　PRIMARY PHONE: ████

　　　NEWPORT BEACH, CA 92660-8207　　　EMPLOYED BY: HOMEMAKER

TYPE OF ACCOUNT: Easy Checking

OWNERSHIP: Individual

DATE OPENED: 05/08/2019　TIME OPENED: 10:35 AM　OPENED BY: Vipada Thompson　OFFICE: MICHELSON

**Certification:** Under penalties of perjury, I certify that:

(1) **(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)** is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and

(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

(3) I am a U.S. Citizen or other U.S. person, and

(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed/05/08/2019 by　CHRISTINE A CARLIN

*Chs A Carlin*

CHRISTINE A CARLIN　　　　Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed/05/08/2019 by　CHRISTINE A CARLIN

*Chs A Carlin*

CHRISTINE A CARLIN　　　　Date:

157513737252　276　Form CSIGCD 02/2019



U.S. Bank
Customer Confidential

**Ex. 40 - Page 4 of 92**



CENTURY CITY OFFICE
1800 AVENUE OF THE STARS STE 100
CENTURY CITY, CA 90067-4203

0926



Current Business Date
Oct. 02, 2019

Account Number Ending In
8595

000007831 01 AB 0.412 106481073786365 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES, CA 90067

Current Balance
$      4.00-

Page 1 of 1

**An important message about your U.S. Bank account**

Dear MICHAEL J AVENATTI:

Thank you for choosing U.S. Bank. We're writing to notify you that, as of the date above, your account has been overdrawn for five consecutive business days as a result of a fee. If you have overdraft protection linked to this account, an advance was not made to cover this fee.

**If you've already brought your account to a positive balance, no further action is required at this time.** If you have not brought your account to a positive balance, you should make a deposit as soon as possible to avoid the following actions:

- If transactions initiated by you bring your account further negative, you may be subject to Overdraft Fees, collection efforts, and we may report your account to consumer reporting agencies. This could impact your ability to obtain services at other financial institutions.
- Your account will be closed on 11/21/2019, which will be reflected on your periodic account statement.

Bringing the account to a positive balance could help you avoid the outcomes above as well as the potential long-term effects, including:

- You will no longer have access to this account, inlcuding transaction history and account statements, through U.S. Bank Online Banking.
- Current pricing discounts or fee waivers on other credit and/or deposit products may be discontinued.

Our bankers are here to assist you in resolving this matter. We do have overdraft protection options. Please visit your local branch or call U.S. Bank 24-Hour Banking at 800.USBANKS (872-2657). We accept relay calls.

Sincerely,
U.S. Bank

Deposit products offered by U.S. Bank National Association. Member FDIC

 **us bank.**

CENTURY CITY OFFICE
1800 AVENUE OF THE STARS STE 100
CENTURY CITY, CA 90067-4203

0926



Current Business Date
Oct. 31, 2019

Account Number Ending In
8595

000007853 01 AB 0.412 106481088222991 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES, CA 90067

Current Balance
$ 4.00-

Page 1 of 1

**An important message about your U.S. Bank account**

Dear MICHAEL J AVENATTI:

Thank you for choosing U.S. Bank. We're writing to notify you that, as of the date above, your account has been overdrawn for five consecutive business days as a result of a fee. If you have overdraft protection linked to this account, an advance was not made to cover this fee.

**If you've already brought your account to a positive balance, no further action is required at this time.** If you have not brought your account to a positive balance, you should make a deposit as soon as possible to avoid the following actions:

- If transactions initiated by you bring your account further negative, you may be subject to Overdraft Fees, collection efforts, and we may report your account to consumer reporting agencies. This could impact your ability to obtain services at other financial institutions.
- Your account will be closed on 12/20/2019, which will be reflected on your periodic account statement.

Bringing the account to a positive balance could help you avoid the outcomes above as well as the potential long-term effects, including:

- You will no longer have access to this account, inlcuding transaction history and account statements, through U.S. Bank Online Banking.
- Current pricing discounts or fee waivers on other credit and/or deposit products may be discontinued.

Our bankers are here to assist you in resolving this matter. We do have overdraft protection options. Please visit your local branch or call U.S. Bank 24-Hour Banking at 800.USBANKS (872-2657). We accept relay calls.

Sincerely,
U.S. Bank

Deposit products offered by U.S. Bank National Association. Member FDIC

**Ex. 40 - Page 6 of 92**

 **usbank.**
P.O. Box 1800
St. Paul, MN 55101-0800

DDA454

Current Business Date:
June 6, 2019



LT464

U.S. Bank 24-Hour Banking & Financial Sales
1-800-720-BANK (1-800-720-2265)

000009687 01 SP 0.500 106481012859516 P
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021

RE: Package Money Market Savings ending in 8595.

We want to remind you that your U.S. Bank Package Money Market Savings account requires an open U.S. Bank Silver or Gold Checking Package, with at least one common account holder on each account. Our records indicate that you do not currently meet this requirement.

Your Package Money Market Savings account will be converted to a U.S. Bank Standard Savings account effective 08/05/19. A Standard Savings account has a $4.00 monthly maintenance fee which can be waived when you maintain a $300 minimum daily ledger balance[1], a $1,000 average monthly collected balance[2] or account holder(s) under age 18[3].

If you do not want your account to be converted to Standard Savings, please complete either or both of the following actions as necessary:

- By 08/05/19, open or transfer into a Gold Checking Package. Beginning February 11, 2019, the Silver Checking Package will no longer be offered. Existing Silver Checking Package(s) will not be impacted.
- Update your Silver or Gold Checking Package and/or your Package Money Market Savings account to have at least one common account holder on each account.

To determine which checking account is right for you, stop by your local branch, call 24-Hour Banking at 1.800.USBANKS (800.872.2657) or visit our website at usbank.com. We accept relay calls.

We appreciate your business and look forward to continuing to serve your financial needs in the future.

Sincerely,

U.S. Bank
Member FDIC

[1] The daily ledger balance is the balance at the end of each business day, equal to the beginning balance for that day plus the current business day credits, minus the current business day debits. Business days are Monday through Friday; federal holidays are not included.

[2] The average monthly collected balance is calculated by adding the principal in the account for each calendar day in the statement period and dividing that figure by the total number of calendar days within the statement period.

[3] Account will be assessed the monthly maintenance fee when the minor reaches 18 years of age. In the event the minor is not currently a signer on the

PURPOSE/REMITTER: CHRISTINE CARLIN

 **CASHIER'S CHECK** No. 5231509043

90-3582
1222

DATE: MAY 09, 2019

PAY     TWO HUNDRED FIFTY THOUSAND DOLLARS AND 00 CENTS

$ 250,000.00

TO THE
ORDER OF:  **LAW OFFICES OF EVAN A. JENNESS**

Location:    5231 Arcadia Foothill

U.S. Bank National Association
Minneapolis, MN 55480

00024   0541   009A   05/06/2019 03:54 USB
CASHR CK    B

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

⑆5231509043⑈ ⑆523253004⑈25140032140062⑈        $250,000.00

⑆0919000224  05092019
E 6970 ID 733 PKT 01
73777523G1

Kristina
20190509 008955368160 250000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



**COUNTER WITHDRAWAL**

*Christine Carlin*
ACCOUNT TITLE (PRINT)

**US bank.**

DATE *5-9-19*

*Crist Carlin*
SIGNATURE REQUIRED
DOLLARS

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES
AND REGULATIONS APPLICABLE TO THE ACCOUNT.
HARLAND CLARKE 90028 (4/15) 50453709

ACCOUNT NUMBER
*7252* $ *250 000* 00

AMOUNT

00023 05231 0008 05/09/2019 03:50 USB

COUNTER WD H
7252

⑆560680520⑈ $250,000.00

*0 3414 201-19*
*12 16-19 12-30-19* *250,000.00*

*Law Offices of*

00910000224 05092019
E 6970 ID 000 703-01
/23773262

*Evan A. Jenness*

Kristina
20190509 008955368161 250000.00
19120483340198 ███████ 7252

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: CHRISTINE CARLIN

 **CASHIER'S CHECK** No. 5231509042

90-3582
1222

DATE: MAY 09, 2019

PAY    FIFTY TWO THOUSAND NINE HUNDRED EIGHTY THREE DOLLARS AND 28 CENTS

$ 52,983.28

TO THE
ORDER OF:    **MERCEDES BENZ OF ARCADIA**

Location:   5231 Arcadia Foothill

U.S. Bank National Association
Minneapolis, MN 55480

00020   05 ~~NON NEGOTIABLE~~ 03:49 USB
CASHR CK   H

AUTHORIZED SIGNATURE

⑈5231509042⑈ ⑆523253004⑆ 25140032140062⑈    $52,983.28

M0910000224 05092019
E 6970 10 733 PKT 01
737752363

Kristina
20190509 008955368162 52983.28
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**usbank.**

ACCOUNT TITLE (PRINT) Christine Carlin

_____ DOLLARS

_____ SIGNATURE REQUIRED

DATE 5-9-19

ACCOUNT NUMBER  7252 $

AMOUNT  52 983 28

00019 05231 0006    05/09/2019 03:46 USB
COUNTER WD H

7252

⑆560680520⑈    $52,983.28

$2 983.38

Of Herodia
Mercedes Benz

Kristina
20190509 008955368163 52983.28
19120483340198        7252

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: REJECTION OF AGREEMENT

 **CASHIER'S CHECK** No. 5888510028

90-3582
1222

DATE: MAY 13, 2019

PAY FIVE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$ 500,000.00

TO THE
ORDER OF: MICHAEL J AVENATTI

Location: 5888 Michelson

U.S. Bank National Association
Minneapolis, MN 55480

00008 05882 0005 05/13/2019 12:31 USR
CASHR CK R

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

�␣5888510028␣⑊ ⑆523253004⑆ 25140032140062⑊ $500,000.00

M091000022( 05132019
E 8166 ID 733 PKT 01
73779

Kristina
20190513 008059450385 500000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL / 櫃台提款          **US bank**

Account Title (Print) / 帳戶持有人名稱（英文正楷填寫）
Christine A Carlin

500,000.00                    Dollars / 美元        Date / 日期  5/13/19

Signature / Authorized Signature 授權簽名
Christine Carlin

Account Number / 帳戶號碼
7252          $   500 000⁰ ⁰

                              00807  Q5868 0005  05/13/2019  12:29 058
                              COUNTER ...

⑈5606805 20⑈                      $500,000.00

```
M9110000224  05132019
E 8166 ID 000 PKT 01
7327945353
```

Kristina
20190513 008059450386 500000.00
19120483340198        7252

Kristina Anderson
BC-MN-H21P

**GENERAL LEDGER - CREDIT**
San Clemente CA Albertsons
**FEE CONTROL**

HARLAND CLARKE 2K368 (1/13) 70286147

| DATE | CASH BOX ID | PHONE NUMBER |
|------|-------------|--------------|

| BRANCH CONTACT | | BRANCH OFFICE #  5974 |
|----------------|--|------------------------|

| PURPOSE |
|---------|
|  |
|  |
|  |
| OFFSET ACCT. NO. |

SERIAL NO.
**59744298**
ROUTING NUMBER
**523003005**

14 DIGIT ACCOUNT NUMBER
COST CENTER / ACCOUNT NUMBER

**00156274850600**

AMOUNT

$
00029   05974  0001   06/07/2019  01•59  USB
FEE          K

⑈59744298⑈  ⑆523003005⑆  00156274850600⑈          $8.00

M091000022K   06072019
E 7648  ID 733  PKT 01
7572497341

Kristina
20190607 009255982168 8.00
19120483340198 156274850600

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: LEGAL FEES

 **CASHIER'S CHECK**    No. 5974507235    90-3582 / 1222

DATE: JUNE 07, 2019

PAY    TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

TO THE
ORDER OF: **H. DEAN STEWARD**      $ 25,000.00

Location: 5974 San Clemente Albertsons

U.S. Bank National Association
Minneapolis, MN 55480

00029 059 **NON NEGOTIABLE** 01:59 USB
CASHR CK H

AUTHORIZED SIGNATURE

⑆5974507235⑆ ⑈523253004⑈ 25140032140062⑆    $25,000.00

```
0910000224  06072019
E 7648 ID 733 PKT 01
757249342
```

```
Kristina
20190607 009255982169 25000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P
```



COUNTER WITHDRAWAL    **US bank**

Michael Avenatti

twenty five thousand equ dollars  6/7/19

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES
AND REGULATIONS APPLICABLE TO THE ACCOUNT.
FAIRLAND CLARKE 20038 (915) 82045225

ACCOUNT (PLEASE PRINT)

SIGNATURE REQUIRED

ACCOUNT NUMBER          8595  $        AMOUNT

00028  05974  0001    25008.00

06/07/2019  01:56  USB

COUNTER WD H

H. Dean Steward                          8595

⑈560680520⑈                    $25,008.00



M4918000224  06072019
E 764B ID 000 PKT 01
757249934Ø

Kristina
20190607 009255982170 25008.00
19120483340198          8595

Kristina Anderson
BC-MN-H21P

**GENERAL LEDGER - CREDIT**
Fesslers Lane
**FEE CONTROL**

NAPLAND CLARKE 20388 (1/13) 80194341

| DATE | CASH BOX ID | PHONE NUMBER |
|------|-------------|--------------|
| | | |

| BRANCH CONTACT | BRANCH OFFICE # |
|----------------|-----------------|
| | **1710** |

| PURPOSE |
|---------|
| |
| |
| |

| OFFSET ACCT. NO. |
|------------------|
| |

SERIAL NO.
**17101984**
ROUTING NUMBER
**523003005**

14 DIGIT ACCOUNT NUMBER
COST CENTER / ACCOUNT NUMBER

**25517104850600**

AMOUNT

**$**

00008  01710  0006   06/17/2019  09:55 USB
FEE          H

⑈171019848⑈ ⑆523003005⑆ 25517104850600⑈          **$8.00**

Kristina
20190617 008057205662 8.00
19120483340198 25517104850600

Kristina Anderson
BC-MN-H21P

**GENERAL LEDGER - CREDIT**
Fasslers Lane
**FEE CONTROL**

HARLAND CLARKE 20268 (1/13) B0194341

| DATE | CASH BOX ID | PHONE NUMBER |
|------|-------------|--------------|
| BRANCH CONTACT | | BRANCH OFFICE #<br>**1710** |
| PURPOSE | | |
| | | |
| | | |
| OFFSET ACCT. NO. | | |

SERIAL NO.
**17101983**
ROUTING NUMBER
**523003005**

14 DIGIT ACCOUNT NUMBER
COST CENTER / ACCOUNT NUMBER
**25517104850600**

AMOUNT

$

00009  01710 0006  06/17/2019 09:59 USB
FEE       H

⑈171019838⑈ ⑈523003005⑈ 25517104850600⑈          $8.00

---

Kristina
20190617 008057205663 8.00
19120483340198 25517104850600

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **US bank**   **CASHIER'S CHECK**   No. 1710509203

93-38
929

DATE: JUNE 17, 2019

PAY   EIGHT THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

$ 8,500.00

~~PROOF WORK COPY~~

TO THE
ORDER OF: MICHAEL AVENATTI

Location:   1710 Fesslers Lane

U.S. Bank National Association
Minneapolis, MN 55480

00009   JUN 17 2019 09:59 USB
CASHR CK   H   NON NEGOTIABLE

AUTHORIZED SIGNATURE

⑈1710509203⑈ ⑉523253004⑉251400321400 62⑈

$8,500.00

Kristina
20190617 008057205664 8500.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

**us bank**   **CASHIER'S CHECK**   No. 1710509202   93-38/929

DATE:   JUNE 17, 2019

PAY   ONE HUNDRED FIFTY TWO THOUSAND DOLLARS AND 00 CENTS

$ 152,000.00

TO THE
ORDER OF:   MICHAEL AVENATTI

Location:   1710 Fesslers Lane

U.S. Bank National Association
Minneapolis, MN 55480

00008  0174A  090%  06/17/2019  09:55  USB
CASHR CK    H

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

⑈171050920⑈  ⑈523253004⑈:251400321400062⑈   **$152,000.00**

Kristina
20190617 008057205665 152000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

**CASH OUT**
CREDIT

Fesslers Lane

ROUTING NUMBER
**530000305**
8 DIGIT ACCOUNT NUMBER
**17100006**

**CASH BOX ID 0006**

AMOUNT

$

00010  01710  0006   06/17/2019  10:00  USB
CASH OUT    H

⑆530000305⑆      ⑈17100006⑉         $8,500.00

Kristina
20190617 008057205666 8500.00
19120483340198 17100006

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**us bank**

ACCOUNT TITLE (PRINT)
Michael T. Averaitt

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THE ACCOUNT
HARLAND CLARKE 20006 (Rev.) 804146225
SIGNATURE REQUIRED

One hundred sixty nine thousand and Sixteen dollars

DATE 06-17-19

ACCOUNT NUMBER          8595   $   169016.00

00007  01710 0006  06/17/2019 09:52 USB

HOLD        H

8595

⑆560680520⑆                    $169,016.00

Kristina
20190617 008057205667 169016.00
19120483340198 253455338595

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **CASHIER'S CHECK**   No. 4694507829   $\frac{90-3582}{1222}$

DATE: JUNE 24, 2019

PAY    NINE THOUSAND DOLLARS AND 00 CENTS      $ 9,000.00

TO THE
ORDER OF:   MICHAEL AVENATTI

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00026   0461   0002   08/24/2019   01:19 USB
NON-NEGOTIABLE
CASHIR CK   H
AUTHORIZED SIGNATURE

⑅4694507829⑅ ⑆523253004⑆ 25140032140062⑆     $9,000.00

M4910000224 06242019
E 3616 ID 733 PKT 01
7376697673

Kristina
20190624 008058971107 9000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **CASHIER'S CHECK** No. 4694507828

90-3582
1222

DATE: JUNE 24, 2019

PAY    ONE HUNDRED THIRTY FIVE THOUSAND DOLLARS AND 00 CENTS

$ 135,000.00

TO THE
ORDER OF:    MICHAEL AVENATTI

Location:    4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00026  0469 NON NEGOTIABLE 01:19 USB
CASHR CK    H

AUTHORIZED SIGNATURE

⑈4694507828⑈ ⑈523253004⑈ 25140032140062⑈    $135,000.00

‖9910000224  06242019
E 3616 ID 733 PKT 01
737&c91c74

Kristina
20190624 008058971108 135000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

ACCOUNT HOLDER

Michael J. Averth

one hundred forty four thousand only

SIGNATURE REQUIRED

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES
AND REGULATIONS APPLICABLE TO THE ACCOUNT.
HARLAND CLARKE 2006B (REV. 5/08) 13311

**us bank**

All of us serving you®

DATE 6/24/19

ACCOUNT NUMBER   8595   $   144000.00

00025  04694  0001   06/24/2019  01:16 USB

COUNTER WD. H

8595

⑆560680520⑆                    $144,000.00

M0910000224  06242019
E 3616 ID 000 PKT 01
7378097075

---

Kristina
20190624 008058971109 144000.00
19120483340198 ███████8595

Kristina Anderson
BC-MN-H21P

**CASH OUT CREDIT**

CENTURY CITY

CASH BOX ID 0001

ROUTING NUMBER
**530000305**

8 DIGIT ACCOUNT NUMBER
**46940001**

$\ast$

$\ast$

AMOUNT

$

00019 04694 0001 07/16/2019 11:39 USB
CASH OUT  H

⑆530000305⑆   46940001⑈      $6,800.00

⑆6910000224 07162019
E 17 17  ID 714 PKT 01
7574759485

Kristina
20190716 008357966511 6800.00
19120483340198 46940001

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **US bank**  **CASHIER'S CHECK**  No. 4694507872  90-3582 / 1222

DATE: JULY 16, 2019

PAY  ONE HUNDRED FIVE THOUSAND DOLLARS AND 00 CENTS

$ 105,000.00

TO THE ORDER OF:  **MICHAEL AVENATTI**

Location:  4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00018  04JUL16 07/16/2019 11:38 USB
CASHR CK   H

NON-NEGOTIABLE

AUTHORIZED SIGNATURE

⑈4694507872⑈ ⑉523253004⑉ 25140032140062⑈    $105,000.00

M0916000224  07162019
E 1717 ID 733 PKT 01
757475986

Kristina
20190716 008357966512 105000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **CASHIER'S CHECK** No. 4694507871

90-3582
1222

DATE: JULY 16, 2019

PAY TWELVE THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

$ 12,500.00

TO THE
ORDER OF: PANSKY MARKLE

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00018 04694 NON NEGOTIABLE 11:38 USB
CASHR CK U

AUTHORIZED SIGNATURE

⑈4694507871⑈ ⑆523253004⑆ 25140032140062⑈ $12,500.00

M9910060224 07162019
E 1717 ID 733 PKT 01
7574759407

Kristina
20190716 008357966513 12500.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **usbank**                    **CASHIER'S CHECK**          No. 4694507870          90-3582
                                                                                                1222

                                                                      DATE:   JULY 16, 2019

PAY          TEN THOUSAND SEVEN HUNDRED DOLLARS AND 00 CENTS

                                                                              $ 10,700.00

TO THE
ORDER OF:   EXCLUSIVE RESORTS, LLC

Location:   4694 Century City                        00018   0464  **NON NEGOTIABLE**  11:38 USB
                                                     CASHR CK    H
U.S. Bank National Association
Minneapolis, MN 55480                                          AUTHORIZED SIGNATURE

    ⑈4694507870⑈  ⑆523253004⑆:25140032140062⑈        $10,700.00

        H4918006224  07162019
        E 1717 ID 733 PKT 01
        757475948B

Kristina
20190716 008357966514 10700.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**us bank.**
All of US serving you*

ACCOUNT NUMBER          $     135000000
                              00017 04694 0001 07/16/2019 11:36 USB
                              COUNTER WD H

⑈560680520⑈                    $135,000.00

Kristina
20190716 008357966515 135000.00
19120483340198 ▮▮▮▮8595

Kristina Anderson
BC-MN-H21P

**CASH OUT CREDIT**

CENTURY CITY

CASH BOX ID 0001

ROUTING NUMBER
**530000305**

8 DIGIT ACCOUNT NUMBER
**46940001**

AMOUNT



$

00042 04694 0001   07/22/2019 12:57 USB
CASH OUT   H

⑆530000305⑆      46940001⑈         $4,500.00

M69 10000224  07222019
E 3000 ID 714 PKT 01
74755/7909

Kristina
20190722 008058482951 4500.00
19120483340198 46940001

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **bank**

## CASHIER'S CHECK

No. 4694507881

90-3582
1222

DATE: JULY 22, 2019

PAY    EIGHT THOUSAND DOLLARS AND 00 CENTS

$ 8,000.00

TO THE
ORDER OF:  MICHAEL AVENATTI

Location:  4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00941  04 NON-NEGOTIABLE 12:57 USB
CASHR CK   H
AUTHORIZED SIGNATURE

⑈4694507881⑈ ⑆523253004⑆ 25140032140062⑈      $8,000.00

X091000224  07222019
E 3000 ID 733 PKT 01
74755/7910

Kristina
20190722 008058482952 8000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **CASHIER'S CHECK** No. 4694507882

90-3582
1222

DATE: JULY 22, 2019

PAY    NINETY TWO THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

  $ 92,500.00

TO THE
ORDER OF: **MICHAEL AVENATTI**

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00041  04  NON NEGOTIABLE
CASHIR CK  07/22/2019 12:57 USB

AUTHORIZED SIGNATURE

⑆4694507882⑈ ⑆523253004⑆2514003214006 2⑈   $92,500.00

P09100000224  07222019
E 3090 ID 733 PKT 01
74755/7911

Kristina
20190722 008058482953 92500.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



**COUNTER WITHDRAWAL**

**usbank.**
All of us serving you.™

DATE 7/22/19

Michael J. Avenatti
One Hundred five thousand only

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS AND APPLICABLE TO THIS ACCOUNT.
MAITLAND CLARKE 0006 (2/9) SA022131

**ACCOUNT NUMBER**   8595   $ 105 000

00040  04694  0001  07/22/2019  12:54 USB
COUNTER WD H

8595

⑆560680520⑆                    $105,000.00

M0910000224  07222019
E 3600 ID 000 PKT 01
7475577912

Kristina
20190722 008058482954 105000.00
19120483340198          8595

Kristina Anderson
BC-MN-H21P



**us bank** COUNTER DEPOSIT

DATE 7·31·19

Michael Avenatti

ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED ACCOUNT NUMBER

8595

CASH ► .40

CHECK ►

CHECK OR TOTAL FROM OTHER SIDE ►

SUB TOTAL ►

LESS CASH RECEIVED ►

.40

$

00014  04694  0003  07/31/2019  12:56 USB

DEPOSIT  H

8595

⑆560210039⑈

$0.40



Kristina
20190731 008655321121 0.40
19120483340198 ████8595

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **US bank**

**CASHIER'S CHECK**

No. 4694507907

90-3582
1222

DATE: JULY 31, 2019

PAY     ONE HUNDRED NINETY THREE DOLLARS AND 00 CENTS

TO THE
ORDER OF: AMERICAN EXPRESS

$ 193.00

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00013  04  12:56 USB
CASHR CK   N
NON-NEGOTIABLE
AUTHORIZED SIGNATURE

⑆4694507907⑈ ⑈523253004⑈ 25140032140062⑈

$193.00

0010060224  07312019
E 7334 ID 733 PKT 01
73717645236

Kristina
20190731 008655321122 193.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **CASHIER'S CHECK** No. 4694507906

90-3582
1222

DATE: JULY 31, 2019

PAY ONE THOUSAND SIX HUNDRED SIXTY DOLLARS AND 46 CENTS

$ 1,660.46

TO THE
ORDER OF: REGAL COURT REPORTING, INC

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00013 044 **NONNEGOTIABLE** 12:55 USB
CASHR CK H

AUTHORIZED SIGNATURE

4694507906 523253004 251400321400062

$1,660.46

0910000224 07312019
E 7334 ID 733 PKT 01
7371764231

Kristina
20190731 008655321123 1660.46
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



**COUNTER WITHDRAWAL**

Michael Avenatti

ACCOUNT TITLE (PRINT)

eighteen hundred fifty three 86/00                    DOLLARS

SIGNATURE REQUIRED

**us bank.**

All of us serving you®

DATE _7.31.19_

ACCOUNT NUMBER    8595  |  $          1,853 86

                                    00012  04694  0003   07/31/2019  12:53 USB
                                    COUNTER WD H

⑈560680520⑈                                    8595

                                                $1,853.86

M910000224  07312019
E 7334 ID 000 PKT 01
737170832

Kristina
20190731 008655321124 1853.86
19120483340198          8595

Kristina Anderson
BC-MN-H21P

**CASH OUT CREDIT**

CENTURY CITY

CASH BOX ID 0001

ROUTING NUMBER
530000305
8 DIGIT ACCOUNT NUMBER
46940001

AMOUNT

$

00040  04694 0001  08/19/2019 03:32 USB
CASH OUT   H

⑆530000305⑆   46940001⑆      $6,300.00

M9 19000224  08192019
E 4139 ID 714 PKT 01
757658948?

Kristina
20190819 008058697653 6300.00
19120483340198 46940001

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL J AVENATTI

 **US bank**   **CASHIER'S CHECK**   No. 4694507939   90-3582 / 1222

DATE:   AUGUST 19, 2019

PAY   THIRTY THREE THOUSAND DOLLARS AND 00 CENTS   $ 33,000.00

TO THE
ORDER OF:   MICHAEL J AVENATTI

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00039   04   NON NEGOTIABLE   03:32 USB

CASHIR CK   H

AUTHORIZED SIGNATURE

⑈4694507939⑈ ⑆523253004⑆ 25140032140062⑈         $33,000.00

M9910004224   08192019
E 4739  ID 733 PKT 01
7576343468

Kristina
20190819 008058697654 33000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**us bank**
All of us serving you

ACCOUNT TITLE (PRINT)

SIGNATURE REQUIRED

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THE ACCOUNT. MARYLAND CLAUSE (06/21/11)

ACCOUNT NUMBER

8595 $

AMOUNT

39300 —

00038  04694 0001  08/19/2019 03:30 USB
COUNTER WD H

8595

⑆560680520⑆

$39,300.00

M919000224  08192019
E 4130  ID 000 PKT 01
757643469

Kristina
20190819 008058697655 39300.00
19120483340198        8595

Kristina Anderson
BC-MN-H21P

**CASH OUT CREDIT**

CENTURY CITY

CASH BOX ID 0001

ROUTING NUMBER
530000305
8 DIGIT ACCOUNT NUMBER
46940001

AMOUNT

$

00047  04694  0001   09/10/2019 02:37 USB
CASH OUT   H

⑆530000305⑆    4694000⑈    $7,760.00

M0910000224  09102019
E 2359 ID 714 PKT 01
757725323

Kristina
20190910 008358340145 7760.00
19120483340198 46940001

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI - MARTINEZ

 **CASHIER'S CHECK** No. 4694507973

90-3582
1222

DATE: SEPTEMBER 10, 2019

PAY      TWO THOUSAND TWO HUNDRED FORTY DOLLARS AND 00 CENTS

$ 2,240.00

TO THE
ORDER OF: **ANDERSON AND ASSOCIATES**

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00046   04 NON NEGOTIABLE 02:37 USB
CASHR CK   M
AUTHORIZED SIGNATURE

⑈4694507973⑈ ⑆523253004⑆ 2514003214006 2⑈     $2,240.00

M091W000224   09102019
E 2359 ID 733 PKT 01
757925324

Kristina
20190910 008358340146 2240.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

WITHDRAWN ON THE ACCOUNT OF

**US**bank

DATE 9/10/19

DOLLARS

AMOUNT 10,000 —

SIGNATURE REQUIRED

8595 $

D0045 04694 0001   09/10/2019 02:35 USB
COUNTER WD H

8595

⑆560680520⑆                    $10,000.00

M919000224   09192019
E 2159  ID 000 PKT 01
757192325

Kristina
20190910 008358340147 10000.00
19120483340198        8595

Kristina Anderson
BC-MN-H21P

**GENERAL LEDGER - CREDIT**
Newport Coast Drive Pavilions
**FEE CONTROL**

| DATE | CASH BOX ID | PHONE NUMBER |
|------|-------------|--------------|

BRANCH CONTACT

BRANCH OFFICE #
**3551**

PURPOSE

OFFSET ACCT. NO.

MARLAND CLARKE 20388 (1/13) 7025442B

SERIAL NO.
**35510925**
ROUTING NUMBER
**523003005**

14 DIGIT ACCOUNT NUMBER
COST CENTER / ACCOUNT NUMBER

**00035514850600**

AMOUNT

**$**

⑈35510925⑈ ⑆523003005⑆ 00035514850600⑈        **$8.00**

Kristina
20191008 008358293597 8.00
19120483340198 35514850600

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: CHRISTINE A CARLIN

 **CASHIER'S CHECK** No. 3551506497

90-3582
1222

DATE: OCTOBER 08, 2019

PAY TEN THOUSAND NINE HUNDRED NINETY EIGHT DOLLARS AND 00 CENTS

$ 10,998.00

TO THE
ORDER OF: JASON C HILL

Location: 3551 Newport Coast Dr

U.S. Bank National Association
Minneapolis, MN 55480

00301 0351 **NON NEGOTIABLE**
CASHER Ck. H

AUTHORIZED SIGNATURE

⑈3551506497⑈ ⑆523253004⑆ 25140032140062⑈ $10,998.00

▓0910000224 10082019
E 2769 1D 733 PKT 01
▓▓▓▓▓▓

Kristina
20191008 008358293598 10998.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



**COUNTER WITHDRAWAL**

Christine N Carlin

WITHDRAWN FROM THE ACCOUNT OF

Eleven thousand +/SIX

**DOLLARS**

Christine N Carlin

SIGNATURE REQUIRED

**U.S. bank.**

All of us serving you

DATE 10 8 19

| ACCOUNT NUMBER | | AMOUNT |
|---|---|---|
| 7252 | $ | 100 |

COUNTER W/D

7252

⑆560680520⑆

$11,006.00

Kristina
20191008 008358293599 11006.00
19120483340198 157513737252

Kristina Anderson
BC-MN-H21P

## Fax Call Report

**Fax Header Information**

U.S. Bank
+16123037880
12/4/2019 4:47:59 PM CT

| Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|-----|-----------|------|----------------|----------|-----|--------|
| 19805098 | 12/4/2019 4:47:59 PM CT | Send | 7084996862 | 00:00:21 | 0 | Failed (Special tones were received and not understood. ) |

Things to remember:

- Enter full 10 digit number including area code

- No need to enter 9 or 1 before the number

- Confirm fax number is correct



# **us**bank.

**Uni-Statement**

Account Number:
█████8595

Statement Period:
May 22, 2019
through
May 23, 2019

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694    TRN        S        X    ST01

0001272269 01 SP 0.500 000638084050708 P N
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021



☎                                          ***To Contact U.S. Bank***

**By Phone:**                              1-800-US BANKS
                                           (1-800-872-2657)

***U.S. Bank accepts Relay Calls***

**Internet:**                              usbank.com

---

## **U.S. BANK PLATINUM SELECT MONEY MARKET SAVINGS**          *Member FDIC*

U.S. Bank National Association                        Account Number 2-534-5533-8595

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on May 22 | $ | 0.00 | Annual Percentage Yield Earned | 2.24984% |
| Deposits / Credits | | 500,042.67 | Account Interest Rate* | 2.22% |
| Other Withdrawals | | 300,060.00- | Interest Earned this Period $ | 42.67 |
| **Ending Balance on May 23, 2019** $ | | **199,982.67** | Interest Paid this Year $ | 42.67 |
| | | | Number of Days in Statement Period | 2 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

---

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| May 22 | Deposit | 8655483797 | $ | 500,000.00 |
| May 23 | Interest Paid | 2300012513 | | 42.67 |
| | **Total Deposits / Credits** | | **$** | **500,042.67** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 23 | Wire Transfer Fee | | 2300012511 | $ | 30.00- |
| May 23 | Wire Transfer Fee | | 2300012512 | | 30.00- |
| May 23 | Wire Debit REF002492 | CITY MIAMI    190523026215 | | | 150,000.00- |
| | BNF=SCOTT A SREBNICK | P.A. OPERATING ACC 201 S B | | | |
| May 23 | Wire Debit REF002493 | REGIONS BIRM    190523025715 | | | 150,000.00- |
| | BNF=JOSE M. QUINON P.A. | 2333 BRICKELL AVE SUITE | | | |
| | | **Total Other Withdrawals** | | **$** | **300,060.00-** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WSSD, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

  *Please note: Paper draft and paper check claims must be disputed within 30 days per your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



**Uni-Statement**

Account Number:
████████ 8595

Statement Period:
May 24, 2019
through
Jun 25, 2019

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694      TRN          S        X      ST01

||ıı|||||||ı|ı|ı|ı|ı|ı|ı|ı|ı||ı||ı|ı|||ı||ı|ı||ıı|||
000197016 01 AB 0.412 000638118249977 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021



☎                            *To Contact U.S. Bank*

*By Phone:*                    1-800-US BANKS
                              (1-800-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                    usbank.com

---

## NEWS FOR YOU

¿Prefiere español? U.S. Bank ofrece estados de cuenta mensuales en español. Para actualizar el idioma de su preferencia, visite su sucursal local o llame a nuestro centro de servicios las 24 horas al 800USBANKS (800-872-2657). Aceptamos llamadas de retransmisión.

Do you prefer Spanish? U.S. Bank offers monthly account statements in Spanish. To update your language preferences, visit your local branch or call our 24-Hour service center at 800USBANKS (800-872-2657). We accept relay calls.

---

## U.S. BANK PLATINUM SELECT MONEY MARKET SAVINGS                    *Member FDIC*

U.S. Bank National Association                                 Account Number 2-534-5533-8595

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on May 24 | $ | 199,982.67 | Annual Percentage Yield Earned | 2.24074% |
| Deposits / Credits | | 152,275.13 | Account Interest Rate* | 0.05% |
| Other Withdrawals | | 350,024.00- | Interest Earned this Period | $ 275.13 |
| | | | Interest Paid this Year | $ 317.80 |
| **Ending Balance on Jun 25, 2019** | $ | **2,233.80** | Number of Days in Statement Period | 33 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun 24 | Deposit | 8058971110 | $ | 152,000.00 |
| Jun 25 | Interest Paid | 2500023854 | | 275.13 |
| | **Total Deposits / Credits** | | $ | **152,275.13** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun 7 | Customer Withdrawal | 9255982154 | $ | 4,000.00- |
| Jun 7 | Customer Withdrawal | 9255982170 | | 25,008.00- |
| Jun 17 | Customer Withdrawal | 8057205667 | | 169,016.00- |
| Jun 24 | Customer Withdrawal | 8058971116 | | 8,000.00- |
| Jun 24 | Customer Withdrawal | 8058971109 | | 144,000.00- |
| | **Total Other Withdrawals** | | $ | **350,024.00-** |

 **us bank.**

## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your Balance Subject to Interest Rate. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


**EQUAL HOUSING LENDER**

Member FDIC

 **us bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694    TRN       S      X    ST01



000069722 01 AB 0.412 000638150379513 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021

**Uni-Statement**

Account Number:
▓▓▓▓▓8595

Statement Period:
Jun 26, 2019
through
Jul 24, 2019

Page 1 of 1

☎      *To Contact U.S. Bank*

**By Phone:**      *1-800-US BANKS*
      *(1-800-872-2657)*

**U.S. Bank accepts Relay Calls**

**Internet:**      *usbank.com*

---

## NEWS FOR YOU

¿Prefiere español? U.S. Bank ofrece estados de cuenta mensuales en español. Para actualizar el idioma de su preferencia, visite su sucursal local o llame a nuestro centro de servicios las 24 horas al 800USBANKS (800-872-2657). Aceptamos llamadas de retransmisión.

Do you prefer Spanish? U.S. Bank offers monthly account statements in Spanish. To update your language preferences, visit your local branch or call our 24-Hour service center at 800USBANKS (800-872-2657). We accept relay calls.

---

## U.S. BANK PLATINUM SELECT MONEY MARKET SAVINGS      *Member FDIC*

U.S. Bank National Association                          **Account Number 2-534-5533-8595**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jun 26 | $ | 2,233.80 | Annual Percentage Yield Earned | | 0.04508% |
| Deposits / Credits | | 240,000.08 | Account Interest Rate* | | 0.05% |
| Other Withdrawals | | 240,000.00- | Interest Earned this Period | $ | 0.08 |
| | | | Interest Paid this Year | $ | 317.88 |
| **Ending Balance on Jul 24, 2019** | $ | **2,233.88** | Number of Days in Statement Period | | 29 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jul 16 | Deposit | 8357966509 | $ | 135,000.00 |
| Jul 22 | Deposit | 8058482966 | | 105,000.00 |
| Jul 24 | Interest Paid | 2400012120 | | 0.08 |
| | | **Total Deposits / Credits** | $ | **240,000.08** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jul 16 | Customer Withdrawal | 8357966515 | $ | 135,000.00- |
| Jul 22 | Customer Withdrawal | 8058482954 | | 105,000.00- |
| | | **Total Other Withdrawals** | $ | **240,000.00-** |

**Ex. 40 - Page 53 of 92**



### BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

#### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per your Deposit Account Agreement.

#### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on this statement immediately.

#### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method: To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

#### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

#### CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING
LENDER

 **bank.**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

4694     TRN              S           X     ST01

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
000068530 01 AB 0.412 000638183220473 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA  90067-7021

**Uni-Statement**
Account Number:
8595
Statement Period:
Jul 25, 2019
through
Aug 23, 2019

Page 1 of 1



☎                                     *To Contact U.S. Bank*

**By Phone:**                         *1-800-US BANKS*
                                      *(1-800-872-2657)*

**U.S. Bank accepts Relay Calls**

**Internet:**                         *usbank.com*

---

## STANDARD SAVINGS                                                      *Member FDIC*

U.S. Bank National Association                          **Account Number 2-534-5533-8595**

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jul 25 | $ | 2,233.88 | Annual Percentage Yield Earned | 0.03239% |
| Deposits / Credits | | 39,300.42 | Interest Earned this Period | $ 0.02 |
| Other Withdrawals | | 41,153.86- | Interest Paid this Year | $ 317.90 |
| **Ending Balance on Aug 23, 2019** | **$** | **380.44** | Number of Days in Statement Period | 30 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jul 31 | Deposit | 8655321121 | $ | 0.40 |
| Aug  6 | Interest Paid | 0600000751 | | 0.02 |
| Aug 19 | Deposit | 8058697656 | | 39,300.00 |
| | **Total Deposits / Credits** | | **$** | **39,300.42** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jul 31 | Customer Withdrawal | 8655321124 | $ | 1,853.86- |
| Aug 19 | Customer Withdrawal | 8058697655 | | 39,300.00- |
| | **Total Other Withdrawals** | | **$** | **41,153.86-** |

**Ex. 40 - Page 55 of 92**



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING LENDER

Member FDIC


**Uni-Statement**

Account Number:
▆▆▆▆▆▆ 8595

Statement Period:
Aug 24, 2019
through
Sep 25, 2019

Page 1 of 2



||||₁₁₁₁||₁||||||||₁||₁₁||₁||₁₁|||₁₁₁₁||₁₁||₁||₁₁|
000185244 01 AB 0.412 000638217058429 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021

☎                                    *To Contact U.S. Bank*

**By Phone:**                         1-800-US BANKS
                                     (1-800-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                          usbank.com

## INFORMATION YOU SHOULD KNOW

**Effective November 11, 2019** the *"Your Deposit Account Agreement"* booklet and *"Consumer Pricing Information"* brochure will include several updates and may affect your rights. The main updates to note in the revised *"Your Deposit Account Agreement"* booklet sections and sub sections, include:

- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Addition of Applicable Law section
- Owner's Authority section
  - ○ Update to owner authorized actions
- Deposits section, Foreign Currency sub-section
  - ○ Clarification on the foreign currency deposit process
- Returned Deposited and Cashed Items section
  - ○ Clarification on the assessment of fees
- Insufficient Funds and Overdraft section
  - ○ Available Balance and Insufficient Funds sub-sections
    - ▪ Clarification of pending merchant transactions regarding posting and impact to available balances
  - ○ Our Fees sub-section
    - ▪ Extended overdraft fees are suspended during fraud investigations
- Closing Your Account section
  - ○ Clarification on actions associated with closing your account
- S.T.A.R.T Goals and Rewards section
  - ○ Removal of the Think Twice℠ Savings feature option
- U.S. Bank Consumer Reserve Line Agreement section
  - ○ Interest Charges and Fees sub-section
    - ▪ Change to Late Payment Fee language

The main updates to note in the revised *"Consumer Pricing Information"* brochure include:

- Updates to ATM availability, locations and disclosure
- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Updates to the mortgage benefits and disclosure for Platinum and Gold Checking Package
- Clarification on benefits for senior and military customers required to be checking customers

Starting November 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

## STANDARD SAVINGS                                    *Member FDIC*

U.S. Bank National Association                    Account Number 2-534-5533-8595

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Aug 24 | $ | 380.44 | Interest Paid this Year | $ | 317.90 |
| Deposits / Credits | | 10,000.00 | Number of Days in Statement Period | | 33 |
| Other Withdrawals | | 10,384.44- | | | |
| **Ending Balance on Sep 25, 2019** | **$** | **4.00-** | | | |

Your low balance of $0.00 was below the requirements.

**Ex. 40 - Page 57 of 92**



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.    $ _____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $ _____

5. Total lines 3 and 4.    $ _____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $ _____

7. Subtract line 6 from line 5. This is your balance.    $ _____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING
LENDER



MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA  90067-7021

**Uni-Statement**

Account Number:
8595
Statement Period:
Aug 24, 2019
through
Sep 25, 2019

Page 2 of 2



## STANDARD SAVINGS **(CONTINUED)**

U.S. Bank National Association    **Account Number 2-534-5533-8595**

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Sep 10 | Deposit | | 8358340148 | $ | 10,000.00 |
| | | | **Total Deposits / Credits** | **$** | **10,000.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Aug 26 | LEGAL PROCESSING | FEE | | $ | 100.00- |
| Sep 6 | WA LEVY | | | | 280.44- |
| Sep 10 | Customer Withdrawal | | 8358340147 | | 10,000.00- |
| Sep 25 | Monthly Maintenance Fee | | 2500025537 | | 4.00- |
| | | | **Total Other Withdrawals** | **$** | **10,384.44-** |

 **usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694          TRN                    S              X          ST01

**Uni-Statement**
Account Number:
▓▓▓▓▓▓8595
Statement Period:
Sep 26, 2019
through
Oct 24, 2019

Page 1 of 2

000062371 01 AB 0.412 000638248149413 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021



☎          ***To Contact U.S. Bank***

***By Phone:***          1-800-US BANKS
                         (1-800-872-2657)

***U.S. Bank accepts Relay Calls***
***Internet:***          usbank.com

## INFORMATION YOU SHOULD KNOW

**Effective November 11, 2019** the ***"Your Deposit Account Agreement"*** booklet and ***"Consumer Pricing Information"***
brochure will include several updates and may affect your rights. The main updates to note in the revised ***"Your Deposit Account
Agreement"*** booklet sections and sub sections, include:

- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Addition of Applicable Law section
- Owner's Authority section
  - ○ Update to owner authorized actions
- Deposits section, Foreign Currency sub-section
  - ○ Clarification on the foreign currency deposit process
- Returned Deposited and Cashed Items section
  - ○ Clarification on the assessment of fees
- Insufficient Funds and Overdraft section
  - ○ Available Balance and Insufficient Funds sub-sections
    - ▪ Clarification of pending merchant transactions regarding posting and impact to available balances
  - ○ Our Fees sub-section
    - ▪ Extended overdraft fees are suspended during fraud investigations
- Closing Your Account section
  - ○ Clarification on actions associated with closing your account
- S.T.A.R.T Goals and Rewards section
  - ○ Removal of the Think Twice™ Savings feature option
- U.S. Bank Consumer Reserve Line Agreement section
  - ○ Interest Charges and Fees sub-section
    - ▪ Change to Late Payment Fee language

The main updates to note in the revised ***"Consumer Pricing Information"*** brochure include:
- Updates to ATM availability, locations and disclosure
- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Updates to the mortgage benefits and disclosure for Platinum and Gold Checking Package
- Clarification on benefits for senior and military customers required to be checking customers

Starting November 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to
request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S.
Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

## STANDARD SAVINGS                                                      *Member FDIC*

U.S. Bank National Association                              Account Number 2-534-5533-8595

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Sep 26 | $ | 4.00- | Interest Paid this Year | $ | 317.90 |
| Deposits / Credits | | 4.00 | Number of Days in Statement Period | | 29 |
| Other Withdrawals | | 4.00- | | | |
| **Ending Balance on Oct 24, 2019** | $ | **4.00-** | | | |

Your low balance of $4.00- was below the requirements.



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3.  Enter the ending balance shown on this statement.     $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.     $_____

5.  Total lines 3 and 4.     $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5. This is your balance.     $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC



MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021

**Uni-Statement**
Account Number:
8595
Statement Period:
Sep 26, 2019
through
Oct 24, 2019

Page 2 of 2



## STANDARD SAVINGS                                    (CONTINUED)
U.S. Bank National Association                 **Account Number 2-534-5533-8595**

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--------|------------|----|--------|
| Oct 3 | Monthly Maintenance Fee | Refund | | $ | 4.00 |
| | | | **Total Deposits / Credits** | **$** | **4.00** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|------------|----|--------|
| Oct 24 | Monthly Maintenance Fee | 2400013464 | $ | 4.00- |
| | | **Total Other Withdrawals** | **$** | **4.00-** |

 **bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694    TRN              S         X    ST01

**Uni-Statement**

Account Number:
8595

Statement Period:
Oct 25, 2019
through
Nov 26, 2019

Page 1 of 1

000062571 01 AB 0.412 000638282003574 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021



☎                                    *To Contact U.S. Bank*

*By Phone:*                          1-800-US BANKS
                                     (1-800-872-2657)

*U.S. Bank accepts Relay Calls*

*Internet:*                          usbank.com

## STANDARD SAVINGS                                              *Member FDIC*

U.S. Bank National Association                    **Account Number 2-534-5533-8595**

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Oct 25 | $ | 4.00- | Interest Paid this Year | $ | 317.90 |
| Deposits / Credits | | 109.00 | Number of Days in Statement Period | | 33 |
| Other Withdrawals | | 4.00- | | | |

**Ending Balance on Nov 26, 2019 $      101.00**

Your low balance of $4.00- was below the requirements.

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 18 | Monthly Maintenance Fee | Refund | | $ | 4.00 |
| Nov 18 | Deposit | | 8059062035 | | 105.00 |
| | | | **Total Deposits / Credits** | **$** | **109.00** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Nov 26 | Monthly Maintenance Fee | 2600013412 | $ | 4.00- |
| | | **Total Other Withdrawals** | **$** | **4.00-** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                       $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.                                                     $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance.                      $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar Amount:* The dollar amount of the suspected error.

• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING LENDER



**US bank**    COUNTER DEPOSIT

DATE 5-22-19

*Michael Avenatti*
ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED    ACCOUNT NUMBER

8595    $

CASH ▶

CHECK

CHECK OR
TOTAL FROM
OTHER SIDE

SUB TOTAL ▶ 500000.

LESS CASH
RECEIVED ▶

500000

00019   04694   0003   05/22/2019   01:17 USB

DEPOSIT    H

8595

⑆560210039⑆     **$500,000.00**

Kristina
20190522  008655483797  500000.00
19121289872734  8595

Kristina Anderson
BC-MN-H21P



**US bank**

# CASHIER'S CHECK

No. 5888510028

90-3582
1222

DATE: MAY 13, 2019

PAY    FIVE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$ 500,000.00

TO THE
ORDER OF:    MICHAEL J AVENATTI

PURPOSE/REMITTER: REJECTION OF AGREEMENT

Location:    5888 Michelson

U.S. Bank National Association
Minneapolis, MN 55480

00018  04690  0003  05/22/2019  01:17  USB
HOL...    AUTHORIZED SIGNATURE

153410023953

⑈5888510028⑈ ⑆1222358218 153410023953⑈    $500,000.00



Kristina
20190522 008655483798 500000.00
19121289872734 ▮▮▮▮▮▮▮3953

Kristina Anderson
BC-MN-H21P



**COUNTER WITHDRAWAL**

Michael Avenatti

ACCOUNT TITLE (PRINT)
four thousand

DOLLARS

**US bank**

DATE 6/7/19

SIGNATURE REQUIRED

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES
AND REGULATIONS APPLICABLE TO THE ACCOUNT.
HARLAND CLARKE 2009 (15) 80248225

ACCOUNT NUMBER

8595 $ 11,400 00

00031  05974  0001   06/07/2019 02:01 USB

AMOUNT

COUNTER WD H

8595

⑆560680520⑆

$4,000.00

4991000022< 06072019
E 764B ID 000 PKT 01
757249926

Kristina
20190607 009255982154 4000.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

US bank.

Michael Avenatti

Twenty five thousand eight dollars 6/7/19

ACCOUNT NUMBER ...8595 $ 25008.00

00028  05974 0001   06/07/2019 01:56 USB

COUNTER WD H  ...8595

H. Dean Steward

⑆560680520⑆                    $25,008.00



H091000022◀  06072019
E 764B ID 000 PKT 01
7572499340

Kristina
20190607 009255982170 25008.00
19121289872734      8595

Kristina Anderson
BC-MN-H21P



**COUNTER WITHDRAWAL**

Michael T. Avewatts

ACCOUNT TITLE (PRINT)

One hundred sixty nine thousand and sixteen dollars

DATE 06-17-19

SIGNATURE REQUIRED

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES
AND REGULATIONS APPLICABLE TO THE ACCOUNT.
HARLAND CLARKE 30008 (Rev. 6/11)
B0245225

ACCOUNT NUMBER 8595    $ 169016.00

AMOUNT

00007   01710  0006   06/17/2019  09:52  USB

HOLD        H              8595

⑈560680520⑈                    $169,016.00

Kristina
20190617 008057205667 169016.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**usbank.**
All of us serving you®

Mitchell Vieth
One hundred forty thousand
only —

ACCOUNT NUMBER
8595 $ 144 000 00

00025 04694 0001 06/24/2019 01:16 USB
COUNTER WD H
8595

⑆560680520⑆ $144,000.00

Kristina
20190624 008058971109 144000.00
19121289872734       8595

Kristina Anderson
BC-MN-H21P



**us bank** COUNTER DEPOSIT

Michael Auer Gift 6/24/19

ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED

ACCOUNT NUMBER

8595 $

CASH ▶

CHECK

CHECK OR
TOTAL FROM ▶ 152000.00
OTHER SIDE

SUB TOTAL ▶

LESS CASH
RECEIVED 152000.00

00022  04694 0001  06/24/2019 0f:14 USB
DEPOSIT    H

8595

⑆560 210039⑆                 $152,000.00



b0910000224  06242019
E 3616 ID 000 PKT 01
7576397676

Kristina
20190624 008058971110 152000.00
19121289872734        8595

Kristina Anderson
BC-MN-H21P



**usbank**     **CASHIER'S CHECK**    No. 1710509202    93-38 / 929

**DATE:** JUNE 17, 2019

PAY    ONE HUNDRED FIFTY TWO THOUSAND DOLLARS AND 00 CENTS

$ 152,000.00

TO THE
ORDER OF: MICHAEL AVENATTI

PURPOSE/REMITTER: MICHAEAL AVENATTI

Location: 1710 Fesslers Lane

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE
USB CK M

150080235156

⑈1710509202⑈ ⑈092900383⑈ 150080235156⑈    $152,000.00



Kristina
20190624  008058971111  152000.00
19121289872734 ██████5156

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

Michael J. Avenatti

Eight Thousand and 00

DOLLARS

**u**s**bank**

All of US serving you™

DATE 6/24/19

SIGNATURE REQUIRED

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES
AND REGULATIONS APPLICABLE TO THE ACCOUNT.
HARLAND CLARKE 2009A (7/13) 50021311

ACCOUNT NUMBER                          8595   $   8,000.00

00028  04694 0001   06/24/2019  01:20 USB
COUNTER WD H

8595

⑆560680520⑆                              $8,000.00

M091000022X  0624 2019
E 36 16  ID 000 PKI 01
7379597602

Kristina
20190624 008058971116 8000.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



**US bank**  COUNTER DEPOSIT

Michael J. Avenatti

ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED

OAKLAND CLARKE 30097 (6/15) 90024706

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THE ACCOUNT.

CASH ▸

CHECK

CHECK OR TOTAL FROM OTHER SIDE

SUB TOTAL ▸

LESS CASH RECEIVED ▸

135 000

135000

135000

8595

$

00014  04694  0001   07/16/2019  11:32*USB

DEPOSIT   H

8595

⑈560210039⑈            $135,000.00



CENTS

DOLLARS

CHECKS
LIST SINGLY

TOTAL
MUST BE ENTERED
ON FRONT SIDE

M0910000224  07162019
E 1717 ID 000 PKT 01
7574759493

Kristina
20190716 008357966509 135000.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



**US bank**  **CASHIER'S CHECK**  No. 4694507828

90-3582
1222

DATE: JUNE 24, 2019

PAY — ONE HUNDRED THIRTY FIVE THOUSAND DOLLARS AND 00 CENTS

$ 135,000.00

TO THE
ORDER OF: MICHAEL AVENATTI

PURPOSE/REMITTER: MICHAEL AVENATTI

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑈4694507828⑈ ⑆122235821⑆ 153410023953⑈        $135,000.00



Kristina
20190716 008357966510 135000.00
19121289872734 ████████3953

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**US bank.**

All of us serving you™

ACCOUNT NUMBER

AMOUNT

00017 04694 0001 07/16/2019 11:36 USB
COUNTER WD H

8595

⑈560680520⑈

$135,000.00

069100002200 471628719
E 1717 ID 000 PKT 03
7574759489

Kristina
20190716 008357966515 135000.00
19121289872734    8595

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

ACCOUNT TITLE PRINT

SIGNATURE REQUIRED

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES
AND REGULATIONS AND SUBJECT TO THE ACCOUNT.
MAITLAND CLARKE 50028 (2/06) 50021311

**U.S.** bank.
All of **us** serving you™

DATE 7/22/19

ACCOUNT NUMBER        8595   $   105 000

00040  04694 0001  07/22/2019 12:54 USB
COUNTER WD H

8595

⑆560680520⑆          $105,000.00

```
M0910000224  07222019
E 3000 ID 000 PKT 01
7475577912
```

Kristina
20190722 008058482954 105000.00
19121289872734         8595

Kristina Anderson
BC-MN-H21P



**bank**  COUNTER DEPOSIT

Michael Avenatti

ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED   ACCOUNT NUMBER

8595

$

00062  04694  0001   07/22/2019  02:30 USB
DEPOSIT    H

⑆560210039⑆                    8595

$105,000.00



M0910000224  07222019
E 3000 10 000 PKT 01
745577924

Kristina
20190722 008058482966 105000.00
19121289872734        8595

Kristina Anderson
BC-MN-H21P



**us bank**  CASHIER'S CHECK  No. 4694507872

DATE: JULY 16, 2019

PAY ONE HUNDRED FIVE THOUSAND DOLLARS AND 00 CENTS

$105,000.00

TO THE
ORDER OF: MICHAEL AVENATTI

PURPOSE/REMITTER: MICHAEL AVENATTI

Location: 8694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

⑆4694507872⑆ ⑈122235821⑈ 153410023953⑈      $105,000.00



Kristina
20190722 008058482967 105000.00
19121289872734 153410023953

Kristina Anderson
BC-MN-H21P



**usbank** COUNTER DEPOSIT

DATE 7·31·19

Michael Avenatti
ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED ACCOUNT NUMBER

8595

$ 40

CASH

CHECK

CHECK OR
TOTAL FROM
OTHER SIDE

SUB TOTAL

LESS CASH
RECEIVED

40

00014 04694 0003 07/31/2019 12:56 USB

DEPOSIT H

8595

⑆560210039⑆

$0.40



Kristina
20190731 008655321121 0.40
19121289872734 8595

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI



**CASHIER'S CHECK**

No. 4694507907

90-3582
1222

DATE: JULY 31, 2019

PAY    ONE HUNDRED NINETY THREE DOLLARS AND 00 CENTS

$ 193.00

TO THE
ORDER OF:    AMERICAN EXPRESS

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 15480

00013  04 NON-NEGOTIABLE  12:56 USB
CASHR CK    H

AUTHORIZED SIGNATURE

⑈4694507907⑈ ⑆523253004⑆25140032140062⑈        $193.00

M0919000224  07312019
E 7334 ID 733 PKT 01
737174-5236

Kristina
20190731 008655321122 193.00
19121289872734 ▮▮▮▮▮▮0062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **CASHIER'S CHECK** No. 4694507906

90-3582
1222

DATE: JULY 31, 2019

PAY ONE THOUSAND SIX HUNDRED SIXTY DOLLARS AND 46 CENTS

$ 1,660.46

TO THE
ORDER OF: REGAL COURT REPORTING, INC

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00013 04694507906 12:55 USB
CASHR CK H

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

⑈4694507906⑈ ⑆523253004⑆ 25140032140062⑈ $1,660.46

091000224 07312019
E 7334 ID 733 PKT 01
7371740031

Kristina
20190731 008655321123 1660.46
19121289872734 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**US bank.**

All of us serving you™

Michael Avenatti

ACCOUNT TITLE (PRINT)

Eighteen hundred fifty three 86/00 DOLLARS

DATE 7·31·19

SIGNATURE REQUIRED

ACCOUNT NUMBER                    AMOUNT

8595        $           185386

00012  04694  0003    07/31/2019 12:53 USB

COUNTER WD_H

8595

⑆560680520⑆              $1,853.86

M010000224  07312019
E 7334 ID 000 PKT 01
737175232

Kristina
20190731 008655321124 1853.86
19121289872734          8595

Kristina Anderson
BC-MN-H21P



**COUNTER WITHDRAWAL**

Michael Avenatti

ACCOUNT TITLE (PRINT)

Eighteen hundred fifty three 86/00 DOLLARS

SIGNATURE REQUIRED

**usbank.**

All of us serving you®

DATE 7.31.19

ACCOUNT NUMBER                    AMOUNT

8595          $          1 853 86

00012  04694  0003    07/31/2019  12:53  USB

COUNTER WD H

8595

⑆560680520⑆              $1,853.86

M0910000224  07312019
E 7334 ID 000 PKT 01
737170%832

Kristina
20190731 008655321124 1853.86
19121289872734        8595

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**usbank**

All of us serving you.

ACCOUNT TITLE (PRINT)

ALL ITEMS ARE ACCEPTED SUBJECT TO THE DOLLAR AND REGULATIONS APPLICABLE TO THE ACCOUNT.
HARLAND CLARKE 20-08 (7/10) 6002 /311

SIGNATURE REQUIRED

ACCOUNT NUMBER                    8595 $      39300.—

DOLLARS

AMOUNT

00038   04694  0001    08/19/2019  03:30  USB
COUNTER WD H

8595

⑈560680520⑈                              $39,300.00

M9910000224   08192019
E 4139 ID 600 PKT 01
757(540489

Kristina
20190819 008058697655 39300.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



**usbank**  COUNTER DEPOSIT

Michael Avenoth    8/19/19

ACCOUNT TITLE (PRINT)

SIGN ABOVE F    8595

HARLAND CLARKE 20057 (6/16)  SC024170

ALL ITEMS ARE ACCEPTED SUBJECT TO THE TERMS HEREOF
AND REGULATIONS APPLICABLE TO THE ACCOUNT

CASH ▶

CHECK    39300·00

CHECK OR
TOTAL FROM ▶    34300·00
OTHER SIDE

SUB TOTAL ▶

LESS CASH ▶    39300·00
RECEIVED

$    00035  04694  0091    08/29/2049  03:30 USB

DEPOSIT    H    8595

⑆560210039⑆    $39,300.00



CENTS

DOLLARS

CHECKS
LIST SINGLY

1905000224  08292019
E 0129 19 000 PKT 03
7575383PG

TOTAL
MUST BE ENTERED
ON FRONT SIDE

Kristina
20190819 008058697656 39300.00
19121289872734    8595

Kristina Anderson
BC-MN-H21P



**us bank**    **CASHIER'S CHECK**    No. **4694507937**   90-3582 / 1222

DATE:   AUGUST 16, 2019

PAY   THIRTY NINE THOUSAND THREE HUNDRED DOLLARS AND 00 CENTS

$ 39,300.00

TO THE
ORDER OF:   **MICHAEL AVENATTI**

PURPOSE/REMITTER: MICHAEL AVENATTI

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑈4694507937⑈ ⑆122235821⑆ 153410023953⑈    $39,300.00

Kristina
20190819 008058697657 39300.00
19121289872734         3953

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

WITHDRAWN ON THE ACCOUNT OF

Michael J Avenatti

Ten thousand dollars

DOLLARS

US bank
Five Star Service Guaranteed

DATE 9/10/19

20098 (03/06)

SIGNATURE REQUIRED

*~~~~~~~~~~~~~~~~~~~~~~6595 $

AMOUNT

10,000

00045  04694  0001  09/10/2019  02:35 USB
COUNTER WD H

8595

⑆560680520⑆

$10,000.00

K091000042241  09102019
E 2159  ID 000  PKT 01
757762325

Kristina
20190910 008358340147 10000.00
19121289872734 253455338595

Kristina Anderson
BC-MN-H21P



**US bank** COUNTER DEPOSIT

Michael Averill

ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED

CASH ▸ 10,000.00

CHECK

CHECK OR
TOTAL FROM ▸ 10,000.00
OTHER SIDE

SUB TOTAL ▸ 10,000.00

LESS CASH
RECEIVED ▸

$95 $

0042 04694 0001 09/10/2019 02:34*USB
DEPOSIT H

8595

⑈560210039⑈          $10,000.00



Kristina
20190910 008358340148 10000.00
19121289872734    8595

Kristina Anderson
BC-MN-H21P



**us bank**  **CASHIER'S CHECK**  No. 4694507962

DATE: AUGUST 30, 2019

PAY
TEN THOUSAND DOLLARS AND 00 CENTS

$ 10,000.00

TO THE
ORDER OF: MICHAEL AVENATTI

PURPOSE/REMITTER: MICHAEL AVENATTI

Location: 4694 Century City
U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑈4694507962⑈ ⑆122235821⑆ 153410023953⑈  $10,000.00



Kristina
20190910 008358340149 10000.00
19121289872734 153410023953

Kristina Anderson
BC-MN-H21P



**us bank.** COUNTER DEPOSIT

CASH ▸ 105.00

CHECK

DATE 11-18-19

Michael Averett

ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED

ACCOUNT NUMBER

8595 $

CHECK OR TOTAL FROM OTHER SIDE ▸

SUB TOTAL ▸ 105.00

LESS CASH RECEIVED ▸ 105.00

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THE ACCOUNT
HARLAND CLARKE 20097 (9/15) 80324291

00003 04694 0004 11/18/2019 11:17 USB
DEPOSIT H 8595

⑆560210039⑆ $105.00

P0910000224 11182019
E 7894 ID 000 PKT 01
75725?8729

Kristina
20191118 008059062035 105.00
19121289872734 ███████8595

Kristina Anderson
BC-MN-H21P

CASH IN
DEBIT                    *        SERIAL NUMBER

CENTURY CITY                     *        ROUTING NUMBER
                                          530000606
                                 *    8 DIGIT ACCOUNT NUMBER
CASH BOX ID 0004                          46940004
                                          AMOUNT

                              $

                    00003  04694 0004   11/18/2019 11:16 USB
                    CASH IN      H
                                      253455338595

⑈530000606⑈      46940004⑉           $105.00

⑈0910000224  11182019
E 7494 ID 598 PKT 01
757257873θ

Kristina
20191118 008059062036 105.00
19121289872734 46940004

Kristina Anderson
BC-MN-H21P

EXHIBIT 41



**us**bank          CASHIER'S CHECK          No. 5231509043

DATE:   MAY 09, 2019

PAY     TWO HUNDRED FIFTY THOUSAND DOLLARS AND 00 CENTS

$ 250,000.00

TO THE
ORDER OF:   LAW OFFICES OF EVAN A. JENNESS

PURPOSE/REMITTER: CHRISTINE CARLIN

Location:   5231 Arcadia Foothill

U.S. Bank National Association
Minneapolis, MN 55440

AUTHORIZED SIGNATURE

Deposited into US Bank account ▓▓▓▓7252 at Branch 5888.  Back of check says "Not Used for Purpose Intended"



Account No. : 153410023953    Check No. : 5231509043    Amount : 52983.28
Routing No. : 12223582    Sequence No. : 009254794809    Date : 05/10/2019
Zoom:        100%

**us bank**

**CASHIER'S CHECK**    No. 5231509042

#31346

DATE : MAY 09, 2019

PAY    FIFTY TWO THOUSAND NINE HUNDRED EIGHTY THREE DOLLARS AND 28 CENTS

$ 52,983.28

TO THE
ORDER OF:  MERCEDES BENZ OF ARCADIA

PURPOSE/REMITTER: CHRISTINE CARLIN

Location : 5231 Arcadia Foothill

AUTHORIZED SIGNATURE

⑈5231509042⑈ ⑆122235821⑈153410023953⑈

BOFD – Wells Fargo Bank – RT 091000019



Account No. : 153410023953    Check No. : 5888510028    Amount : 500000.00
Routing No. : 12223582    Sequence No. : 808655483798    Date : 05/22/2019
Zoom:    100%

Deposited into US Bank account �█████8595 at branch 4694.



**usbank**    **CASHIER'S CHECK**    No. 5974507235    90-3582
1222

DATE:    JUNE 07, 2019

PAY    TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

$ 25,000.00

TO THE
ORDER OF:    H. DEAN STEWARD

PURPOSE/REMITTER: LEGAL FEES

Location:    5974 San Clemente Albertsons

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑈5974507235⑈ ⑆122235821⑈ 153410023953⑈

BOFD – MUFG Union Bank – RT 122000496



Cashed at US Bank branch 5888 teller 6 – Cashed against account ⬛⬛⬛⬛⬛8595



**us bank**    CASHIER'S CHECK    No. 1710509202

DATE:    JUNE 17, 2019

PAY    ONE HUNDRED FIFTY TWO THOUSAND DOLLARS AND 00 CENTS

$ 152,000.00

TO THE
ORDER OF:    MICHAEL AVENATTI

PURPOSE/REMITTER: MICHAEAL AVENATTI

Location:    1710 Feralets Lane

U.S. Bank National Association
Minneapolis, MN 55480

⑈1710509202⑈ ⑉092900383⑉ 150080235156⑈    $152,000.00

Deposited into US Bank account ████8595 at branch 4694 teller 1 - Back of check says "Not Used for Purpose Intended"



Account No. : 153410023953   Check No. : 4694507829   Amount : 9000.00
Routing No. : 12223582   Sequence No. : 008059701427   Date : 07/08/2019
Zoom:        100%

Cashed at US Bank branch 5888 teller 4.



Account No. : 153410023953   Check No. : 4694507828   Amount : 135000.00
Routing No. : 12223582   Sequence No. : 008357966510   Date : 07/16/2019
Zoom:   100%

**usbank**   **CASHIER'S CHECK**   No. **4694507828**   90-3582 / 1222

DATE: JUNE 24, 2019

PAY   ONE HUNDRED THIRTY FIVE THOUSAND DOLLARS AND 00 CENTS   $ 135,000.00

TO THE
ORDER OF:  **MICHAEL AVENATTI**

PURPOSE/REMITTER: MICHAEL AVENATTI

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

USB CK N H

AUTHORIZED SIGNATURE

153410023953

⑈4694507828⑈ ⑆122235821⑆153410023953⑈   $135,000.00

Deposited into US Bank account ███████8595 at branch 4694 teller 1

Account No. : 153410023953    Check No. : 4694507872    Amount : 105000.00
Routing No. : 12223582    Sequence No. : 808058482967    Date : 07/22/2019
Zoom:    100%



Deposited into US Bank account [REDACTED]3595 at branch 4694 teller 1



Account No. : 153410023953   Check No. : 4694507871   Amount : 12500.00
Routing No. : 12223582   Sequence No. : 008356893915   Date : 07/16/2019
Zoom:   100%

**usbank**   CASHIER'S CHECK   No. 4694507871

90-3587
1222

DATE:   JULY 16, 2019

PAY   TWELVE THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

$ 12,500.00

TO THE
ORDER OF:   PANSKY MARKLE

PURPOSE/REMITTER: MICHAEL AVENATTI

Location:   4694 Century City

US. First National Association
Minneapolis, MN 55402

AUTHORIZED SIGNATURE

⑈4694507871⑈ ⑆122235821⑆:153410023953⑈

ENDORSE HERE
X

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
12200247
FOR DEPOSIT ONLY
PANSKY MARKLE ATTYS AT LAW

BOFD – Wells Fargo Bank – RT 091000019



BOFD – Wells Fargo Bank – RT 091000019



Cashed at US Bank branch 4694 teller 3.



Cashed at branch 4694 teller 3

Used to purchase:

Cashier's check # 4694507937 $39,300.00

Cashier's check # 4694507936 $11,200.00

Cashier's check # 4694507933 $ 10,000.00

Cashier's check # 4694507935 $25,000.00

Cash back of $7,000.00



| Account No. : 153410023953 | Check No. : 4694507907 | Amount : 193.00 |
| Routing No. : 12223582 | Sequence No. : 008357207886 | Date : 08/06/2019 |
| Zoom: | 100% | |

## CASHIER'S CHECK

**No. 4694507907**

90-3182
1222

DATE: JULY 31, 2019

PAY    ONE HUNDRED NINETY THREE DOLLARS AND 00 CENTS

$ 193.00

TO THE
ORDER OF:    AMERICAN EXPRESS

PURPOSE/REMITTER: MICHAEL AVENATTI

Location:    4694 Century City

U.S. Bank National Association
Minneapolis, MN 55440

AUTHORIZED SIGNATURE

⑆4694507907⑆ ⑆122235821⑆15341002395⑈

BOFD – Wells Fargo Bank – RT 091000019

| Account No. : 153410023953 | Check No. : 4694507906 | Amount : 1660.46 |
| Routing No. : 12223582 | Sequence No. : 008355110252 | Date : 08/06/2019 |

Zoom: 100%



BOFD – Pacific Western Bank – RT 122238200



US Bank Branch 4694 Used to purchase:

Cashier's check # 4694507942 $17,500.00

Cashier's check # 4694507941 $ 15,500.00

| Account No. : 153410023953 | Check No. : 4694507973 | Amount : 2240.00 |
| Routing No. : 12223582 | Sequence No. : 008952996827 | Date : 09/12/2019 |

Zoom: 100%



BOFD – City National Bank – RT 122016066



BOFD – JP Morgan Chase – RT 111900057

EXHIBIT 42

**Michael John Avenatti**
**U.S. Bank Account x8595**

| DATE | TRANSACTION TYPE | DEPOSIT | WITHDRAWALS | DESCRIPTION | TRANSACTOR | NOTES |
|---|---|---|---|---|---|---|
| 5/22/2019 | Account opened | $500,000.00 | | | | Beginning Balance $0 |
| 5/23/2019 | Wire out | | $150,000.00 | Beneficiary Scott Srebnick P. A. | Michael Avenatti | |
| 5/23/2019 | Wire out | | $150,000.00 | Beneficiary Jose Quinon P. A. | Michael Avenatti | |
| 6/7/2019 | Purchased Cashier's Check | | $25,000.00 | Cashier's Check payable to H. Dean Steward | Michael Avenatti | $8.00 fee charged for CC |
| 6/7/2019 | Withdrawal | | $4,000.00 | Counter withdrawal - missing bank document | Michael Avenatti | Missing bank document |
| 6/17/2019 | Conducted Multiple Transactions Totaling $169,016 in Withdrawals | | $8,500.00 | *First transaction:* Purchased $8,500 Cashier's Check payable to MA | Michael Avenatti | $8.00 fee charged for CC |
| | | | $152,000.00 | *Second transaction:* Purchased $152,000 Cashier's Check payable to MA | Michael Avenatti | $8.00 fee charged for CC |
| | | | $8,500.00 | *Third transaction:* Cash withdrawal of $8,500 | Michael Avenatti | |
| 6/21/2019 | Cashed Cashier's Check | $8,500.00 | $8,500.00 | Cashed Cashier's Check purchased on 06/17/19 for $8,500 - Avenatti received cash (Friday) | Michael Avenatti | |
| 6/24/2019 | Deposit of $152,000 Cashier's Check | $152,000.00 | | Deposit of Cashier's Check previously bought on 6/17/19 for $152,000 | Michael Avenatti | |
| 6/24/2019 | Conducted Multiple Transactions totaling $152,000 in Withdrawals | | $9,000.00 | *First transaction:* Purchased $9,000 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $135,000.00 | *Second transaction:* Purchased $135,000 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $8,000.00 | *Third transaction:* Cash withdrawal of $8,000 (Monday) | Michael Avenatti | |
| 6/25/2019 | Interest paid by Bank | $275.13 | | Interest paid by Bank | Michael Avenatti | |
| 7/8/2019 | Cashed Cashier's Check | $9,000.00 | $9,000.00 | Cashed Cashier's Check purchased on 06/24/19 for $9,000 - Avenatti received cash | Michael Avenatti | |
| 7/16/2019 | Deposit of $135,000 Cashier's Check | $135,000.00 | | Deposit of Cashier's Check previously bought on 06/24/19 for $135,000 | Michael Avenatti | |
| 7/16/2019 | Conducted Multiple Transactions totaling $135,000 in Withdrawals | | $10,700.00 | *First transaction:* Purchased $10,700 Cashier's Check payable to Exclusive Resorts, LLC | Michael Avenatti | |
| | | | $12,500.00 | *Second transaction:* Purchased $12,500 Cashier's Check payable to Pansky Markle | Michael Avenatti | |
| | | | $105,000.00 | *Third transaction:* Purchased $105,000 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $6,800.00 | *Fourth transaction:* Cash withdrawal of $6,800 | Michael Avenatti | |
| 7/22/2019 | Deposit of $105,000 Cashier's Check | $105,000.00 | | Deposit of Cashier's Check previously bought on 07/16/19 for $105,000 | Michael Avenatti | |
| 7/22/2019 | Conducted Multiple Transactions totaling $105,000 | | $8,000.00 | *First transaction:* Purchased $8,000 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $92,500.00 | *Second transaction:* Purchased $92,500 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $4,500.00 | *Third transaction:* Cash withdrawal of $4,500 | Michael Avenatti | |
| 7/31/2019 | Cashed Cashier's Check | $8,000.00 | $8,000.00 | Cashed Cashier's Check purchased on 07/22/19 for $8,000 - Avenatti received cash | Michael Avenatti | |
| 7/31/2019 | Deposit | $0.40 | | Deposit of .40 cents | Michael Avenatti | |
| 7/31/2019 | Conducted Multiple Transactions totaling $1,853.86 | | $1,660.46 | *First transaction:* Purchased $1,660.46 Cashier's Check payable to Regal Court Reporting, Inc | Michael Avenatti | |
| | | | $193.00 | *Second transaction:* Purchased $193 Cashier's Check payable to American Express | Michael Avenatti | |

**Michael John Avenatti**
**U.S. Bank Account x8595**

| DATE | TRANSACTION TYPE | DEPOSIT | WITHDRAWALS | DESCRIPTION | TRANSACTOR | NOTES |
|---|---|---|---|---|---|---|
| 8/16/2019 | Deposit of $92,500 Cashier's Check | $92,500.00 | | Deposit of Cashier's Check previously bought on 07/22/19 for $92,500 | Michael Avenatti | Transaction not reflected on Bank Statements |
| 8/16/2019 | Conducted Multiple Transactions totaling $92,500 in Withdrawals | | $25,000.00 | *First transaction:* Purchased $25,000 Cashier's Check payable to Exclusive Resorts Club Management | Michael Avenatti | Transaction not reflected on Bank Statements |
| | | | $10,000.00 | *Second transaction:* Purchased $10,000 Cashier's Check payable to Pansky Markle | Michael Avenatti | Transaction not reflected on Bank Statements |
| | | | $11,200.00 | *Third transaction:* Purchased $11,200 Cashier's Check payable to SM 10000 Property LLC | Michael Avenatti | Transaction not reflected on Bank Statements |
| | | | $7,000.00 | *Fourth transaction:* Cash withdrawal of $7,000 (Friday) | Michael Avenatti | Transaction not reflected on Bank Statements |
| | | | $39,300.00 | *Fifth Transaction:* Purchased $39,300 Cashier's Check payable to MA | Michael Avenatti | Transaction not reflected on Bank Statements |
| 8/19/2019 | Deposit of $39,300 Cashier's Check | $39,300.00 | | Deposit of Cashier's Check previously bought on 08/16/19 for $39,300 | Michael Avenatti | |
| 8/19/2019 | Conducted Multiple Transactions totaling $39,300 in Withdrawals | | $33,000.00 | *First transaction:* Purchased $33,000 Cashier's Check payable to MA | Michael Avenatti | |
| | | | $6,300.00 | *Second transaction:* Cash withdrawal of $6,300 (Monday) | Michael Avenatti | |
| 8/20/2019 | Deposit of $33,000 Cashier's Check | $33,000.00 | | Deposit of Cashier's Check previously bought on 08/19/19 for $33,000 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/20/2019 | Conducted Multiple Transactions totaling $33,000 in Withdrawals | | $17,500.00 | *First transaction:* Purchased $17,500 Cashier's Check payable to Avenatti | Michael Avenatti | Transaction not reflected on Bank Statement |
| | | | $15,500.00 | *Second transaction:* Purchased Cashier's Check payable to Orange County Sheriff | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/26/2019 | Legal Processing Fee | | $100.00 | | | |
| 8/30/2019 | Deposit of $17,500 Cashier's Check | $17,500.00 | | Deposit of Cashier's Check previously bought on 8/20/19 for $17,500 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/30/2019 | Conducted Multiple Transactions totaling $17,500 in Withdrawals | | $4,700.00 | *First transaction:* Cash withdrawal of $4,700 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/30/2019 | | | $2,800.00 | *Second transaction:* Purchased Cashier Check payable to James Cameron for $2,8000 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/30/2019 | | | $10,000.00 | *Third transaction:* Purchase Cashier Check payable to Avenatti for $10,000 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 9/6/2019 | Washington Department of Revenue Levy | | $280.44 | Withdrawal of $280.44 from account pursuant to August 2019, tax levy and January 2019 tax warrant | | |
| 9/10/2019 | Deposit of $10,000 Cashier's Check | $10,000.00 | | Deposit of cashier check purchased on 08/30/19 | Michael Avenatti | |
| 9/10/2019 | Conducted Multiple Transactions totaling $10,000 in Withdrawals | | $10,000.00 | *First transaction:* Purchased $2,240 Cashier's Check payable to Anderson and Associates | Michael Avenatti | |
| | | | | *Second transaction:* Cash withdrawal of $7,760 | Michael Avenatti | |
| 11/18/2019 | Cash Deposit | $105.00 | | Cash Deposit | | |
| | **Totals** | **$1,110,180.53** | **$1,110,033.90** | | | |

**EXHIBIT 43**

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _Angie Lanik_ , hereby declare as follows:
(name)

1.  I am a duly authorized custodian of records for
_Rusnak Auto Group_ (the "Business Entity"). In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified
and authorized to make this declaration.

    a.  My job title/position is: _Corporate Finance director_

    b.  I have been employed in this capacity for
_1 year_ and by the Business Entity for _11 years_ .
(duration)                          (duration)

    c.  My job duties are:
_Finance Management + compliance_

    d.  I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the Business Entity
based upon (check all that apply):

[ ✓ ] Training.

[ ✓ ] Familiarity with relevant policy/policies.

[ ✓ ] Hands-on experience.

[ ✗ ] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

    2.  Attached hereto or enclosed herewith are ~~originals/~~true and
*correct duplicates* of a record or records of a regularly conducted
activity of the Business Entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.    I certify that the attached record(s):

        a.    was/were made at or near the time of the occurrence of the matters set forth therein,

        b.    was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.    was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.    was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.    if not original records, are exact duplicates of original records.

    I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at _Pasadena , CA_ ,
(place document was signed)

on _Dec. 27, 2019_ .
(date document was signed)

_Angie Lanik_
(signature)

_Angie Lanik_
(typed or printed name)

2

## What we do

| | |
|---|---|
| **How does Mercedes Benz of Arcadia protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Mercedes Benz of Arcadia collect my personal information?** | We collect your personal information, for example, when you<br>■ Apply for financing<br>■ Apply for a lease<br>■ Provide employment information<br>■ Give us your contact information<br>■ Show your driver's license<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>■ sharing for affiliates' everyday business purposes–information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to independently market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *Our affiliates are Rusnak/Pasadena, Rusnak/Westlake and Rusnak Corporation.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *Mercedes Benz of Arcadia does not share with nonaffiliates so they can market to you.* |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>■ *Mercedes Benz of Arcadia does not jointly market with nonaffiliated financial companies.* |

## Other important information

**By signing below, you acknowledge receipt of this Privacy Notice:**

_____     _____
Signature                    Date         Signature                    Date

_____     _____
Print Name                              Print Name

Footer

| | |
|---|---|
| Capture Date and Time: | Monday, May 06, 2019 2:41:34 PM |
| Document Type: | Arizona (AZ) Driver License (2014) |
| Document Number: | ████202 |
| | |
| Issue Date: | 4/3/2019 |
| Expiration Date: | 2/16/2036 |
| | |
| Result: | Passed |

## Images




*Front [Visible]*



*Front [Infrared]*



*Back [Visible]*

## Biographic Information



| | | | | |
|---|---|---|---|---|
| Name: | MICHAEL JOHN AVENATTI | | Height: | 6' 0" |
| Birth Date: | ████1971 | | Weight: | 175 |
| Age: | 48 | | Hair Color: | BROWN |
| Gender: | Male | | Eye Color: | BLUE |
| Address: | ███████████ | | | |
| | LAKE HAVASU CITY, AZ 86406-7373 | | | |

ActiveReports Evaluation. Copyright 2002-2003 (c) Data Dynamics, Ltd. All Rights Reserved.

**Ex. 43 - Page 4 of 21**

# STATEMENT OF FACTS

**Complete the appropriate section(s) in full (including vehicle description) and sign Section H.**

| LICENSE PLATE/CF NUMBER | VEHICLE/VESSEL ID NUMBER | YEAR/MAKE |
|---|---|---|
| | | |

## E. STATEMENT FOR VEHICLE BODY CHANGE (OWNERSHIP CERTIFICATE REQUIRED)

The current market value of the vehicle or vessel is: $_____ .

Changes were made at a cost of $_____ on this date _____ .

This is what I changed: *Check all that apply:*

☐ Unladen Weight changed because _____ (Public Weighmaster Certificate is required. Exception: Trailers)
☐ Motive Power changed from _____ to _____ .
☐ Body Type changed from _____ to _____ .
☐ Number of Axles changed from _____ to _____ .

## F. NAME STATEMENT (OWNERSHIP CERTIFICATE REQUIRED)

*Please print*

☐ I, _____ and _____ are one and the same person.

☐ My name is misspelled. Please correct it to: _____

☐ I am changing my name from _____ to _____

## G. STATEMENT OF FACTS

I, the undersigned, state:

```
MODEL: S550
VIN#:  WDDUG8CB8EA008895
```

I, MICHAEL JOHN AVENATTI, WILL BE RESPONSIBLE FOR THE REGISTRATION AND TITLING OF ABOVE VEHICLE IN ARIZONA.

## H. APPLICANT'S SIGNATURE

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINTED LAST NAME | FIRST NAME | MIDDLE NAME | DAYTIME PHONE NUMBER |
|---|---|---|---|
| AVENATTI | MICHAEL | JOHN | ███████ |

| SIGNATURE | DATE |
|---|---|
| X | 05/06/2019 |

REG 256 (REV. 8/2008) WWW

**Ex. 43 - Page 5 of 21**

CDTFA-447 REV. 8 (8-17)

**STATEMENT PURSUANT TO SECTION 6247**
**OF THE CALIFORNIA SALES AND USE TAX LAW**

The timely acceptance in good faith by the seller of this CDTFA-447, properly completed, will relieve the seller of liability for failure to collect use tax from the purchaser. The seller must retain the original statements. Where the seller does not collect the use tax from the purchaser and it is determined that the vehicle was purchased for use in California, the purchaser must pay the applicable use tax to the California Department of Tax and Fee Administration (CDTFA). Note: This CDTFA-447 only relieves the seller of the duty to collect use tax from the purchaser, and does not relieve the seller from sales tax, which will usually apply if the property is delivered to the purchaser in California. That is, this CDTFA-447 is useful only where the property is delivered to the purchaser outside California, and the seller will have the burden to show such out-of-state delivery. The seller may use CDTFA-448, *Statement of Delivery Outside California*, to help document actual delivery to the purchaser outside California.

**NOTICE TO PURCHASER**

Please note that if this vehicle is brought into California for any reason, other than qualifying warranty or repair service, within the first 12 months of its delivery, it shall be presumed that you have purchased the vehicle for use in California and you may owe California use tax. If use tax applies, you must pay it directly to the CDTFA. Since you are claiming that this vehicle is not purchased for use in California, *it is important that for the first 12 months of ownership, you obtain documentary evidence of the place of use of this vehicle (for example, proof of registration in another state, gas and/or service receipts, credit card statements, check registers, travel logs, lodging, or campground receipts, etc.).* Because the CDTFA may have up to eight years to determine whether your vehicle was actually purchased for use in California, you should retain records for at least eight years showing your out-of-state use during the first 12 months after your purchase. For more detailed information, please contact the CDTFA's Customer Service Center at 1-800-400-7115 (TTY:711) or the CDTFA's Consumer Use Tax Section at 1-916-445-9524. You may find forms and publications on our website at *www.cdtfa.ca.gov.*

**To be completed by the purchaser.** *(please type or print)*

I have an address or I am stationed in the military within the State of California. **My California Address is:**

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**My California Mailing Address is** *(if different from address above):*

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

I certify that the vehicle described below is being purchased for use outside California and not for storage, use, or other consumption in California, and will be used at the following out-of-state address *(cannot be a P.O. Box):*

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | LAKE HAVASU CITY | AZ | 86406 |

This vehicle will be delivered to me at the following out-of-state address *(cannot be a P.O. Box):*

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | LAKE HAVASU CITY | AZ | 86406 |

| DRIVER LICENSE NUMBER | STATE | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| 202 | AZ | |

| NAME OF PURCHASER *(please print)* | SIGNATURE | DATE |
|---|---|---|
| MICHAEL JOHN AVENATTI | | 5/6/2019 |

**Fraudulent use of this statement to avoid the payment of California sales and use tax may result in severe penalties.**

**To be completed by the seller.** *(please type or print)*

Vehicle Description:

| YEAR | MAKE | MODEL |
|---|---|---|
| 2014 | MERCEDES BENZ | S550 |

| VIN/LICENSE NUMBER | PURCHASE PRICE | DATE OF PURCHASE |
|---|---|---|
| WDDUG8CB8EA008895 | $48988.00 | 5/6/2019 |

Name and Address of California seller:

| NAME | CDTFA SELLER'S PERMIT NUMBER | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| MERCEDES-BENZ OF ARCADIA | | ( 626 ) 462-3000 |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 101 N SANTA ANITA AVE | ARCADIA | CA | 91006 |

| NAME OF AGENT *(please print)* | SIGNATURE | DATE |
|---|---|---|
| MICHAEL HWANG | | 5/6/2019 |

**NOTICE TO SELLER**

Please provide a copy of this form to the purchaser and retain the original for your records. This transaction is subject to audit. We request that, within 30 days of the date of delivery to the purchaser, you send a copy of this statement, a copy of the purchase contract, and a copy of the completed CDTFA-448, *Statement of Delivery Outside California*, to the address below.

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
Consumer Use Tax Section
PO Box 942879
Sacramento, CA 94279-0037



## VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

**DEAL: 680321**
**STK#: 35P00172**

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**

*This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.*

ACQUISITION NUMBER *(DISMANTLER ONLY)*

### SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| WDDUG8CB8EA008895 | 2014 S550 | MERCEDES-BENZ | 7ETG892 | |

### SECTION 2 — BILL OF SALE

I/We **Mercedes Benz of Arcadia** _____ sell, transfer, and deliver the above vehicle/vessel

PRINT SELLER'S NAME(S)

to **MICHAEL JOHN AVENATTI** _____ on **05** **06** **20 1 9** for the amount of **$ Value Received**

PRINT BUYER'S NAME(S)         MO  DAY   YEAR                         **(SELLING PRICE)**

If this was a gift, indicate relationship: _____ *(e.g., parents, spouse, friend, etc.)* **$ _____**

**(GIFT VALUE)**

### SECTION 3 — ODOMETER DISCLOSURE STATEMENT *(Void if Mileage is Altered or Erased)*

*Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

The odometer now reads **0  1  8 , 2  3  9** [10 ths] **(no tenths)** miles, and to the best of my knowledge reflects the **ACTUAL** mileage *unless one of the following statements is checked.*

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage     ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

### SECTION 4 — BUYER AND SELLER *(MUST hand print his or her name, date and sign this section.)*

#### BUYER'S SECTION

*I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT BUYER'S NAME *MICHAEL JOHN AVENATTI* | SIGNATURE X | DATE 05/06/2019 | DL/ID OR DEALER/DISM # ████202 |
|---|---|---|---|
| PRINT BUYER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |
| PRINT BUYER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |

| BUYER'S MAILING ADDRESS ████ | CITY LAKE HAVASU CITY | STATE AZ | ZIP CODE 86406 | DAYTIME TELEPHONE NO. ████ |
|---|---|---|---|---|

#### SELLER'S SECTION

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT SELLER'S NAME **Mercedes Benz of Arcadia** *Michael Hsu* | SIGNATURE X | DATE 05/06/2019 | DL/ID OR DEALER/DISM # 53833 |
|---|---|---|---|
| PRINT SELLER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |
| PRINT SELLER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |

| SELLER'S MAILING ADDRESS **101 N Santa Anita Ave.** | CITY Arcadia | STATE CA | ZIP CODE 91006 | DAYTIME TELEPHONE NO. 626/447-1117 |
|---|---|---|---|---|

### SECTION 5 — POWER OF ATTORNEY

I/We **MICHAEL JOHN AVENATTI** _____ appoint _____ **Mercedes Benz of Arcadia**

PRINT NAME(S)                                                                PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY X | DATE 05/06/2019 |
|---|---|
| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY X | DATE 05/06/2019 |

REG 262 (REV. 10/2011)

**Ex. 43 - Page 7 of 21**

# Pre-Contract Disclosure (Retail Installment Sale Contract)

30142

### Identification of Parties

| Buyer Name ("you") | | | | Contract Date |
|---|---|---|---|---|
| **MICHAEL JOHN AVENATTI** | | | | |

| Address: | Street | City | State | Zip | Buyer's Telephone |
|---|---|---|---|---|---|
| | | **LAKE HAVASU CITY** | **AZ** | **86406** | **05/06/2019** |

| Dealership | Dealer's Telephone |
|---|---|
| | |

### Identification of Vehicle ("Vehicle")

| Year | Make | Model | VIN |
|---|---|---|---|
| **2014** | **MERCEDES-BEN** | **S550** | **WDDUG8CB8EA008895** |

### Optional Goods and Services

**The following goods and services are NOT required as a condition to obtaining financing terms for the purchase of the Vehicle.**

☐ Optional Theft Deterrent Device(s):

   (1) **N/A**       $ **N/A**

   (2) **N/A**       $ **N/A**

   (3) **N/A**       $ **N/A**

☐ Optional Surface Protection Product(s):

   (1) **N/A**       $ **N/A**

   (2) **N/A**       $ **N/A**

☐ Optional Service Contract(s):

   (1) **N/A**       $ **N/A**

   (2) **N/A**       $ **N/A**

   (3) **N/A**       $ **N/A**

   (4) **N/A**       $ **N/A**

   (5) **N/A**       $ **N/A**

☐ Optional Debt Cancellation Agreement(s): **N/A**     $ **N/A**

☐ Optional Vehicle Contract Cancellation Option Agreement: **N/A**     $ **N/A**

☐ Optional Insurance Product: **N/A**     $ **N/A**

                    Total $ **N/A**

Installment Payment EXCLUDING Listed Items:    $ **49073.00**

Installment Payment INCLUDING Listed Items:    $ **49073.00**

**THE ABOVE INSTALLMENT PAYMENTS INCLUDE THE ITEMS DESCRIBED ABOVE, THE PRICE OF THE VEHICLE, GOVERNMENT FEES AND TAXES, FINANCE CHARGES, AND THE ADDITIONAL CHARGES SHOWN BELOW.**

### Other Goods, Services and Miscellaneous Charges

| | | | | |
|---|---|---|---|---|
| Cash Price of Additional Accessories | $ **N/A** | Emissions Testing Charge | $ **N/A** |
| Other (Nontaxable) | | Prior Credit or Lease Balance | $ **N/A** |
| **N/A** | $ **N/A** | | |
| **N/A** | $ **N/A** | Other (to whom paid) **N/A** | $ **N/A** |
| EV Charging Station | $ **N/A** | For: **N/A** | |
| Electronic Vehicle Registration or Transfer Charge | $ **N/A** | Other (to whom paid) **N/A** | $ **N/A** |
| Document Processing Charge | $ **85.00** | For: **N/A** | |

By signing below, you acknowledge:

- All of the charges described above will be included in the retail installment sale contract accompanying the purchase of the Vehicle.
- This document was presented to you prior to signing the retail installment sale contract and you consent to including all the above charges in the retail installment sale contract.
- The goods and services are NOT required as a condition to obtaining financing terms for the purchase of the Vehicle.

| **05/06/2019** | | | **N/A** |
|---|---|---|---|
| Date | Buyer's Signature | | Co-Buyer's Signature |

ILAW FORM NO. LAWCA-PCD 3/19_e (Rev. 3/19)
© 2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**73488*1*MB-FI**

**Ex. 43 - Page 8 of 21**

# DUE BILL

Contract #: 725658

**Service Hours**

**Service Phone Number**          **Sales Manager** WILLY CHIA

| Identification of Parties | | | | | |
|---|---|---|---|---|---|

Buyer/Lessee Name(s) ("you")                          Phone
**MICHAEL JOHN AVENATTI**

| Address | Street | City | State | Zip | Contract Date |
|---|---|---|---|---|---|
| | | **LAKE HAVASU CITY AZ  86406** | | | **05/06/2019** |

Dealership ("dealer") of Arcadia                       Salesperson
**Mercedes Benz of Arcadia**                           **OVSEPYAN**

**Identification of Vehicle ("Vehicle")**

| Year | Make | Model | VIN | Stock Number |
|---|---|---|---|---|
| **2014** | **MERCEDES-BENZ** | **S550** | **WDDUG8CB8EA008895** | **35P00172** |

**Section A: Acknowledgment of Work**

You acknowledge that the work described in this Section A, if any, is the only work that you are entitled to have performed at no additional charge. If you request any additional work, dealer will provide you with an estimate of charges for your approval prior to performing the additional work.

A.1.  **NONE**

A.2.

A.3.

A.4.

A.5.

**Section B: Acknowledgment of Accessories**

You acknowledge that the charges for the accessories described in this Section B, if any, were disclosed to you and included in the retail installment sale or lease contract you entered into for the purchase or lease of the Vehicle with your consent. These accessories are the only accessories that you are entitled to have installed at no additional charge. If you request additional accessories, dealer will provide you with an estimate of charges for your approval prior to installation of such accessories.

B.1.  **NONE**

B.2.

B.3.

B.4.

B.5.

**PLEASE NOTE THAT LOANER CARS WILL NOT BE AVAILABLE WHILE THE WORK/INSTALLATION IS BEING PERFORMED
PLEASE CONTACT OUR SERVICE DEPARTMENT AS SOON AS POSSIBLE TO SCHEDULE AN APPOINTMENT**

05/06/2019
Date                          Buyer's Signature                  Co-buyer's Signature

05/06/2019
Date                          Dealer Representative's Signature

**LAW** FORM NO. LAWCA-412-eps (REV. 7/13)
© 2013 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# THUMBPRINT VERIFICATION FORM

| BUYER/LESSEE NAME | | | TODAY'S DATE | |
|---|---|---|---|---|
| **MICHAEL JOHN AVENATTI** | | | **05/06/2019** | |
| ADDRESS (STREET) | CITY | | STATE | ZIP |
| ▆▆▆▆▆▆▆▆ | **LAKE HAVASU CITY** | | **AZ** | **86406** |

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| **2014** | **MERCEDES-BENZ** | **S550** | **WDDUG8CB8EA008895** |

This Dealership is committed to the prevention of identiy theft. It is our policy to take a thumbprint of anyone who is purchasing a vehicle on credit or leasing a vehicle.

The box contains the buyer/lessee's:

[X] Right thumbprint

[ ] Other (please specify) _____



This print was taken by: _____ **MICHAEL HWANG** _____
Dealer Representative's Printed Name

_____
Dealer Representative's Signature

© BPI Custom Printing **Form # 451** · (800) 339-9686 Nationwide · (800) 296-3316 Northern California · www.bpicustomprinting.com
The Printer makes no warranty, expressed or implied, as to content or fitness for purposes of this form.

Buyer 1 Name MICHAEL JOHN AVENATTI

Buyer 2 Name

Complete Address ███████████████ LAKE HAVASU CITY. AZ 86406

Name & Address Verified? ✓

Rep Initials

## SOLD VEHICLE

Stock # 35P00172

Year 2014 Make MB Model S550 Odometer 18239

VIN | W | D | D | U | G | 8 | C | B | 8 | E | A | 0 | 0 | 8 | 8 | 9 | 5 |

VIN Verified By Joseph O

Print Name                    Signature

Number of License Plates ☐ 0 ☐ 1 ☒ 2    Plate # 7ETG852    Exp Date 4/20

CA Temp Tag Number

FSM MICHAEL HWANG    FSM Initials

Print Name

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TRADE-IN VEHICLE

Stock #

Registered Owner 1 Name

Registered Owner 2 Name

Year _____ Make _____ Model _____ Odometer _____

VIN | | | | | | | | | | | | | | | | |

VIN Verified By

Print Name                    Signature

Number of License Plates ☐ 0 ☐ 1 ☐ 2    Plate # _____ Exp Date _____

License State _____ Title Received? Y / N    Outstanding Reg Fees Collected? Y / N

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Front and Rear Temp Tag Installed on Vehicle at Delivery?    Y / N

Installed By

Print Name                    Signature                    Date

Buyer 1 Signature                    Date 5/6/19

Buyer 2 Signature                    Date

The Reynolds and Reynolds Company CC741694 Q (01/19)

# Used Vehicle Disclosure

## Identification of Parties

| | | | | |
|---|---|---|---|---|
| Buyer Name(s) ("you", "your")<br>**MICHAEL JOHN AVENATTI** | | | | Contract Date<br>**05/06/2019** |
| ~~Address~~ | City<br>**LAKE HAVASU CITY** | State<br>**AZ** | Zip<br>**86406** | Buyer's Telephone |
| Dealership ("Dealer", "we," "us," "our")<br>**Mercedes Benz of Arcadia** | | | | Dealer's Telephone<br>**626-447-1117** |

## Identification of Vehicle ("Vehicle")

| Year<br>**2014** N/A | Make<br>**MERCEDES-BENZ** | Model<br>**S550** | VIN<br>**WDDUG8CB8EA008895** |
|---|---|---|---|

The Vehicle you are purchasing is used. You have the right to have this Vehicle inspected by an independent third party, either on or off the premises, at your own expense, and with the approval of the dealer.

_____
Buyer Signature

**N/A**
Co-Buyer Signature

## Accident History – Vehicle History Report

A vehicle history report concerning the Vehicle ("Report") was provided to you. You understand that Dealer obtained this Report from an unaffiliated, third-party service provider. Dealer is not responsible for any errors or omissions in this Report. This Report is provided as a courtesy and is for your information only.

(Initial) (Initial)

**N/A**

### REPORT OF PRIOR ACCIDENT(S)

According to the Report, the Vehicle **HAS** been in an accident and/or **HAS** sustained damage.

(Initial) (Initial)

**N/A**

### NO REPORT OF PRIOR ACCIDENT(S)

According to the Report, the Vehicle has **NOT** been in an accident and has **NOT** sustained damage. You further acknowledge that:

(Initial all) (Initial all)

**N/A** Additional vehicle history and/or prior accident information may be added to the Report by the unaffiliated third-party service provider after the date of the Report that has been provided to you; AND

**N/A** No dealership employee has promised or represented to you that the Vehicle has not been in a traffic or other accident; AND

**N/A** No dealership employee has promised or represented to you that the Vehicle has not sustained damage.

## Inspection Report – If Applicable

**If this box is checked, the Vehicle is a "certified" used vehicle. You acknowledge receiving a copy of the certified used vehicle inspection report. (NOTE: Dealer may use a separate form acknowledging receipt of the certified used vehicle inspection report.)**

_____
Buyer Signature

**N/A**
Co-Buyer Signature

_LAW_ FORM NO. LAWCA-UVHD-EX19_e (REV. 3/19)
Copyright © 2019 Auto Advisory Services.
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS
FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

72759*1*MB-FI
Page 1 of 2

Customer Initials _____    Co-Customer Initials **N/A**
The Reynolds and Reynolds Company

## ILAW 553-CA-ARB 7/16

Ptg. 11/18

### RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number **53833**    Contract Number _____    R.O.S. Number _____    Stock Number **35P00172**

**DEAL# 680321**

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MICHAEL JOHN AVENATTI | N/A | Mercedes Benz of Arcadia |
| LAKE HAVASU CITY AZ 86406 | | 101 N Santa Anita Ave. |
| MOHAVE COUNTY | | Arcadia, CA 91006 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2014 | MERCEDES-BEN S550 | 18239 | WDDUG8CB8EA008895 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| **0.00** % | $ **0.00**(e) | $ **49073.00**(e) | $ **49073.00**(e) | $ **49073.00**(e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 1 | 49073.00 | Monthly beginning 05/06/2019 |
| N/A | N/A | N/A |
| One final payment | | N/A |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | | Term | Premium |
|---|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | N/A | Mos. | $ N/A |
| $ N/A Ded. Collision | N/A | Mos. | $ N/A |
| Bodily Injury $ N/A Limits | N/A | Mos. | $ N/A |
| Property Damage $ N/A Limits | N/A | Mos. | $ N/A |
| Medical N/A | N/A | Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | | |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X N/A
Seller X Mercedes Benz of Arcadia

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in item 1K of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos.                 Debt Cancellation Agreement
I want to buy a debt cancellation agreement.
**Buyer Signs X** N/A

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1I.

| I1 Company N/A | |
|---|---|
| Term N/A Mos. or N/A | Miles |
| I2 Company N/A | |
| Term N/A Mos. or N/A | Miles |

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. **Total Cash Price**
   A. Cash Price of Motor Vehicle and Accessories                    $ **48988.00**(A)
      1. Cash Price Vehicle                          $ **48988.00**
      2. Cash Price Accessories                       $ **N/A**
      3. Other (Nontaxable)
        Describe N/A                         $ **N/A**
        Describe N/A                         $ **N/A**
   B. Document Processing Charge (not a governmental fee)        $ **85.00**(B)
   C. Emissions Testing Charge (not a governmental fee)         $ **N/A**(C)
   D. (Optional) Theft Deterrent Device(s)
      1. (paid to) N/A                               $ **N/A**(D1)
      2. (paid to) N/A                               $ **N/A**(D2)

E. (Optional) Surface Protection Product(s)

| | | |
|---|---|---|
| 1. (paid to) N/A | $ | N/A (E1) |
| 2. (paid to) N/A | $ | N/A (E2) |
| F. EV Charging Station (paid to) N/A | $ | N/A (F) |
| G. Sales Tax (on taxable items in A through F) | $ | N/A (G) |

H. Electronic Vehicle Registration or Transfer Charge
(not a governmental fee) (paid to) N/A $ N/A (H)

I. (Optional) Service Contract(s)

| | | |
|---|---|---|
| 1. (paid to) N/A | $ | N/A (I1) |
| 2. (paid to) N/A | $ | N/A (I2) |
| 3. (paid to) N/A | $ | N/A (I3) |
| 4. (paid to) N/A | $ | N/A (I4) |
| 5. (paid to) N/A | $ | N/A (I5) |

J. Prior Credit or Lease Balance (e) paid by Seller to
Vehicle 1 N/A Vehicle 2 N/A $ N/A (J)
(see downpayment and trade-in calculation)

| | | |
|---|---|---|
| K. (Optional) Debt Cancellation Agreement | $ | N/A (K) |
| L. (Optional) Used Vehicle Contract Cancellation Option Agreement | $ | N/A (L) |
| M. Other (paid to) N/A | $ | N/A (M) |

For N/A

N. Other (paid to) N/A $ N/A (N)
For N/A

Total Cash Price (A through N) $ 49073.00 (1)

2. **Amounts Paid to Public Officials** ESTIMATE

| | | |
|---|---|---|
| A. Vehicle License Fees | $ | N/A (A) |
| B. Registration/Transfer/Titling Fees | $ | N/A (B) |
| C. California Tire Fees | $ | N/A (C) |
| D. Other | $ | N/A (D) |

Total Official Fees (A through D) $ N/A (2)

3. **Amount Paid to Insurance Companies**
(Total premiums from Statement of Insurance) $ N/A (3)

4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee $ N/A (4)

5. Subtotal (1 through 4) $ 49073.00 (5)

6. **Total Downpayment**

A. Total Agreed Value of Property Being Traded-In (see Trade-In Vehicle(s)):
Vehicle 1 $ N/A Vehicle 2 $ N/A $ N/A (A)

B. Total Less Prior Credit or Lease Balance (e)
Vehicle 1 $ N/A Vehicle 2 $ N/A $ N/A (B)

C. Total Net Trade-In (A–B) (indicate if negative number)
Vehicle 1 $ N/A Vehicle 2 $ N/A $ N/A (C)

| | | |
|---|---|---|
| D. Deferred Downpayment Payable to Seller | $ | N/A (D) |
| E. Manufacturer's Rebate | $ | N/A (E) |
| F. Other N/A | $ | N/A (F) |
| G. Cash, Cash Equivalent, Check, Credit Card, or Debit Card | $ | N/A (G) |

Total Downpayment (C through G) $ 0.00 (6)
(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J above)

7. **Amount Financed** (5 less 6) $ 49073.00 (7)

---

| | | | |
|---|---|---|---|
| Term N/A | Mos. or N/A | Miles | |
| I4 Company N/A | | | |
| Term N/A | Mos. or N/A | Miles | |
| I5 Company N/A | | | |
| Term N/A | Mos. or N/A | Miles | |
| Buyer X N/A | | | |

**Trade-In Vehicle(s)**

1. Vehicle 1
Year N/A Make N/A
Model N/A Odometer N/A
VIN N/A

| | | |
|---|---|---|
| a. Agreed Value of Property | $ | N/A |
| b. Buyer/Co-Buyer Retained Trade Equity | $ | N/A |
| c. Agreed Value of Property Being Traded-In (a–b) | $ | N/A |
| d. Prior Credit or Lease Balance | $ | N/A |
| e. Net Trade-In (c–d) (must be ≥ 0 for buyer/co-buyer to retain equity) | $ | N/A |

2. Vehicle 2
Year N/A Make N/A
Model N/A Odometer N/A
VIN N/A

| | | |
|---|---|---|
| a. Agreed Value of Property | $ | N/A |
| b. Buyer/Co-Buyer Retained Trade Equity | $ | N/A |
| c. Agreed Value of Property Being Traded-In (a–b) | $ | N/A |
| d. Prior Credit or Lease Balance | $ | N/A |
| e. Net Trade-In (c–d) (must be ≥ 0 for buyer/co-buyer to retain equity) | $ | N/A |

| | | |
|---|---|---|
| Total Agreed Value of Property Being Traded-In (1c+2c) | $ | N/A |
| Total Prior Credit or Lease Balance (1d+2d) | $ | N/A* |
| Total Net Trade-In (1e+2e) | $ | N/A |

(*See item 6A–6C in the Itemization of Amount Financed)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____ , Year _____ .
SELLER'S INITIALS N/A

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X _____
Co-Buyer Signs X N/A

---

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-In Vehicle(s) or any refund.
Buyer Signature X N/A _____ Co-Buyer Signature X N/A

---

### AUTO BROKER FEE DISCLOSURE
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: N/A

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X _____ Co-Buyer Signs X N/A

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
Buyer X _____ Co-Buyer X N/A

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES

(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J above)

**7. Amount Financed** (5 less 6)      $   **49073.00**   (7)

Buyer Signs X

Co-Buyer Signs X   **N/A**

---

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-In Vehicle(s) or any refund.

Buyer Signature X **N/A**         Co-Buyer Signature X   **N/A**

---

## AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:   **N/A**

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X         Co-Buyer Signs X   **N/A**

---

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

Buyer X         Co-Buyer X   **N/A**

---

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X       X   **N/A**

---

NO ADDITIONAL TERMS TO BE ENTERED IN THIS BOX

---

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X         Co-Buyer Signature X   **N/A**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X    Date **05/06/19**   Co-Buyer Signature X   **N/A**    Date **N/A**

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X         Address   **N/A**

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing. Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X      Date      Guarantor X      Date

Address      Address

Seller Signs   **Mercedes Benz of Arcadia**    Date **05/06/19**    By X      Title   **MGR.**

*LAW*   FORM NO. 553-CA-ARB (REV. 7/16)
©2016 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM.

ORIGINAL LIENHOLDER

## MERCEDES-BENZ OF ARCADIA

101 North Santa Anita Ave.
Arcadia, CA 91006
626-701-8904
www.rusnakonline.com

Mercedes-Benz

31346

| AMOUNT | PAID BY | COMMENT |
|--------|---------|---------|
| 52,983.28 | CC | CHK#5231509042 R#50670 D#680364 |
| | | S#35P00172 US BANK |

CHRISTINE A CARLIN

NEWPORT BEACH    CA    92660

242449

TOTAL RECEIVED:    $52,983.28

DATE-TIME: 09MAY2019 14:06
CASHIER: MARIAH
LOCATION:
CASH DRAWER:

### ACCOUNTING DISTRIBUTION

| CO | JOURNAL | CO | ACCOUNT | AMOUNT | CONTROL | CONTROL2 |
|----|---------|----|---------|--------|---------|----------|
| 300 | 50 | 300 | 51101 | 52,983.28 | 31346 | |
| | | 300 | 51302 | -52,983.28 | 242449 | |

Mercedes-Benz of Arcadia
101 North Santa Anita Avenue
Arcadia, CA 91006
(626) 447-1117

SALES DEPARTMENT

50670

RECEIPT NO.

#31346

| CUST. NO. | KEY | CASH RECEIPTS JOURNAL SOURCE |
|-----------|-----|------------------------------|
| | I | |
| ACCOUNT | ACC'T NO. | AMOUNT | KEY |

RECEIVED OF   CHRISTINE A CARLIN

Doul# 680364    Srd 35P00172  $ 52,983 28

Cust # 242449

| DETAIL | ACCOUNT | NOTE | HOW PAID | | |
|--------|---------|------|----------|--|--|
| | | | CASH | | |
| AMOUNT DUE | | | CHECK | | |
| AMOUNT PAID | 52,983 28 | | CREDIT CARD | | |
| | | | DRAFT | BY | |
| BALANCE DUE | | | MONEY ORDER | | Thank You |

FORM CDM-334-NC (7/0/86)

Reynolds and Reynolds   TO ORDER: www.reyrey.com 1-800-344-0996  fax 1-800-837-4030

CASH
RECEIPT

Copyright 2014 CDK Global, LLC   CASH RECEIPT · CRIC · RUAZRIG

**CUSTOMER COPY**

**Ex. 43 - Page 16 of 21**



**CASHIER'S CHECK**

#31346

No. 5231509042

90-3582
1222

DATE: MAY 09, 2019

PAY    FIFTY TWO THOUSAND NINE HUNDRED EIGHTY THREE DOLLARS AND 28 CENTS

$ 52,983.28

TO THE
ORDER OF:  MERCEDES BENZ OF ARCADIA

PURPOSE/REMITTER: CHRISTINE CARLIN

Location:  5231 Arcadia Foothill

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑆5231509042⑆ ⑈122235821⑈153410023953⑆



ENDORSE HERE

X

IF THIS INSTRUMENT IS DESIGNATED ON ITS FACE
AS A MONEY ORDER THE FOLLOWING APPLIES.

LIMITED RECOURSE.

The Money Order will not be paid if it has been forged, altered or stolen,
and recourse is only against the undersigned. The person who purchased or
received this Money Order should accept it only from those known
to them and sign as may to whom they have effective recourse.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE

**PURCHASER'S AGREEMENT:**

You, the purchaser, agree to immediately complete
this Money Order by filling in the front of the Money
Order, signing it, and addressing it at the bottom. The
terms of this Money Order bind you, your heirs, or
others who receive this Money Order from you.

REPLICATING, REPRODUCING OR ALTERING THIS HIGH SECURITY
CHECK IS EXTREMELY DIFFICULT DUE TO THESE FEATURES:

SECURITY FEATURES:
True Watermark Paper

Sensitive Security Panel
Heat Sensitive Ink

Checkout Wood Directory Box
Explosive Ink on Back
Fine Artwork
Invisible Fibers

VOID Indicator
Security Warp on the Bill

- A distinctive pattern in the paper visible to the viewer
  when held to light
- Only portions and characters from these features can
  without certain service work from ...
- Name is — Nuances does appear in the ink
- Ink on back tends pink to halt feeding print
- Printed information appears because of ink
- Red and blue fibers are not visible within
  each document
- When and then there are not visible within
  each document
- ORIGINAL DOCUMENT does not appear on the
  back

Mercedes-Benz of Arcadia
101 North Santa Anita Avenue
Arcadia, CA 91006
(626) 447-1817

SALES DEPARTMENT

50670
RECEIPT NO

| CUST. NO. | KEY | CASH RECEIPTS JOURNAL SOURCE | | |
|---|---|---|---|---|
| ACCOUNT | ACCT NO | AMOUNT | | KEY |

RECEIVED OF: CHRISTINE A CARLIN        5-9-19

Stock # 680284        GR # 35P0017    DATE $ 52,983

Cust # 242 QUTE

| DETAIL | ACCOUNT | NOTE | HOW PAID |
|---|---|---|---|
| AMOUNT DUE | | | CASH |
| AMOUNT PAID | 52,983 | | CHECK |
| | | | CREDIT CARD |
| | | | DRAFT |
| BALANCE DUE | | | MONEY ORDER |

BY _____ Thank You

FORM CTN-139-HD (10/99)        Reynolds and Reynolds    TO ORDER: www.reyrey.com 1-800-344-0996 FAX 1-800-337-8035



## us bank

### CASHIER'S CHECK    No. 5231509042

90-3582
1222

PAY

FIFTY TWO THOUSAND NINE HUNDRED EIGHTY THREE DOLLARS AND 28 CENTS

DATE:  MAY 09, 2019

$  52,983.28

TO THE ORDER OF:   MERCEDES BENZ OF ARCADIA

PURPOSE/REMITTER: CHRISTINE CARLIN

Location: - 5231 Arcadia Foothill

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑆5231509042⑆ ⑈122235821⑈153410023953⑇

Patrice May
Assistant Manager
NMLS #727702

626.445.6040 branch
800.872.2657 24-hour banking
patrice.may@usbank.com

us bank

Arcadia
101 E Foothill Blvd
LM-CA-5231
Arcadia, CA 91006-2506

usbank.com

# Pre-Contract Disclosure (Retail Installment Sale Contract)

**Identification of Parties**

| Buyer Name(s) ("you") | | | | Contract Date |
|---|---|---|---|---|
| CHRISTINE A CARLIN | | | | |

| Address: | Street | City | State | Zip | Buyer's Telephone |
|---|---|---|---|---|---|
| 1436 SEARIDGE | | NEWPORT BEACH | CA | 92660 | 05/09/2019 |
| Dealership | | | | | Dealer's Telephone |

**Identification of Vehicle ("Vehicle")**

| Year | Make | Model | VIN |
|---|---|---|---|
| 2014 | MERCEDES-BEN | S550 | WDDUG8CB8EA008895 |

**Optional Goods and Services**

The following goods and services are NOT required as a condition to obtaining financing terms for the purchase of the Vehicle.

☐ Optional Theft Deterrent Device(s):

  (1) N/A       $ _____ N/A

  (2) N/A       $ _____ N/A

  (3) N/A       $ _____ N/A

☐ Optional Surface Protection Product(s):

  (1) N/A       $ _____ N/A

  (2) N/A       $ _____ N/A

☐ Optional Service Contract(s):

  (1) N/A       $ _____ N/A

  (2) N/A       $ _____ N/A

  (3) N/A       $ _____ N/A

  (4) N/A       $ _____ N/A

  (5) N/A       $ _____ N/A

☐ Optional Debt Cancellation Agreement(s): N/A       $ _____ N/A

☐ Optional Vehicle Contract Cancellation Option Agreement: N/A       $ _____ N/A

☐ Optional Insurance Product: N/A       $ _____ N/A

                Total $ _____ N/A

Installment Payment EXCLUDING Listed Items:    $ 52983.28

Installment Payment INCLUDING Listed Items:    $ 52983.28

**THE ABOVE INSTALLMENT PAYMENTS INCLUDE THE ITEMS DESCRIBED ABOVE, THE PRICE OF THE VEHICLE, GOVERNMENT FEES AND TAXES, FINANCE CHARGES, AND THE ADDITIONAL CHARGES SHOWN BELOW.**

**Other Goods, Services and Miscellaneous Charges**

| | | | |
|---|---|---|---|
| Cash Price of Additional Accessories | $ N/A | Emissions Testing Charge | $ 50.00 |
| Other (Nontaxable) | | Prior Credit or Lease Balance | $ N/A |
| N/A | $ N/A | | |
| N/A | $ N/A | Other (to whom paid) N/A | $ N/A |
| EV Charging Station | $ N/A | For: N/A | |
| Electronic Vehicle Registration or Transfer Charge | $ 30.00 | Other (to whom paid) N/A | $ N/A |
| Document Processing Charge | $ 85.00 | For: N/A | |

By signing below, you acknowledge:
- All of the charges described above will be included in the retail installment sale contract accompanying the purchase of the Vehicle.
- This document was presented to you prior to signing the retail installment sale contract and you consent to including all the above charges in the retail installment sale contract.
- The goods and services are NOT required as a condition to obtaining financing terms for the purchase of the Vehicle.

| 05/09/2019 | [signature] | | N/A |
|---|---|---|---|
| Date | Buyer's Signature | | Co-Buyer's Signature |

ILAW FORM NO. LAWCA-PCD 3/19_e (Rev 2019)      73488*1*MB-FI
© 2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE. IF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL

# Reveal ID Document Report

| | |
|---|---|
| Capture Date and Time: | Thursday, May 09, 2019 4:07:09 PM |
| Document Type: | California (CA) Driver License (2010) |
| Document Number: | 201 |
| Issue Date: | 12/18/2014 |
| Expiration Date: | 12/30/2019 |
| Result: | **Passed** |

## Images



Front [Visible]



Front [Infrared]



Back [Visible]

## Biographic Information



| | | | |
|---|---|---|---|
| Name: | CHRISTINE AVENATTI CARLIN | Height: | 5' 5" |
| Birth Date: | 1968 | Weight: | 150 |
| Age: | 50 | Hair Color: | BROWN |
| Gender: | Female | Eye Color: | BROWN |
| Address: | NEWPORT BEACH, CA 92660 | | |

ActiveReports Evaluation. Copyright 2002-2003 (c) Data Dynamics, Ltd. All Rights Reserved.

**Ex. 43 - Page 21 of 21**

EXHIBIT 44

1  BROWNE GEORGE ROSS LLP
   Eric M. George (State Bar No. 166403)
2    egeorge@bgrfirm.com
   Benjamin D. Scheibe (State Bar No. 101327)
3    bscheibe@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
4  Los Angeles, California 90067
   Telephone: (310) 274-7100
5  Facsimile: (310) 275-5697

6  FRANK SIMS & STOLPER, LLP
   Scott H. Sims (SBN 234148)
7    ssims@lawfss.com
   Andrew D. Stolper (SBN 205462)
8    astolper@lawfss.com
   19800 MacArthur Blvd., Suite 855
9  Irvine, CA 92612
   Telephone (949) 201-2400
10 Facsimile: (949) 201-2405

11 Attorneys for Plaintiff Jason Frank Law PLC

12

13             SUPERIOR COURT OF THE STATE OF CALIFORNIA

14               COUNTY OF LOS ANGELES – CENTRAL DISTRICT

15

16 JASON FRANK LAW PLC, a professional          Case No. BC706555
   law corporation,                             [Hon. Edward B. Moreton, Dept. 44]
17
                Plaintiff,                       DECLARATION OF ANDREW D.
18                                               STOLPER
          vs.
19
   MICHAEL J. AVENATTI, an individual
20                                               Action Filed:      5/16/2018
                Defendant.                       Trial Date:        None Set
21

22

23

24

25

26

27

28

                                      1

# DECLARATION OF ANDREW D. STOLPER

I, Andrew D. Stolper, declare and state as follows:

1.      I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a member of Frank Sims & Stolper, LLP, counsel of record for Plaintiff Jason Frank Law PLC in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2.      On October 18, 2019, I was present at the Los Angeles County Superior Court, Stanley Mosk Courthouse located at 111 N. Hill Street, Los Angeles, California 90012 to conduct the resumption of the judgment debtor examination of Michael J. Avenatti pursuant to this Court's ruling on September 30, 2019 in this matter.

3.      During my examination of Mr. Avenatti, he testified that he had not driven to the courthouse and had used Uber to arrive at the courthouse. At the conclusion of the examination, as I was leaving the courthouse, I observed a silver Mercedes Benz S550, California License Plate Number 7ETG892. This appeared to me to be the same Mercedes that I was aware Mr. Avenatti drove to the Sherriff's auction on August 20, 2019.

4.      When I approached said vehicle, I encountered James Cameron who I know to be Mr. Avenatti's private driver from the time when I was previously employed by Mr. Avenatti's former firm, Eagan Avenatti. I then used my cell phone to take photos of the vehicle and Mr. Cameron. Attached hereto as Exhibit 1 are true and correct copies of the photographs that I took of Mr. Cameron and Mr. Avenatti's vehicle.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 2, 2019 in Irvine, California.

Andrew D. Stolper

Exhibit 1





# EXHIBIT 45



June 11, 2019

Michael Avenatti
520 Newport Center Dr. Ste. 1400
Newport Beach, CA 92660

Dear Michael,

We are pleased to count you as a member of Exclusive Resorts!

This Exclusive Resorts Membership Purchase Agreement, including all attachments and addenda (the "**Purchase Agreement**"), together with the attached Exclusive Resorts Club Membership Terms and Conditions (v10.15), are your new "**Membership Agreement**" and govern your relationship with Exclusive Resorts Club Management, LLC (the "**Club**").

Your Exclusive Resorts Ultra Membership provisional conversion purchase is for a 60 Day Ultra Base Membership Plan and includes a Priority Holiday Reservation (Peak). Your Anniversary Date will remain December 1 each year.

To complete your Exclusive Resorts membership provisional conversion, please (1) sign this Purchase Agreement below and return via DocuSign, email, or fax (1-303-474-6987) and (2) submit the balance of your Upgrade Annual Dues and Other Fees of **$10,700.00**, as shown on <u>Attachment B</u>. In the event the Club does not receive your signed Purchase Agreement and payment of the total amount due, this Purchase Agreement will be void and your existing Club membership will remain in full force and effect. To complete your provisional Club membership conversion purchase, you must submit the Remaining Balance Due to the Club on or before the dates set forth on <u>Attachment A</u>. Please note that failure to pay the Remaining Balance Due will result in the termination of your provisional Club membership as set forth on <u>Attachment C</u>. The Club will return a fully executed copy of your Purchase Agreement to you for your files.

Please do not hesitate to contact me should you have any questions. We look forward to providing you and your family with many more years of truly memorable vacation experiences.

Warm regards,

David Westerman
Senior Manager, Member Acquisitions



**EXISTING CLUB MEMBERSHIP DOCUMENTS DEEMED VOID UPON CONVERSION**

After you submit the documents and payments specified in this conversion Purchase Agreement, the Purchase Agreement and Club Membership Agreement (as well as any other agreements or addenda pertaining to your existing Club membership) will each be deemed void, of no further effect and replaced in their entirety with your conversion Membership Agreement. Please note that your converted Membership Agreement contains certain terms and conditions that are materially different from the terms and conditions of your existing Club membership. These new terms may include, but are not limited to, new Annual Dues. If you resign your converted Club membership, you will not receive a refund of any amounts paid to the Club, including any portion of your Annual Dues. Please review the provisions of your conversion Membership Agreement documents carefully before submitting them to the Club.

Exclusive Resorts Club Management, LLC

Michael Avenatti
Signature _____ *Michael Avenatti* _____
            DocuSigned by:
            B9A46E7AC12E474...

6/11/2019
Date

Authorized Officer
Signature _____ *Y Ryan* _____
            DocuSigned by:
            0F26E97518714CD...

6/11/2019
Date



**PURCHASE AGREEMENT**
**ATTACHMENT A**

**CONVERSION CREDIT AND**
**CONVERTED CLUB MEMBERSHIP INFORMATION**

| Club Member | Michael Avenatti | |
|---|---|---|
| **EXISTING CLUB MEMBERSHIP** | 60 Day Ultra Membership | |
| *Priority Holiday Reservation* | Peak | $79,000.00 |
| *Transfer Fee* | | $320,000.00 |
| *Refundable Membership Deposit* | (Not Paid – Due May 30, 2019) | $220,000.00 |
| **Membership Fee** | | $619,000.00 |
| Less Refundable Membership Deposit | | ($220,000.00) |
| **Conversion Credit** | | **$399,000.00** |
| The amount paid in connection with your existing Club membership that will be applied to the Total Amount for your converted Club membership. | | |
| **CONVERTED CLUB MEMBERSHIP** | | |
| **Base Membership Plan** | 60 Day Ultra Membership | |
| *Priority Holiday Reservation* | Peak | $79,000.00 |
| *Transfer Fee* | | $420,000.00 |
| **Membership Fee** | | $499,000.00 |
| **REMAINING BALANCE DUE** | | |
| Amount due on or before July 30, 2019 (Consists of 25% of your Conversion Fee) | | $25,000.00 |
| Amount due on or before December 21, 2019 (consists of 75% of your Conversion Fee) | | $75,000.00 |
| **Total Amount for Converted Club Membership** | | $499,000.00 |
| Conversion Credit | | ($399,000.00) |
| **CONVERSION FEE DUE** | | **$100,000.00** |



## PURCHASE AGREEMENT
## ATTACHMENT B

### CONVERTED CLUB MEMBERSHIP ANNUAL DUES INFORMATION

| 2018 Membership Year Active Membership Plan | 20 Days | |
|---|---|---|
| Annual Dues* | | $26,300.00 |
| Annual Dues Credit | Received 1.7.19 | ($16,200.00) |
| Other Fees* | | $600.00 |
| UPGRADE ANNUAL DUES (AND RELATED FEES)* | | $10,700.00 |

**ADDITIONAL INFORMATION**
**Active Membership Plan Initial Annual Dues**
These are the initial Annual Dues and Other Fees for the Active Membership Plans you may select each Membership Year (which will be adjustable in accordance with Section 3.A of your Exclusive Resorts Club Membership Terms and Conditions).

*The Annual Dues and Other Fees amounts reflect a discount for payment by check or wire. If you pay by credit card, the undiscounted rates will apply.

| 2019 Active Membership Plan | Annual Dues | Other Fees |
|---|---|---|
| 60-day | $81,000 | $2,100 |
| 50-day | $67,500 | $1,750 |
| 40-day | $54,000 | $1,400 |
| 30-day | $40,500 | $1,050 |
| 20-day | $27,000 | $700 |

**FOR PAYMENT BY CHECK**
Payee: Exclusive Resorts Club Management, LLC
    Attention: Sales Operations
    1515 Arapahoe Street
    Tower 3, Suite 500
    Denver, CO 80202

**FOR PAYMENT BY WIRE TRANSFER**
Bank Name – Wells Fargo Bank, N.A.
Bank Address – 1050 Seventeenth Street, Denver, CO 80265
Phone: (303) 899-4625
ABA # - 121000248
Swift Code (for international wires) – WFBIUS6WFFX
Account # - 5229875702
Account Name - Exclusive Resorts Club Management, LLC
Re: Conversion Payment – Michael Avenatti

**Ex. 45 - Page 4 of 20**

DocuSign Envelope ID: 8230E87E-34FA-4D90-8898-10A8CBFEA290



## PURCHASE AGREEMENT
## ATTACHMENT C

### ADDITIONAL TERMS AND CONDITIONS

The following additional terms and conditions apply to your Club membership. To the extent that they conflict with your Exclusive Resorts Club Membership Terms and Conditions, this Purchase Agreement controls.

1. <u>PROVISIONAL CLUB MEMBERSHIP CONVERSION</u>. You will be entitled to all benefits of your converted Club membership under your Membership Agreement on a provisional basis as of the date your converted Club membership is activated, subject to your payment of the Remaining Balance Due on or before the dates set forth on <u>Attachment A</u>. Once the Remaining Balance Due is paid in full, your provisional converted Club membership will be converted automatically to a full Club membership without any further action by you or the Club. In the event you fail to pay any portion of the Remaining Balance Due on or before the payment dates set forth on <u>Attachment A</u>, your provisional converted Club membership will be terminated effective on the date such payment was due, all reservations will be cancelled, and you will not be entitled to a refund of any nonrefundable amounts you have paid to the Club, including your Membership Fee and Annual Dues. **You agree that this is fair and reasonable.**

2. <u>MEMBERSHIP TERM</u>. In accordance with Section 5.A of your Exclusive Resorts Club Membership Terms and Conditions, your converted Membership Agreement will terminate on the earlier of (i) your resignation from or termination by the Club, or (ii) November 30, 2039.

3. <u>ULTRA BASE MEMBERSHIP PLAN</u>. Your Base Membership Plan is Ultra and includes 60 Plan Days. Depending on which Active Membership Plan you select each Membership Year, you may use the following Priority Holiday Reservation:

| Active Membership Plan | 20-day | 30-day | 40-day | 50-day | Ultra (60-day) |
|---|---|---|---|---|---|
| Priority Holiday Reservations (and type) | 1 (Select) | 1 (Peak) | 1 (Peak) | 1 (Peak) | 1 (Peak) |

4. <u>RESIDENCE COLLECTION PRE-BOOK</u>. For new property releases within the Residence Collection selected by the Club, you have the ability to request one reservation per Membership Year for one Club Property prior to the general release, subject to the following terms and conditions:
   a. All pre-booked reservation requests must be made through your Ambassador;
   b. This benefit may not be used to pre-book reservations for any Holiday Week, as identified by the Club;
   c. Pre-booked reservations under this benefit may only be reserved in up to 20% of the inventory in each available destination for any given week. For example, if a destination has ten homes, a maximum of two homes may be pre-booked for any given week under this benefit;
   d. If more reservation requests for pre-booked reservations than can be accommodated under this benefit are received by midnight (Mountain Time) on the Monday immediately preceding the day on which the general release period opens, the Club will award reservations on a random basis from those requests;
   e. Pre-booked reservations may be cancelled without penalty at any time before the applicable general release period opens. After that time, the same cancellation penalties specified in your Membership Agreement will apply to any cancellation;
   f. This benefit may be used only for general releases for new Club Properties in the Residence Collection and cannot be used for general releases of existing Club Properties (i.e., Tuscany summer releases);
   g. This benefit may not be available for all general releases for new property releases in the sole discretion of the Club; you should contact your Ambassador to determine if a particular general release is eligible for pre-booking requests under this benefit;
   h. The ability to request pre-booked reservations under this benefit will end upon the opening of the general release period;
   i. Reservations pre-booked under this benefit are subject to all other standard booking rules for Advanced Reservations (i.e., may be for a maximum of 7 nights) unless booked within the Space Available Reservation Window; and
   j. You must have the required Plan Days available for the applicable Membership Year to pre-book a reservation under this benefit.

5. <u>EXPERIENCE COLLECTION PRE-BOOK</u>. For new Experience Collection releases selected by the Club, you have the ability to request one reservation for one experience per Membership Year prior to the general release, subject to the following terms and conditions:
   a. All pre-booked reservation requests may be for one accommodation unit only and must be made through your Ambassador;

**Ex. 45 - Page 5 of 20**



    b.  This benefit may not be used to pre-book experiences for any Holiday Week, as identified by the Club;

    c.  Pre-booked reservations under this benefit may only be reserved in up to 20% of the inventory for each available experience for any given week. For example, if an experience destination has ten spots, a maximum of two spots may be pre-booked for any given week under this benefit;

    d.  If the experience offers different levels of accommodation units, the level of accommodation unit reserved will be at the Club's discretion;

    e.  If more reservation requests for pre-booked reservations than can be accommodated under this benefit are received by midnight (Mountain Time) on the Monday immediately preceding the day on which the general release period opens, the Club will award reservations on a random basis from those requests;

    f.  Pre-booked reservations may be cancelled without penalty at any time before the applicable general release period opens. After that time, the same cancellation penalties specified in your Membership Agreement or any special terms and conditions for the experience will apply to any cancellation;

    g.  This benefit may not be available for all general releases for Experience Collection releases in the sole discretion of the Club; you should contact your Ambassador to determine if a particular Experience Collection general release is eligible for pre-booking requests under this benefit;

    h.  The ability to request pre-booked reservations under this benefit will end upon the opening of the general release period; and

    i.  You must have the required Plan Days available for the applicable Membership Year to pre-book a reservation under this benefit.

6.  <u>CANCELLATION WATCH LIST/RESIDENCE ALLOCATION SYSTEM REQUESTS</u>. You will have the number of Cancellation Watch List (CWL) requests and the number of RAS requests set forth below, depending on which Active Membership Plan you select each Membership Year.

    20-day:   30 CWL requests; 5 RAS requests
    30-day:   30 CWL requests; 5 RAS requests
    40-day:   30 CWL requests; 5 RAS requests
    50-day:   30 CWL requests; 5 RAS requests
    60-day:   30 CWL requests; 10 RAS requests

7.  <u>CANCELLATION POLICY EXCEPTIONS</u>. You will be permitted to cancel up to two (2) reservations for the Residence Collection per Membership Year at any time without any cancellation penalty, provided that any Holiday Week reservation, Experience Collection reservation, hotel reservation, or other reservations that require the payment of nonrefundable daily or usage fee may not be cancelled under this provision. All cancellation penalties will apply to cancellations of Holiday Week reservations, Experience Collection reservations, hotel reservations, or other reservations that require the payment of nonrefundable daily or usage fees.

8.  <u>COMPLIMENTARY INSPIRATO MEMBERSHIP</u>. As provided in the Club's Ultra Membership Benefits Policy, the Club has arranged for you to receive an Executive membership in Inspirato without the payment of any initiation fee or annual membership fees, subject to your registration as a member with Inspirato. You and your Spouse's parents and children (age 25 or older) may apply Plan Days toward the cost of travel with Inspirato, subject to the Club's and Inspirato's applicable policies. These benefits are subject to the Club's Ultra Membership Benefits Policy which may be changed or terminated in the Club's sole discretion.

**Ex. 45 - Page 6 of 20**



# CLUB MEMBERSHIP
## PURCHASE ACKNOWLEDGEMENT FORM

You decided to purchase a Club membership from Exclusive Resorts Club Management, LLC. You have reviewed your Exclusive Resorts Membership Purchase Agreement and your Exclusive Resorts Club Membership Terms and Conditions (collectively, your "**Membership Agreement**"). You understand all terms and conditions of your Membership Agreement, including (please initial each item below):

**Read and acknowledge receipt of the Exclusive Resorts Club Membership Terms and Conditions (v10.15).** You confirm that (i) you have received and reviewed a complete copy of the Terms and Conditions; (ii) the Terms and Conditions have not been modified, added, deleted, or otherwise changed except as specifically provided in your Purchase Agreement; and (iii) the Terms and Conditions apply to and are part of your Club membership.

**Opportunity to Review Information and Ask Questions.** You have been given an opportunity to request and review information from the Club about the Club, its operation and financial condition. You also have been given the opportunity to consult with your own professional advisors regarding your membership and the Club.

**Refundability Conditions Understood.** You understand that if you resign your membership, you are not entitled to receive a refund of any amounts paid to the Club.

**Properties and Services Will Change over Time.** You understand that the Club will, from time to time, add, remove and/or cease operating certain Properties and destinations, and may change, add or eliminate additional services it offers, and you will have no right to limit or challenge such actions by the Club. You are not joining the Club with an expectation that any specific Property or destination will remain available to you through the Club.

**Property Availability Will Vary.** You have been given an opportunity to receive a demonstration of the Exclusive Resorts reservation system through which, as a member, you will be able to view the availability of Properties and make and cancel reservations. You understand that future availability is subject to, among other things, ongoing reservations made by all members, and therefore may differ from current availability.

**No Other Agreements or Understandings.** You understand that your Membership Agreement constitutes the entire agreement between you and the Club. Other than as expressly written in your Membership Agreement, you have not relied on any statements, understandings or agreements, written or oral concerning your membership or use thereof, in making your decision to purchase a membership. You understand that any representation not contained in your Membership Agreement is unauthorized, and such information or representation may not be relied upon.

Print Name: _____    Date: 6/11/2019 _____

Signature: *Michael Avenatti*
B9A46E7AC12E474...

| From: | Scott Hollingsed |
| To: | salesoperations |
| Cc: | Lainie Smith |
| Subject: | RE: ACTION REQUESTED: : Avenatti - DPP Doc Request/Revision |
| Date: | Tuesday, June 11, 2019 12:08:20 PM |
| Attachments: | image002.png |
| | image003.png |

Approved.

**From:** salesoperations <salesoperations@exclusiveresorts.com>
**Sent:** Tuesday, June 11, 2019 12:07 PM
**To:** Scott Hollingsed <shollingsed@exclusiveresorts.com>
**Cc:** salesoperations <salesoperations@exclusiveresorts.com>; Lainie Smith <lsmith@exclusiveresorts.com>
**Subject:** ACTION REQUESTED: : Avenatti - DPP Doc Request/Revision

Hi Scott,

For your approval.

Thank you,


Tim Winter

twinter@exclusiveresorts.com
0 | 303.493.6269

EXCLUSIVE ⦿ RESORTS


**From:** David Westerman <dwesterman@exclusiveresorts.com>
**Sent:** Tuesday, June 11, 2019 12:05 PM
**To:** salesoperations <salesoperations@exclusiveresorts.com>; Lainie Smith <lsmith@exclusiveresorts.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>; Elizabeth Kruse <ekruse@exclusiveresorts.com>; Scott Hollingsed <shollingsed@exclusiveresorts.com>; Christopher Kendys <CKendys@exclusiveresorts.com>
**Subject:** Avenatti - DPP Doc Request/Revision

Hi Tim & Lainie –

Julia and I have connected with Michael Avenatti today and have reached terms for his Deferred Payment Plan extension to a nonrefundable plan. These revised terms have also been approved by Scott. Can you please help us with the revisions below on the docs we created in February?

NEW terms / Revisions required:
- He will owe $10,700 for remaining 20-days of dues now, please include invoice amount in docs (he has already paid $16,200 for his year that started 12/1/18)
- He will pay $100,000 to convert to a nonrefundable plan (as previously outlined in docs), however new payment schedule is as follows:
  - $25,000 due by July 30, 2019
  - $75,000 due by Dec 21, 2019
- All other terms remain the same, notably the revision we included where his original T's & C's apply to his upgraded membership (as seen in highlighted section below)

Please see attached documents for reference if needed:
1. Original Terms & Conditions which will apply to his extended membership (appropriate language already included in documents we created in February)
2. Original doc request from February
3. Annual dues invoice with remaining amount he owes for 20-days of dues ($10,700)
4. Extension documents created in February that we need to edit (please keep them in my name)

Thank you and please let me know if you have any questions.

## CLUB MEMBERSHIP
## PURCHASE ACKNOWLEDGEMENT FORM

You decided to purchase a Club membership from Exclusive Resorts Club Management, LLC. You have reviewed your Exclusive Resorts Membership Purchase Agreement and your Exclusive Resorts Club Membership Terms and Conditions (collectively, your "Membership Agreement"). You understand all terms and conditions of your Membership Agreement, including (please initial each item below):

_____ *Read and acknowledge receipt of the Exclusive Resorts Club Membership Terms and Conditions (v10.15).* You confirm that (i) you have received and reviewed a complete copy of the Terms and Conditions; (ii) the Terms and Conditions have not been modified, added, deleted, or otherwise changed except as specifically provided in your Purchase Agreement; and (iii) the Terms and Conditions apply to and are part of your Club membership.

Best,
David

David Westerman
dwesterman@exclusiveresorts.com
o | 303.493.6166

Announcing our new Member Referral Program, our way of thanking you for inviting like-minded travelers to join The Club. Help us remain a Club built by and for our Members. Learn More.

---

**From:** Lainie Smith <lsmith@exclusiveresorts.com>
**Sent:** Friday, February 08, 2019 9:20 AM
**To:** David Westerman <dwesterman@exclusiveresorts.com>
**Subject:** RE: Avenatti - T's & C's

I spoke to Sara about this. She's also fine leaving him on his existing terms and conditions. I will revise the agreement to refer to v10.15 of the terms and conditions and will send to Kenzie together with that version. You can tell him that while we don't believe that there have been substantive changes between his existing terms and conditions and the current version, we don't have an easy way to identify all changes for him. Therefore, for simplicity his new membership agreement will be subject to the same terms as his 2016 agreement. All attributes of his membership will remain the same other than the amount of the Membership Fee and the agreement that the full Membership Fee is non-refundable.

Please let me know if you have any questions.

**Lainie Smith**
lsmith@exclusiveresorts.com | (o) 303.493.6339 | (m) 303.475.3986 | (f) 303.474.7255

---

**From:** David Westerman <dwesterman@exclusiveresorts.com>
**Sent:** Thursday, February 07, 2019 3:39 PM
**To:** Lainie Smith <lsmith@exclusiveresorts.com>
**Subject:** Avenatti - T's & C's

Hi Lainie – Please see below from Michael Avenatti. I'm a bit more sensitive to this opportunity given he is a lawyer. Anything in particular that I should state or point out here? I've attached his upgrade docs and T's & C's for reference if it helps. Appreciate your insight!

---

**David Westerman**
Senior Manager, Member Acquisitions
Exclusive Resorts, LLC
dwesterman@exclusiveresorts.com | (o) 303-493-6166

New year, new travel options! We announce three new Experience Collection trips and the return of one Member favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

---

**From:** Michael J. Avenatti <mavenatti@eaganavenatti.com>

**Sent:** Thursday, February 07, 2019 3:36 PM
**To:** David Westerman <dwesterman@exclusiveresorts.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>
**Subject:** Re: Exclusive Resorts: Deferred Payment

[EXTERNAL EMAIL]

Are there any terms and conditions that change beyond the refundability? If so, what are they?

Michael J. Avenatti, Esq.

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

On Feb 7, 2019, at 4:20 PM, David Westerman <dwesterman@exclusiveresorts.com> wrote:

Good afternoon Michael –

Attached please find a copy of the extension agreement for your review. I've also attached our current Terms & Conditions which will outline attributes like the space available window, unlimited AR tokens, etc. I will also have a DocuSign version sent to you shortly for ease when you are ready to execute. Please let me know if you don't see those come through as they sometimes get caught in spam filters.

Please let me know if you have any questions as you review. Thank you for your time and I will look forward to hearing from you.

Have a great day!

Best,
David

---

**David Westerman**
Senior Manager, Member Acquisitions
Exclusive Resorts, LLC
dwesterman@exclusiveresorts.com | (o) 303-493-6166

New year, new travel options! We announce three new Experience Collection trips and the return of one Member favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

**From:** David Westerman
**Sent:** Thursday, February 07, 2019 12:14 PM
**To:** 'Michael J. Avenatti' <mavenatti@eaganavenatti.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>
**Subject:** RE: Exclusive Resorts: Deferred Payment

Thanks Michael. I'll work on the extension agreement and get it your way for review by tomorrow. In the meantime, please let me know if I can do anything else to assist.

Best,
David

---

**David Westerman**
Senior Manager, Member Acquisitions
Exclusive Resorts, LLC
dwesterman@exclusiveresorts.com | (o) 303-493-6166

New year, new travel options! We announce three new Experience Collection trips and the return of one Member favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

**From:** Michael J. Avenatti <mavenatti@eaganavenatti.com>
**Sent:** Thursday, February 07, 2019 11:37 AM
**To:** David Westerman <dwesterman@exclusiveresorts.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>
**Subject:** Re: Exclusive Resorts: Deferred Payment

[EXTERNAL EMAIL]

Thanks David. The $100,000 option is acceptable. Please draw up the extension agreement for my review.

Appreciate you working with me.

Best,

Michael

Michael J. Avenatti, Esq.


The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

On Feb 6, 2019, at 2:52 PM, David Westerman <dwesterman@exclusiveresorts.com> wrote:

Good afternoon Michael –

Thank you again for your time on the phone yesterday. It was great speaking with you.

To recap, I wanted to provide you with some detail on your current membership and the alternate nonrefundable membership option. As your membership currently stands you have a payment of $220,000 due May 30, 2019. That payment is 100% refundable and would become your Refundable Membership Deposit. Upon completion of that payment your membership would continue for an additional 20 years (for a total of 30 years in the club).

Today we very rarely sell refundable memberships so, while you may absolutely keep your existing structure of plan, we do want to provide you with an opportunity to convert to a nonrefundable structure similar to the plans we are selling today. The typical option for members who have refundable deposits due to convert to a nonrefundable structure would be requiring 66% of the refundable amount due. So the typical cost to adjust your $220,000 refundable payment to a fully nonrefundable payment would be about $145,000. However, given your 10 years with the Club and Ultra membership status, we offered a payment of $95,000 if paid in full by May 31st (or $100k if we spread out payments between now and Dec 21st). That $95,000 payment would be fully nonrefundable and you would be able to continue with membership for up to an additional 20 years beyond your 2019 renewal.

You had also expressed interest in spreading your payments through 2019. We can certainly offer an option where we would execute new documents with a payment of $25,000 due by May 31st (the original payment date) and a remaining payment of $75,000 due any time before December 21st. Does that option work for you? Please let me know if I can draw up an extension agreement for you to review at your leisure.

I appreciate your time on this and please let me know if you have any questions. I will look forward to

your input when convenient. Have a great day!

Best,
David

_____

**David Westerman**
Senior Manager, Member Acquisitions
Exclusive Resorts, LLC
dwesterman@exclusiveresorts.com | (o) 303-493-6166

New year, new travel options! We announce three new Experience Collection trips and the return of one Member favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

---

**From:** Michael J. Avenatti <mavenatti@eaganavenatti.com>
**Sent:** Monday, February 04, 2019 4:23 PM
**To:** David Westerman <dwesterman@exclusiveresorts.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>; Elizabeth Kruse <ekruse@exclusiveresorts.com>
**Subject:** RE: Exclusive Resorts: Deferred Payment

[EXTERNAL EMAIL]

Thanks David. I just tried you. I may be reached at 9498874118.

---

**From:** David Westerman [dwesterman@exclusiveresorts.com]
**Sent:** Monday, February 04, 2019 3:08 PM
**To:** Michael J. Avenatti
**Cc:** Julia Branstrator; Elizabeth Kruse
**Subject:** RE: Exclusive Resorts: Deferred Payment

Good afternoon Michael –

I hope 2019 is treating you well thus far.

I'm following up in regards to your upcoming Refundable Membership Deposit payment of $220,000 due May 30, 2019. I've also attached your membership documents for reference. Per my email below, we do have an alternative non-refundable option should you plan to continue with membership beyond your current contract year.

I'd appreciate the opportunity to discuss with you when convenient. Is there a time that we can schedule for a quick chat either this week or next?

Thank you for your time Michael and I will look forward to your input.

Best,
David

_____

**David Westerman**
Senior Manager, Member Acquisitions
Exclusive Resorts, LLC
dwesterman@exclusiveresorts.com | (o) 303-493-6166

New year, new travel options! We announce three new Experience Collection trips and the return of one Member favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

---

**From:** David Westerman
**Sent:** Friday, July 06, 2018 1:06 PM
**To:** 'mavenatti@eoalaw.com' <mavenatti@eoalaw.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>

**Subject:** Exclusive Resorts: Deferred Payment

Good afternoon Michael –

I hope all is well with you!

My name is David Westerman and I'm a Senior Manager here in Member Services at Exclusive Resorts. I wanted to reach out to you personally to discuss your current membership.

As you may recall, your membership is structured as a Deferred Payment Plan. This structure of plan has a refundable payment due after 10 years of being in the club and, upon completion of that payment, your membership would continue for an additional 20 years. I've included some info below on the specific details of your payment and due date.

**Your Membership: Payment of $220,000 is due on May 30, 2019. That payment is 100% refundable and would become your Refundable Membership Deposit.**

As you may or may not know, we very rarely sell refundable memberships now and our new memberships are virtually all non-refundable over the past several years. While you may absolutely continue to keep your current membership structure, I would like to schedule a time to connect with you to discuss an option to convert to a nonrefundable plan similar to the structure we sell today. This option would be a lower payment and all non-refundable.

Is there a good time for us to connect on a quick call next week? Please let me know what works with your schedule.

I appreciate your time and will look forward to hearing from you. Have a great day!

Best,
David

_____

**David Westerman**
Senior Manager, Member Acquisitions

Log onto the ER Community to read Member reviews about Club destinations, residences, and experiences.

1515 Arapahoe St, Tower 3, Suite 500, Denver, CO 80202
dwesterman@exclusiveresorts.com | (o) 303-493-6166

<Avenatti Michael - Membership Conversion.pdf>
<Club Membership Terms and Conditions_v10.18_Upgrades_Final.pdf>

 **WELLS FARGO** Lockbox

**Transaction 1 Summary**
**General**

Lockbox Number: **912964**
Lockbox Name: **Exclusive Resorts, LLC**
Lockbox Site: **DV**
Batch Number: **900**

Transaction Type: **Multiple Checks**
Transaction Total: **$73,800.00**
Deposit Account Number: **5229875702**
Sequence Number: **1**

**Check(s)**

Deposit Date: **07/17/2019**
Check Number: **4694507870**
Check RTN: **122235821**

Check Amount: **$10,700.00**
Check Account Number: **153410023953**
CHECK PAYOR NAME: **MICHAEL AVENATTI**

✔ Reviewed by Mary Murray on 07/17/2019 at 04:36:42 PM PT

Check 1



**usbank**     **CASHIER'S CHECK**    No. **4694507870**    90-3582/1222

DATE: JULY 16, 2019

PAY    TEN THOUSAND SEVEN HUNDRED DOLLARS AND 00 CENTS

$ 10,700.00

TO THE
ORDER OF: **EXCLUSIVE RESORTS, LLC**

PURPOSE/REMITTER: MICHAEL AVENATTI

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑆4694507870⑆ ⑈122235821⑈ 153410023953⑈

 **CASHIER'S CHECK**    No. **4694507935**    90-3589
1222

DATE: AUGUST 16, 2019

PAY    TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

$   25,000.00

TO THE
ORDER OF:   EXCLUSIVE RESORTS CLUB MANAGEMENT, LLC

PURPOSE/REMITTER: MICHAEL AVENATTI

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑈4694507935⑈ ⑆122235821⑆ 1534100 23953⑈

**Ex. 45 - Page 15 of 20**

| | |
|---|---|
| **From:** | Christopher Kendys |
| **Sent:** | Monday, October 14, 2019 3:43 PM |
| **To:** | Brooke Bishop |
| **Cc:** | David Westerman |
| **Subject:** | RE: One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19 |

Removed. Thanks, Brooke!

Chris Kendys
ckendys@exclusiveresorts.com
o | 303.493.6239

**From:** Brooke Bishop
**Sent:** Monday, October 14, 2019 3:28 PM
**To:** Christopher Kendys <CKendys@exclusiveresorts.com>
**Cc:** David Westerman <dwesterman@exclusiveresorts.com>
**Subject:** RE: One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19

Hi Chris! Can you please remove the pending charge for Avenatti, he is cancelling. Thanks!

Brooke Bishop
*Senior Manager, Experience Collection*
bbishop@exclusiveresorts.com
o | 303.493.6475
m | 303.720.1728

**From:** Christopher Kendys <CKendys@exclusiveresorts.com>
**Sent:** Tuesday, October 08, 2019 2:56 PM
**To:** Brooke Bishop <bbishop@exclusiveresorts.com>; David Westerman <dwesterman@exclusiveresorts.com>; Chelsea Tipp <ctipp@exclusiveresorts.com>; Marisa Ford <mford@exclusiveresorts.com>; Meredith Moore <mmoore@exclusiveresorts.com>; Kate Aug <kaug@exclusiveresorts.com>; Jennifer Moody <JMoody@exclusiveresorts.com>; Lambie Swenson <lswenson@exclusiveresorts.com>
**Cc:** .Exclusive Journeys <exclusivejourneys@exclusiveresorts.com>; Rhine River Cruise <rhine@exclusiveresorts.com>; Holy Land <holyland@exclusiveresorts.com>; Amalfi Coast <amalficoast@exclusiveresorts.com>; Lake Como <LakeComo@exclusiveresorts.com>; Provence <provence@exclusiveresorts.com>; Dubrovnik <Dubrovnik@exclusiveresorts.com>; Jaclyn Schultz <jschultz@exclusiveresorts.com>
**Subject:** RE: One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19

Hi all,

Brooke, thanks for the upload.

Ambassadors, the charges below wouldn't go through. Would you please see if your member can have their card issuer approve the charge or if they would like to use a different card? If you have any questions, I'm happy to assist.

| Res ID | Principal Member | Primary Member | Destination | MSMName | Amount | CC Number | Card Type |
|---|---|---|---|---|---|---|---|



| 1175593 | Avenatti, Michael | Avenatti, Michael | Lake Como, Italy | Branstrator, Julia | $10,132.50 | | |

Thank you!

Chris Kendys
ckendys@exclusiveresorts.com
o | 303.493.6239

---

**From:** Brooke Bishop
**Sent:** Monday, September 23, 2019 12:29 PM
**To:** Christopher Kendys <CKendys@exclusiveresorts.com>
**Cc:** .Exclusive Journeys <exclusivejourneys@exclusiveresorts.com>; Rhine River Cruise <rhine@exclusiveresorts.com>; Holy Land <holyland@exclusiveresorts.com>; Amalfi Coast <amalficoast@exclusiveresorts.com>; Lake Como <LakeComo@exclusiveresorts.com>; Provence <provence@exclusiveresorts.com>; Dubrovnik <Dubrovnik@exclusiveresorts.com>; Jaclyn Schultz <jschultz@exclusiveresorts.com>
**Subject:** RE: One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19

Hi Again! Please use this report instead – there were a few lines that were off. And here are some additional card changes.

Thanks!
Brooke

Brooke Bishop
*Senior Manager, Experience Collection*
bbishop@exclusiveresorts.com
o | 303.493.6475
m | 303.720.1728

---

**From:** Brooke Bishop <bbishop@exclusiveresorts.com>
**Sent:** Monday, September 23, 2019 10:32 AM
**To:** Christopher Kendys <CKendys@exclusiveresorts.com>
**Cc:** .Exclusive Journeys <exclusivejourneys@exclusiveresorts.com>; Rhine River Cruise <rhine@exclusiveresorts.com>; Holy Land <holyland@exclusiveresorts.com>; Amalfi Coast <amalficoast@exclusiveresorts.com>; Lake Como <LakeComo@exclusiveresorts.com>; Provence <provence@exclusiveresorts.com>; Dubrovnik

<Dubrovnik@exclusiveresorts.com>; Jaclyn Schultz <jschultz@exclusiveresorts.com>
**Subject:** One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19

Hi Chris!

Here are One Off 2020 Europe & 240 Day 2020 OIAL billings to upload and be charged on **September 27.**

The billing notifications has been sent to the members and I have the Header correctly changed.

**Member Line Item Billings –** ███
**Revenue of** ███████

**Billing Notes:**



**Trip Leads** –all of these invoice emails should be filed in your trip's mailbox under Billing> Initial/240 Day/One-Off > then the appropriate section based on the billing <u>**DO NOT PUT IN THE INDIVIDUAL MEMBER FILES**</u>

Thanks so much!
Brooke

**Ex. 45 - Page 18 of 20**



ER COMPASS

Follow Us ::

**Members** **Residences** **Reservations**

Member Name:

**Sign Out** :: **Help**

Home Memberships Reservations Vacation Collection ER Club House℠ Reports Club Info Admin

**A B C D E F G H I J K L M N O P Q R S T U V W X Y Z ER Accounts**

**Michael Avenatti**

- **Dashboard**
- **Personal Info**
- **Business Info**
- **Address Info**
- **Web Access**
- **Notes**
- **Current Reservations**
- **Past Reservations**
- **Credit Card Info**
- **Membership Details**
- **CWL Requests**

# Reservation History

Filter by member: All members in membership

☐ Show Cancelled Reservations

| Member | Property/Location | Dates | Status | Cancel by Date* | Actions |
|---|---|---|---|---|---|
| **Contract: 12/1/2018 - 11/30/2019** | | | | | |
| Michael Avenatti | Montage Resort - 412 Laguna Beach, California - Montage Laguna Beach | 11/23/2019 - 11/24/2019 | Confirmed | 10/24/2019 | view |
| Michael Avenatti | Park Avenue Place - 34B New York City, New York - Park Avenue Place | 10/8/2019 - 10/9/2019 | Confirmed | 9/8/2019 | view |
| [redacted] [redacted], a guest of Michael Avenatti | Tre Querce - Tuscany, Italy - Castello di Casole | 9/8/2019 - 9/15/2019 | Confirmed | 5/11/2019 | view |
| Michael Avenatti | Park Avenue Place - 23B New York City, New York - Park Avenue Place | 8/21/2019 - 8/23/2019 | Confirmed | 7/22/2019 | view |
| Michael Avenatti | 210 Central Avenue - Naples, Florida - Naples, Florida | 8/9/2019 - 8/11/2019 | Confirmed | 7/10/2019 | view |
| Michael Avenatti | Esperanza - 904 Los Cabos, Mexico - Esperanza | 1/16/2019 - 1/20/2019 | Confirmed | 9/18/2018 | view |
| **Contract: 7/1/2017 - 11/30/2018** | | | | | |
| Michael Avenatti | Esperanza - 704 Los Cabos, Mexico - Esperanza | 5/27/2018 - 5/28/2018 | Confirmed | 1/27/2018 | view |
| Michael Avenatti | 1 Hotel 1515 - Miami Beach, Florida - 1 Hotel South Beach | 2/28/2018 - 3/4/2018 | Confirmed | 10/31/2017 | view |
| Michael Avenatti | Esperanza - 604 Los Cabos, Mexico - Esperanza | 1/27/2018 - 1/30/2018 | Confirmed | 12/28/2017 | view |
| Michael Avenatti | Esperanza - 904 Los Cabos, Mexico - Esperanza | 1/26/2018 - 1/28/2018 | Confirmed | 12/27/2017 | view |
| Michael Avenatti | Esperanza - 803 Los Cabos, Mexico - Esperanza | 1/26/2018 - 1/27/2018 | Confirmed | 12/27/2017 | view |
| Michael Avenatti | Esperanza - 704 Los Cabos, Mexico - Esperanza | 1/24/2018 - 1/26/2018 | Confirmed | 12/25/2017 | view |
| Michael Avenatti | Montage Deer Valley - 821 Deer Valley, Utah - Montage Deer Valley | 1/16/2018 - 1/21/2018 | Confirmed | 12/17/2017 | view |
| Michael Avenatti | Montage Resort - 212 Laguna Beach, California - Montage Laguna Beach | 12/25/2017 - 12/26/2017 | Confirmed | 11/25/2017 | view |
| Michael Avenatti | Paris - 2 Bedroom Apartment 1A Paris, France - La Reserve: Paris, France | 11/30/2017 - 12/4/2017 | Confirmed | 10/31/2017 | view |
| Michael Avenatti | 51 Buckingham Gate - 1263 London, England - Taj 51 Buckingham Gate | 11/28/2017 - 11/30/2017 | Confirmed | 10/29/2017 | view |
| Michael Avenatti | Esperanza - 904 Los Cabos, Mexico - Esperanza | 11/6/2017 - 11/12/2017 | Confirmed | 7/9/2017 | view |
| Michael Avenatti | 1 Hotel 1515 - Miami Beach, Florida - 1 Hotel South Beach | 10/29/2017 - 11/5/2017 | Confirmed | 9/29/2017 | view |
| Judy Regnier, a guest of Michael Avenatti | Esperanza - 904 Los Cabos, Mexico - Esperanza | 10/19/2017 - 10/22/2017 | Confirmed | 6/21/2017 | view |
| Michael Avenatti | Villa Posto (Europe 2019) - Amalfi Coast, Italy - Europe 2020: Amalfi Coast, Italy | 7/29/2017 - 8/5/2017 | Confirmed | 3/31/2017 | view |

**1** 2 3 4

*Please refer to your Club Membership Agreement or check with your Exclusive Ambassador for further details on your cancellation policies.

© Copyright 2004 - 2020. Exclusive Resorts, LLC. Denver, Colorado. PRIVACY POLICY   TERMS OF USE
Compass Version 9.5.4.1-101

