UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

MICHAEL AVENATTI,

Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court hereby orders the United States Marshal for the Southern District of New York to transport Michael Avenatti from the Central District of California to the Southern District of New York forthwith, for purposes of trial.

Dated: New York, New York
       January 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge