UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL AVENATTI,

Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference previously scheduled for January 17, 2020 at 2:00 p.m. is adjourned until **January 21, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The trial date of January 21, 2020 is adjourned sine die.

Dated: New York, New York
       January 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge