UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | S1 19 Cr. 373 (PGG) |
| MICHAEL AVENATTI | : | |
| Defendant. | : | |

_____

## DEFENDANT AVENATTI'S NOTICE OF MOTION
## TO COMPEL TESTIMONY OF MARK GERAGOS

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, defendant Michael Avenatti, pursuant to the Fifth and Sixth Amendments to the Constitution, will move this Court, before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order compelling the trial testimony of attorney Mark Geragos.

Dated: January 17, 2020

                                                                   Respectfully submitted,

                                                                   */s/* Scott A. Srebnick
                                                                   Scott A. Srebnick
                                                                   SCOTT A. SREBNICK, P.A.
                                                                   201 South Biscayne Boulevard
                                                                   Suite 1210
                                                                   Miami, FL 33131
                                                                   Telephone: (305) 285-9019
                                                                   Facsimile: (305) 377-9937
                                                                   E-Mail: Scott@srebnicklaw.com

                                                                   */s/* Jose M. Quinon
                                                                   Jose M. Quinon
                                                                   JOSE M. QUINON, P.A.
                                                                   2333 Brickell Avenue, Suite A-1
                                                                   Miami, FL 33129Janu

Telephone: (305) 858-5700
Facsimile: (305) 358-7848
E-Mail: jquinon@quinonlaw.com

*/s/* E. Danya Perry
E. Danya Perry
PERRY GUHA LLP
35 East 62nd Street
New York, New York 10065
Telephone: (212) 399-8340
Facsimile: (212) 399-8331
E-mail: dperry@perryguha.com

*Attorneys for Defendant Michael Avenatti*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/Scott A. Srebnick
Scott A. Srebnick