*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Michael Avenatti*,
              S1 19 Cr. 373 (PGG)

Dear Judge Gardephe:

    The Government respectfully writes in response to the Court's order of earlier today, January 20, 2020, directing the Government to file a copy of Mark Geragos's proffer agreement. As the Government previously discussed with the defendant, the Government has not to date located an executed version of the agreement. However, the agreement, which was executed by Mr. Geragos, was the United States Attorney's Office's standard form agreement for such proffers, a copy of which is enclosed (and was produced to the defendant as 3557-012).

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney

                        By:    <u>s/ Daniel C. Richenthal</u>
                              Matthew D. Podolsky
                              Daniel C. Richenthal
                              Robert B. Sobelman
                              Assistant United States Attorneys
                              (212) 637-1947/2109/2616

Enclosure

cc:    (by ECF)

        Counsel of Record



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

[DATE]


[Defense Counsel]


      Re:    *United States* v. *[ ]*


Dear [ ]:

      This is to confirm that with respect to the meeting of [ ] ("Client"), whom you represent, with Assistant United States Attorney [ ], to be held at the Office of the United States Attorney for the Southern District of New York on [ ] ("the meeting") the following understandings exist:

      The Client has requested the opportunity to provide information to the Government about his involvement in the charges contained in [ ] and to respond to questions, so that the Government may be in a position to evaluate Client's information and responses in making prosecutive decisions.  In any prosecution brought against Client, the Government may offer at any stage of the criminal proceeding for any purpose any statement made by Client during the meeting.  Client agrees that he shall assert no claim under the United States Constitution, any statute, Rule 410 of the Federal Rules of Evidence, or any other federal rule, that such statements or any leads therefrom should be suppressed.  Client understands that he is waiving any and all rights in the foregoing respects.

2019.04.05

Your signature on the line below will constitute your acknowledgement of having explained the foregoing to Client, and Client's signature on the line below will evidence Client's acknowledgement and understanding of the foregoing.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By:_____
   [ ]
   Assistant United States Attorney

_____     _____
[ ]                                                                     Witness


_____
[ ]

2019.04.05