UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MICHAEL AVENATTI,<br><br>Defendant. | **ORDER**<br><br>(S1) 19 Cr. 373 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The Government is hereby ORDERED to respond to Defendant's January 17, 2020 motion to compel testimony of Mark Geragos (Dkt. No. 168) by **5:00 p.m. on January 20, 2020.**

Dated:  New York, New York
         January 18, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge