UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL AVENATTI,

                Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties are hereby directed to submit the following items to the Court:

1. Defendant will file the retainer agreement, if any, between Defendant and Gary Franklin, Sr., by **7:00 p.m. on January 20, 2020**.

2. The Government will file copies of Mark Geragos's proffer agreements by **7:00 p.m. on January 20, 2020.**

3. Defendant will file a reply to Nike's motion to quash (Dkt. No. 138) by **5:00 p.m. on January 21, 2020**; any filing by the Government as to Nike's motion to quash (Dkt. No. 138) is also due by **5:00 p.m. on January 21, 2020**.

4. Mark Geragos will submit a reply to Defendant's motion to compel (Dkt. No. 168) by **5:00 p.m. on January 21, 2020**.  The Government is directed to serve this Order on counsel for Geragos forthwith.

Dated: New York, New York
       January 20, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge