UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MICHAEL AVENATTI,<br><br>                    Defendant. | **ORDER**<br><br>(S1) 19 Cr. 373 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant is hereby ORDERED to respond to the Government's January 20, 2020 letter motion (Dkt. No. 173) by **January 21, 2020 at 5:00 p.m.**

Dated: New York, New York
       January 20, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge