UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       -against-

MICHAEL AVENATTI,

                    Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The following deadlines apply to the supplemental submissions discussed at the January 22, 2020 conference:

1. the parties will submit amendments to their requests to charge by **January 27, 2020 at 5:00 p.m.**;

2. the Government will submit any additional letter concerning expert opinion testimony by **January 27, 2020 at 9:30 a.m.**;

3. the Government will submit any additional letter concerning the anticipated trial testimony of the office manager and the FBI analyst by **January 27, 2020 at 9:30 a.m.**;

4. Defendant will submit any letter regarding the relevance of post-arrest conduct by **January 23, 2020 at 10:00 a.m.**, and the Government will file any response by **January 23, 2020 at 5:00 p.m**.

       Jury selection will begin on **January 27, 2020 at 10:00 a.m. in Courtroom 110** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge