Michael Avenatti, Jeffrey Auerbach Text Messages

iMessage with +[redacted]
3/10/19, 6:12 PM

> Jeff - Michael Avenatti here. Can you give me a call?
>
> Ma@augustusllp.com

Got it. Thx!

3/18/19, 10:29 AM

> Jeff - can you and Gary and I meet at 5 pm today?

Let me check.

I'm sure we can

> Great

Confirmed. See you at you at 5pm.

Your building?

BTW, sending over materials shortly. Sorry, had to run out unexpectedly yesterday to help my son and buddies who were stranded in Hollywood... Lol.

> Yes pls. You can bring the materials with you if that's easier.

Great. See you at 5pm.

3/18/19, 7:21 PM

Michael thank you! Thank you! You're the best! Let me know if there's anything I can do. Go get-em. Travel safe.

I know. 🙏🙏

USAO373_00026115

3/19/19, 12:43 PM

> Hi Michael can we do a three-way call at 1 PM? I just spoke with Gary.

Delivered

3/25/19, 9:58 AM

> Michael, very upsetting to say the least. Please call me before going public in any way. Gary and I would like to discuss strategy with you.

SMS with +█████████

> Just saw CNN! Are you fucking kidding me? Pls call.

iMessage with +█████████

3/25/19, 6:56 PM

> Can you give me a call?

USAO373_00026116