ARREST LOG

SUBJECT: MICHAEL AVENATTI
DOB: 2/16/71                              POB: SACRAMENTO, CA

_____ ARREST DATE

| TIME | INITIALS | EVENT |
|------|----------|-------|
| 12:39p | CH | ARRESTED AT: 20 Hudson Yards, New York NY |
|  |  | VERBALLY ADVSED OF RIGHTS BY: |
|  |  | SA/DET: |
|  |  | SA/DET: |
| 1:49 | CH | WRITTEN ADVICE OF RIGHTS BY: |
|  |  | SA/DET: HARPER, CHRISTOPHER G. |
|  |  | SA/DET: |
| 1:00p | CH | BEGIN TRANSPORT TO FBI NYO |
| 1:25p | CH | ARRIVE AT FBI NYO |
| 1:25p | CH | BEGIN ARREST PROCESSING |
| 1:42p | CH | END ARREST PROCESSING |
|  |  | DEPART FOR MCC/MDC/CENTRAL BOOKING FOR SAFEKEEPING |
|  |  | ARRIVE AT MCC/MDC/CENTRAL BOOKING FOR SAFEKEEPING |
|  |  | RELEASED TO CUSTODY OF USMS/NYPD FOR SAFEKEEPING |
|  |  | NEW DATE IF RECEIVED FROM SAFEKEEPING |
|  |  | RECEIVED FROM CUSTODY OF USMS/NYPD |
| 2:23p | CH | DEPART FOR SDNY/EDNY/SNC |
| 2:40p |  | ARRIVE AT SDNY/EDNY/SNC |
|  |  | RELEASED TO CUSTODY OF USMS/NYPD FOR PROCESSING |
|  |  | RECEIVED FROM CUSTODY OF USMS/NYPD |
|  |  | ARRIVE AT PRE-TRIAL SERVICES |
|  |  | COMPLETE PRE-TRIAL SERVICES |
| 4:55p | CH | ARRIVE AT US MAGISTRATE COURT/STATE COURT |
| 6:30p | CH | ARRAIGNMENT BEGINS |
| 7:15p | CH | ARRAIGNMENT COMPLETED |
|  |  | RELEASED TO CUSTODY OF USMS/NYPD (IF REMANDED) |

ARRAIGNMENT INFORMATION:
MAGISTRATE JUDGE: KATHARINE PARKER
         AUSA/ADA: PODOLSKY
    LEGAL COUNSEL: SYLVIE JILL LEVINE (PD)

REMANDED?: YES/NO    RELEASED?: YES/NO   $300,000
CONDITIONS: CASH/SURETY/PRB OR AMOUNT:

ARRESTING SA/DET: JUSTIN ELLARD SDNY
PROCESSING SA/DET: HARPER
ARRAIGNMENT SA/DET: GALICIA