January 23, 2020

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>*United States v. Avenatti*, **No. S1 19 Cr. 373 (PGG)**</u>
               **Letter Motion to Bring Electronic Equipment**
               **Into the Courtroom for Trial**

Dear Judge Gardephe:

      We are writing to respectfully request that the Court enter an Order permitting Aquipt, a company that specializes in legal technology, to bring the following equipment into the Thurgood Marshall Courthouse and to set it up in Courtroom 110, beginning on Monday, January 27, 2020, for the duration of the trial.

1. One (1) HP 21.5" LCD Monitor [16:9 Widescreen]
2. One (1) Extron 1 in X 2 Out VGA DA
3. One CAP-1 Computer Audio Patch (Mono)
4. One Mackie150 Speaker SRM150 5.25" Speaker
5. One XLR Audio Cable MF (50')

I have sent a copy of the description of the equipment to William Jarrett, who handles courthouse technology for the United States District Court (SDNY), and also spoken with Mr. Jarrett, so he is familiar with the equipment that we are seeking to bring to court.  We are requesting this equipment so that our trial tech support assistant can effectively assist us in making our presentation to the jury.  We further request that the Court permit us to set up this equipment at noon on Monday, January 27, 2020, after the jury venire has received the written questionnaires, or at whatever other time is most convenient for court personnel.

                                                  Respectfully,

                                                  <u>/s/ Scott A. Srebnick</u>
                                                  Scott A. Srebnick
                                                  Jose M. Quinon
                                                  E. Danya Perry