UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MICHAEL AVENATTI,<br><br>Defendant. | **ORDER**<br><br>(S1) 19 Cr. 373 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Nike, Inc. has moved to quash Rule 17(c) subpoenas served on certain Nike employees. See Nike Mot. (Dkt. No. 114); Nike Br. (Dkt. No. 115) at 3; Nike Br. (Dkt. No. 137) at 3 n.1)

      Defendant Avenatti is hereby directed to file the seven subpoenas at issue on the docket forthwith.

Dated: New York, New York
       January 23, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge