LAW OFFICES

# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
www.srebnicklaw.com

January 23, 2020

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Avenatti*, No. S1 19 Cr. 373 (PGG)
              **Subpoenas to Nike Employees**

Dear Judge Gardephe:

      In compliance with the Court's Order entered today, attached please find copies of the trial subpoenas that have been served on Nike employees by e-mail to counsel at Boies Schiller Flexner.

                              Respectfully,

                              /s/ Scott A. Srebnick
                              Scott A. Srebnick
                              Jose M. Quinon
                              E. Danya Perry

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Avenatti | ) Case No. 19 Cr 373 (PGG) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: **CARLTON DeBOSE**
c/o Mike Brille, General Counsel
Boies Schiller Flexner, LLP
mbrille@bsfllp.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 | Courtroom No.: | 705 |
|---|---|---|---|
| | | Date and Time: | January 21, 2020, at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 2 8 2019

RUBY J. KRAJICK

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Michael Avenatti
_____, who requests this subpoena, are:

Scott A. Srebnick, Esq.
201 South Biscayne Blvd., #1210
Miami, FL 33131
305-606-9494
scott@srebnicklaw.com

The Date and Time of the appearance listed above is the first day of trial. Your attendance will not be needed on that date, but you must be available for the duration of the trial, which may last up to two weeks. Please contact Mr. Srebnick at the above number and provide him with a telephone number so that he may contact you and advise you of the date and time when your appearance will be required.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Avenatti | ) Case No. 19 Cr 373 (PGG) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: JAMAL JAMES
c/o Mike Brille, General Counsel
Boies Schiller Flexner, LLP
mbrille@bsfllp.com

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 | Courtroom No.: | 705 |
|---|---|---|---|
| | | Date and Time: | January 21, 2020, at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

(SEAL)

Date: OCT 28 2019

RUBY J. KRAJICK

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party) Michael Avenatti
_____, who requests this subpoena, are:

Scott A. Srebnick, Esq.
201 South Biscayne Blvd., #1210
Miami, FL 33131
305-606-9494
scott@srebnicklaw.com

The Date and Time of the appearance listed above is the first day of trial. Your attendance will not be needed on that date, but you must be available for the duration of the trial, which may last up to two weeks. Please contact Mr. Srebnick at the above number and provide him with a telephone number so that he may contact you and advise you of the date and time when your appearance will be required.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Avenatti | ) Case No. 19 Cr 373 (PGG) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  JOHN SLUSHER
c/o Andrew Michaelson, Esq.
amichaelson@bsfllp.com
(agreed email service)

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 | Courtroom No.: | 705 |
|---|---|---|---|
| | | Date and Time: | January 21, 2020, at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  OCT 2 8 2019

RUBY J. KRAJICK

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Michael Avenatti
_____, who requests this subpoena, are:

Scott A. Srebnick, Esq.
201 South Biscayne Blvd., #1210
Miami, FL 33131
305-606-9494
scott@srebnicklaw.com

The Date and Time of the appearance listed above is the first day of trial. Your attendance will not be needed on that date, but you must be available for the duration of the trial, which may last up to two weeks. Please contact Mr. Srebnick at the above number and provide him with a telephone number so that he may contact you and advise you of the date and time when your appearance will be required.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Avenatti | ) Case No. 19 Cr 373 (PGG) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: JOHN STOVALL
c/o MIKE BRILLE ESQ.
mbrille@bsfllp.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 | Courtroom No.: | 705 |
|---|---|---|---|
| | | Date and Time: | January 21, 2020, at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

(SEAL)

Date: OCT 2 8 2019

RUBY J. KRAJICK
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (*name of party*) Michael Avenatti , who requests this subpoena, are:

Scott A. Srebnick, Esq.
201 South Biscayne Blvd., #1210
Miami, FL 33131
305-606-9494
scott@srebnicklaw.com

The Date and Time of the appearance listed above is the first day of trial. Your attendance will not be needed on that date, but you must be available for the duration of the trial, which may last up to two weeks. Please contact Mr. Srebnick at the above number and provide him with a telephone number so that he may contact you and advise you of the date and time when your appearance will be required.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Avenatti | ) Case No. 19 Cr 373 (PGG) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   LYNN MERRITT
c/o Andrew Michaelson, Esq.
amichaelson@bsfllp.com
(agreed email service)

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 | Courtroom No.: | 705 |
|---|---|---|---|
| | | Date and Time: | January 21, 2020, at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

(SEAL)

RUBY J. KRAJICK

CLERK OF COURT

Date: OCT 2 8 2019

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party) Michael Avenatti , who requests this subpoena, are:

Scott A. Srebnick, Esq.
201 South Biscayne Blvd., #1210
Miami, FL 33131
305-606-9494
scott@srebnicklaw.com

The Date and Time of the appearance listed above is the first day of trial. Your attendance will not be needed on that date, but you must be available for the duration of the trial, which may last up to two weeks. Please contact Mr. Srebnick at the above number and provide him with a telephone number so that he may contact you and advise you of the date and time when your appearance will be required.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Avenatti | ) Case No. 19 Cr 373 (PGG) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: **NICO HARRISON**
c/o Andrew Michaelson, Esq.
amichaelson@bsfllp.com
(agreed email service)

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 | Courtroom No.: | 705 |
|---|---|---|---|
| | | Date and Time: | January 21, 2020, at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 2 8 2019

RUBY J. KRAJICK
CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Michael Avenatti**
_____, who requests this subpoena, are:

Scott A. Srebnick, Esq.
201 South Biscayne Blvd., #1210
Miami, FL 33131
305-606-9494
scott@srebnicklaw.com

The Date and Time of the appearance listed above is the first day of trial. Your attendance will not be needed on that date, but you must be available for the duration of the trial, which may last up to two weeks. Please contact Mr. Srebnick at the above number and provide him with a telephone number so that he may contact you and advise you of the date and time when your appearance will be required.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Avenatti | ) Case No. 19 Cr 373 (PGG) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: RACHEL BAKER
c/o MIKE BRILLE, ESQ
BOIES SCHILLER
mbrille@bsfllp.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 | Courtroom No.: 705 |
|---|---|---|
| | | Date and Time: January 21, 2020, at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 28 2019

RUBY J. KRAJICK

RUBY J. KRAJICK

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Michael Avenatti**
_____, who requests this subpoena, are:

Scott A. Srebnick, Esq.
201 South Biscayne Blvd., #1210
Miami, FL 33131
305-606-9494
scott@srebnicklaw.com

The Date and Time of the appearance listed above is the first day of trial. Your attendance will not be needed on that date, but you must be available for the duration of the trial, which may last up to two weeks. Please contact Mr. Srebnick at the above number and provide him with a telephone number so that he may contact you and advise you of the date and time when your appearance will be required.