UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MICHAEL AVENATTI,<br><br>      Defendant. | Case No. 1:19-CR-00373 (PGG)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, David L. Simons, who is a member in good standing of the bar of this Court, hereby appears as counsel for Interested Party NIKE, Inc. in the above-captioned proceeding.

Dated: New York, New York
    January 24, 2020

             BOIES SCHILLER FLEXNER LLP

             By: /s/ David L. Simons
                 David L. Simons
                 55 Hudson Yards
                 New York, NY 10001
                 Telephone: (212) 446-2300
                 Fax: (212) 446-2350
                 dsimons@bsfllp.com

                 *Attorney for Interested Party*
                 *NIKE, Inc.*