LAW OFFICES
# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*  
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard  
Suite 1210  
Miami, Florida 33131

Tel: 305-285-9019  
Fax: 305-377-9937  
E-mail: scott@srebnicklaw.com  
www.srebnicklaw.com

January 24, 2020

**Via Fax (212) 805-7986**  
Honorable Paul G. Gardephe  
United States District Judge  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: *United States v. Avenatti*, No. S1 19 Cr. 373 (PGG)  
**Request to Bring Clothes to MCC-New York**  
**For Trial – Michael Avenatti, Reg. No. 86743-054**

Dear Judge Gardephe:

We write to request an Order directing the Bureau of Prisons, the Metropolitan Correctional Center-New York, and the United States Marshal Service to accept the following clothing for Mr. Michael Avenatti (Reg. No. 86743-054), to wear for appearances at his trial commencing on Monday, January 27, 2020, and continuing thereafter:

1. at most one suit jacket;
2. at most two pairs of suit slacks;
3. at most three button-down shirts;
4. three pairs of socks;
5. three ties;
6. one pair of shoes; and
7. one belt.

We further request that the Court direct government counsel to provide a copy of the Order on this letter motion to Warden M. Licon-Vitale. Thank you for your consideration of this request.

Respectfully,

/s/ Scott A. Srebnick  
Scott A. Srebnick  
Jose M. Quinon  
E. Danya Perry

cc: Ms. Nicole McFarland  
(MCC-Supervisory Attorney)

SO ORDERED:

_____  
Paul G. Gardephe, U.S.D.J.

Date: Jan. 24, 2020