UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL AVENATTI,<br><br>                    Defendant. | (S1) 19-CR-373 (PGG)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, MICHAEL J. PROCTOR, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Non-Party and Subpoenaed Person GARY S. FRANKLIN in the above- captioned action. I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. A certificate of good standing is attached hereto as "**Exhibit A**."

Dated:  January 24, 2020

Respectfully submitted,

Applicant Signature: _____

Applicant Name:  MICHAEL J. PROCTOR

Firm Name:  DURIE TANGRI LLP

Address:  530 Molino Street, Suite 111

City / State / Zip:  Los Angeles, California  90013

Telephone / Facsimile:  (213) 992-4499 / (415) 236-6300

Email:  mproctor@durietangri.com

1

Exhibit A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## MICHAEL JOHN PROCTOR

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that* **MICHAEL JOHN PROCTOR,** *#148235, was on the* **4th** *day of* **December, 1990,** *duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 17th day of January, 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Robert R. Toy, Senior Deputy Clerk

## CERTIFICATE OF SERVICE

      I certify that all counsel of record is being served on January 24, 2020 with a copy of this document via the Court's CM/ECF system.

                                                                             _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL AVENATTI,<br><br>      Defendant. | (S1) 19-CR-373 (PGG)<br><br>**AFFIDAVIT OF MICHAEL J. PROCTOR** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, MICHAEL J. PROCTOR, submit this affidavit in furtherance of my application for admission Pro Hac Vice to appear on behalf of Gary S. Franklin in this cause.

  I can attest that:  (1) I have never been convicted of a felony, (2) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and (3) there are no disciplinary proceedings presently against me.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 24, 2020          DURIE TANGRI LLP

                          /s/ Michael J. Proctor
                          MICHAEL J. PROCTOR
                          Attorney for Non-Party and Subpoenaed
                          Person GARY S. FRANKLIN

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on January 24, 2020 with a copy of this document via the Court's CM/ECF system.

_____
MICHAEL J. PROCTOR

**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL AVENATTI,<br><br>                    Defendant. | (S1) 19-CR-373 (PGG)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of MICHAEL J. PROCTOR, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he/she is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name:     MICHAEL J. PROCTOR

Firm Name:              DURIE TANGRI LLP

Address:                    530 Molino Street, Suite 111

City / State / Zip:      Los Angeles, California 90013

Telephone / Fax:       (213) 922-4499 / (415) 236-6300

Email:                        *mproctor@durietangri.com*

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Non-Party and Subpoenaed Person GARY S. FRANKLIN in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____           _____
                                                                     THE HONORABLE PAUL G. GARDEPHE
                                                                     United States District Judge