# EXHIBIT 1

# EA - A/P Aging Summary

| VENDOR | AMOUNT |
|---|---:|
| Ace Parking | 9,550.00 |
| Aderant | 10,185.62 |
| Advanced Discovery | 20,367.34 |
| Allied Alarm | 250.00 |
| Alphagraphics | 3,296.21 |
| AT&T | 130.46 |
| Atkinson Baker | 550.00 |
| Baker Hostetler | 5,539.55 |
| Baker, Keener & Nahra LLP | 204,554.43 |
| Barkley Court Reporters | 1,291.79 |
| Ben Hyatt Court Reporters | 788.80 |
| Blue Cross/Anthem | 37,826.46 |
| Burlington Rockenbach | 981.63 |
| Cascade Capital Group | 60,050.00 |
| CCROLA | 2,350.22 |
| Central Communications | 7,497.52 |
| City of Newport Beach | 340.00 |
| Collision and Injury Dynamics, Inc. | 173.50 |
| Competition Economics | 520,960.40 |
| County of Orange | 496.15 |
| D.O.S. LLC | 11,261.93 |
| David W. Stewart, PhD | 13,333.33 |
| Eisenhower Carlson PLLC | 90,632.87 |
| Employers Preferred Ins. Co. | 3,495.11 |
| Esner Chang | 34,468.19 |
| Esquire Court Reporters | 336.95 |
| Executive Presentations | 217,225.45 |
| First Legal | 111.30 |
| Gass Weber Mullins LLC | 7,285.85 |
| GMGS | 5,548.00 |
| Green Street Advisors/JFL | 39,924.44 |
| HSNO Forensics | 675.33 |
| Humberto R. Gray | 1,225.00 |
| iManage | 1,555.39 |

GOVERNMENT EXHIBIT 129
S1 19 Cr. 373 (PGG)

USAO373_FT_001092

# EA - A/P Aging Summary

| | |
|---|---:|
| Innovative Computing Systems, Inc. | 453.33 |
| International Personnel Protection, Inc. | 51,010.33 |
| Int'l Church of the Foursquare | 10,878.38 |
| Jack Cross & Associates, Inc. | 5,266.35 |
| Jams | 4,707.50 |
| John C. Crotts Consulting | 7,217.49 |
| KCC/Gilardi | 4,500.00 |
| KNJ Ventures | 99,894.98 |
| L. Lin Wood | 300.00 |
| Litigation Services | 324.50 |
| Martindale | 1,279.00 |
| Mehler & Hagerstrom | 5,443.60 |
| Momentum Engineering Corp | 1,205.60 |
| Nationwide Legal | 42,547.49 |
| Paperstreet | 360.00 |
| PB Purchase | 1,196.56 |
| Personal Court Reporters, Inc. | 51,684.00 |
| Poyner Spruill | 2,734.00 |
| R Johnson | 12,977.61 |
| Raines Feldman | 105,810.54 |
| Rest Your Case Evidence Storage | 1,890.00 |
| Ricoh | 13,470.80 |
| Shred-It | 3,720.88 |
| Simpson Court Reporters | 150.00 |
| SoCal Subpoena | 557.02 |
| Source One | 30.57 |
| Special Delivery | 159.60 |
| Suzy Quinn | 23,121.59 |
| Tabs3 | 937.00 |
| The Irvine Company | 515,882.35 |
| The Montage Laguna Beach | 7,854.00 |
| The Montlake Group, LLC | 6,666.00 |
| The Neurobehavioral Clinic | 1,038.75 |
| The X-Law Group | 21,040.51 |
| Thomas J. Berger | 3,000.00 |

USAO373_FT_001093

# EA - A/P Aging Summary

| | |
|---|---:|
| **Thomson West** | 40,535.04 |
| **Unisearch** | 1,314.00 |
| **Veritext** | 2,896.71 |
| **Wilentz Goldman and Spitzer** | 58,888.89 |
| **TOTAL** | **2,427,204.19** |