UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

MICHAEL AVENATTI,

                  Defendant.

(S1) 19-CR-373 (PGG)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of MICHAEL J. PROCTOR, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he/she is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | MICHAEL J. PROCTOR |
| Firm Name: | DURIE TANGRI LLP |
| Address: | 530 Molino Street, Suite 111 |
| City / State / Zip: | Los Angeles, California 90013 |
| Telephone / Fax: | (213) 922-4499 / (415) 236-6300 |
| Email: | mproctor@durietangri.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Non-Party and Subpoenaed Person GARY S. FRANKLIN in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Jan. 26, 2020

                                                      THE HONORABLE PAUL G. GARDEPHE
                                                      United States District Judge

1