# DurieTangri

Michael J. Proctor
213-992-4499 (main)
mproctor@durietangri.com

January 28, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 705
New York, New York  10007

Re:   *United States v. Michael Avenatti*
      Case No. (S1) 19-CR-373 (PGG)

Your Honor:

I write on behalf of myself and Whitney R. O'Byrne, counsel for Non-Party and Subpoenaed Person
Gary S. Franklin in the above-referenced mater, to respectfully request and move for permission to bring
electronic devices to court during the upcoming trial.  Mr. Franklin is on the Government's witness list
and is expected to testify at some point during the trial.  The devices, which are identified in the
accompanying proposed order, will assist me and Ms. O'Byrne in our representation of Mr. Franklin.
Further, the devices contain case materials and attorney work product that may be pertinent to the trial.

Respectfully submitted,

Michael J. Proctor

cc:      All Parties (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to

this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic

Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below

into the Courthouse for use in a proceeding or trial in the action

captioned___United States v. Michael Avenatti_____

_____, No. (S1) 19-CR-373 (PGG).

The date(s) for which such authorization is provided is (are) _January 30, 2020 to February 10, 2020_.

| Attorney | Device(s) |
|----------|-----------|
| 1. Michael J. Proctor | 1 Personal Device (iPhone) and 1 Personal Laptop |
| 2. Whitney R. O'Byrne | 1 Personal Device (iPhone) and 1 Personal Laptop |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering
the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs
constitutes a certification by the attorney that he or she will comply in all respects with the
restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:        _____

_____
United States Judge

Revised: February 26, 2014