**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL AVENATTI,<br><br>                    Defendant. | Case No. 1:19-CR-00373 (PGG) |

### NOTICE OF MOTION TO QUASH SUBPOENAS TO TESTIFY

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, non-party Carlton DeBose ("Mr. DeBose") will move this Court before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order quashing Rule 17(c) subpoena served by Defendant Michael Avenatti on Mr. DeBose.

| | |
|---|---|
| Dated: January 30, 2020 | Respectfully submitted,<br><br>/s/ Milton L. Williams<br>Milton L. Williams<br>Daniel J. Chirlin<br>Richard W. Fox<br>WALDEN MACHT & HARAN LLP<br>1 Battery Park Plaza<br>New York, NY 10004<br>(t) 212-335-2030<br>(f) 212-335-2040<br><br>*Attorneys for Carlton DeBose* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2020, I caused a true and correct copy of the foregoing Notice of Motion to Quash to be served by electronic means on all counsel of record in the above-captioned action.

/s/ Milton L. Williams
Milton L. Williams