UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        v.

MICHAEL AVENATTI,

              Defendant.

No. 19 Cr. 373

## MOTION TO QUASH SUBPOENA TO TESTIFY

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, interested party John Stovall will move this Court before the Honorable Paul G. Gardephe at the United States Courthouse, 40 Centre Street, Courtroom 110, New York, New York 10007, for an Order quashing the Rule 17(c) subpoena served on him by Defendant Michael Avenatti.

Dated: January 30, 2020

Respectfully submitted,

/s/ Peter M. Skinner
Peter M. Skinner
Andrew Z. Michaelson
David L. Simons
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380

*Attorneys for John Stovall*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2020, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/ Peter M. Skinner
Peter M. Skinner