UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         v.<br><br>MICHAEL AVENATTI,<br><br>                    Defendant. | Case No. 1:19-CR-00373 (PGG) |

## NOTICE OF MOTION TO QUASH SUBPOENAS TO TESTIFY

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, non-party Carlton DeBose ("Mr. DeBose") will move this Court before the Honorable Paul G. Gardephe at the United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, for an Order quashing Rule 17(c) subpoena served by Defendant Michael Avenatti on Mr. DeBose.

Dated: January 30, 2020              Respectfully submitted,

                                     /s/ Milton L. Williams
                                     Milton L. Williams
                                     Daniel J. Chirlin
                                     Richard W. Fox
                                     WALDEN MACHT & HARAN LLP
                                     1 Battery Park Plaza
                                     New York, NY 10004
                                     (t) 212-335-2030
                                     (f) 212-335-2040

                                     *Attorneys for Carlton DeBose*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2020, I caused a true and correct copy of the foregoing Notice of Motion to Quash to be served by electronic means on all counsel of record in the above-captioned action.

/s/ Milton L. Williams
Milton L. Williams