**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    v.<br><br>MICHAEL AVENATTI,<br><br>                    Defendant. | No. 19 Cr. 373 (PGG) |

## NOTICE OF MOTION TO QUASH SUBPOENA TO TESTIFY

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, non-party

Jamal James will move this Court before the Honorable Paul G. Gardephe at the United States

Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order

quashing Rule 17(c) subpoena served by Defendant Michael Avenatti on Jamal James.

Dated: January 31, 2020                  Respectfully submitted,

                                 /s/ Glen A. Kopp
                                 Glen A. Kopp
                                 Ilana Cohen
                                 MAYER BROWN LLP
                                 1221 Avenue of the Americas
                                 New York, NY 10020
                                 (t) +1 212 506 2500
                                 (f) +1 212 849 5578
                                 *Attorneys for Jamal James*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 31, 2020, I caused a true and correct copy of the

foregoing Motion to Quash to be served by electronic means on all counsel of record in the

above-captioned action.


/s/ Glen A. Kopp
Glen A. Kopp