February 5, 2020

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Avenatti*, **No. S1 19 Cr. 373 (PGG)**
               **Letter Regarding Fed.R.Evid. 803(3)**

Dear Judge Gardephe:

    Pursuant to the Court's request, attached to this letter is the email sent to Chambers yesterday attaching the following cases: *United States v. Schultz*, No. 14-cr-467-3, 2017 WL 2080348 (N.D. Ill. May 15, 2017); *United States v. DeMaria*, 727 F.2d 265 (2d Cir. 1984); *United States v. Harwood*, 998 F.2d 91 (2d Cir. 1993).

                                         Respectfully,

                                         /s/ Scott A. Srebnick
                                         Scott A. Srebnick
                                         Jose M. Quinon
                                         E. Danya Perry

| | |
|---|---|
| **From:** | Howard Srebnick |
| **To:** | Alexandra Widas; Sobelman, Robert (USANYS) |
| **Cc:** | Podolsky, Matthew (USANYS); Richenthal, Daniel (USANYS); Scott Srebnick; Jose M. Quiñon ; Danya Perry; Michael Ruocco |
| **Subject:** | AVENATTI- FRE 803(3) |
| **Date:** | Tuesday, February 4, 2020 1:30:56 PM |
| **Attachments:** | United States v Schultz.pdf<br>US v DiMaria.pdf<br>US v Harwood.pdf |

Alexandra

Enclosed are three cases (Schultz, DiMaria and Harwood) that bear on the argument my brother Scott made in support of the admissibility of the text messages under FRE 803(3):

**(3) Then-Existing Mental, Emotional, or Physical Condition.** A statement of the declarant's then-existing state of mind (such as motive, intent, or plan) or emotional, sensory, or physical condition (such as mental feeling, pain, or bodily health), but not including a statement of memory or belief to prove the fact remembered or believed unless it relates to the validity or terms of the declarant's will.

Fed. R. Evid. 803

---

**From:** Alexandra Widas 
**Sent:** Tuesday, February 4, 2020 8:19 AM
**To:** Sobelman, Robert (USANYS)
**Cc:** Podolsky, Matthew (USANYS) ; Richenthal, Daniel (USANYS) <>; Scott Srebnick <S >; Howard Srebnick <>; Jose M. Quiñon <>; Danya Perry <>; Michael Ruocco <>
**Subject:** Re: This Morning

The Court confirms that we will begin this morning at 9:15.

---

**From:** Alexandra Widas
**Sent:** Tuesday, February 4, 2020 7:39 AM
**To:** Sobelman, Robert (USANYS)
**Cc:** Podolsky, Matthew (USANYS); Richenthal, Daniel (USANYS); Scott Srebnick; Howard Srebnick; Jose M. Quiñon ; Danya Perry
**Subject:** Re: This Morning

Thank you. I will let you know when that time is confirmed.

---

**From:** Sobelman, Robert (USANYS) <​[redacted]​>
**Sent:** Tuesday, February 4, 2020 6:15 AM
**To:** Alexandra Widas
**Cc:** Podolsky, Matthew (USANYS); Richenthal, Daniel (USANYS); Scott Srebnick; Howard Srebnick; Jose M. Quiñon ; Danya Perry
**Subject:** This Morning

Ms. Widas,

The parties have an issue to raise with the Court and therefore respectfully request that we convene at 9:15 a.m. today.

Rob Sobelman