UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -against- | **ORDER** |
| MICHAEL AVENATTI, | |
| Defendant. | (S1) 19 Cr. 373 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Defendant has served Rule 17(c) subpoenas on Carlton DeBose, John Slusher, and Casey Kaplan. (See Jan. 23, 2020 Def. Ltr., Ex. 1 (Dkt. No. 202-1) at 1-2, 4; Feb. 7, 2020 Kaplan Ltr., Ex. A (Dkt. No. 247-1)) The witnesses have all moved to quash. (See DeBose Mot. (Dkt. No. 229); DeBose Br. (Dkt. No. 226); Feb. 7, 2020 Slusher Ltr. (Dkt. No. 246); Feb. 7, 2020 Kaplan Ltr. (Dkt. No. 247)) The motions to quash are granted. The Court will issue a bench ruling on the morning of Monday, February 10, 2020, explaining its reasoning.

Dated: New York, New York
       February 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge