UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL AVENATTI,

Defendant.

**VERDICT**

(S1) 19 Cr. 373 (PGG)

Please indicate your responses with a check mark (✓).

**COUNT ONE – TRANSMISSION OF INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT**

GUILTY _____        NOT GUILTY _____

**COUNT TWO – ATTEMPTED EXTORTION**

GUILTY _____        NOT GUILTY _____

**COUNT THREE – HONEST SERVICES WIRE FRAUD**

GUILTY _____        NOT GUILTY _____

**After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.**

Dated: _____        _____
                                                          Signature of Foreperson