U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Michael Avenatti*,
           S1 19 Cr. 373 (PGG)

Dear Judge Gardephe:

    The Government respectfully submits this letter on behalf of both parties to jointly suggest that the Court instruct the jury that the following exhibits containing text messages were offered for the purposes listed below.

| **Exhibit** | **Purpose** |
|---|---|
| GX 103A | Defendant's state of mind |
| GX 103B | Defendant's state of mind |
| GX 103C | Defendant's state of mind |
| GX 103D | For any purpose the jury finds appropriate, including for the truth of any factual assertions |
| GX 103F | Defendant's state of mind |
| GX 103G | Defendant's state of mind |
| GX 132 | Defendant's knowledge |
| GX 133 | Defendant's knowledge |
| GX 201 | Defendant's state of mind |
| GX 206 | Background |
| GX 308 | Defendant's state of mind |
| GX 310 | Auerbach's state of mind |
| GX 310R | Auerbach's and/or Defendant's state of mind |
| GX 312 | Defendant's state of mind |
| GX 319 | Auerbach's and/or Defendant's state of mind |
| GX 321 | Auerbach's and/or Defendant's state of mind |
| DX D-1 | Defendant's state of mind |
| DX D-3 | Defendant's state of mind |
| DX D-4 | Defendant's state of mind |

Honorable Paul G. Gardephe
United States District Judge
February 12, 2020
Page 2

| Exhibit | Purpose |
|---|---|
| DX D-6 | Defendant's state of mind |
| DX FF-1 | Auerbach's and/or Franklin's state of mind |
| DX FF-1A | Auerbach's and/or Franklin's state of mind |
| DX FF-911 | Auerbach's and/or Franklin's state of mind |
| DX I-2 | Defendant's state of mind |
| DX MM-2 | Auerbach's and/or Franklin's state of mind |
| DX TT | Background |

In addition, the parties jointly request that the Court provide an additional instruction regarding all text messages that were offered for state of mind during the trial. The Government proposes the following instruction, which defense counsel intends to review with their client prior to the resumption of deliberations tomorrow morning:

> Let me note that the text messages that were admitted into evidence for you to consider in evaluating the state of mind of one or more individuals does not mean that the parties necessarily agree as to what the state of mind was, or what inference, if any, you should draw from that state of mind.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Robert B. Sobelman*
Matthew D. Podolsky
Daniel C. Richenthal
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-1947/2109/2616

cc:   (by ECF)

Counsel of Record