UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL AVENATTI,

Defendant.

**VERDICT**

(S1) 19 Cr. 373 (PGG)

Please indicate your responses with a check mark (✓).

### COUNT ONE – TRANSMISSION OF INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT

GUILTY __✓__    NOT GUILTY _____

### COUNT TWO – ATTEMPTED EXTORTION

GUILTY __✓__    NOT GUILTY _____

### COUNT THREE – HONEST SERVICES WIRE FRAUD

GUILTY __✓__    NOT GUILTY _____

After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

Dated: 2/14/2020

_____
Signature of Foreperson