UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MICHAEL AVENATTI,

    Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that any post-trial motions filed by Defendant are due by **March 16, 2020**. The Government's opposition is due by **April 6, 2020**. Any reply from Defendant is due by **April 13, 2020**.

    It is further ORDERED that the sentencing of the Defendant will take place on **June 17, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **on May 28, 2020**, and any submission by the Government is due on **June 4, 2020**.

    The Probation Department is directed to prepare a presentence investigation report for the Defendant.

Dated:  New York, New York
        February 14, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge