# United States of America

# v.

# Michael Avenatti

## S1 19 Cr. 373 (PGG)

"Avenatti: Have you ever held the balls of the client in your hand where you can take 5, 6 billion dollars in market cap off of 'em?"

(GX 2T: 23)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

"Avenatti: Have you ever held the balls of the client in your hand where you can take 5, 6 billion dollars in market cap off of 'em?"

(GX 2T: 23)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

"Avenatti: I don't think that it makes any sense for Nike to be paying, um, an exorbitant sum of money to Mr. Franklin, in light of his role in this.

Wilson: Okay

Avenatti: I mean, imagine that."

(GX 2T: 19-20)

GOVERNMENT EXHIBIT 2

S1 19 Cr. 373 (PGG)

"Avenatti: I don't think that it makes any sense for Nike to be paying, um, an exorbitant sum of money to Mr. Franklin, in light of his role in this.

Wilson: Okay

Avenatti: I mean, imagine that."

(GX 2T: 19-20)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

1.  The defendant threatened to harm Nike if Nike did not hire him.

2.  The defendant did not tell Gary Franklin what he was doing.

# Avenatti Threatened Nike

"Avenatti: I'm not fucking around with this, and I'm not continuing to play games. And I don't-you know, this isn't complicated. You guys know enough now to know you've got a serious problem. And it's worth more in exposure to me to just blow the lid on this thing. A few million dollars doesn't move the needle for me. I'm just being really frank with you. So if that's what, if that's what is being contemplated, then let's just say it was good to meet you, and we're done. And I'll proceed with my press conference tomorrow and I'll hang up with you now and I'll call the New York Times, who are awaiting my call. I-I'm not fucking around with this thing anymore."

(GX 1T: 4-5)





GOVERNMENT EXHIBIT 1
S1 19 Cr. 373 (PGG)

# Avenatti Threatened Nike

"Avenatti: I'm not fucking around with this, and I'm not continuing to play games. And I don't-you know, this isn't complicated. You guys know enough now to know you've got a serious problem. And it's worth more in exposure to me to just blow the lid on this thing. A few million dollars doesn't move the needle for me. I'm just being really frank with you. So if that's what, if that's what is being contemplated, then let's just say it was good to meet you, and we're done. And I'll proceed with my press conference tomorrow and I'll hang up with you now and I'll call the New York Times, who are awaiting my call. I-I'm not fucking around with this thing anymore."

(GX 1T: 4-5)



GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti Threatened Nike

"Avenatti: And I'll go and I'll go take and I'll go take ten billion dollars off your client's market cap. But I'm not fucking around."
(GX 1T: 5)



GOVERNMENT EXHIBIT 1
S1 19 Cr. 373 (PGG)

# Avenatti Threatened Nike

"Avenatti: And I'll go and I'll go take and I'll go take ten billion dollars off your client's market cap. But I'm not fucking around."
(GX 1T: 5)



GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti Threatened Nike

"Avenatti: No, this is not me pounding my chest, or any of that shit. I'm just gonna, this is, I'm just gonna have a very real discussion with you, that this is what happens every time, okay? As soon as this becomes public, I'm gonna receive calls from all over the country, from parents, and coaches, and friends, and all kinds of people, because this is always what happens - and they're all going to say, "I've got an email, or text message or – now. 90% of that is gonna be bullshit. Cause it's always bullshit 90% of the time. Always. Whether it's R. Kelly, or Trump, or the list goes on and on. But 10% of it is actually going to be true. And then what's gonna happen is, this will snowball. And then it will be 5 players, and then it will be 9, and then it will be 15, and then it will be 25, and it's gonna snowball - and every time we get more information, that's gonna be The Washington Post, The New York Times, ESPN, a press conference – and the company will die, not die, but they're going to incur, cut after cut after cut after cut, and that's what's gonna happen. As soon as this thing becomes public. So, it is in the company's best interest to avoid this becoming public…"

(GX 2T: 26-27)

GOVERNMENT EXHIBIT 2
S1 19 Cr. 373 (PGG)

# Avenatti Threatened Nike

"Avenatti: No, this is not me pounding my chest, or any of that shit. I'm just gonna, this is, I'm just gonna have a very real discussion with you, that this is what happens every time, okay? As soon as this becomes public, I'm gonna receive calls from all over the country, from parents, and coaches, and friends, and all kinds of people, because this is always what happens - and they're all going to say, "I've got an email, or text message or – now. 90% of that is gonna be bullshit. Cause it's always bullshit 90% of the time. Always. Whether it's R. Kelly, or Trump, or the list goes on and on. But 10% of it is actually going to be true. And then what's gonna happen is, this will snowball. And then it will be 5 players, and then it will be 9, and then it will be 15, and then it will be 25, and it's gonna snowball - and every time we get more information, that's gonna be The Washington Post, The New York Times, ESPN, a press conference – and the company will die, not die, but they're going to incur, cut after cut after cut after cut, and that's what's gonna happen. As soon as this thing becomes public. So, it is in the company's best interest to avoid this becoming public…"

(GX 2T: 26-27)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

# Avenatti Demanded to Be Hired and Paid

"Avenatti: Well Scott, I mean look, I I just, I mean we're gonna get a million five for our guy, and we're gonna be hired to handle the internal investigation, and if you don't wanna do that, we're done."
(GX 1T: 4)



GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti Demanded to Be Hired and Paid

"Avenatti: Well Scott, I mean look, I I just, I mean we're gonna get a million five for our guy, and we're gonna be hired to handle the internal investigation, and if you don't wanna do that, we're done."

(GX 1T: 4)



GOVERNMENT EXHIBIT 1
S1 19 Cr. 373 (PGG)

# Avenatti Demanded to Be Hired and Paid

"Avenatti: …12 million dollar retainer upon signing Evergreen. Um, that's gonna be deemed earned when paid, we'll cap it at 25 million dollars, minimum of 15 million dollars, unless the scope changes."

(GX 2T: 14)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

# Avenatti Demanded to Be Hired and Paid

"Avenatti: …12 million dollar retainer upon signing Evergreen. Um, that's gonna be deemed earned when paid, we'll cap it at 25 million dollars, minimum of 15 million dollars, unless the scope changes."

(GX 2T: 14)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

# <u>Three Simple Reasons You Know the Defendant Is Guilty</u>

1. The Defendant's Own Words
2. Gary Franklin's Testimony
3. Common Sense

# Avenatti's Own Words

"Avenatti: I'm not fucking around with this, and I'm not continuing to play games. And I don't-you know, this isn't complicated. You guys know enough now to know you've got a serious problem. And it's worth more in exposure to me to just blow the lid on this thing. A few million dollars doesn't move the needle for me. I'm just being really frank with you." (GX 1T: 14)



GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti's Own Words

"Avenatti: I'm not fucking around with this, and I'm not continuing to play games. And I don't-you know, this isn't complicated. You guys know enough now to know you've got a serious problem. And it's worth more in exposure to me to just blow the lid on this thing. A few million dollars doesn't move the needle for me. I'm just being really frank with you." (GX 1T: 14)



GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti's Own Words

"Avenatti: So if you guys think that you know, we're gonna negotiate a million five, and we're gonna, you're gonna hire us to do an internal investigation, but it's gonna be capped at 3 or 5 or 7 million dollars, like let's just be done."

(GX 1T: 5)



GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti's Own Words

"Avenatti: So if you guys think that you know, we're gonna negotiate a million five, and we're gonna, you're gonna hire us to do an internal investigation, but it's gonna be capped at 3 or 5 or 7 million dollars, like let's just be done."

(GX 1T: 5)



GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti's Own Words

"Avenatti: I don't think that it makes any sense for Nike to be paying, um, an exorbitant sum of money to Mr. Franklin, in light of his role in this.

Wilson: Okay

Avenatti: I mean, imagine that."

(GX 2T: 19-20)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

# Avenatti's Own Words

"Avenatti: I don't think that it makes any sense for Nike to be paying, um, an exorbitant sum of money to Mr. Franklin, in light of his role in this.

Wilson: Okay

Avenatti: I mean, imagine that."

(GX 2T: 19-20)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

# Avenatti's Own Words

"Avenatti: Have you ever held the balls of the client in your hand where you can take 5, 6 billion dollars in market cap off of 'em?"

(GX 2T: 23)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

# Avenatti's Own Words

"Avenatti: Have you ever held the balls of the client in your hand where you can take 5, 6 billion dollars in market cap off of 'em?"

(GX 2T: 23)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

# Avenatti's Own Words

257

K1UMAVE2                    Wilson - Direct

1   that point, do you recall what Mr. Avenatti said?

2   A.  I don't recall if he used the word special or unique, but

3   he said that the day we were meeting or the next day, it was

4   the next day, the day of the press conference, it was unique or

5   important or special to him for two reasons.

6   Q.  Did he explain what those reasons were?

7   A.  He did.

8   Q.  What were they?

9   A.  He said that this was an important date because it was on

10  the eve of March Madness and it was on the eve of a Nike

11  earnings call.

16  A.  March Madness is one of the most watched sporting events of

17  the year.  It is an annual competition of college basketball

18  teams.

19  Q.  What did you understand the significance to be, if any, of

20  the fact that March Madness was starting?

21  A.  My understanding is that many of Nike's customers were

22  interested in basketball, would be really intense and focused

23  on basketball, about news around basketball at that time in

24  March.

25  Q.  And what was the second reason that day was significant or

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Scott Wilson, Tr. 257*

# Avenatti's Own Words

K25dave2                    Leinwand – direct                    1166

1   so, first of all, consumers could be affected by his press
2   conference alleging that we were doing the same thing that
3   Adidas was doing, and people would decide not to buy our

10   A.   He said -- because the NCAA basketball tournament was
11   coming up, and I believe it was that Thursday -- I think it
12   always starts on a Thursday or Wednesday -- and because our
13   conference call with investors was coming up, our earnings
14   call, where we talk about how the company was doing, it created
15   this unique opportunity for him to do sort of the most damage
16   to the company, and so he wasn't going to let that opportunity
17   for his -- for him to do that simply go by.  And so we had to
18   give him an answer that day because of all of these things
19   coming together for him to do the maximum damage to the
20   company.

24   Q.   What do you recall him saying about the demand that he be
25   hired in the March madness tournament?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Robert Leinwand, Tr. 1166*

# Avenatti's Own Words



K269AVE2                    Homes – Direct                    1422

1  A.  I have.
2  Q.  Did that help you to prepare?
3  A.  Yes.  It refreshed my recollection.
4  Q.  Does that mean you now remember precisely what was said by
5  everyone in the meeting?
6  A.  No.
7  Q.  Do you recall what occurred in substance in the meeting?

20  A.  He said that it was going to be a unique day for him and he
21  listed three reasons.  He said first it was the day before the
22  start of the NCAA basketball tournament.  He said it was the
23  day before Nike's earnings call.  And he said it was the day he
24  was prepared to blow this thing open.

20  A.  He said that it was going to be a unique day for him and he
21  listed three reasons.  He said first it was the day before the
22  start of the NCAA basketball tournament.  He said it was the
23  day before Nike's earnings call.  And he said it was the day he
24  was prepared to blow this thing open.
25  Q.  Let me just pause for a second.  Did you say he said it was

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Benjamin Homes, Tr. 1422*

# Avenatti's Own Words



# Avenatti's Own Words

K1VMAVE1                     Wilson - Cross                     501

1   Mr. Avenatti was urged to delay the press conference because it
2   could hurt the reputation of the case.
3   A.  After we tried to make the point that the general counsel
4   with whom we needed to consult was not immediately available,
5   because she was five or six hours ahead in Europe, and that was
6   not -- didn't seem to be resonating, I said to Mr. Avenatti
7   that he might not care about the company, he might not care
8   about us, but that there was another group of people who might
9   be affected by him going forward with the press conference the

22  he delay the press conference.  I said he might be damaging the
23  future careers of these kids.  I recall him responding:  I
24  don't give a fuck about these kids or I don't give a shit about
25  these kids.  That was burned in my memory.

19  about it, you have a fair point about tarnishing their
20  reputation if they didn't really know?
21  A.  That's not how I recall him responding to my request that
22  he delay the press conference.  I said he might be damaging the
23  future careers of these kids.  I recall him responding:  I
24  don't give a fuck about these kids or I don't give a shit about
25  these kids.  That was burned in my memory.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Scott Wilson, Tr. 501*

# Avenatti's Own Words

K25dave2                    Leinwand - direct                    1170

1    A.  He basically said, you know, you could make these decisions
2    right away.  There are telephones.  You could call the general

8    A.  At some point, you know, he was basically saying, you know,

9    you know, you can call her wherever she is.  And then I said,

10   and as Scott said, well, you know, there is also kids involved

11   in this.  Michael, you have to understand, there are kids

12   involved, and if you act, it could damage these kids.  And I

13   think Scott was referring to the basketball players who were

14   involved, or high school basketball players, some of which go

15   on to play in college, some don't.

16          And Mr. Avenatti said, I don't give a fuck about those

17   kids.  You have kids.  I have kids.  You know, those kids, you

18   know, they made their choices.  You know, we need to get this

19   done now.

25   use your phrase?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Robert Leinwand, Tr. 1170*

# Avenatti's Own Words



1506

K269AVE4                         Homes - Redirect

1    MR. H. SREBNICK:  That's all I have, judge.
2    THE COURT:  All right.  Redirect.
3    REDIRECT EXAMINATION
4    BY MR. RICHENTHAL:
5    Q.  Speaking of expletives, you recall Mr. Srebnick asking you

15   A.   He said I don't give a shit about the kids, Scott's request
16   to think about the kids.
17   Q.   And when there was a back and forth about maybe they didn't
18   know about payments, then what did Mr. Avenatti say?

14   Q.  What did he say?

20   Q.   I'll rephrase.  Did he express a concern about what might
21   happen if there was delay?
22   A.   Yes.
23   Q.   What did he say?
24   A.   He said that the delay would fuck him and Mr. Geragos.

24   A.  He said that the delay would fuck him and Mr. Geragos.
25   Q.  Mr. Homes, fuck him and Mr. Geragos or fuck Mr. Franklin?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Benjamin Homes, Tr. 1506*

# Avenatti's Own Words



K26dave5                              Franklin - direct                    1537

1   A.  I didn't want to make it public because I didn't want to,

2   you know, hurt Nike's reputation, didn't want to hurt any of

3   the kids' reputations or the parents.  I didn't want to hurt my

4   reputation or the program's reputation.

5   Q.  And, generally, what experiences are you thinking about as

6   I'm asking these questions?

7   A.  Can you repeat that?

8   Q.  Yes.  What specifically would you not want to be public at

19       MR. S. SREBNICK:  Objection.

20       THE COURT:  Sustained.

21  Q.  At the time you reached out to the defendant, what, if any,

22  contacts did you have in the media?

23       MR. S. SREBNICK:  Objection.  Relevance.

24       THE COURT:  Overruled.

25  A.  Can you repeat the request?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Gary Franklin, Tr. 1537*

# Avenatti's Own Words

"Avenatti: I don't wanna hear about somebody on a bike trip, I don't wanna hear that somebody has, somebody's grandmother passed away or something, I don't- look - the dog ate my homework, I don't wanna hear, none of it is gonna go anywhere unless somebody was killed in a plane crash. It's going to go zero, no place with me."

(GX 2T: 29)

**GOVERNMENT EXHIBIT**
**2**
S1 19 Cr. 373 (PGG)

# Avenatti's Own Words

"Avenatti: I don't wanna hear about somebody on a bike trip, I don't wanna hear that somebody has, somebody's grandmother passed away or something, I don't- look - the dog ate my homework, I don't wanna hear, none of it is gonna go anywhere unless somebody was killed in a plane crash. It's going to go zero, no place with me."

(GX 2T: 29)

GOVERNMENT
EXHIBIT
2
S1 19 Cr. 373 (PGG)

# What Avenatti Did Not Say

- Complaint

- Lawsuit

# Avenatti Did Not Threaten a Lawsuit



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :     STIPULATION REGARDING
                                  :     CERTAIN DOCUMENTS AND
- v. -                            :     ITEMS
                                  :
MICHAEL AVENATTI,                 :     S1 19 Cr. 373 (PGG)

2.     If called to testify, a Special Agent with the Federal Bureau of Investigation would testify that no document purporting to be a draft complaint or lawsuit on behalf of Gary Franklin or California Supreme was found in the Avenatti Briefcase.

at approximately 12:39 p.m. Eastern time, in New York, New York, law enforcement agents obtained documents and an Apple MacBook Pro laptop computer (the "Avenatti Computer") from

3.     If called to testify, a Forensic Examiner with the Federal Bureau of Investigation would testify that no document purporting to be a draft complaint or lawsuit on behalf of Gary Franklin or California Supreme was found on the Avenatti Computer.



GOVERNMENT
EXHIBIT
S-14
S1 19 Cr. 373 (PGG)

# Three Simple Reasons You Know the Defendant Is Guilty

1. The Defendant's Own Words
2. Gary Franklin's Testimony
3. Common Sense

# Franklin Wanted Avenatti to Help Him

K26dave5                                    Franklin - direct                                    1536

1  Q.  At the time Mr. Auerbach reached out to the defendant, did
2  you want the defendant to be your lawyer?
3  A.  Yes.
4  Q.  Why did you want the defendant to be your lawyer?
5  A.  Well, I felt that I needed an attorney.  When we had a
6  conversation -- when Jeff had spoke to Mr. John Slusher, he
7  referred us to some outside counsel, some outside attorneys.
8  So at that time Jeff said, hey, I'm not an attorney, so, you
9  know, we should probably look into getting an attorney.  So

16  A.  I just thought he was a good attorney, a good lawyer, and,
17  you know, thought that he could go in, you know, represent my
18  case.

18  case.
19  Q.  Who, if anyone, told you things about the defendant?
20  A.  Jeff told me about Mr. Avenatti.
21  Q.  At that time, were you interested in making your
22  experiences with Nike public?
23  A.  No, not at all.
24  Q.  Why did you not want to make your experiences with Nike
25  public at that time?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Gary Franklin, Tr. 1536*

# Franklin Wanted Avenatti to Help Him



```
K26dave5                    Franklin - direct                        1541

 1   that meeting about what the payments you had made were for?
 2   A.  No.
 3   Q.  Do you know, sitting here today, what those payments were
 4   for?
 5   A.  No.
```

```
17   A.  Well, like I said, Jeff was doing most of the talking.  And
18   at one point Mr. Avenatti, you know, said, Hey, you know, what
19   are you looking for and what do you want?  So, you know, I kind
20   of just, you know, reiterated what I wanted, what Jeff had
21   said, which is my team back, have Jamal James and Carlton
22   DeBose fired, and also let me have some, you know, some sort of
23   restitution for, you know, some of the -- what I've lost, the
24   years, and also, you know, get me covered.
```

```
22   DeBose fired, and also let me have some, you know, some sort of
23   restitution for, you know, some of the -- what I've lost, the
24   years, and also, you know, get me covered.
25   Q.  What do you mean by "covered"?

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```

*Gary Franklin, Tr. 1541*

# Franklin Wanted Avenatti to Help Him

K26dave5          Franklin - direct         1542

1   A.  Get me covered as far as like some whistleblower or

9   Q.  Of the things that you told the defendant you wanted from

10   Nike, what, if anything, did you communicate to the defendant

11   was the most important thing that you wanted?

12   A.  Get my team back.

13   Q.  Why was that the most important thing to you?

14   A.  It's just something that I, you know, I started, I built

15   from, you know, just from the ground.  I worked real hard in

16   doing it and maintaining it as something I really love doing,

17   and just real passionate about helping, you know, helping kids.

18   And, you know, I created, I thought -- you know, I created a

19   brand and a basketball program where people, you know, kids can

20   come in and play basketball and have someplace to play.  That

21   meant -- that meant a lot to me.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Gary Franklin, Tr. 1542*

# Avenatti Did Not Tell Franklin About His Scheme

K26dave5                  Franklin - direct                    1553

```
10   Q.  At that meeting, what, if anything, did the defendant say
11   about an internal investigation?
12   A.  Nothing.
13   Q.  In that meeting, did you or Mr. Auerbach mention anything
14   about an internal investigation?
15   A.  No.
16   Q.  Why did you not mention an internal investigation?
17   A.  It never ran across my mind, never thought about an
18   internal investigation.
19   Q.  In that meeting, what, if anything, did the defendant say
20   about him asking to be hired by Nike?
21   A.  He never mentioned it.
22   Q.  In that meeting, what, if anything, did the defendant say
23   about asking Nike to make any types of payments to him?
24   A.  Nothing.
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Gary Franklin, Tr. 1553*

# Avenatti Did Not Tell Franklin About His Scheme



22  Q. What, if anything, did the defendant say he would try to
23  get for you at the meeting with Nike's lawyers?
24  A. He said, Hey, in these orders, this is what -- this is what
25  I'm going to get. We're going to first get you covered with
1  some sort of whistleblower or immunity, and we're going to get
2  James and DeBose fired. And I think I can get you a million
3  dollars.

*Gary Franklin, Tr. 1560-1561*

# Avenatti Did Not Tell Franklin About His Scheme

## Summary of Phone Calls

GOVERNMENT
EXHIBIT
702
S1 18 Ct. 373 (PGG)

| Date | Time EST/EDT | Participants | Duration | Exhibit # |
|---|---|---|---|---|
| March 1, 2019 | 5:26 p.m. | Avenatti, Auerbach | 7 min 14 sec | GX 403, 430, S6 |
| March 1, 2019 | 5:33 p.m. | Avenatti, Auerbach | 5 sec | GX 403 |
| March 1, 2019 | 5:34 p.m. | Avenatti, Auerbach | 19 sec | GX 403 |
| March 1, 2019 | 5:39 p.m. | Avenatti, Auerbach | 2 min 9 sec | GX 403 |
| March 1, 2019 | 8:08 p.m. | Avenatti, Auerbach | 21 sec | GX 403 |
| March 4, 2019 | 7:50 p.m. | Avenatti, Auerbach | 5 min 51 sec | GX 403 |
| March 10, 2019 | 9:11 p.m. | Avenatti, Auerbach | 24 sec | GX 404 |
| March 10, 2019 | 9:13 p.m. | Avenatti, Auerbach | 4 min 39 sec | GX 404 |
| March 13, 2019 | 11:00 a.m. | Geragos, Wilson | 2 min 54 sec | GX 203 & 424 |
| March 15, 2019 | 11:42 a.m. | Geragos, Wilson | 7 min 34 sec | GX 203 & 424 |
| March 15, 2019 | 9:01 p.m. | Avenatti, Auerbach | 3 min 4 sec | GX 404 |
| March 16, 2019 | 5:26 p.m. | Avenatti, Rebecca Ruiz | 3 min 40 sec | GX 130 & 404 |
| March 17, 2019 | 5:58 p.m. | Avenatti, Auerbach | 11 min 21 sec | GX 404 |
| March 18, 2019 | 12:13 p.m. | Avenatti, Auerbach | 27 sec | GX 404 |
| March 18, 2019 | 1:28 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:34 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:57 p.m. | Avenatti, Auerbach, Franklin | 6 min 44 sec | GX 431, 404 |
| March 19, 2019 | 6:55 p.m. | Geragos, Wilson | 1 min 50 sec | GX 203 & 424 |
| March 20, 2019 | 11:18 a.m. | Avenatti, Rebecca Ruiz | 2min 28 sec | GX 404 |
| March 20, 2019 | 3:59 p.m. | Geragos, Wilson | 3 min 42 sec | GX 424, 3A, S10 |
| March 20, 2019 | 4:50 p.m. | Geragos, Wilson | 1 min 25 sec | GX 424, 4A |
| March 20, 2019 | 5:10 p.m. | Avenatti, Geragos, Wilson | 20 min 46 sec | GX 424, 1A |
| March 21, 2019 | 3:37 p.m. | Avenatti, Auerbach, Franklin | 9 min 16 sec | GX 412 |
| March 23, 2019 | 9:14 p.m. | Avenatti, Franklin | 2 min 33 sec | GX 401 |
| March 25, 2019 | 11:54 a.m. | Avenatti, Franklin | 5 min 2 sec | GX 401 & 410 |
| March 25, 2019 | 12:08 p.m. | Avenatti, Rebecca Ruiz | 38 sec | GX 130 & 401 |
| March 25, 2019 | 12:09 p.m. | Avenatti, Rebecca Ruiz | 1 min 18 sec | GX 130 & 401 |
| March 25, 2019 | 12:17 p.m. | Avenatti, Rebecca Ruiz | 3 min 34 sec | GX 401 |
| March 25, 2019 | 12:46 p.m. | Avenatti, Auerbach | 9 sec | GX 431 |

# Avenatti Did Not Tell Franklin About His Scheme

K269AVE6                        Franklin - Direct                    1567

1  Q.  On March 19, on the telephone call you had with the
2  defendant and Mr. Auerbach, in substance, what did the
3  defendant say on that call?
4  A.  Well we asked him, you know, how did it go.  He said he
5  thinks things went well and he told them they have a fucking
6  problem.

21  Q.  Why would you have wanted to know who that person was?
22  A.  I would have wanted to know that person is so I can see
23  if, you know, if I had a good feel for who that person was.  I
24  would have wanted to know him a little bit, talk to him, see
25  him.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Gary Franklin, Tr. 1567*

# Avenatti Did Not Tell Franklin About His Scheme

K269AVE6                    Franklin - Direct                    1568

4   Q.   On that call, what, if anything, did the defendant say

5   about holding a press conference?

6   A.   Nothing.

7   Q.   On that call, did you or Mr. Auerbach mention anything

8   about holding a press conference?

9   A.   No.  Not at all.

10  Q.   On that call, what, if anything, did the defendant say

11  about an internal investigation?

12  A.   Never mentioned.

13  Q.   On that call, did you or Mr. Auerbach mention anything

14  about an internal investigation?

15  A.   No.

16  Q.   On that call, what, if anything, did the defendant say

17  about asking Nike to hire him or make any types of payments to

18  him?

19  A.   He did not.

*Gary Franklin, Tr. 1568*

# Avenatti Did Not Tell Franklin About His Scheme

## Summary of Phone Calls

GOVERNMENT
EXHIBIT
702
11 18 Cr. 373 (PGG)

| Date | Time EST/EDT | Participants | Duration | Exhibit # |
|------|-------------|--------------|----------|-----------|
| March 1, 2019 | 5:26 p.m. | Avenatti, Auerbach | 7 min 14 sec | GX 403, 430, S6 |
| March 1, 2019 | 5:33 p.m. | Avenatti, Auerbach | 5 sec | GX 403 |
| March 1, 2019 | 5:34 p.m. | Avenatti, Auerbach | 19 sec | GX 403 |
| March 1, 2019 | 5:39 p.m. | Avenatti, Auerbach | 2 min 9 sec | GX 403 |
| March 1, 2019 | 8:08 p.m. | Avenatti, Auerbach | 21 sec | GX 403 |
| March 4, 2019 | 7:50 p.m. | Avenatti, Auerbach | 5 min 51 sec | GX 403 |
| March 10, 2019 | 9:11 p.m. | Avenatti, Auerbach | 24 sec | GX 404 |
| March 10, 2019 | 9:13 p.m. | Avenatti, Auerbach | 4 min 39 sec | GX 404 |
| March 13, 2019 | 11:00 a.m. | Geragos, Wilson | 2 min 54 sec | GX 203 & 424 |
| March 15, 2019 | 11:42 a.m. | Geragos, Wilson | 7 min 34 sec | GX 203 & 424 |
| March 15, 2019 | 9:01 p.m. | Avenatti, Auerbach | 3 min 4 sec | GX 404 |
| March 16, 2019 | 5:26 p.m. | Avenatti, Rebecca Ruiz | 3 min 40 sec | GX 130 & 404 |
| March 17, 2019 | 5:58 p.m. | Avenatti, Auerbach | 11 min 21 sec | GX 404 |
| March 18, 2019 | 12:13 p.m. | Avenatti, Auerbach | 27 sec | GX 404 |
| March 18, 2019 | 1:28 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:34 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:35 p.m. | Avenatti, Franklin | 51 sec | GX 404 & 440 |
| March 19, 2019 | 3:57 p.m. | Avenatti, Auerbach, Franklin | 6 min 44 sec | GX 431, 404 |
| March 19, 2019 | 6:55 p.m. | Geragos, Wilson | 1 min 50 sec | GX 203 & 424 |
| March 20, 2019 | 11:18 a.m. | Avenatti, Rebecca Ruiz | 2min 28 sec | GX 404 |
| March 20, 2019 | 3:59 p.m. | Geragos, Wilson | 3 min 42 sec | GX 424, 3A, S10 |
| March 20, 2019 | 4:50 p.m. | Geragos, Wilson | 1 min 25 sec | GX 424, 4A |
| March 21, 2019 | 3:37 p.m. | Avenatti, Auerbach, Franklin | 9 min 16 sec | GX 412 |
| March 23, 2019 | 9:14 p.m. | Avenatti, Franklin | 2 min 33 sec | GX 401 |
| March 25, 2019 | 11:54 a.m. | Avenatti, Franklin | 5 min 2 sec | GX 401 & 410 |
| March 25, 2019 | 12:08 p.m. | Avenatti, Rebecca Ruiz | 38 sec | GX 130 & 401 |
| March 25, 2019 | 12:09 p.m. | Avenatti, Rebecca Ruiz | 1 min 18 sec | GX 130 & 401 |
| March 25, 2019 | 12:17 p.m. | Avenatti, Rebecca Ruiz | 3 min 34 sec | GX 401 |
| March 25, 2019 | 12:46 p.m. | Avenatti, Auerbach | 9 sec | GX 431 |

# Avenatti Did Not Tell Franklin About His Scheme



**MOBILITY**

2890942
01/12/2020

AT&T has queried for records from 03/01/2019 12:00:00am to 03/31/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:      01/12/2020
Run Time:      18:11:32

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 908 | 03/21/19 | 19:38:49 | 0:03 | 8:27 | 13104209988 | 13106667890 | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MT | [NIOP:VCORR] |
| 909 | 03/21/19 | 19:47:44 | 0:20 | 61:09 | 13106667890 | 13104209988 | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MO | [VCORR] |
| 912 | 03/21/19 | 20:03:03 | 0:02 | 0:00 | 13106667890 | 13106662471 | | | MT | [NIOP] |
| 913 | 03/21/19 | 20:03:04 | 0:03 | 0:12 | 13106667890 16192040012 (F) | 13106662471 | | | MT | [NIOP:CFB:VM] |
| 914 | 03/21/19 | 20:04:52 | 0:03 | 0:00 | 13106667890 | 13106668702 | | | MT | [NIOP] |
| 915 | 03/21/19 | 20:04:55 | 0:07 | 0:00 | 13106667890 | 13106668702 | | | MT | [NIOP] |
| 916 | 03/21/19 | 20:04:56 | 0:08 | 0:08 | 13106667890 16192040012 (F) | 13106668702 | | | MT | [NIOP:CFB:VM] |
| 917 | 03/21/19 | 20:49:05 | 0:02 | 113:46 | 13104209988 | 13106667890 | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MO | [NIOP:VCORR] |
| 918 | 03/21/19 | 22:51:40 | 0:06 | 5:26 | 13106667890 | 13109930236 | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MO | [VCORR] |
| 919 | 03/21/19 | 22:51:40 | 0:06 | 5:26 | 13106667890 | 13109930236 | | | MT | [NIOP:VCORR] |
| 920 | 03/21/19 | 23:22:45 | 0:14 | 54:03 | 13106667890 | | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MO | [VCORR] |
| 921 | 03/22/19 | 00:21:59 | 0:19 | 0:00 | 19072901734 | 13106667890 | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MT | [NIOP] |
| 922 | 03/22/19 | 00:22:00 | 0:05 | 0:32 | 19072901734 12532190261 (F) | 13106667890 | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MT | [NIOP:CFB:VM] |
| 923 | 03/22/19 | 00:45:35 | 0:09 | 0:29 | 13109930236 | 13106667890 | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MT | [NIOP:VCORR] |
| 924 | 03/22/19 | 00:45:35 | 0:09 | 0:29 | 13109930236 | 13106667890 | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MO | [VCORR] |
| 925 | 03/22/19 | 01:50:45 | 0:12 | 14:16 | 13106667890 | 13108245013 | 3548310954958516 APPLE IPHONE8PLUS | 310410096114680 | MO | [VCORR] |

GOVERNMENT
EXHIBIT
431
S1 19 Cr. 373 (PGG)

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

Page 48

USAO373_00055965

# Avenatti Did Not Tell Franklin About His Scheme



*Gary Franklin,*
*Tr. 1569-1570*

# Avenatti Did Not Tell Franklin About His Scheme

## Summary of Phone Calls

GOVERNMENT
EXHIBIT
702
S1 18 Cr. 373 (PGG)

| Date | Time EST/EDT | Participants | Duration | Exhibit # |
|---|---|---|---|---|
| March 1, 2019 | 5:26 p.m. | Avenatti, Auerbach | 7 min 14 sec | GX 403, 430, S6 |
| March 1, 2019 | 5:33 p.m. | Avenatti, Auerbach | 5 sec | GX 403 |
| March 1, 2019 | 5:34 p.m. | Avenatti, Auerbach | 19 sec | GX 403 |
| March 1, 2019 | 5:39 p.m. | Avenatti, Auerbach | 2 min 9 sec | GX 403 |
| March 1, 2019 | 8:08 p.m. | Avenatti, Auerbach | 21 sec | GX 403 |
| March 4, 2019 | 7:50 p.m. | Avenatti, Auerbach | 5 min 51 sec | GX 403 |
| March 10, 2019 | 9:11 p.m. | Avenatti, Auerbach | 24 sec | GX 404 |
| March 10, 2019 | 9:13 p.m. | Avenatti, Auerbach | 4 min 39 sec | GX 404 |
| March 13, 2019 | 11:00 a.m. | Geragos, Wilson | 2 min 54 sec | GX 203 & 424 |
| March 15, 2019 | 11:42 a.m. | Geragos, Wilson | 7 min 34 sec | GX 203 & 424 |
| March 15, 2019 | 9:01 p.m. | Avenatti, Auerbach | 3 min 4 sec | GX 404 |
| March 16, 2019 | 5:26 p.m. | Avenatti, Rebecca Ruiz | 3 min 40 sec | GX 130 & 404 |
| March 17, 2019 | 5:58 p.m. | Avenatti, Auerbach | 11 min 21 sec | GX 404 |
| March 18, 2019 | 12:13 p.m. | Avenatti, Auerbach | 27 sec | GX 404 |
| March 18, 2019 | 1:28 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:34 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:35 p.m. | Avenatti, Franklin | 51 sec | GX 404 & 440 |
| March 19, 2019 | 3:57 p.m. | Avenatti, Auerbach, Franklin | 6 min 44 sec | GX 431, 404 |
| March 19, 2019 | 6:55 p.m. | Geragos, Wilson | 1 min 50 sec | GX 203 & 424 |
| March 20, 2019 | 11:18 a.m. | Avenatti, Rebecca Ruiz | 2min 28 sec | GX 404 |
| March 20, 2019 | 3:59 p.m. | Geragos, Wilson | 3 min 42 sec | GX 424, 3A, S10 |
| March 20, 2019 | 4:50 p.m. | Geragos, Wilson | 1 min 25 sec | GX 424, 4A |
| March 20, 2019 | 5:10 p.m. | Avenatti, Geragos, Wilson | 20 min 46 sec | GX 424, 1A |
| March 21, 2019 | 3:37 p.m. | Avenatti, Auerbach, Franklin | 9 min 16 sec | GX 412 |
| March 23, 2019 | 9:14 p.m. | Avenatti, Franklin | 2 min 33 sec | GX 401 |
| March 25, 2019 | 11:54 a.m. | Avenatti, Franklin | 5 min 2 sec | GX 401 & 410 |
| March 25, 2019 | 12:08 p.m. | Avenatti, Rebecca Ruiz | 38 sec | GX 130 & 401 |
| March 25, 2019 | 12:09 p.m. | Avenatti, Rebecca Ruiz | 1 min 18 sec | GX 130 & 401 |
| March 25, 2019 | 12:17 p.m. | Avenatti, Rebecca Ruiz | 3 min 34 sec | GX 401 |
| March 25, 2019 | 12:46 p.m. | Avenatti, Auerbach | 9 sec | GX 431 |

# Avenatti Did Not Tell Franklin About His Scheme



*Gary Franklin,*
*Tr. 1577-1578*

# Franklin Did Not Want a Press Conference

K26dave5                     Franklin - direct                    1542

1   A.  Get me covered as far as like some whistleblower or

2   something of that nature.

3   Q.  At that time, what, if anything, were you concerned about?

4   A.  I mean, I was concerned about, you know, having -- getting

5   my team back.  That was -- that was the big focus, and also,

6   you know, trying to find out to see if I had any, you know,

14   A.  It's just something that I, you know, I started, I built

15   from, you know, just from the ground.  I worked real hard in

16   doing it and maintaining it as something I really love doing,

17   and just real passionate about helping, you know, helping kids.

18   And, you know, I created, I thought -- you know, I created a

19   brand and a basketball program where people, you know, kids can

20   come in and play basketball and have someplace to play.  That

21   meant -- that meant a lot to me.

22   Q.  Why was it important to you to be reinstated with Nike

23   specifically?

24   A.  Because I felt that, you know, Nike, you know, I had a long

25   lasting relationship with Nike, and it was, you know, it was

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Gary Franklin, Tr. 1542*

# Franklin Did Not Want a Press Conference

K26dave5                          Franklin - direct                          1547

1  A.  Well, my reputation.  You know, if it's out in the public
2  of, you know, these things being done and said, it could, you
3  know, potentially hurt my -- my reputation.
4  Q.  What, if anything, was your concern about the players you
5  mentioned if this were made public?
6  A.  I mean, they're kids.  I -- I know these kids, you know,
7  I've coached them, worked with them in the gym.  I mean,

6   A.  I mean, they're kids.  I -- I know these kids, you know,

7   I've coached them, worked with them in the gym.  I mean,

8   they're 16/17-year-old kids.  I mean, I definitely would not

9   want those kids hurt, their names being brought up, you know.

10  It bothers me.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Gary Franklin, Tr. 1547*

# Avenatti Was Going to Hold a Press Conference If His Scheme Failed



# Avenatti Did Not Tell Franklin About His Scheme

## Summary of Phone Calls

GOVERNMENT EXHIBIT 702
S1 19 Cr. 373 (PGG)

| Date | Time EST/EDT | Participants | Duration | Exhibit # |
|---|---|---|---|---|
| March 1, 2019 | 5:26 p.m. | Avenatti, Auerbach | 7 min 14 sec | GX 403, 430, S6 |
| March 1, 2019 | 5:33 p.m. | Avenatti, Auerbach | 5 sec | GX 403 |
| March 1, 2019 | 5:34 p.m. | Avenatti, Auerbach | 19 sec | GX 403 |
| March 1, 2019 | 5:39 p.m. | Avenatti, Auerbach | 2 min 9 sec | GX 403 |
| March 1, 2019 | 8:08 p.m. | Avenatti, Auerbach | 21 sec | GX 403 |
| March 4, 2019 | 7:50 p.m. | Avenatti, Auerbach | 5 min 51 sec | GX 403 |
| March 10, 2019 | 9:11 p.m. | Avenatti, Auerbach | 24 sec | GX 404 |
| March 10, 2019 | 9:13 p.m. | Avenatti, Auerbach | 4 min 39 sec | GX 404 |
| March 13, 2019 | 11:00 a.m. | Geragos, Wilson | 2 min 54 sec | GX 203 & 424 |
| March 15, 2019 | 11:42 a.m. | Geragos, Wilson | 7 min 34 sec | GX 203 & 424 |
| March 15, 2019 | 9:01 p.m. | Avenatti, Auerbach | 3 min 4 sec | GX 404 |
| March 16, 2019 | 5:26 p.m. | Avenatti, Rebecca Ruiz | 3 min 40 sec | GX 130 & 404 |
| March 17, 2019 | 5:58 p.m. | Avenatti, Auerbach | 11 min 21 sec | GX 404 |
| March 18, 2019 | 12:13 p.m. | Avenatti, Auerbach | 27 sec | GX 404 |
| March 18, 2019 | 1:28 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:34 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:35 p.m. | Avenatti, Franklin | 51 sec | GX 404 & 440 |
| March 19, 2019 | 3:57 p.m. | Avenatti, Auerbach, Franklin | 6 min 44 sec | GX 431, 404 |
| March 19, 2019 | 6:55 p.m. | Geragos, Wilson | 1 min 50 sec | GX 203 & 424 |
| March 20, 2019 | 11:18 a.m. | Avenatti, Rebecca Ruiz | 2min 28 sec | GX 404 |
| March 20, 2019 | 3:59 p.m. | Geragos, Wilson | 3 min 42 sec | GX 424, 3A, S10 |
| March 20, 2019 | 4:50 p.m. | Geragos, Wilson | 1 min 25 sec | GX 424, 4A |
| March 20, 2019 | 5:10 p.m. | Avenatti, Geragos, Wilson | 20 min 46 sec | GX 424, 1A |
| March 21, 2019 | 3:37 p.m. | Avenatti, Auerbach, Franklin | 9 min 16 sec | GX 412 |
| March 23, 2019 | 9:14 p.m. | Avenatti, Franklin | 2 min 33 sec | GX 401 |
| March 25, 2019 | 11:54 a.m. | Avenatti, Franklin | 5 min 2 sec | GX 401 & 410 |
| March 25, 2019 | 12:08 p.m. | Avenatti, Rebecca Ruiz | 38 sec | GX 130 & 401 |
| March 25, 2019 | 12:09 p.m. | Avenatti, Rebecca Ruiz | 1 min 18 sec | GX 130 & 401 |
| March 25, 2019 | 12:17 p.m. | Avenatti, Rebecca Ruiz | 3 min 34 sec | GX 401 |
| March 25, 2019 | 12:46 p.m. | Avenatti, Auerbach | 9 sec | GX 431 |

# Avenatti Was Going to Hold a Press Conference If His Scheme Failed



# Avenatti Was Going to Hold a Press Conference If His Scheme Failed

"Avenatti: I'm not fucking around with this, and I'm not continuing to play games. And I don't-you know, this isn't complicated. You guys know enough now to know you've got a serious problem. And it's worth more in exposure to me to just blow the lid on this thing. A few million dollars doesn't move the needle for me. I'm just being really frank with you." (GX 1T: 14)



GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti Was Going to Hold a Press Conference If His Scheme Failed

"Avenatti: I'm not fucking around with this, and I'm not continuing to play games. And I don't-you know, this isn't complicated. You guys know enough now to know you've got a serious problem. And it's worth more in exposure to me to just blow the lid on this thing. A few million dollars doesn't move the needle for me. I'm just being really frank with you." (GX 1T: 14)



GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti Was Going to Hold a Press Conference If His Scheme Failed

```
20  A.  I said:  Hey, the FBI just showed up at my door.  What's
21  going on?
22  Q.  In substance, how did the defendant respond?
23  A.  He said the FBI is at your door now?  OK.  Well, turn your
24  phone completely off.  And don't talk to them.  I hope Nike is
25  not trying to fuck you.
 1  Q.  Are those the precise words he used?
 2  A.  Yes.
 3  Q.  What happened after he said that?
 4  A.  He hung the phone up.
 5  Q.  What, if anything, did the defendant say on that call about
 6  going public?
 7  A.  Well, he -- yeah, he said that, you know, when he said:  I
 8  hope Nike's not trying to fuck you, he said I think I'm going
 9  to go public and hung the phone up.  And before I could say
10  anything or respond he hung the phone up.
```

*Gary Franklin,*
*Tr. 1579-1580*

# Avenatti Was Going to Hold a Press Conference If His Scheme Failed

## Summary of Phone Calls

GOVERNMENT
EXHIBIT
702
S1 19 Cr. 373 (PGG)

| Date | Time EST/EDT | Participants | Duration | Exhibit # |
|------|--------------|--------------|----------|-----------|
| March 1, 2019 | 5:26 p.m. | Avenatti, Auerbach | 7 min 14 sec | GX 403, 430, S6 |
| March 1, 2019 | 5:33 p.m. | Avenatti, Auerbach | 5 sec | GX 403 |
| March 1, 2019 | 5:34 p.m. | Avenatti, Auerbach | 19 sec | GX 403 |
| March 1, 2019 | 5:39 p.m. | Avenatti, Auerbach | 2 min 9 sec | GX 403 |
| March 1, 2019 | 8:08 p.m. | Avenatti, Auerbach | 21 sec | GX 403 |
| March 4, 2019 | 7:50 p.m. | Avenatti, Auerbach | 5 min 51 sec | GX 403 |
| March 10, 2019 | 9:11 p.m. | Avenatti, Auerbach | 24 sec | GX 404 |
| March 10, 2019 | 9:13 p.m. | Avenatti, Auerbach | 4 min 39 sec | GX 404 |
| March 13, 2019 | 11:00 a.m. | Geragos, Wilson | 2 min 54 sec | GX 203 & 424 |
| March 15, 2019 | 11:42 a.m. | Geragos, Wilson | 7 min 34 sec | GX 203 & 424 |
| March 15, 2019 | 9:01 p.m. | Avenatti, Auerbach | 3 min 4 sec | GX 404 |
| March 16, 2019 | 5:26 p.m. | Avenatti, Rebecca Ruiz | 3 min 40 sec | GX 130 & 404 |
| March 17, 2019 | 5:58 p.m. | Avenatti, Auerbach | 11 min 21 sec | GX 404 |
| March 18, 2019 | 12:13 p.m. | Avenatti, Auerbach | 27 sec | GX 404 |
| March 18, 2019 | 1:28 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:34 p.m. | Avenatti, Auerbach | 4 sec | GX 404 |
| March 19, 2019 | 3:35 p.m. | Avenatti, Franklin | 51 sec | GX 404 & 440 |
| March 19, 2019 | 3:57 p.m. | Avenatti, Auerbach, Franklin | 6 min 44 sec | GX 431, 404 |
| March 19, 2019 | 6:55 p.m. | Geragos, Wilson | 1 min 50 sec | GX 203 & 424 |
| March 20, 2019 | 11:18 a.m. | Avenatti, Rebecca Ruiz | 2min 28 sec | GX 404 |
| March 20, 2019 | 3:59 p.m. | Geragos, Wilson | 3 min 42 sec | GX 424, 3A, S10 |
| March 20, 2019 | 4:50 p.m. | Geragos, Wilson | 1 min 25 sec | GX 424, 4A |
| March 20, 2019 | 5:10 p.m. | Avenatti, Geragos, Wilson | 20 min 46 sec | GX 424, 1A |
| March 21, 2019 | 3:37 p.m. | Avenatti, Auerbach, Franklin | 9 min 16 sec | GX 412 |
| March 23, 2019 | 9:14 p.m. | Avenatti, Franklin | 2 min 33 sec | GX 401 |
| March 25, 2019 | 12:08 p.m. | Avenatti, Rebecca Ruiz | 38 sec | GX 130 & 401 |
| March 25, 2019 | 12:09 p.m. | Avenatti, Rebecca Ruiz | 1 min 18 sec | GX 130 & 401 |
| March 25, 2019 | 12:17 p.m. | Avenatti, Rebecca Ruiz | 3 min 34 sec | GX 401 |
| March 25, 2019 | 12:46 p.m. | Avenatti, Auerbach | 9 sec | GX 451 |

# Avenatti Was Going to Hold a Press Conference If His Scheme Failed



Michael Avenatti ✔
@MichaelAvenatti

Tmrw at 11 am ET, we will be holding a press conference to disclose a major high school/college basketball scandal perpetrated by @Nike that we have uncovered. This criminal conduct reaches the highest levels of Nike and involves some of the biggest names in college basketball.

12:16 PM · Mar 25, 2019 · Twitter for iPhone



GOVERNMENT
EXHIBIT
107
S1 19 Cr. 373 (PGG)

# Avenatti Was Going to Hold a Press Conference If His Scheme Failed



# What the Defense Told You

K1TMAVE3                    Opening - Mr. H. Srebnick          176
1   Auerbach since then.  You can imagine how those two men reacted
2   when they found out that Avenatti was arrested.  They, of
3   course, became worried because they saw the media.
4          And you will likely find out that their testimony may
5   change since they met with Mr. Avenatti.  And this courtroom

```
1            You can imagine how those two men reacted
2   when they found out that Avenatti was arrested.  They, of
3   course, became worried because they saw the media.
4          And you will likely find out that their testimony may
5   change since they met with Mr. Avenatti.  And this courtroom
6   will be a fight for credibility.  It will be a search for the
7   truth by you.  Your job will be to watch them as they testify
8   and compare what they say now to what they said back then,
```

23  not the Department of Justice, the SEC is looking into the same
24  evidence.  Whatever the Department of Justice got from Nike has
25  been turned over to the SEC.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Howard Srebnick, Tr. 176*

# Three Simple Reasons You Know the Defendant Is Guilty

1. The Defendant's Own Words
2. Gary Franklin's Testimony
3. Common Sense

# Avenatti Had a Conflict of Interest



K1UMAVE4                    Wilson – Direct                         312

1        Can you explain why it would be unusual or why would
2   it be surprising to you to hire an adverse party as your
3   lawyer?
4        MR. H. SREBNICK:  Objection, your Honor.  Relevance.
5        THE COURT:  Overruled.

8        Generally, because there are conflicts rules that mean
9   that if you are a lawyer acting in someone's interest, you
10  can't act for someone with adverse interests because how would
11  you be loyal to both clients at the same time.  I thought it
12  was a very bizarre thing in general to suggest -- I never heard
13  of it, that I'm adverse to you, but I can also represent you in
14  a tense, high-profile, problematic criminal investigation.

21  unusual in a criminal investigation, unheard of, and sometimes
22  the Department of Justice objects, if a defense lawyer
23  represents two unrelated parties who may be caught up in the
24  same criminal investigation.
25        MR. PODOLSKY:  Why don't we go ahead and continue with

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Scott Wilson, Tr. 312*

# Avenatti Had a Conflict of Interest

1156

K25dave2                    Leinwand - direct

1  going to have this press conference and we're going to do

2  significant damage to your company.  And what Mr. Avenatti was

3  asking to do was to be our lawyer, and he was already

4  representing a party that was potentially going to sue us, so

2   significant damage to your company.  And what Mr. Avenatti was

3   asking to do was to be our lawyer, and he was already

4   representing a party that was potentially going to sue us, so

5   he had a conflict of interest there.  But at the same time, you

6   know, he was asking to be sort of our objective advisor while

7   telling us he was going to destroy the company.  So it is the

8   same as if somebody said you own a store and they walk into

9   your store and they mess it up and they say you need

10  protection, you have to hire me to protect you.  And then you

11  say who are you going to protect us from, and they say me.

23  sense.

24  Q.  How did you feel when Mr. Avenatti presented that second

25  proposal or demand?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Robert Leinwand, Tr. 1156*

# Avenatti Had a Conflict of Interest



6   A.   It would be a total conflict of interest and totally

7   detrimental, again, to Gary's goals and Gary.

*Jeffrey Auerbach, Tr. 747*

# Avenatti Had a Conflict of Interest

K269AVE6                         Franklin - Direct                         1572

1   defendant was making a settlement for you dependent on him
2   getting hired by Nike?
3   A.  Yes.
4   Q.  If the defendant had done that, would that have mattered to
5   you?

8   A.   Because I went to him to settle my case and not for him to
9   workout some other deal.  I thought it might have been a
10  conflict, like, you know, wanted him to focus on, you know,
11  what I went to him for.
12  Q.   What do you mean by it might have been a conflict?
13  A.   Well, he's making out some sort of, you know, other payment
14  or deal with -- for him with Nike while he's working for me.  I

21  had more to say or discuss?
22  A.  Absolutely.
23  Q.  By the way, on that call what, if anything, did the
24  defendant say about posting on Twitter?
25  A.  Nothing.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Gary Franklin, Tr. 1572*

# Avenatti Had a Conflict of Interest

```
1           investigation anyway, but lemme just say this,
2           okay? I don't think that it makes any sense for
3           Nike to be paying, um, an exorbitant sum of money
4           to Mr. Franklin, in light of his role in this.
5   WILSON:    Okay.
6   AVENATTI:  I mean, imagine that.
7   WILSON:    What-here's what I'm struggling with. As I've
```

```
2              okay? I don't think that it makes any sense for

3              Nike to be paying, um, an exorbitant sum of money

4              to Mr. Franklin, in light of his role in this.

5   WILSON:    Okay.

6   AVENATTI:  I mean, imagine that.
```

```
20  AVENATTI:  I have to say, I um, with claims this explosive
21             I've never sat down with the defendant before, I
22             usually just go directly to the New York Times
23             and have a press conference-

                            20
```

GOVERNMENT
EXHIBIT
2T
S1 19 Cr. 373 (PGG)

# Three Simple Reasons You Know the Defendant Is Guilty

1. The Defendant's Own Words
2. Gary Franklin's Testimony
3. Common Sense

# Three Simple Reasons You Know the Defendant Is Guilty

1. The Defendant's Own Words
2. Gary Franklin's Testimony
3. Common Sense

Bonus: Crushing Debt

# Avenatti Had Crushing Debt

1.  On October 22, 2018, a civil order was entered in the Superior Court of California, County of Orange, against Michael Avenatti, the defendant, requiring Avenatti to pay amounts that totaled approximately $2,219,669.60 as of March 1, 2019, and remained outstanding as of March 25, 2019.

2.  On October 26, 2018, a civil judgment was entered in the Superior Court of California, County of Santa Barbara, against Michael Avenatti, the defendant, requiring Avenatti to pay $2,194,301.87, which remained outstanding as of March 25, 2019.

3.  On November 20, 2018, a civil judgment was entered in the Superior Court of the State of California, County of Los Angeles—Central District, against Michael Avenatti, the defendant, requiring Avenatti to pay $5,054,287.75, which remained outstanding as of March 25, 2019.

4.  On January 4, 2019, a civil order was issued by the State of Washington requiring Michael Avenatti, the defendant, to pay $1,530,216.07, which remained outstanding as of March 25, 2019.

5.  The above-referenced judgments represented separate obligations of Michael Avenatti, the defendant.

# Avenatti Had Crushing Debt



*Judy Regnier,*
*Tr. 1569-1570*

# Avenatti Had Crushing Debt



K26dave1                    Regnier - direct                    1406

1   what was owed and start a new firm.

2   Q.  What did you understand him to mean by "clear the deck"?

3   A.  To resolve a lot of the debt that had currently been

4   hanging over the law firm and basically --

7   A.  He -- Michael had said -- we had multiple conversations

8   every day, always had, and he had said that if, you know, we

9   could start a new firm and then he could -- he would be able to

10  live his life as he wanted to live it.

11  Q.  What was the defendant's tone as he was discussing that

12  potential source of income that he told you about?

13  A.  It was upbeat.  He -- it was positive.  It was kind of like

14  he saw the light at the end of the tunnel.

23          MR. SOBELMAN:  No further questions.

24          THE COURT:  All right.

25          MS. PERRY:  Your Honor, may we have just a moment to

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Judy Regnier, Tr. 1406*

# Three Simple Reasons You Know the Defendant Is Guilty

1. The Defendant's Own Words
2. Gary Franklin's Testimony
3. Common Sense

Bonus: Crushing Debt

# **Defense Arguments**

1. The Nike Did Bad Things Defense
2. The Three Questions Defense
3. The Text Message Defense
4. The Scott Wilson Came Up With It Defense
5. The Blame the Victim Defense

# **<u>Defense Arguments</u>**

1. The Nike Did Bad Things Defense
2. The Three Questions Defense
3. The Text Message Defense
4. The Scott Wilson Came Up With It Defense
5. The Blame the Victim Defense

# **<u>Defense Arguments</u>**

1. The Nike Did Bad Things Defense
2. The Three Questions Defense
3. The Text Message Defense
4. The Scott Wilson Came Up With It Defense
5. The Blame the Victim Defense

# The Three Questions Defense

## Question 1:

Is this a case of rogue executives Carlton DeBose & James James committing egregious criminal acts on their own, or was Nike, a fortune 100 company, complicit in the corruption?

## Question 2:

Is Nike a company which tolerates workplace bullying and abuse by its senior executives?

## Question 3:

Is Nike's enterprise, Nike EYB ("the Racket") guilty of racketeering, having committing acts of fraud, bribery, coercion, conspiracy, illegal cash payments, wire fraud, mail fraud, bank fraud, money laundering, etc.?

USAO373_0002487I
FRANKLIN0081



**GOVERNMENT EXHIBIT 311**
S1 19 Cr. 373 (PGG)



# **Defense Arguments**

1. The Nike Did Bad Things Defense
2. The Three Questions Defense
3. The Text Message Defense
4. The Scott Wilson Came Up With It Defense
5. The Blame the Victim Defense

# The Text Message Defense

# **Defense Arguments**

1. The Nike Did Bad Things Defense
2. The Three Questions Defense
3. The Text Message Defense
4. The Scott Wilson Came Up With It Defense
5. The Blame the Victim Defense

# The Scott Wilson Defense

K269AVE2        Homes – Direct      1426

1   didn't hire him and Mr. Geragos to conduct the work they still
2   would have to pay him and Mr. Geragos twice the amount of money
3   that they paid in the other law firm to actually do the work.
4   Q. How, if at all, did he explain why Nike should pay twice
5   the amount of money to him and Mr. Geragos if Nike hired
6   someone else?
7   A. He didn't explain why we would have to include that clause.
8   Q. Do you recall anyone in the meeting saying something like

19   A. He certainly made insinuations that it was going to be a
20   costly investigation. I think at one point he said whatever it
21   costs, it costs. He referred to a big downstroke. All these
22   things, to me, meant it was going to be a costly investigation.
23   Q. Let me just take those one at a time. I think you just
24   said he said whatever it costs, it costs?
25   A. Yeah. He said something to that effect, yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Benjamin Homes, Tr. 1426*

# The Scott Wilson Defense



```
18    me to just blow the lid on this thing. A few
19    million dollars doesn't move the needle for
20    me. I'm just being really frank with you. So
21    if that's what, if that's what is being
22    contemplated, then let's just say it was
23    good to meet you, and we're done. And I'll
24    proceed with my press conference tomorrow
25    and I'll hang up with you now and I'll call

1     the New York Times, who are awaiting my
2     call. I-I'm not fucking around with this
3     thing anymore. So if you guys think that you
4     know, we're gonna negotiate a million five,
5     and we're gonna, you're gonna hire us to do
6     an internal investigation, but it's gonna be
7     capped at 3 or 5 or 7 million dollars, like
8     let's just be done.
```

GOVERNMENT
EXHIBIT
1T
S1 19 Cr. 373 (PGG)

# The Scott Wilson Defense

1  GERAGOS:        [LAUGHTER]
2  WILSON:         But I-I understand- the two scenarios. There's
3                  the 1.5, plus the internal investigation and
4                  the parameters you described, or 22 and the-
5  AVENATTI:       And a half.
6  GERAGOS:        [LAUGHTER]
7  WILSON:         It's gone up -
8  AVENATTI:       No it's 22 and a half. It was always 22 and a

8  AVENATTI:       No it's 22 and a half. It was always 22 and a
9                  half, there's something magical about that
10                 number.

17                 court at 9, I'll be back up here - could we
18                 just do noon, are you okay with that?
19  AVENATTI:      Yeah that's fine.
20  GERAGOS:       Are you good with that? Yeah? Monday at noon?
21  AVENATTI:      So look, this is not-
22  WILSON:        Now we said my offices-
23  AVENATTI:      Listen that's right, listen this is not an

28

GOVERNMENT
EXHIBIT
2T
S1 19 Cr. 373 (PGG)

# **Defense Arguments**

1. The Nike Did Bad Things Defense
2. The Three Questions Defense
3. The Text Message Defense
4. The Scott Wilson Came Up With It Defense
5. The Blame the Victim Defense

# The Blame the Victim Defense



*Robert Leinwand,*
*Tr. 1239-1240*

# The Blame the Victim Defense



K279AVE5                          Franklin - Cross                          1773

1    Q.  Did you ask Mr. Avenatti for additional details?
2    A.  No.  I mean I trusted him.  I thought, you know, that's why
3    I went to him, he's my lawyer, he's the professional, I went to
4    him, so that's -- no.
5    Q.  You told him what your objectives were.  He told you what
6    he was going to ask for.  And you sent him on his way, pretty
7    much what happened?
8           THE COURT: Sustained.

1    Q.  Did you ask Mr. Avenatti for additional details?
2    A.  No.  I mean I trusted him.  I thought, you know, that's why
3    I went to him, he's my lawyer, he's the professional, I went to
4    him, so that's -- no.

19   Q.  And your testimony I believe yesterday about that call was
20   that Mr. Avenatti told you that he expected an answer from Nike
21   on the following Monday, correct?
22   A.  On the upcoming Monday, yes.
23   Q.  Monday, right.
24          And did you say anything on that call?
25   A.  On the Thursday.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

*Gary Franklin, Tr. 1773*

# Avenatti Committed Honest Services Fraud

# Avenatti Committed Honest Services Fraud

1. The Defendant Owed Gary Franklin Duties of Loyalty, Confidentiality, and Reasonable Communication

# Avenatti Committed Honest Services Fraud

1. The Defendant Owed Gary Franklin Duties of Loyalty, Confidentiality, and Reasonable Communication

2. The Defendant Solicited Quid Pro Quo Payments

# Avenatti Solicited Quid Pro Quo Payments

"Avenatti: I'm not fucking around with this, and I'm not continuing to play games. And I don't-you know, this isn't complicated. You guys know enough now to know you've got a serious problem. And it's worth more in exposure to me to just blow the lid on this thing. A few million dollars doesn't move the needle for me. I'm just being really frank with you. So if that's what, if that's what is being contemplated, then let's just say it was good to meet you, and we're done. And I'll proceed with my press conference tomorrow and I'll hang up with you now and I'll call the New York Times, who are awaiting my call. I-I'm not fucking around with this thing anymore."

(GX 1T: 4-5)





GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# Avenatti Solicited Quid Pro Quo Payments

"Avenatti: I'm not fucking around with this, and I'm not continuing to play games. And I don't-you know, this isn't complicated. You guys know enough now to know you've got a serious problem. And it's worth more in exposure to me to just blow the lid on this thing. A few million dollars doesn't move the needle for me. I'm just being really frank with you. So if that's what, if that's what is being contemplated, then let's just say it was good to meet you, and we're done. And I'll proceed with my press conference tomorrow and I'll hang up with you now and I'll call the New York Times, who are awaiting my call. I-I'm not fucking around with this thing anymore."

(GX 1T: 4-5)





GOVERNMENT
EXHIBIT
1
S1 19 Cr. 373 (PGG)

# **The Charges**

Count One: Transmission of Interstate Communications with Intent to Extort

Count Two: Attempted Extortion

Count Three: Honest Services Wire Fraud

Venue

# **The Charges**

Count One: Transmission of Interstate Communications with Intent to Extort

Count Two: Attempted Extortion

Count Three: Honest Services Wire Fraud

Venue

# Count One: Interstate Communication

Franklin, that were made at or near the time of their creation by, or from information transmitted by, a person with knowledge of the matters set forth in the records, and that were made and kept in the course of a regularly conducted business activity of Sprint as a regular practice of that activity.

3.    If called to testify, a representative of AT&T would testify that:

a.    Government Exhibits 420 through 424 consist of true and correct copies of telephone records for the cellphone number 917-558-2150, with the user name Mark Geragos, that were made at or near the time of their creation by, or from information transmitted by, a person with knowledge of the matters set forth in the records, and that were made and kept in the course of a regularly conducted business activity of AT&T as a regular practice of that activity.

b.    Throughout the day on March 20, 2019, the cellphone using the call number 917-558-2150 was located in or around Miami, Florida.

with knowledge of the matters set forth in the records, and that were made and kept in the course of a regularly conducted business activity of AT&T as a regular practice of that activity.

2

GOVERNMENT
EXHIBIT
S-9
S1 19 Cr. 373 (PGG)

# Count One: Interstate Communication

# **The Charges**

Count One: Transmission of Interstate Communications with Intent to Extort

**Count Two: Attempted Extortion**

Count Three: Honest Services Wire Fraud

Venue

# The Charges

Count One: Transmission of Interstate Communications with Intent to Extort

Count Two: Attempted Extortion

## Count Three: Honest Services Wire Fraud

Venue

# **The Charges**

Count One: Transmission of Interstate Communications with Intent to Extort

Count Two: Attempted Extortion

Count Three: Honest Services Wire Fraud

Venue

# United States of America

# v.

# Michael Avenatti

## S1 19 Cr. 373 (PGG)