LAW OFFICES
# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
www.srebnicklaw.com

February 20, 2020

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Avenatti*, No. S1 19 Cr. 373 (PGG)
      **Defense Summation PowerPoint Presentation**

Dear Judge Gardephe:

Pursuant to the Court's direction on the record on February 12, 2020, Mr. Avenatti submits the PowerPoint presentation used during the defense summation on February 11, 2020 (Exhibit 1: Scott Srebnick summation; Exhibit 2: Howard Srebnick summation).

Respectfully Submitted,

Scott A. Srebnick