LAW OFFICES

# SCOTT A. SREBNICK, P.A.

SCOTT A. SREBNICK*
* ALSO ADMITTED IN NEW YORK

201 S. Biscayne Boulevard
Suite 1210
Miami, Florida 33131

Tel: 305-285-9019
Fax: 305-377-9937
E-mail: scott@srebnicklaw.com
*www.srebnicklaw.com*

February 20, 2020

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> **Re:** ***United States v. Avenatti*, No. S1 19 Cr. 373 (PGG)**
> **Letter Attaching Def. Exh. AA-3 (Unredacted and Highlighted)**

Dear Judge Gardephe:

Attached to this letter are (1) Benjamin Homes's typewritten notes of the meeting of March 19, 2019, identified as Defense Exhibit AA-3 and (2) a highlighted / annotated version of the same exhibit.

During the testimony of government witness Benjamin Homes, Mr. Avenatti moved for the introduction of Def. Exh. AA-3, *in toto*. The Court declined to admit Def. Exh. AA-3 in evidence during the government's case-in-chief. Tr. 1461-66. Attachment 1 to this letter is Def. Exh. AA-3.

During the defense case, Mr. Avenatti moved for admission of those passages contained in Def. Exh. AA-3 of which Mr. Homes had no present recollection during trial, but which accurately reflected Mr. Homes's recollection at the time he memorialized his recollection in those same typewritten notes. The Court declined to admit those passages into evidence. Tr. 2086-89. Attachment 2 to this letter is an annotated / highlighted version of that same Def. Exh. AA-3; highlighted in yellow are the select passages described above, annotated by undersigned counsel (using Adobe Acrobat) to include an excerpt of and citation to Mr. Homes' testimony about the select passage.

As discussed with the Court, Mr. Avenatti is filing this letter and the attachments so that this defense exhibit is part of the record for appellate purposes.

Respectfully Submitted,

Scott A. Srebnick