UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL AVENATTI,

Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant, currently scheduled for August 19, 2020, will now take place on **October 7, 2020 at 2:30 p.m.** Any submissions on behalf of Defendant are due on **September 16, 2020**, and any submission by the Government is due on **September 23, 2020**.

Dated: New York, New York
       July 21, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge