UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

MICHAEL AVENATTI,

              Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of Defendant Michael Avenatti, currently scheduled for December 9, 2020, will now take place on **February 17, 2021 at 12:00 p.m.**  Any submissions on behalf of Defendant are due on January 27, 2021, and any submission by the Government is due on February 3, 2021.

Dated:  New York, New York
         November 16, 2020

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge