UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL AVENATTI,

                Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of Defendant Michael Avenatti, currently scheduled for February 17, 2021, will now take place on **May 7, 2021 at 12:00 p.m.** Any submissions on behalf of Defendant are due on April 16, 2021, and any submission by the Government is due on April 23, 2021.

Dated:  New York, New York
          January 8, 2021

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge