March 31, 2021

<u>**Via ECF**</u>
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   <u>*United States v. Avenatti*, **No. S1 19 Cr. 373 (PGG)**</u>
                **Letter of Correction Regarding Proposed Adjournment**

Dear Judge Gardephe

      In the letter motion undersigned counsel filed yesterday requesting an adjournment of Mr. Avenatti's sentencing date, we proposed June 28, 2021, as one of the dates for a rescheduled sentencing. Undersigned counsel (Srebnick) overlooked that Mr. Avenatti has a status conference scheduled at 8:00am on that date in his California case. Therefore, we respectfully propose that Mr. Avenatti's sentencing date be scheduled on **<u>June 23-25, 2021</u>**, or **<u>June 29-30, 2021</u>** and not on June 28.

      Thank you for your understanding and consideration of this request.

                                      Respectfully Submitted,
                                      /s Scott Srebnick
                                      Scott A. Srebnick
                                      E. Danya Perry

cc: Government Counsel