LAW OFFICE OF

# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

**MEMO ENDORSED**

**The Application is granted.**

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: _____ June 14, 2021 _____

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Michael Avenatti*, 19 Cr. 373 (PGG)

Your Honor:

I represent Michael Avenatti in the above-captioned case. We submitted a motion to compel on June 4 and the government responded in a seventeen-page, single-spaced letter filed at 11:36 pm last night. The government's letter raises a number of important legal and factual issues to address. I therefore respectfully request permission to file a reply no later than June 17.

Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Attorney for Michael Avenatti*

cc: Counsel of Record (by ECF)