

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Avenatti*,
              S1 19 Cr. 373 (PGG)

Dear Judge Gardephe:

       The Government respectfully submits this letter to correct an error contained in its June 11, 2021 letter opposition (Dkt. No. 318). Footnote 5 on page 8 of that letter incorrectly refers to a transcript of a proceeding as occurring on June 6, 2018. The correct date of the proceeding cited is June 18, 2019.

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          United States Attorney

                        By:     s/ Matthew D. Podolsky
                                        Matthew D. Podolsky
                                        Daniel C. Richenthal
                                        Robert B. Sobelman
                                        Assistant United States Attorneys
                                        (212) 637-1947/2109/2616

cc:      (by ECF)

           Counsel of Record