

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Michael Avenatti*,
     S1 19 Cr. 373 (PGG)

Dear Judge Gardephe:

  The Government respectfully writes in the above-captioned matter to request that sentencing, which was adjourned by the Court earlier today from June 30, 2021 to July 9, 2021, be moved up by one day, to July 8, 2021, at 1:00 p.m., or such other time as may work for the Court, in light of a Government counsel scheduling conflict. The Government has conferred with defense counsel and they are also available and prepared to proceed on July 8, 2021.

          Respectfully submitted,

          AUDREY STRAUSS
          United States Attorney

     By: s/ Daniel C. Richenthal
       Matthew D. Podolsky
       Daniel C. Richenthal
       Robert B. Sobelman
       Assistant United States Attorneys
       (212) 637-1947/2109/2616

cc: (by ECF)

   Counsel of Record