

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Michael Avenatti*,
           S1 19 Cr. 373 (PGG)

Dear Judge Gardephe:

    The Government respectfully writes in the above-captioned matter to request that sentencing, which was adjourned by the Court earlier today from June 30, 2021 to July 9, 2021, be moved up by one day, to July 8, 2021, at 1:00 p.m., or such other time as may work for the Court, in light of a Government counsel scheduling conflict. The Government has conferred with defense counsel and they are also available and prepared to proceed on July 8, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:    s/ Daniel C. Richenthal
        Matthew D. Podolsky
        Daniel C. Richenthal
        Robert B. Sobelman
        Assistant United States Attorneys
        (212) 637-1947/2109/2616

cc:    (by ECF)
       Counsel of Record

MEMO ENDORSED

The sentencing for Defendant Michael Avenatti, currently scheduled for July 9, 2021, will now take place on July 8, 2021 at 1:00 p.m.

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

June 25, 2021