UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MICHAEL AVENATTI,<br><br>Defendant. | **ORDER**<br><br>(S1) 19 Cr. 373 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Judy Regnier was a Government witness at trial. Defendant asserts that the Government failed to produce to the defense – prior to trial – certain statements of Regnier. Defendant states that the U.S. Attorney's Office for the Central District of California recently "produced multiple additional witness statements by Ms. Regnier, including a voice message and at least one email" that she sent to Special Agent Ramoun Karlous on January 14, 2020. (June 17, 2021 Def. Reply Ltr. (Dkt. No. 323) at 5)

      By July 1, 2021, the parties will submit to this Court the Regnier materials that the U.S. Attorney's Office for the Central District of California recently produced to Defendant.

Dated: New York, New York
       June 28, 2021

                                          SO ORDERED.

                                          _____
                                          Paul G. Gardephe
                                          United States District Judge