**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 22 2021

Caption:
United States of America
                                v.
Michael Avenatti

Docket No.: 19-cr-373
Paul Gardephe
(District Court Judge)

Notice is hereby given that Defendant Michael Avenatti appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ and all pretrial, trial, and post-trial orders entered in this action on July 15, 2021.
(date)                                                                                                         (specify)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |___| trial |✓| N/A |___|

Offense occurred after November 1, 1987?  Yes |___| No |✓| N/A |___|

Date of sentence: July 8, 2021    N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |___|

Appellant is represented by counsel? Yes |✓| No |___| If yes, provide the following information:

Defendant's Counsel: Scott A. Srebnick, P.A. (for trial only, not for appeal)
Counsel's Address: 2214 N.W. 1st Place, 2nd Floor
Miami, FL 33127
Counsel's Phone: 305-606-9494

Assistant U.S. Attorney: Matthew Podolsky, Esq.
AUSA's Address: One Saint Andrew's Plaza
New York, NY 10017
AUSA's Phone: 212-637-1947

Signature