August 10, 2021

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Avenatti*, **No. S1 19 Cr. 373 (PGG)**
              **Response to Court's Order of July 30, 2021 (ECF No. 346)**

Dear Judge Gardephe:

    I write in response to the Court's Order dated July 30, 2021 (ECF No. 346), directing Michael Avenatti to submit an affidavit pursuant before the Court may rule on his <u>in forma pauperis</u> status.

    I am filing separately a CJA-23 form that Mr. Avenatti completed with the assistance of his court-appointed federal public defenders in <u>United States v. Avenatti</u>, 19 Cr. 374 (JMF), which incorporates, by reference, the CJA-23 form and accompanying affidavit Mr. Avenatti previously submitted in that case. <u>See</u> 19 Cr. 374 (JMF) at Dkt. No. 139.

                                        Respectfully Submitted,

                                        /s Scott Srebnick
                                        Scott A. Srebnick

cc: Government Counsel