UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL AVENATTI,

Defendant.

**ORDER**

(S1) 19 Cr. 373 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Leave to proceed in forma pauperis is authorized.  See 28 U.S.C. § 1915.

Dated: New York, New York
       August 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge