1/23/2020 U.S. Attorney Announces Arrest Of Michael Avenatti For Engaging In Scheme To Extort A Public Company - YouTube[2]

Case 1:19-cr-00373-PGG Document 357 Filed 11/05/21 Page 1 of 3





# U.S. Attorney Announces Arrest Of Michael Avenatti For Engaging In Scheme To Extort A Public Company

658 views • May 20, 2019

LIKE   DISLIKE   SHARE   SAVE

**USAOSDNY**
339 subscribers

SUBSCRIBE

Geoffrey S. Berman, the United States Attorney for the Southern District of New York, and William F. Sweeney Jr., Assistant Director-in-Charge of the New York Office of the Federal Bureau of Investigation ("FBI"), announced the arrest today of MICHAEL AVENATTI on federal extortion and

SHOW MORE

Up next                                                    AUTOPLAY


12:15

**MUST WATCH: Michael Avenatti Accused Of Trying To Shake Down Nike For $22 Million**
FOX 10 Phoenix
41K views

**Resin Flow Art for Beginners**

SKIP NAVIGATION

Cited in US v Avenatti 19Cr373 Decided 1/15/20
Archived on 1/23/20
This document is protected by copyright. Further reproduction is prohibited without permission.








21:48
Artist in
Recommended for you



How to Use a Wide Angle Lens
Thomas Heaton
Recommended for you
12:14



Cabbage Rolls / Polish Gołąbki - Easy to Follow, Step by Step Recipe
Jenny Can Cook
Recommended for you
12:57



7 SIMPLE photography TIPS I wish I knew EARLIER
Nigel Danson
Recommended for you
18:33



Faster No Knead Bread - So Easy ANYONE can make crusty artisan bread.
Jenny Can Cook
Recommended for you
7:18



7 SIMPLE tips that will IMPROVE your WIDE ANGLE LENS photography
Nigel Danson
Recommended for you
15:56



The Forum: A Conversation with US Attorney Preet Bharara
NYU School of Law
9.8K views
58:31



Italian Grandma Makes Braciole
Buon-A-Petitti
Recommended for you
32:02



How I Process My Fuji XT3 RAW Files
Thomas Heaton
Recommended for you
New
12:26



How To Blow Out Side Swept Bangs
Dominique Sachse
Recommended for you
4:46

SKIP NAVIGATION

Cited in US v Avenatti
19Cr373 Decided 1/15/20
Archived on 1/23/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

1/23/2020 U.S. Attorney Announces Arrest Of Michael Avenatti For Engaging In Scheme To Extort A Public Company - YouTube[2]

Case 1:19-cr-00373-PGG Document 357 Filed 11/05/21 Page 3 of 3


    

SKIP NAVIGATION

The Essence of Landscape Photography
Thomas Heaton
Recommended for you
22:59

Michael Avenatti is digging himself into a hole, attorney says
Fox Business
83K views

Meet The Federal Prosecutor Who Scares Trump More Than Mueller | The Beat With Ari Melber | MSNBC
MSNBC
2.3M views

Impeachment: Senate Dem. Leader Schumer Holds a News Conference | LIVE | NowThis
NowThis News
418 watching
LIVE NOW

Trump impeachment: Chuck Schumer speaks as trial enters Day 3
Global News
827 watching
LIVE NOW

Hannity: Rep. Frederica Wilson is a national disgrace
Fox News
3.4M views

6 Simple Camera Hacks To Get You Off AUTO Mode Forever
Photography Pro
Recommended for you

Single Flash Portraits On A Budget
Tony & Chelsea Northrup
Recommended for you

Aperture & Depth of Field made EASY - Photography Course 5/10
Chris Bray Photography
Recommended for you

SHOW MORE

Cited in US v Avenatti
19 Cr373 Decided 1/15/20
Archived on 1/23/20
This document is protected by copyright.
Further reproduction is prohibited without permission.