LAW OFFICE OF
**BENJAMIN SILVERMAN**

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

December 10, 2021

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Michael Avenatti*, 19 Cr. 373 (PGG)

Your Honor:

    I represent Michael Avenatti in the above-captioned case. We submitted a motion for an indicative ruling on December 2 and the government responded this evening in a twelve-page, single-spaced letter. The government's letter raises a number of important legal and factual issues to address and to correct. I therefore respectfully request permission to file a reply no later than December 16.

    Thank you for your consideration.

    Respectfully submitted,

    /s/ Benjamin Silverman
    Benjamin Silverman
    *Attorney for Michael Avenatti*

cc: Counsel of Record (by ECF)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 13, 2021