```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                   :
UNITED STATES OF AMERICA           :   SUPPLEMENTAL PROTECTIVE
                                   :   ORDER
    - v. -                         :
                                   :   S1 19 Cr. 373 (PGG)
MICHAEL AVENATTI,                  :
                                   :
                  Defendant.       :
                                   :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, without objection from the Government, the defendant, Michael Avenatti, proposes that the Court enter this supplemental protective order to permit the defendant to produce to non-party Gary Franklin, Sr. certain materials deemed "Confidential Information" under the Amended Protective Order in this matter entered on August 30, 2019 (Dkt. No. 44), in connection with the civil case pending in the California Superior Court for the County of Los Angeles captioned *Franklin v. Geragos*, No. 20STCV37797 (the "Civil Case"), as requested of this Court in a letter from Mr. Franklin's counsel dated December 20, 2021;

IT IS HEREBY ORDERED THAT the defendant is permitted to produce to Mr. Franklin the materials with control numbers GG_SDNY_000000001-GG_SDNY_00000096, USAO373_00026416-USAO373_00026418, USAO373_00029866-USAO373_00029936, and USAO373_00046966-USAO373_00046984, notwithstanding that they may have been deemed "Confidential Information" under the terms of

the Amended Protective Order, to the extent the defendant is required to do so in connection with the Civil Case; and

        IT IS FURTHER ORDERED THAT Mr. Franklin, his counsel, and their agents may not use, disclose, or disseminate the aforementioned materials, or any excerpt of or information taken from the aforementioned materials, for any purpose other than in connection with the Civil Case, and subject to any rules or protective order applicable to or that may be entered in that litigation.

Dated:    New York, New York
           December 29, 2021

                              SO ORDERED:

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK