**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

__Southern__ District of __New York__

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 23 2022

Caption:

United States of America v.

Michael Avenatti, Defendant.

Docket No.: 19 Cr. 373 (PGG)

Honorable Paul G. Gardephe
(District Court Judge)

Notice is hereby given that __the Defendant, Michael Avenatti__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)

entered in this action on __2/18/22__.
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ☐   Other ✔

Defendant found guilty by plea ☐   trial ✔   N/A ☐ .

Offense occurred after November 1, 1987? Yes ✔   No ☐   N/A ☐

Date of sentence: __2/18/22__   N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ☐   N/A ✔

Appellant is represented by counsel? Yes ✔   No ☐   If yes, provide the following information:

Defendant's Counsel: Daniel Habib, Esq.

Counsel's Address: The Federal Defenders of New York
52 Duane Street, 10th Floor

Counsel's Phone: (212) 417-8737

Assistant U.S. Attorney: Matthew Podolsky, Esq.

AUSA's Address: One St. Andrews Plaza
New York, NY 10007

AUSA's Phone: (212) 637-2200

*Daniel Habib*
Signature