**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August two thousand twenty-three,

Before:     John M. Walker Jr.,
                Reena Raggi,
                Michael H. Park,
                      *Circuit Judges.*

_____

United States of America,

        Appellee,

v.

Michael Avenatti,

        Defendant - Appellant.
_____

**JUDGMENT**

Docket Nos. 21-1778(L), 22-351(CON)

The appeals in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the February 18, 2022 amended judgment of conviction is AFFIRMED in its entirety.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/20/2023